FILED
2022 Mar-11 PM 03:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KAYLAN MORRIS, on behalf of herself and all others similarly,

Plaintiff,

vs. 2:19-CV-650-GMB

WALMART, INC. f/k/a WAL-MART STORES, INC.,

Defendant.

DEPOSITION OF ESTHER GIFFORD

The deposition of ESTHER GIFFORD was taken before Kayla Wilson, CCR, as Commissioner, on June 3, 2021, by the Plaintiff, commencing at 11:00 a.m., via Zoom Video Conference, in Birmingham, Alabama, pursuant to the stipulations set forth herein.

A P P E A R A N C E S

FOR THE PLAINTIFF:

Travis E. Lynch, Attorney at Law
Taylor C. Bartlett, Attorney at Law
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339

FOR THE DEFENDANT:

Cole Gresham, Attorney at Law
Starnes Davis Florie, LLP
100 Brookwood Pl, 7th Floor
Birmingham, Alabama 35209

INDEX

PAGE

Examination by MR. LYNCH................5

EXHIBITS

PAGE

Plaintiff's Exhibit No. 25.............36

Plaintiff's Exhibit No. 26.............36

--oOo--

S T I P U L A T I O N S

It is hereby stipulated by and between counsel that the deposition of ESTHER GIFFORD may be taken on the date of time specified and in the action denominated herein before Kayla Wilson, as Commissioner.

It is further stipulated that all objections are assignment of grounds, except as to the form of the question, are reserved until the time of the trial.

It is further stipulated that the signature to and reading of the deposition by the witness are not waived, the deposition to have the same force and effect as though full compliance is had with all laws and rules for court relating to taking depositions.

It is further stipulated that notice of filing this deposition is hereby waived.

--oOo--

D E P O S I T I O N

ESTHER GIFFORD

was sworn (affirmed) and testified as follows:

EXAMINATION

BY MR. LYNCH:

Q Good morning, Ms. Gifford. My name is Travis Lynch, and I represent the Plaintiff Kaylan Morris, in this case. Could you spell your name for the record.

A E-S-T-H-E-R, G-I-F-F-O-R-D.

Q Okay. Ms. Gifford, have you ever given a deposition before?

A Once.

Q Okay. When was that?

A A year and a half ago or so.

Q Okay. What was it in relation to?

A I guess I'm unclear on how that is relevant for here.

Q I'm just trying to understand --

MR. GRESHAM: Esther, you can answer the question.

THE WITNESS: It's regarding a beauty product for Walmart.

Q (By Mr. Lynch) Okay. Sorry to interrupt. I'd like to go over the rules of a deposition. I know you've given one before, but you know, a year and a half --

A Yeah.

Q Just as a refresher, even though we're on video and I can see you shaking or nodding your head, please when I ask a question, wait for me to finish asking the question. I'll give you plenty of time to answer. And also, please respond with a verbal, yes, no. No head shakes, nods, uh-huh, huh-uhs, things like that.

Is that okay?

A Yes.

Q Okay. Was your deposition in relation to the Pediatric Shakes that we're here about today?

A No.

Q Okay. So just some of the other -- and you understand that you're here today to testify on behalf of Walmart Inc.?

A Yes.

Q Okay. There's a chat function in Zoom. I'm going to share with you what's been previously marked as Exhibit 1 to Walmart's 30(b)(6) deposition. Please let me know when you have that available.
A I'm opening that up. Looks like a lot of files. Is that what I'm supposed to be seeing?
Q Should be a PDF of Walmart's 30(b)(6) deposition notice.
A When I open it up, it shows me lots of files. Okay. That worked. Perfect.
Q Have you seen this document before?
A Yes.
Q Okay. And do you understand that you are here today to testify with respect to Topics 11 and 12 listed on Page 3 of this exhibit?
A Yes.
Q And you understand that you're testifying under oath here today the same as if you were in a courtroom, correct?
A Correct.

Q And in this notice and for purposes here today, when we talk about the Pediatric Shakes, we'll be talking about the chocolate and vanilla Pediatric Shakes that Walmart sells that have the naturally flavored, no synthetic color, flavors, or sweetening on the label and packaging; is that understood?

A Yes.

Q Okay. So if at any time you need to differentiate, you don't think that -- when we're talking about Pediatric Shakes that it applies to those, you know, please let me know.

A Okay. Yes.

Q What is your current job title at Walmart?

A I'm a category director in merchandising.

Q And how long have you held that position?

A This particular title, I've held it for 11 months. I've held that title 11 months. I've been in the baby department for

five years.
Q Okay. How long have you worked for Walmart, Inc.?
A Over 17 years.
Q During those 17 years, have you worked in the baby foods department?
A Within those 17 years, yes, I have worked in the baby department during the portion of that time.
Q Okay. And how long have you worked on the Pediatric Shakes?
A Over five years.
Q Okay. And so what was -- what was your role at that time when you began working on the Pediatric Shakes?
A I was a senior buyer. That was my first title when I began.
Q And what did your role as a buyer entail?
A It entails picking items for Walmart -- for Walmart stores when I first started. And picking the cost and retails that the product would be sold as and making

sure that we're taking care of the customer within this category.

Q And specifically what in relation to the Pediatric Shakes was your involvement?

A I was the buyer -- or am the buyer for the Pediatric Shakes and I helped decide what items were placed on our store shelves and what items to not be placed on our store shelves.

Q And when you started this position, were you working with a company called Perrigo?

A Yes.

Q Okay. And at that time, were they the supplier of these Pediatric Shakes to Walmart?

A Yes.

Q Okay. And when did -- is Perrigo currently the supplier of these Pediatric Shakes to Walmart?

A No.

Q Okay. Who is the current supplier of these Pediatric Shakes?

A Gehl is the current supplier.

Q Okay. And when did Gehl become the supplier of the shakes?

A In September of 2017.

Q Okay. Ms. Gifford, when did you first become aware that you would be testifying here today?

A This year. I can't remember, maybe a month or two ago.

Q Okay. And what have you done to prepare for your deposition here today?

A I have studied and worked with Paul and Cole on the case.

Q Did you ever have any meetings?

A Zoom meetings.

Q Do you remember how many?

A I don't remember how many. Probably spent around 12 hours in total working on this.

Q Okay. Did you review any documents in preparation for today's deposition?

A Yes.

Q Okay. And do you remember which documents you reviewed?

A The one that you shared in the chat, the Exhibit 1. We also looked at sales reports for .com and for stores that are part of this case. And then a couple emails that are a part of this case and a couple other files that are a part of this case. But everything that's a part of it.

Q Okay. And did all of those documents have a Bates label on them; do you recall, in terms of a little number at the bottom of them or in the title of the document that said WM something or another?

A Yes.

Q Okay. Do you have available to you one of those documents WM Morris 2100?

A Yes.

Q Okay. This document has been previously marked as Exhibit 17 to this deposition. Would you let me know when you have that available in front of you.

A You said 2100?

Q Yes, ma'am.

A Okay. I have it open.

Q Do you recognize this document?

A Yes.

Q Okay. Is this one of the documents that you reviewed in preparation for your deposition here today?

A As of last night, I was told you wanted me to have access to it and then that's when I got access. I have not really studied it, no.

Q Okay. You have not studied it? Okay. Do you know what information is contained within this document?

A I mean, looking at it, looks like there's UPCs, item numbers, quantities. Outside of it, there's not really an item description or much.

Q Looking at the UPCs, do you recognize any of those UPCs?

A I don't memorize UPCs or item numbers, so if there's not an item description of some kind --

Q Okay. If I represented to you that those UPCs were the UPCs for various Pediatric

Shakes that Walmart sells, would you have any reason --

A I would assume they would be since that's a part of this case.

Q Okay. So if we look at the first one, this 68113113074 --

A Okay.

Q -- and you scroll over and it has a price listed as $21.97.

A Okay.

Q Do you see that?

A Yes.

Q So it's my understanding that this UPC is tied to the 16 packs of the vanilla Pediatric Shakes. And it's being sold at a price of $21.97. Do you know the price that these shakes are currently sold at?

A I don't have it memorized, no.

Q Okay. Okay. Well, let's put this one aside for now. And I'll send you in the chat exhibit -- what's been previously marked as Exhibit 21 to this deposition. It's Walmart Morris 2104. If you'll let me know when you

have that document in front of you.

A It's open.

Q Okay. Do you recognize this document?

A Yes.

Q Okay. Was this one of the documents that you reviewed in preparation for your deposition here today?

A Yes.

Q Okay. And what information is contained within this document?

A This is a sales document for the state of Alabama, looks like, for the three UPCs -- pediatric nutrition UPCs.

Q Okay. And if we go over to the tab labeled POS sales --

A Okay.

Q Okay. What information is contained within each line of this spreadsheet starting with, for example, Walmart week 201805?

A So you want to know what that Walmart week column means or --

Q What each -- what each row within this spreadsheet signifies.

MR. GRESHAM: Row or the title? So you talking about like A, B, C, or you talking about the one, two, three?

Q (By Mr. Lynch) One, two, three.

A These represent the sales of pediatric nutrition shakes based on the Walmart weeks for the state of Alabama.

Q Okay.

A Yeah.

Q Okay. And did the price of these Pediatric Shakes ever change over time?

A The cost change or retail change?

Q The retail change.

A Yes.

Q Okay. And why did they change?

A The last time it changed -- the retail change was because the cost changed.

Q So the retail cost changed because the cost to Walmart changed; is that what you're saying?

A Yes.

Q Okay. When did that cost change to Walmart occur?

A The last time I remember was this year, February -- sometime in February, I believe.

Q So the last cost change to Walmart was in February of 2021?

A Yes.

Q Okay. Was there a cost change before February 2021?

A I -- I am sure there was. I don't know when the last time it would have changed, but we've had these shakes in our stores for a long time. But absolutely sure we probably have changed the cost several times.

Q Okay. Each time there is a cost change to Walmart, does the retail price to the customer change in the store?

A It depends.

Q On what?

A On that moment in time, the reason for the cost increase, what the market value is at the time, what the particular buyer's panel needed from that product. So it all depends.

Q Who approves the cost change?

A The cost change given to Walmart is sent in from the suppliers and the buyer also has to approve it.

Q So Walmart has to approve any time the supplier increases the cost to Walmart?

A When there is an agreement made between the buyer and the supplier, then yes, Walmart has to approve the cost change.

Q Okay. So did a cost change occur with the introduction of these Pediatric Shakes?

A A cost change occurred in February of this year. Prior to that, I'm not remembering the last time the cost changed at this time.

Q Okay. Did the -- would that cost change be reflected in this spreadsheet?

MR. GRESHAM: Are we talking cost or are we talking price? I think you mixed the two up.

Q (By Mr. Lynch) No. I'm talking about the cost to Walmart. I'll get to the cost to the customer in a minute. I'm talking about the cost to Walmart.

A On this sheet you sent over, this

particular one, you can't see a cost.

Q Okay. Does Walmart maintain a record of the cost associated with these Pediatric Shakes?

A Yes.

Q Okay. Do you know if that document has been produced in this litigation?

A Yes.

Q Okay. So any time there's been a cost change associated with these Pediatric Shakes for the last five years, Walmart has produced that information?

A Produced? I don't know what you mean by produced.

Q Given -- the document has been given in this case, the information has been provided to us?

A For this case for the timeframe of this case, you've been given all of the cost and sales and the documents.

Q Okay. So now in terms of the sales to the retail cost to the customer, have there been any changes to that cost since the

introduction of this -- these Pediatric Shakes?

A Again, in February, the retail cost changed this year. Before that, I don't remember the last time it changed, but I do remember it did in February.

Q Okay. Does this spreadsheet Walmart Morris 2104 reflect the change in the retail cost of the shakes?

MR. GRESHAM: Talking about retail price of the shakes?

Q (By Mr. Lynch) Yes. Yes.

A This document that you have in front of me right now just basically shows what sold by week and you can -- you can get by the week for each of the items so you know exactly what it's sold at.

Q Okay. So if we're looking at line two and you scroll all the way over, there is a column labeled net unit quantity and there is a column labeled net sales and within line two, it appears that there was one case of Pediatric Shakes sold for a price of $21.97;

is that correct?

A Yes.

Q Okay. So the $21.97 would reflect the retail cost of those Pediatric Shakes to a customer; is that correct?

A Yes.

Q Okay. Would that -- would that include tax and other fees associated with it?

A No.

Q Okay. So if you scroll down -- if you -- or if you'd like, this is a little bit faster, if you control F on the price 22.38 should take you to let's say Line 1307. Let me know when you're there.

A 1307. I'm there.

Q Okay. So if you scroll over to net unit quantity, net sales, the price for this 16 pack of Pediatric Shakes sold at a cost of $22.38; is that correct?

A No. It would have sold to the customer for $22.38. The customer retail.

Q Okay. So compared to Line 2, which showed a price of $21.97 versus this showing a

price for the 16 pack of Pediatric Shakes of $22.38, there was a change in retail cost to the customer for these Pediatric Shakes, correct?

A Because it's a different store -- let me see the same store. This would just tell me that at that particular store, that's the retail that we sold it at to that customer.

Q So does Walmart sell these shakes at different retail costs at stores across the country?

A Yes.

Q Okay. And those -- the cost that it was sold at a particular store would be reflected in this spreadsheet?

A Yes.

Q Okay. Does Walmart uniformly change the price of its shakes to customers at a given time?

A Not uniformly. Not usually.

Q Okay. So how does it determine the price that a Pediatric Shake is sold at a particular store at a particular time?

A It all depends.

Q Can you elaborate.

A Yeah. So whenever you have a particular cost and you figure out from the supplier and agree that you have on the cost, you figure out what your retail needs to be for whatever the margin for that category needs to be at and still allow you to be competitive in the market for that type of product.

So at any given time, if a cost changes, the market changes, the retail could change depending on the circumstance that the buyer needs it to be at.

Q Okay. If -- are you able to use the filter function on this Excel I've shared with you?

A Yes.

Q Okay. So if you filter on net sales and only select the price of $8.64.

A Do you want just the $8.64 or do you also want the $8.64 with a negative sign.

Q What would the negative sign indicate?

A It would indicate that it was returned.

Q Okay. Then no, do not select that. Let's only select $8.64.

A Okay.

Q Okay. And then if you can sort that data by Walmart week.

A Okay.

Q Okay. The first line that should appear would be Walmart week 201902; is that what you see?

A Yes.

Q And then what is the last Walmart week you see if you scroll all the way down?

A Oh, the last Walmart week. Scrolling on down, 202113.

Q Okay.

A Yeah.

Q Would this -- what does that data indicate to you?

A This is, let's see, the sales of the vanilla and chocolate shakes both the 6 and 16 pack for the vanilla and the 6 pack for the

chocolate for the state of Alabama for the weeks of February 2nd, 2019, all the way to April 24th, 2021.

Q Let me re-ask the question because I don't think you answered it. We've filtered on the price of $8.64.

A Uh-huh.

Q Did Walmart ever sell a 16 pack of vanilla for $8.64?

A According to this data, we have. And four different times.

Q Okay. How do you explain that.

MR. GRESHAM: Object to the form.

Q (By Mr. Lynch) I'm just trying to understand, did Walmart typically sell a 16 pack of vanilla for $8.64?

A Typically, no, we did not.

Q Okay. So if $8.64 did not appear before Walmart week 201902, does that mean Walmart didn't sell a Pediatric Shake in the state of Alabama for $8.64?

MR. GRESHAM: Object to the form. Not sure what you're asking.

Q (By Mr. Lynch) Did you understand the question?

A No.

Q Okay. So this is supposed to -- this document is supposed to contain all of the sales in the state of Alabama, correct?

A For the timeframe that it was told.

Q Okay. So for the data -- does this data show that a Walmart Pediatric Shake, chocolate six pack or vanilla six pack was sold for $8.64 before Walmart week 201902?

A If I'm understanding your question, you're asking during the timeframe that this report is pulled, so February 28th, 2016, through April 30th, 2021, did we sell a 16 pack for $8.64. And according to this document, the answer would be yes.

Q Okay. Did they sell one before February 2nd of 2019?

A Did they sell a Pediatric Shake before February 2nd? Yes.

Q That's not my question. Did they sell a six pack of -- a six pack chocolate shake or

a vanilla six pack before February 2019 as reflected in this data?

MR. GRESHAM: Object to the form. You can answer if you understand the question.

THE WITNESS: I think you're asking me if we have sold Pediatric Shakes before this date given to you. A six pack chocolate and vanilla and the answer is yes.

Q (By Mr. Lynch) Have you sold them at the price of $8.64?

A In the state of Alabama, I would have to look at -- at it all. But for the dates on this report, $8.64 definitely is confirmed. Prior to that date, I'd have to see it in front of me to tell you.

Q Okay. Well, let's go back to the net sales price and let's uncheck $8.64 and let's click on $8.48. This should only filter on Pediatric Shakes that were sold in Alabama for the timeframe produced within this document at the price of $8.48; is that correct?

A What's the question again? I thought you were telling me where to go filter. So

I'm not sure what the question is.

Q Yeah. So if you filter on the price on $8.48 --

A Okay.

Q -- this should -- the data that is showing here now should only show the Pediatric Shakes that were sold in the State of Alabama for the timeframe given at $8.48; is that correct?

A Yes.

Q Okay. And if you sort on Walmart week, you should see the first one as 201805; is that correct?

A Yes.

Q Okay. And then if you scroll down to the bottom, the last Walmart is 201904; is that correct?

MR. GRESHAM: Mine is showing 201808 is the last one filtered by $8.48.

Q (By Mr. Lynch) The last line number should be 36,831. Is that what you're seeing?

A Can you repeat that number.

Q 36,831.

A Yes.

Q Okay. So this would appear to indicate that Walmart did not sell one of these Pediatric Shakes for $8.48 after Walmart week 201904; is that correct?

MR. GRESHAM: So mine is showing 201848 in line 36831. And I think she testified hers is too.

THE WITNESS: Must be sorted differently.

MR. GRESHAM: Travis, if you want to share your screen, we may be just be missing it on the --

MR. LYNCH: Yeah. Here, why don't we do that.

Q (By Mr. Lynch) Okay. Let me know if you're able to see that on the screen.

A I can see it. It's tiny.

Q Okay. So --

A That's better.

Q If you scroll over, we have it filtered on $8.48, correct?

A Yes.

Q Okay. And it appears to be showing chocolate six pack and a vanilla six pack; is that correct?

A Yes.

Q Okay. There's no other options that we're able to choose from in that filter; is that correct?

A Yes.

Q Okay. If you scroll over the last week where it appears that a six pack of chocolate shakes or six pack of vanilla shakes was sold within the state of Alabama for $8.48 is the week of 201904; is that what you're seeing?

A For this timeframe pulled, yes.

Q Okay. So what I'm trying to understand is was there a retail change in price sometime in 2019 associated with these Pediatric Shakes?

A I would be speculating if I answered. If you were to look at one particular store that showed this one retail and then another retail, then I can tell you that it changed.

Q Okay. So you're saying that a Walmart store wouldn't be selling the same product -- the same Pediatric Shake at two different prices in the same week; is that what you're saying?

A No. When you change it, it would change from one to the other and it would show an average for that week based on what sold. But if you found one store in this that was at $8.48 and then it changed the next week to another retail, then I could confirm that it changed.

Q Okay. Okay. Okay. So let me know if you're able to see the screen now.

A Yeah.

Q And I can zoom in for you. So this -- what I did was I filtered on store, so it'll be this particular store, Store No. 1158 within the state of Alabama.

A Yeah.

Q And each number within this column labeled store should be tied to a particular store within the state of Alabama, correct?

A Correct.

Q No store shares a number with another store in the state of Alabama, correct?

A Correct.

Q Okay. So filtered on Store 1158 and then I filtered on the price of $8.48 and $8.64 and then sorting on Walmart week, what this appears to show is that there was a change in price at this point on between line -- on 8328 and 8529.

A Yes.

Q Where the price increased for these Pediatric Shakes from $8.48 to $8.64 and that that increase occurred sometime in 2019?

A Yes.

Q Okay. Why did the price of the shakes increase?

A It would depend. Again, from my memory, I don't remember specifically. But it would depend on if the cost increased and the retail would increase. Or if the merchant needed to change the retail for any given reason.

Q Did Walmart need to change the retail price for a reason?

A Yes.

Q Okay. Why did they change it?

A Again, it all depends. From my memory, I can't give you an exact answer. All I can tell you is if the price changed at that moment in time, then that would be why the retail changed. Or if the market dynamics changed, then that could be why the retail changed. Or if the PNL of the buyer needed to change for whatever reason, those would be the normal typical reasons why the retail would go up.

Q Who makes that decision at Walmart to change the price?

A Typically, the buyer.

Q So would that be Walmart?

A The retail price, typically the Walmart buyer would make the decision to change the retail.

Q So would that be someone in your department?

A There's hundreds of Walmart buyers at Walmart.

Q Are you one of them?

A I am merchandising category director now. But yes, I have been one of them.

Q Okay. So you made the decision when you were in that position on whether or not the retail needed to change?

A At this time, yes.

Q During that timeframe?

A Yes.

MR. GRESHAM: And the timeframe you're referring to is that when -- whenever 2019; is that the timeframe you're referring to?

THE WITNESS: The line right here, yes.

Q (By Mr. Lynch) Right. You were a buyer for these Pediatric Shakes in 2019, correct?

A Correct.

Q Okay. So why did the price change in 2019?

A It would all depend, Travis. It would

all depend on the circumstance. I'm over hundreds of items. I can't remember exactly at this moment in time, unfortunately, on the exact reason why, but the two reasons I gave you are still very relevant and would be the reason it would have changed.

Q Okay. Did it have anything to do with the change to the formula of these Pediatric Shakes?

A It would not have been because of a formula change. It would have been because of a cost change, a market change, or a PNL need change.

Q Okay. When Walmart changed the formula to these clean label shakes, that included the phrasings naturally flavored, no artificial sweeteners, flavors, was there a cost change to Walmart associated with that?

A There was a cost change that was impacted that Gehl provided at some point during this timeframe. If it was during this timeframe, I'd have to see another sheet to confirm the cost.

Q Okay. Do you recall at this time if there was a change in the retail price?

A Whenever there was a price change from Gehl, there was a retail change that followed.

Q Okay. Sorry, give me one second here. So I'm sending in the chat what we'll mark as -- we'll mark these together as Exhibit 25 and 26. Let me know when you have these available.

(Plaintiff's Exhibit Nos 25 and 26 were marked for identification.)

MR. GRESHAM: Which one are you marking as 25 and which one as 26?

Q (By Mr. Lynch) We'll mark WM Morris 397 through 399 as Exhibit 25 and then we'll mark WM Morris 400 as Exhibit 26.

A Do I need to download them?

Q Let me know when you have them in front of you.

A All right. I have them pulled up.

Q Okay. So if you have -- so talking about Exhibit 26, WM Morris 400, have you seen this document before?

A Yes.

Q Okay. And what is this document?

A This -- this particular document is a cost change document from the supplier to the buyer.

Q Okay. And if you're looking at this, it says date submitted January 17, 2018, buyer, Esther Gifford, which is you. Did you review this document when it was submitted?

A Yes.

Q Okay. And does this document show that there was a cost change to Walmart associated with these new clean label Pediatric Shakes?

A It doesn't tell me that. It just tells me that these particular UPCs, they were proposing a cost change for these UPCs on this sheet.

Q Okay. Well, if you go to Exhibit 25, WM Morris 397.

A 397-399?

Q Yes, ma'am.

A Yes, I see it.

Q Okay. Was February 26th, 2018, around the time that these clean label shakes started shipping to stores?

A Will you say that again. I'm sorry.

Q When did these clean label shakes start being shipped to stores?

A Around March of 2018.

Q Okay. So if you look at this first line in the email, "We are shipping the first cases beginning this week."

A Yes.

Q Do you see that? Do you have any reason to doubt that those shakes began shipping that week to stores?

A No.

Q Okay. Do you know that they, in fact, started shipping to stores?

A Based on this document, that's when they say they were starting to ship these to the stores.

Q Okay. So this -- this spreadsheet, Exhibit 26, is attached to this email, which is Exhibit 25. In this document, Exhibit 26,

seems to indicate that there was a cost change associated with these new clean label shakes that were being shipped starting in February 2018; is that correct?

A That's correct.

Q Okay. So looking at Exhibit 26, there was a new VP -- excuse me, VNPA cost associated with these shakes; is that correct?

A The Exhibit 26 the cost change form? Sorry, I'm a little confused.

Q Yeah. I'm talking about Exhibit 26 seems to indicate that there was a cost change associated with these new clean label Pediatric Shakes being shipped; is that correct?

A Yes.

Q Okay. Okay. So if you're looking at the old retail price of $8.48, we see new item pricing is also listed as $8.48, so there's not a retail -- a change in the retail price associated with these shakes at this time; is that correct?

A That is not correct. When the

supplier -- well, I'll let you ask questions. Sorry.

Q No. No. Please, go on. So there was -- why was there not a change in the retail price?

A The supplier is not responsible for the retail price. The retail price is the sole discretion of the retailer. Therefore, the supplier submitted a cost change and only submitted a cost change. And did not submit a retail change, knowing that the retail change was at the discretion of the retailer and not one that they made decisions on.

Q Okay. So these -- Exhibit 26 reflects data that they were inputting, but they wouldn't necessarily decide what price Walmart was selling these shakes at? That new item pricing would be left to the discretion of Walmart; is that what you're saying?

A The new cost to Walmart would be decided on agreeing with the supplier and Walmart. The new retail for the customer would be decided upon by Walmart and Walmart

only.

Q Okay. So the reason that this Exhibit 26 doesn't show a change in the retail price is because this document came from Gehl who doesn't get to decide the retail price?

A Correct.

Q Okay. So if we go back to Exhibit 21 which is the spreadsheet marked WM Morris 2024.

A I don't know if you asked a question. I don't know what you're asking.

Q Yeah. I'm sorry. I'm just trying to wait until you have Exhibit 21 in front of you.

A Yes, I have it in front of me.

Q Okay. Okay. So looking at the tab labeled POS sales --

A Yes.

Q Okay. Can you tell me what price Walmart was selling its Pediatric Shakes for after the cost change occurred to Walmart with respect to these new clean label Pediatric Shakes.

A Are you asking about cost or retail?

Q Yeah. So we saw in Exhibit 26 that there -- that the retail price was listed at $8.48 and what I'm trying to see is where in Exhibit 21 does it show the price that Walmart actually sold these shakes for after they changed the formula.

A So if you're trying to determine when did we start retailing this at $8.64 --

Q Uh-huh.

A -- then it appears in the state of Alabama that the first week we started selling pediatric nutrition shakes at $8.64 was on February 2nd of 2019.

Q Okay. So was there a retail cost change in February 2018?

A You talking about retail or cost? Sorry.

Q Yes, ma'am. Sorry, the retail cost. I guess globally -- did the cost to the customer change for these Pediatric Shakes in February 2018?

A The retail cost to the customer change

in 2018?

MR. GRESHAM: Esther, I think what he is looking for is the whole retail under Walmart 400 compared to the retail that was being in 2104 and that 2018 timeframe; did that change?

THE WITNESS: 2018 timeframe, did our retail change?

MR. GRESHAM: Yeah.

THE WITNESS: In the state of Alabama, I mean, it looks like I'm seeing $8.56 retail on April 14th of 2018, sold out of Store 5174. And then I'm seeing it $8.64 retail on February 2nd of 2019 sold out of Store 287.

Does that answer your question?

Q (By Mr. Lynch) So what -- what values are you saying the shakes were sold at in February 2018?

A I see on April 20th of 2018 an $8.56 retail is listed.

Q Okay. Okay. And was that -- was that -- was that increase of eight cents associated with the change in the clean shake

formula?

A Again, a cost would -- a cost increase to Walmart would be the reason for a retail change, not an ingredient change or a change in dynamic in the market, or change in the buyer's PNL need would be a reason for a retail change.

Q Okay. Let me ask that again. Was this increase of eight cents related to the change in ingredients to the clean label shakes, the Pediatric Shakes?

MR. GRESHAM: Objection. Asked and answered. You can answer.

THE WITNESS: The three main reasons a buyer changes a retail are due to cost increase, are due to PNL need, or due to market dynamics. It has nothing to do with the ingredient change if it doesn't impact one of those three options.

Q (By Mr. Lynch) Okay. But did the change to the formula impact the cost to Walmart?

A In this particular situation,

according to document WM Morris 0000397-399 a cost increase was taken effect in 2018. And so yes, a retail changed close to that when a cost increase changed.

Q Okay. So you have -- do you know if there was another reason besides this cost increase that the price of the shakes went up?

A The supplier gave a cost increase to Walmart; therefore, we changed our retails.

Q Okay. So any other increases in price associated with these Pediatric Shakes would be related to one of those three reasons you've previously listed?

A Yes.

Q Okay. And the reason for those changes would have been documented by Walmart?

A What do you mean by documented?

Q When the decision is made to increase the price of these Pediatric Shakes, is that decision recorded somewhere?

A In our systems, you can -- just like this report is showing you what our retail was by store by week, that's where you see the

retail changes.

Q Right. But what I'm trying to understand is if there's some sort of documentation by Walmart as to why that price increase occurred?

A Not necessarily a document, no.

Q Okay. But it doesn't just happen -- someone has to approve that change, correct?

A Someone has to approve a retail change, correct.

Q And that's based on their analysis of those three reasons?

A Correct.

Q Okay. And that person would have been you during this timeframe, correct?

A Correct.

Q Do you remember what the reason for the price change in February of 2019 was?

A I'm looking back at the document. No, I do not remember February of 2019, why the retail changed.

Q Okay. Would you have documented that somewhere?

A Not necessarily, no.

MR. LYNCH: Okay. Okay. We've been going about an hour now. Why don't we take a quick five-minute break?

MR. GRESHAM: Sounds good.

(A recess was taken.)

Q (By Mr. Lynch) Okay. Esther, I think you're still on mute.

A I'm good.

Q So earlier we were talking about the difference between the retail price to the customer and the cost increase with Walmart -- associated with these clean label shakes; do you remember that?

A I remember having conversations about retail and cost, yes.

Q Okay. So when the clean label shakes were introduced back in February of 2018, there was a cost increase associated with those shakes, correct?

A Not necessarily.

Q Okay. Why do you say that?

A You need to pull up another document

for me to tell you exactly when the cost changed, but I can tell you, the document that the supplier submitted, they submitted a cost change form in the email, yes, we went over that. But that doesn't mean that that went in at that moment in time or for what reason. That was simply an email from the supplier.

Q Okay. So do you have that email? Do you know when it was?

A Yes. Your document WM Morris 0000397-399, there was an email sent on February 26th of 2018 where Gehl proposed a cost increase.

Q Correct. That was what we had previously marked as Exhibit 25 and the cost and the change form was attached as Exhibit 26; is that correct?

A Yes. Those are the two documents.

Q Okay. And so those documents show a cost increase associated with the introduction of the clean label shakes, correct?

MR. GRESHAM: Object to the form. Object to the form. Go ahead.

THE WITNESS: Those documents show that the supplier was proposing a cost increase.

Q (By Mr. Lynch) Okay. Was there a cost increase?

A At some point, there was a cost increase.

Q Okay. When was that increase?

A The exact date, you'd have to pull up one of the other exhibit documents and we could go and find the exact date that the cost changed.

Q Okay. Do you remember when that was?

A I don't know.

Q Okay. Do you remember roughly when it was? I mean, this was only a couple years ago; you don't have any recollection?

A Travis, I want to make sure I give exact dates if I'm going to give a date. I'm not going to make up a date, so if you want to show the document in front of me that has cost and sales, we can figure it out, but otherwise, I can't give you a date without

remembering in my brain at this moment in time.

Q Okay. Did you look for that email before today's deposition?

A What email?

Q The email reflecting this price increase.

A I went over it with our lawyers. They showed me that document, yes.

Q Okay. And -- okay. And when did that occur; when did they show you that email?

A The exact date, I don't know. Sometime in the past two months. We've been looking at documents for this case.

MR. GRESHAM: I think it's a spreadsheet and not an email.

MR. LYNCH: Okay.

MR. GRESHAM: Just to clarify.

Q (By Mr. Lynch) Okay. But regardless of what's reflected in Exhibit 25 and 26, was there a -- did Walmart approve that cost increase associated with these clean label shakes?

A At some point Gehl and Walmart did approve a cost increase.

Q Okay. And as a result of that cost increase, was there a change in the retail price of the shakes?

A Yes.

Q Okay. Was that the only change in the retail price of the shakes as a result of the change in the label?

A I'm sorry, I'm confused. Can you clarify?

Q Did Walmart -- was there a change in the retail price after that change?

MR. GRESHAM: Objection.

Q (By Mr. Lynch) How many times has Walmart changed the retail price of these shakes?

A I don't know how many times we've changed the retail price of these shakes. These shakes have been in our stores for a long time. I can tell you we change retails when there's a cost increase, when the market changes, and when a PNL change is needed.

Q And then talk specifically about this February 2018 cost increase. Did that have anything to do with the PNLs?

MR. GRESHAM: Object to the form. Mischaracterizes the testimony. You can answer.

THE WITNESS: The February 2018 email was a proposal from the supplier for a cost increase. That's not the exact date a cost increase took place or what the exact cost increase was or for the exact reason or the exact agreement. That was just their initial proposal for a cost increase.

Q (By Mr. Lynch) Okay. But when this cost increase did occur, which I believe you did testify that it did occur, was that because of the change in the formula or the change in the label associated with these Pediatric Shakes?

A There would have been a number -- a supplier can give a cost increase for a number of reasons. It can give a cost increase for a number of things and it looks like from the

email that they're saying that they want a cost increase. Looks like they're talking about the clean label, but the exact details of exactly what the cost increase is for and the breakdown, I don't know. I don't remember unless there's a document you can show me.

Q Okay. Well, let's go back to Exhibit 21. That's Walmart Morris 2104. Let me know when you have that up and available.

A I have it up. Okay.

Q So within this date range of February 26th, 2018, to April 30th, 2021, if there was a change in the retail price associated with these shakes, it would be reflected in this spreadsheet; is that true?

A The retail price to the customer, yes.

Q Okay. And I believe you testified earlier that the retail price could vary depending on the store; is that true?

A That is true.

Q Okay. How do you know that?

A Well, you can look at the sheet and see different retails in different stores.

Q Okay. So if -- but it would all be in this -- all that information would be in this spreadsheet, correct?

A Correct.

Q So the information contained in the spreadsheet is accurate, to the best of your knowledge?

A Correct.

Q Okay. When we're talking about -- let's pull up Exhibit 22, which I'm sending to you -- unless you already have that one available to you.

A I don't have it open unless it's one you wanted me to have from last night.

Q Okay.

MR. LYNCH: Why don't we go off the record.

(Discussion held off record.)

THE WITNESS: Okay. I have 2105.

Q (By Mr. Lynch) Okay. And so do you recognize this document? So look at Exhibit 22. Do you recognize this document?

A Yes.

Q Okay. And what is this document?

A This is the sales data for the three pediatric UPC shakes for February 26th, 2018, to April 30th, 2021 for Walmart.com sales.

Q Okay. And with respect to the price of these shakes in stores, you said that can vary among stores?

A Uh-huh.

Q Is the same true for the sale of these shakes on Walmart's website or through its apps?

A I think I'm hearing you asking me can it change retails on .com? Yes.

Q Sorry. What I'm asking is if someone is buying one of these Pediatric Shakes in Alabama through Walmart.com, are they paying the same price as someone who is buying a Pediatric Shake in California through Walmart.com?

A Potentially. It could be the same retail and it could be a different retail by state for .com.

Q Okay. And if the price is different

through Walmart.com or through the app, it would be reflected in this spreadsheet?

A Correct.

Q In the column labeled net sales?

MR. GRESHAM: On the POS tab, sales tab.

THE WITNESS: Yes.

Q (By Mr. Lynch) And you mentioned earlier that this net sales tab does not include the cost of shipping these shakes; is that correct?

A Net sales or the retail sales has nothing to do with the cost.

Q So it excludes taxes and shipping?

A Correct.

Q Does it exclude any other costs associated with the sale of these pediatric sales?

MR. GRESHAM: You mean any other price charged to the customer?

Q (By Mr. Lynch) Yes.

A Correct.

Q Okay. Does Walmart maintain a record

of how much tax or shipping fee was charged to a customer associated with a particular sale on Walmart.com?

A I think I'm hearing you ask does Walmart document the taxes that we make customers pay. I don't know. I don't deal with the taxes on my day-to-day business.

Q Okay. Do you know if someone at Walmart would have that information?

A I don't know if Walmart has particular taxes -- tax records by customer on record somewhere. I don't know that.

Q Okay. Did you do anything to ask about that in preparation for today's deposition?

A I did not ask about Walmart's record for taxes by customer.

MR. LYNCH: Okay. Cole, were y'all able to find out anything about the issue that we discussed earlier with respect to checks?

MR. GRESHAM: Not that I have seen yet.

Q (By Mr. Lynch) Okay. Ms. Gifford, so

earlier we discussed when a person goes to buy one of these Pediatric Shakes with a check, whether Walmart maintains any information associated with that check.

Do you have any knowledge of that or the records that Walmart maintains?

A I do not have any knowledge of what Walmart records are for customer checks.

Q Okay. Do you know what information the customer might have to provide when they're paying with a check such as using a driver's license or writing their driver's license number down on the check?

A From a customer's standpoint, at different times, people have asked for your cell phone or your address. I can't -- I can't speak to it. I can't speculate. I haven't written a check at a Walmart store, personally, in years.

MR. LYNCH: Okay. Okay. Let's take another five minutes real quick. Sorry, Cole, I think we're wrapping up. I just want to check my notes.

MR. GRESHAM: You're good.

(A recess was taken.)

MR. LYNCH: All right. We don't have any further questions, so thank you Ms. Gifford for your time.

MR. GRESHAM: I don't have any questions either. Thanks, Esther. I appreciate it.

(The deposition of ESTHER GIFFORD was concluded at 1:16 p.m., June 3, 2021.)

--oOo--

C E R T I F I C A T E

State of Alabama

Marshall County

I here by certify that the above and foregoing deposition was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in any way interested in the result of said cause named in said caption.

/s/Kayla Wilson
KAYLA WILSON
ACCR #634
Commissioner for the
State of Alabama at Large

**A**

**a.m** 1:20
**able** 23:15 29:17 30:6 31:14 57:19
**absolutely** 17:12
**access** 13:7,8
**ACCR** 60:22
**accurate** 54:6
**action** 4:5 60:14
**address** 58:16
**affirmed** 5:3
**ago** 5:15 11:8 49:17
**agree** 23:5
**agreeing** 40:21
**agreement** 18:6 52:12
**ahead** 48:23
**Alabama** 1:1,22 2:11 15:12 16:7 25:1,21 26:6 27:11,19 28:8 30:12 31:19,23 32:3 42:12 43:10 55:16 60:2,23
**allow** 23:8
**analysis** 46:11
**answer** 5:20 6:10 26:17 27:4,8 33:6 43:15 44:13 52:6
**answered** 25:5 30:20 44:13
**answers** 60:6
**app** 56:1
**appear** 24:10 25:18 29:2
**appears** 20:22 30:1,10 32:8 42:11
**applies** 8:12
**appreciate** 59:8
**approve** 18:3,4 18:8 46:8,9 50:21 51:2
**approves** 17:23
**apps** 55:11
**April** 25:3 26:15 43:12,19 53:12 55:4
**artificial** 35:17
**aside** 14:20
**asked** 41:10 44:12 58:15
**asking** 6:9 25:23 26:13 27:5 41:11 42:1 55:12,14
**assignment** 4:9
**associated** 19:3 19:10 21:8 30:18 35:18 37:13 39:2,8 39:13,21 43:23 45:11 47:13,19 48:20 50:22 52:18 53:14 56:17 57:2 58:4
**assume** 14:3
**Atlanta** 2:6
**attached** 38:22 48:16
**Attorney** 2:4,5,9
**available** 7:5 12:14,20 36:9 53:9 54:12
**average** 31:8
**aware** 11:5

**B**

**B** 16:2
**baby** 8:23 9:6,8
**back** 27:16 41:7 46:19 47:18 53:7
**Bartlett** 2:5
**based** 16:6 31:8 38:18 46:11
**basically** 20:14
**Bates** 12:9
**beauty** 5:22
**began** 9:14,17 38:13
**beginning** 38:10
**behalf** 1:5 6:22
**believe** 17:3 52:15 53:17
**best** 54:6
**better** 29:20
**Birmingham** 1:21 2:11
**bit** 21:11
**bottom** 12:10 28:16
**brain** 50:1
**break** 47:4
**breakdown** 53:5
**Brookwood** 2:10
**business** 57:7
**buy** 58:1
**buyer** 9:16,18 10:5,5 18:2,7 23:13 33:11,17 33:20 34:18 37:5,8 44:15
**buyer's** 17:21 44:6
**buyers** 34:1
**buying** 55:15,17

**C**

**C** 2:1,5 16:2 60:1,1
**California** 55:18
**called** 10:11
**caption** 60:16
**care** 10:1
**case** 5:8 11:12 12:4,5,6 14:4 19:16,18,19 20:22 50:14
**cases** 38:10
**category** 8:17 10:2 23:7 34:4
**cause** 60:15
**CCR** 1:18
**cell** 58:16
**cents** 43:22 44:9
**certify** 60:4,12
**change** 16:11,12 16:12,13,15,17 16:22 17:4,7 17:15,16,23 18:1,8,9,11,15 19:10 20:8 22:2,17 23:12 30:17 31:6,7 32:9,22 33:1,4 33:12,16,21 34:8,21 35:8 35:11,12,12,13 35:18,19 36:2 36:3,4 37:4,12 37:17 39:1,9 39:12,20 40:4 40:9,10,11,11 41:3,21 42:16 42:21,23 43:6 43:8,23 44:4,4 44:4,5,7,10,18 44:21 46:8,10 46:18 48:4,16 51:4,7,9,12,13 51:21,23 52:17 52:18 53:13 55:13
**changed** 16:16 16:17,18,19 17:10,13 18:13 20:4,5 30:23 31:10,12 33:7 33:9,10,11 35:6,14 42:7 45:3,4,9 46:21 48:2 49:12 51:16,19
**changes** 19:23 23:11,12 44:15 45:16 46:1 51:23
**charged** 56:20 57:1
**chat** 7:1 12:1 14:20 36:6
**check** 58:2,4,11 58:13,18,23
**checks** 57:20 58:8
**chocolate** 8:3 24:22 25:1 26:10,23 27:7 30:2,11
**choose** 30:6
**circumstance** 23:13 35:1
**clarify** 50:18 51:11
**clean** 35:15 37:13 38:2,5 39:2,13 41:22 43:23 44:10 47:13,17 48:21 50:22 53:3
**click** 27:18
**close** 45:3
**Cole** 2:9 11:12 57:18 58:21
**color** 8:6
**column** 15:21 20:20,21 31:21 56:4
**com** 12:3 55:13 55:22
**commencing** 1:20
**Commissioner** 1:19 4:7 60:22
**company** 10:11
**compared** 21:22 43:4
**competitive** 23:9
**compliance** 4:16
**computer-aided**

60:8
**concluded** 59:10
**Conference** 1:21
**confirm** 31:11 35:23
**confirmed** 27:13
**confused** 39:10 51:10
**contain** 26:5
**contained** 13:11 15:10,17 54:5
**control** 21:12
**conversations** 47:15
**correct** 7:22,23 21:1,5,19 22:4 26:6 27:21 28:9,13,17 29:5,22 30:3,7 31:23 32:1,3,4 34:19,20 39:4 39:5,8,15,22 39:23 41:6 46:8,10,13,15 46:16 47:20 48:14,17,21 54:3,4,8 56:3 56:11,15,22 60:9
**cost** 9:22 16:12 16:17,18,19,22 17:4,7,13,14 17:20,23 18:1 18:5,8,9,11,13 18:14,16,20,20 18:22 19:1,3,9 19:19,22,23 20:3,9 21:4,18 22:2,13 23:4,5 23:11 32:20 35:12,18,19,23 37:4,12,17 39:1,7,9,12 40:9,10,20 41:21 42:1,15 42:17,19,20,23 44:2,2,15,21 45:2,4,6,8 47:12,16,19 48:1,3,13,15 48:20 49:2,4,6 49:11,21 50:21 51:2,3,22 52:2 52:8,9,10,13 52:15,21,22 53:2,4 56:10 56:13
**costs** 22:10 56:16
**counsel** 4:3 60:13
**country** 22:11
**County** 60:3
**couple** 12:4,5 49:16
**court** 1:1 4:17
**courtroom** 7:22
**current** 8:15 10:21,23
**currently** 10:18 14:17
**customer** 10:1 17:16 18:21 19:22 21:5,21 21:21 22:3,8 40:22 42:21,23 47:12 53:16 56:20 57:2,11 57:17 58:8,10
**customer's** 58:14
**customers** 22:18 57:6

**D**

**D** 5:1
**data** 24:7,19 25:10 26:8,9 27:2 28:5 40:15 55:2
**date** 4:4 27:7,14 37:7 49:9,11 49:19,20,23 50:12 52:9 53:11
**dates** 27:12 49:19
**Davis** 2:5,10
**day-to-day** 57:7
**deal** 57:6
**decide** 10:6 40:16 41:5
**decided** 40:21 40:23
**decision** 33:15 33:20 34:6 45:18,20
**decisions** 40:13
**Defendant** 1:10 2:8
**definitely** 27:13
**denominated** 4:5
**department** 8:23 9:6,8 33:23
**depend** 32:18,20 34:23 35:1
**depending** 23:13 53:19
**depends** 17:17 17:22 23:1 33:5
**deposition** 1:13 1:17 4:3,13,15 4:20 5:12 6:3 6:16 7:4,10 11:10,20 12:19 13:5 14:22 15:7 50:4 57:15 59:9 60:5
**depositions** 4:18
**description** 13:16,20
**details** 53:3
**determine** 22:21 42:8
**difference** 47:11
**different** 22:5 22:10 25:11 31:3 53:23,23 55:21,23 58:15
**differentiate** 8:10
**differently** 29:10
**director** 8:17 34:4
**discretion** 40:8 40:12,18
**discussed** 57:20 58:1
**Discussion** 54:18
**DISTRICT** 1:1 1:1
**DIVISION** 1:2
**document** 7:13 12:11,17 13:1 13:12 15:1,3 15:10,11 19:6 19:15 20:13 26:5,17 27:20 36:23 37:2,3,4 37:9,11 38:18 38:23 41:4 45:1 46:6,19 47:23 48:2,10 49:21 50:9 53:6 54:21,22 55:1 57:5
**documentation** 46:4
**documented** 45:16,17 46:22
**documents** 11:19,23 12:8 12:15 13:3 15:5 19:20 48:18,19 49:1 49:10 50:14
**doubt** 38:13
**download** 36:17
**driver's** 58:12 58:12
**due** 44:15,16,16
**dynamic** 44:5
**dynamics** 33:9 44:17

**E**

**E** 2:1,1,4 5:1 60:1,1
**E-S-T-H-E-R** 5:10
**earlier** 47:10 53:18 56:9 57:20 58:1
**effect** 4:16 45:2
**eight** 43:22 44:9
**either** 59:7
**elaborate** 23:2
**email** 38:9,22 48:4,7,8,11 50:3,5,6,11,16 52:7 53:1
**emails** 12:4
**entail** 9:19
**entails** 9:20
**Esther** 1:13,17 4:3 5:2,20 37:8 43:2 47:7 59:7 59:9
**exact** 33:6 35:4 49:9,11,19 50:12 52:9,10 52:11,12 53:3
**exactly** 20:16 35:2 48:1 53:4
**Examination** 3:4 5:4
**example** 15:19
**Excel** 23:16
**exclude** 56:16
**excludes** 56:14
**excuse** 39:7
**exhibit** 3:10,11 7:3,18 12:2,18 14:21,22 36:7

36:10,15,16,22
37:19 38:22,23
38:23 39:6,9
39:11 40:14
41:2,7,13 42:2
42:5 48:15,16
49:10 50:20
53:7 54:10,21
**EXHIBITS** 3:7
**explain** 25:12

**F**

**F** 21:12 60:1
**f/k/a** 1:8
**fact** 38:16
**faster** 21:12
**February** 17:2,2
17:5,8 18:11
20:3,6 25:2
26:14,19,21
27:1 38:1 39:4
42:14,16,22
43:14,18 46:18
46:20 47:18
48:12 52:2,7
53:12 55:3
**fee** 57:1
**fees** 21:8
**figure** 23:4,6
49:22
**files** 7:7,12 12:6
**filing** 4:20
**filter** 23:16,19
27:18,23 28:2
30:6
**filtered** 25:5
28:19 29:22
31:17 32:5,6
**find** 49:11 57:19
**finish** 6:9
**first** 9:17,21
11:4 14:5 24:9
28:12 38:8,9
42:12
**five** 9:1,12 19:11
58:21

**five-minute** 47:4
**flavored** 8:5
35:16
**flavors** 8:6
35:17
**Floor** 2:10
**Florie** 2:10
**followed** 36:4
**follows** 5:3
**foods** 9:6
**force** 4:15
**foregoing** 60:5,9
**form** 4:10 25:13
25:22 27:3
39:9 48:4,16
48:22,23 52:4
**formula** 35:8,11
35:15 42:7
44:1,21 52:17
**forth** 1:23
**found** 31:9
**four** 25:11
**front** 12:20 15:1
20:13 27:15
36:19 41:13,15
49:21
**full** 4:16
**function** 7:1
23:16
**further** 4:8,12
4:19 59:4
60:12

**G**

**G-I-F-F-O-R-D**
5:10
**Garrison** 2:5
**Gehl** 10:23 11:1
35:20 36:4
41:4 48:12
51:1
**Georgia** 2:6
**Gifford** 1:13,17
4:4 5:2,6,11
11:4 37:8
57:23 59:5,9

**give** 6:10 33:6
36:5 49:18,19
49:23 52:21,22
**given** 5:12 6:3
18:1 19:15,15
19:19 22:19
23:11 27:7
28:8 32:22
60:10
**globally** 42:20
**go** 6:2 15:14
27:16,23 33:13
37:19 40:3
41:7 48:23
49:11 53:7
54:16
**goes** 58:1
**going** 7:2 47:3
49:19,20
**good** 5:6 47:5,9
59:1
**Gresham** 2:9
5:20 16:1
18:16 20:10
25:13,22 27:3
28:18 29:6,11
34:12 36:12
43:2,9 44:12
47:5 48:22
50:15,18 51:14
52:4 56:5,19
57:21 59:1,6
**grounds** 4:9
**guess** 5:17 42:20

**H**

**half** 5:15 6:4
**happen** 46:7
**head** 6:8,12
**hearing** 55:12
57:4 60:11
**held** 8:19,21,22
54:18
**helped** 10:6
**Heninger** 2:5
**hour** 47:3

**hours** 11:17
**huh-uhs** 6:12
**hundreds** 34:1
35:2

**I**

**identification**
36:11
**impact** 44:18,21
**impacted** 35:20
**include** 21:8
56:10
**included** 35:16
**increase** 17:20
32:14,17,21
43:22 44:2,9
44:16 45:2,4,7
45:8,18 46:5
47:12,19 48:13
48:20 49:3,5,7
49:8 50:7,22
51:2,4,22 52:2
52:9,10,11,13
52:15,21,22
53:2,4
**increased** 32:12
32:20
**increases** 18:5
45:10
**INDEX** 3:1
**indicate** 23:23
24:1,20 29:3
39:1,12
**information**
13:11 15:9,17
19:12,16 54:2
54:5 57:9 58:3
58:9
**ingredient** 44:4
44:18
**ingredients**
44:10
**initial** 52:12
**inputting** 40:15
**interested** 60:14
**interrupt** 6:2

**introduced**
47:18
**introduction**
18:10 20:1
48:20
**involvement**
10:4
**issue** 57:19
**it'll** 31:17
**item** 13:14,15,19
13:20 39:18
40:17
**items** 9:20 10:7
10:8 20:16
35:2

**J**

**January** 37:7
**job** 8:15
**June** 1:19 59:10

**K**

**Kayla** 1:18 4:6
60:21
**Kaylan** 1:5 5:8
**kin** 60:13
**kind** 13:21
**know** 6:3,4 7:4
8:12,13 12:19
13:11 14:16,23
15:20 17:10
19:6,13 20:16
21:14 29:16
31:13 36:8,18
38:16 41:10,11
45:5 48:9
49:14 50:12
51:18 53:5,8
53:21 57:6,8
57:10,12 58:9
**knowing** 40:11
**knowledge** 54:7
58:5,7

**L**

**L** 4:1

**label** 8:7 12:9 35:15 37:13 38:2,5 39:2,13 41:22 44:10 47:13,17 48:21 50:22 51:9 52:18 53:3
**labeled** 15:15 20:20,21 31:22 41:17 56:4
**Large** 60:23
**Law** 2:4,5,9
**laws** 4:17
**lawyers** 50:8
**left** 40:18
**let's** 14:19 21:13 24:4,21 27:16 27:17,17 53:7 54:10 58:20
**license** 58:12,13
**line** 15:18 20:18 20:21 21:13,22 24:9 28:20 29:7 32:9 34:15 38:9
**listed** 7:17 14:9 39:19 42:3 43:20 45:13
**litigation** 19:7
**little** 12:10 21:11 39:10
**LLC** 2:5
**LLP** 2:10
**long** 8:19 9:2,10 17:12 51:21
**look** 14:5 27:12 30:21 38:8 50:3 53:22 54:21
**looked** 12:2
**looking** 13:13,17 20:18 37:6 39:6,17 41:16 43:3 46:19 50:14
**looks** 7:6 13:13 15:12 43:11 52:23 53:2
**lot** 7:6
**lots** 7:11
**Lynch** 2:4 3:4 5:5,7 6:1 16:4 18:19 20:12 25:14 26:1 27:9 28:20 29:14,16 34:17 36:14 43:16 44:20 47:2,7 49:4 50:17,19 51:15 52:14 54:16,20 56:8 56:21 57:18,23 58:20 59:3

**M**

**ma'am** 12:22 37:22 42:19
**main** 44:14
**maintain** 19:2 56:23
**maintains** 58:3 58:6
**making** 9:23
**March** 38:7
**margin** 23:7
**mark** 36:6,7,14 36:16
**marked** 7:3 12:18 14:21 36:11 41:8 48:15
**market** 17:20 23:9,12 33:9 35:12 44:5,17 51:22
**marking** 36:13
**Marshall** 60:3
**mean** 13:13 19:13 25:19 43:11 45:17 48:5 49:16 56:19
**means** 15:21 60:7
**meetings** 11:13 11:14
**memorize** 13:19
**memorized** 14:18
**memory** 32:19 33:6
**mentioned** 56:8
**merchandising** 8:18 34:4
**merchant** 32:21
**mine** 28:18 29:6
**minute** 18:21
**minutes** 58:21
**Mischaracteri...** 52:5
**missing** 29:12
**mixed** 18:17
**moment** 17:19 33:8 35:3 48:6 50:1
**month** 11:8
**months** 8:22,23 50:13
**morning** 5:6
**Morris** 1:5 5:8 12:15 14:23 20:8 36:14,16 36:22 37:20 41:8 45:1 48:10 53:8
**mute** 47:8

**N**

**N** 2:1 4:1 5:1
**name** 5:6,9
**named** 60:15
**naturally** 8:5 35:16
**necessarily** 40:16 46:6 47:1,21
**need** 8:9 33:1 35:12 36:17 44:6,16 47:23
**needed** 17:22 32:22 33:11 34:8 51:23
**needs** 23:6,8,14
**negative** 23:22 23:23
**neither** 60:12
**net** 20:20,21 21:16,17 23:19 27:16 56:4,9 56:12
**new** 37:13 39:2 39:7,13,18 40:17,20,22 41:22
**night** 13:6 54:14
**nodding** 6:7
**nods** 6:12
**normal** 33:13
**NORTHERN** 1:1
**Nos** 36:10
**notes** 58:23
**notice** 4:19 7:10 8:1
**number** 12:10 28:20,22 31:21 32:2 52:20,21 52:23 58:13
**numbers** 13:14 13:19
**nutrition** 15:13 16:6 42:13

**O**

**O** 4:1 5:1,1
**oath** 7:21
**Object** 25:13,22 27:3 48:22,23 52:4
**Objection** 44:12 51:14
**objections** 4:9
**occur** 16:23 18:9 50:11 52:15,16
**occurred** 18:11 32:14 41:21 46:5
**Oh** 24:15
**okay** 5:11,14,16 6:1,14,16,20 7:1,12,15 8:9 8:14 9:2,10,13 10:14,17,21 11:1,4,9,19,22 12:8,14,17,23 13:3,10,10,22 14:5,7,10,19 14:19 15:3,5,9 15:14,16,17 16:8,10,15,22 17:7,14 18:9 18:14 19:2,6,9 19:21 20:7,18 21:3,7,10,16 21:22 22:13,17 22:21 23:15,19 24:3,5,6,8,9,17 25:12,18 26:4 26:8,18 27:16 28:4,11,15 29:2,16,19 30:1,5,9,16 31:1,13,13,13 32:5,16 33:4 34:6,21 35:7 35:14 36:1,5 36:21 37:2,6 37:11,19 38:1 38:8,16,21 39:6,17,17 40:14 41:2,7 41:16,16,19 42:15 43:21,21 44:8,20 45:5 45:10,15 46:7 46:14,22 47:2 47:2,7,17,22 48:8,19 49:4,8 49:13,15 50:3 50:10,10,17,19

51:3,7 52:14 53:7,10,17,21 54:1,9,15,19 54:20 55:1,5 55:23 56:23 57:8,13,18,23 58:9,20,20
**old** 39:18
**Once** 5:13
**oOo--** 3:13 4:21 59:11
**open** 7:11 12:23 15:2 54:13
**opening** 7:6
**options** 30:5 44:19
**Outside** 13:15

**P**

**P** 2:1,1 4:1 5:1
**p.m** 59:10
**pack** 21:18 22:1 24:23,23 25:8 25:16 26:10,10 26:16,23,23 27:1,7 30:2,2 30:10,11
**packaging** 8:7
**packs** 14:14
**Page** 3:3,9 7:17
**panel** 17:21
**part** 12:3,5,6,7 14:4
**particular** 8:21 17:21 19:1 22:7,14,23,23 23:4 30:21 31:18,22 37:3 37:16 44:23 57:2,10
**parties** 60:13
**Paul** 11:11
**pay** 57:6
**paying** 55:16 58:11
**PDF** 7:9
**pediatric** 6:17 8:2,4,11 9:11 9:15 10:4,6,15 10:18,22 13:23 14:15 15:13 16:5,11 18:10 19:3,10 20:1 20:23 21:4,18 22:1,3,22 25:20 26:9,20 27:6,19 28:7 29:4 30:19 31:3 32:13 34:18 35:8 37:14 39:14 41:20,22 42:13 42:21 44:11 45:11,19 52:19 55:3,15,18 56:17 58:2
**people** 58:15
**Perfect** 7:12
**Perrigo** 10:12 10:17
**person** 46:14 58:1
**personally** 58:19
**phone** 58:16
**phrasings** 35:16
**picking** 9:20,22
**PI** 2:10
**place** 52:10
**placed** 10:7,8
**Plaintiff** 1:6,20 2:3 5:7
**Plaintiff's** 3:10 3:11 36:10
**please** 6:8,11 7:4 8:12 40:3
**plenty** 6:10
**PNL** 33:11 35:12 44:6,16 51:23
**PNLs** 52:3
**point** 32:9 35:20 49:6 51:1
**portion** 9:9
**POS** 15:15 41:17 56:5
**position** 8:20 10:10 34:7
**Potentially** 55:20
**preparation** 11:20 13:4 15:6 57:14
**prepare** 11:10
**previously** 7:3 12:18 14:21 45:13 48:15
**price** 14:9,16,16 16:10 17:15 18:17 20:11,23 21:12,17,23 22:1,18,22 23:20 25:6 27:10,17,21 28:2 30:18 32:6,9,12,16 33:2,7,16,19 34:21 36:2,3 39:18,20 40:5 40:7,7,16 41:3 41:5,19 42:3,5 45:7,10,19 46:4,18 47:11 50:6 51:5,8,13 51:16,19 53:13 53:16,18 55:5 55:17,23 56:19
**prices** 31:4
**pricing** 39:19 40:18
**Prior** 18:12 27:14
**probably** 11:16 17:12
**produced** 19:7 19:11,13,14 27:20
**product** 5:23 9:23 17:22 23:10 31:2
**proposal** 52:8 52:13
**proposed** 48:12
**proposing** 37:17 49:2
**provide** 58:10
**provided** 19:17 35:20
**pull** 47:23 49:9 54:10
**pulled** 26:14 30:15 36:20
**purposes** 8:1
**pursuant** 1:22
**put** 14:19

**Q**

**quantities** 13:14
**quantity** 20:20 21:17
**question** 4:10 5:21 6:8,9 25:4 26:2,12,22 27:4,22 28:1 41:10 43:15
**questions** 40:1 59:4,7 60:6
**quick** 47:4 58:21

**R**

**R** 2:1 60:1
**range** 53:11
**re-ask** 25:4
**reading** 4:13
**real** 58:21
**really** 13:8,15
**reason** 14:2 17:19 32:23 33:2,12 35:4,6 38:13 41:2 44:3,6 45:6,15 46:17 48:6 52:11
**reasons** 33:13 35:4 44:14 45:12 46:12 52:22
**recall** 12:9 36:1
**recess** 47:6 59:2
**recognize** 13:1 13:17 15:3 54:21,22
**recollection** 49:17
**record** 5:9 19:2 54:17,18 56:23 57:11,16
**recorded** 45:20
**records** 57:11 58:6,8
**referring** 34:13 34:14
**reflect** 20:8 21:3
**reflected** 18:15 22:15 27:2 50:20 53:15 56:2
**reflecting** 50:6
**reflects** 40:14
**refresher** 6:6
**regarding** 5:22
**regardless** 50:19
**related** 44:9 45:12
**relating** 4:17
**relation** 5:16 6:16 10:3
**relevant** 5:18 35:5
**remember** 11:7 11:15,16,22 17:1 20:5,6 32:19 35:2 46:17,20 47:14 47:15 49:13,15 53:5
**remembering** 18:12 50:1
**repeat** 28:22
**report** 26:14

27:13 45:22
**reports** 12:3
**represent** 5:7 16:5
**represented** 13:22
**represents** 60:9
**reserved** 4:11
**respect** 7:16 41:22 55:5 57:20
**respond** 6:11
**responsible** 40:6
**result** 51:3,8 60:15
**retail** 16:12,13 16:16,18 17:15 19:22 20:3,8 20:10 21:4,21 22:2,8,10 23:6 23:12 30:17,22 30:23 31:11 32:21,22 33:1 33:9,10,13,19 33:21 34:8 36:2,4 39:18 39:20,20 40:5 40:7,7,11,11 40:22 41:3,5 42:1,3,15,17 42:19,23 43:3 43:4,8,11,13 43:20 44:3,7 44:15 45:3,22 46:1,9,21 47:11,16 51:4 51:8,13,16,19 53:13,16,18 55:21,21 56:12
**retailer** 40:8,12
**retailing** 42:9
**retails** 9:22 45:9 51:21 53:23 55:13
**returned** 24:2
**review** 11:19 37:9
**reviewed** 11:23 13:4 15:6
**right** 20:14 34:15,17 36:20 46:2 59:3
**role** 9:14,18
**roughly** 49:15
**row** 15:22 16:1
**rules** 4:17 6:2

**S**

**S** 2:1 4:1,1 5:1
**s/Kayla** 60:21
**sale** 55:9 56:17 57:2
**sales** 12:2 15:11 15:15 16:5 19:20,21 20:21 21:17 23:19 24:21 26:6 27:17 41:17 49:22 55:2,4 56:4,5,9,12,12 56:18
**saw** 42:2
**saying** 16:20 31:1,5 40:19 43:17 53:1
**says** 37:7
**screen** 29:12,17 31:14
**scroll** 14:8 20:19 21:10,16 24:14 28:15 29:21 30:9
**Scrolling** 24:15
**second** 36:5
**see** 6:7 14:11 19:1 22:6 24:11,14,21 27:14 28:12 29:17,18 31:14 35:22 37:23 38:12 39:18 42:4 43:19 45:23 53:23
**seeing** 7:8 28:21 30:14 43:11,13
**seen** 7:13 36:22 57:21
**select** 23:20 24:3 24:4
**sell** 22:9 25:8,15 25:20 26:15,18 26:20,22 29:3
**selling** 31:2 40:17 41:20 42:12
**sells** 8:5 14:1
**send** 14:20
**sending** 36:6 54:10
**senior** 9:16
**sent** 18:2,23 48:11
**September** 11:3
**set** 1:22
**shake** 22:22 25:20 26:9,20 26:23 31:3 43:23 55:18
**shakes** 6:12,17 8:3,4,11 9:11 9:15 10:4,6,15 10:19,22 11:2 14:1,15,17 16:6,11 17:11 18:10 19:4,10 20:2,9,11,23 21:4,18 22:1,3 22:9,18 24:22 27:6,19 28:7 29:4 30:11,11 30:19 32:13,16 34:18 35:9,15 37:14 38:2,5 38:13 39:2,8 39:14,21 40:17 41:20,23 42:6 42:13,21 43:17 44:11,11 45:7 45:11,19 47:13 47:17,20 48:21 50:23 51:5,8 51:17,19,20 52:19 53:14 55:3,6,10,15 56:10 58:2
**shaking** 6:7
**share** 7:2 29:12
**shared** 12:1 23:16
**shares** 32:2
**sheet** 18:23 35:22 37:18 53:22
**shelves** 10:7,9
**ship** 38:19
**shipped** 38:6 39:3,14
**shipping** 38:3,9 38:14,17 56:10 56:14 57:1
**show** 26:9 28:6 31:7 32:8 37:11 41:3 42:5 48:19 49:1,21 50:11 53:6
**showed** 21:23 30:22 50:9
**showing** 21:23 28:6,18 29:6 30:1 45:22
**shows** 7:11 20:14
**sign** 23:22,23
**signature** 4:13
**signifies** 15:23
**similarly** 1:5
**simply** 48:7
**situation** 44:23
**six** 26:10,10,23 26:23 27:1,7 30:2,2,10,11
**Slope** 2:6
**sold** 9:23 14:15 14:17 20:14,17 20:23 21:18,20 22:8,14,22 26:11 27:6,9 27:19 28:7 30:12 31:8 42:6 43:12,14 43:17
**sole** 40:8
**sorry** 6:1 36:5 38:4 39:10 40:2 41:12 42:18,19 51:10 55:14 58:21
**sort** 24:6 28:11 46:3
**sorted** 29:9
**sorting** 32:7
**Sounds** 47:5
**SOUTHERN** 1:2
**speak** 58:17
**specifically** 10:3 32:19 52:1
**specified** 4:5
**speculate** 58:17
**speculating** 30:20
**spell** 5:8
**spent** 11:17
**spreadsheet** 15:18,23 18:15 20:7 22:15 38:21 41:8 50:16 53:15 54:3,6 56:2
**standpoint** 58:14
**Starnes** 2:10
**start** 38:6 42:9
**started** 9:22 10:10 38:2,17 42:12
**starting** 15:18 38:19 39:3
**state** 15:11 16:7

25:1,21 26:6 27:11 28:7 30:12 31:19,23 32:3 42:11 43:10 55:22 60:2,23
**STATES** 1:1
**stenotype** 60:6
**stipulated** 4:2,8 4:12,19
**stipulations** 1:22
**store** 10:7,8 17:16 22:5,6,7 22:14,23 30:21 31:2,9,17,18 31:18,22,23 32:2,3,5 43:12 43:14 45:23 53:19 58:18
**stores** 1:9 9:21 12:3 17:11 22:10 38:3,6 38:14,17,20 51:20 53:23 55:6,7
**studied** 11:11 13:8,10
**submit** 40:10
**submitted** 37:7 37:9 40:9,10 48:3,3
**Suite** 2:6
**supplier** 10:15 10:18,21,23 11:2 18:5,7 23:5 37:4 40:1 40:6,9,21 45:8 48:3,7 49:2 52:8,21
**suppliers** 18:2
**supposed** 7:7 26:4,5
**sure** 10:1 17:9 17:12 25:23 28:1 49:18
**sweeteners** 35:17
**sweetening** 8:6
**sworn** 5:3
**synthetic** 8:6
**systems** 45:21

**T**

**T** 4:1,1 5:1 60:1 60:1
**tab** 15:14 41:16 56:5,6,9
**take** 21:13 47:3 58:20
**taken** 1:18 4:4 45:2 47:6 59:2 60:5
**talk** 8:2 52:1
**talking** 8:3,11 16:2,2 18:16 18:17,19,21 20:10 36:21 39:11 42:17 47:10 53:2 54:9
**tax** 21:8 57:1,11
**taxes** 56:14 57:5 57:7,11,17
**Taylor** 2:5
**tell** 22:6 27:15 30:23 33:7 37:15 41:19 48:1,2 51:21
**telling** 27:23
**tells** 37:16
**terms** 12:10 19:21
**testified** 5:3 29:8 53:17
**testify** 6:22 7:16 52:16
**testifying** 7:21 11:5
**testimony** 52:5 60:10
**thank** 59:4
**Thanks** 59:7
**thereto** 60:7
**things** 6:12 52:23
**think** 8:10 18:17 25:5 27:5 29:7 43:2 47:7 50:15 55:12 57:4 58:22
**thought** 27:22
**three** 15:12 16:3 16:4 44:14,19 45:12 46:12 55:2
**tied** 14:14 31:22
**time** 4:4,11 6:10 8:9 9:9,14 10:14 16:11,16 17:1,10,12,14 17:19,21 18:4 18:13,13 19:9 20:5 22:19,23 23:11 33:8 34:9 35:3 36:1 38:2 39:21 48:6 50:2 51:21 59:5
**timeframe** 19:18 26:7,13 27:20 28:8 30:15 34:10,12 34:14 35:21,22 43:5,7 46:15
**times** 17:13 25:11 51:15,18 58:15
**tiny** 29:18
**title** 8:15,21,22 9:17 12:11 16:1
**today** 6:18,21 7:16,21 8:2 11:6,10 13:5 15:7
**today's** 11:20 50:4 57:14
**told** 13:6 26:7
**Topics** 7:17
**total** 11:17
**transcribed** 60:7
**transcript** 60:10
**transcription** 60:8
**Travis** 2:4 5:7 29:11 34:23 49:18
**trial** 4:11
**true** 53:15,19,20 55:9 60:9
**trying** 5:19 25:14 30:16 41:12 42:4,8 46:2
**two** 11:8 16:3,4 18:18 20:18,22 31:3 35:4 48:18 50:13
**type** 23:9
**typical** 33:13
**typically** 25:15 25:17 33:17,19

**U**

**U** 4:1
**uh-huh** 6:12 25:7 42:10 55:8
**uncheck** 27:17
**unclear** 5:17
**understand** 5:19 6:21 7:15,20 25:15 26:1 27:4 30:17 46:3
**understanding** 14:13 26:12
**understood** 8:7
**unfortunately** 35:3
**uniformly** 22:17 22:20
**unit** 20:20 21:17
**UNITED** 1:1
**UPC** 14:13 55:3
**UPCs** 13:14,17 13:18,19,23,23 15:12,13 37:16 37:17
**use** 23:15
**usually** 22:20

**V**

**value** 17:20
**values** 43:16
**vanilla** 8:4 14:14 24:22,23 25:9 25:16 26:10 27:1,8 30:2,11
**various** 13:23
**vary** 53:18 55:7
**verbal** 6:11
**versus** 21:23
**video** 1:21 6:7
**Vinings** 2:6
**VNPA** 39:7
**VP** 39:7
**vs** 1:7

**W**

**wait** 6:8 41:13
**waived** 4:14,20
**WAL-MART** 1:9
**Walmart** 1:8 5:23 6:22 8:4 8:16 9:3,21,21 10:15,19 14:1 14:22 15:19,20 16:6,19,23 17:4,15 18:1,4 18:5,8,20,22 19:2,11 20:7 22:9,17 24:7 24:10,13,15 25:8,15,19,20 26:9,11 28:11 28:16 29:3,4

31:1 32:7 33:1
33:15,18,20
34:1,2 35:14
35:18 37:12
40:16,19,20,22
40:23,23 41:20
41:21 42:5
43:4 44:3,22
45:9,16 46:4
47:12 50:21
51:1,12,16
53:8 56:23
57:5,9,10 58:3
58:6,8,18
**Walmart's** 7:3,9
55:10 57:16
**Walmart.com**
55:4,16,19
56:1 57:3
**want** 15:20
23:21,22 29:11
49:18,20 53:1
58:22
**wanted** 13:7
54:14
**way** 20:19 24:14
25:2 60:14
**we'll** 8:3 36:6,7
36:14,15
**we're** 6:6,17
8:11 10:1
20:18 30:6
54:9 58:22
**we've** 17:11 25:5
47:2 50:13
51:18
**website** 55:10
**week** 15:19,21
20:15,15 24:7
24:10,13,15
25:19 26:11
28:12 29:5
30:10,13 31:4
31:8,10 32:7
38:10,14 42:12
45:23

**weeks** 16:6 25:2
**went** 45:7 48:4,5
50:8
**Wilson** 1:18 4:6
60:21,21
**witness** 4:14
5:22 27:5 29:9
34:15 43:7,10
44:14 49:1
52:7 54:19
56:7 60:11
**WM** 12:11,15
36:14,16,22
37:20 41:8
45:1 48:10
**worked** 7:12 9:2
9:5,8,10 11:11
**working** 9:14
10:11 11:17
**wouldn't** 31:2
40:16
**wrapping** 58:22
**writing** 58:12
**written** 58:18

**X**

**Y**

**y'all** 57:18
**Yeah** 6:5 16:9
23:3 24:18
28:2 29:14
31:15,20 39:11
41:12 42:2
43:9
**year** 5:15 6:4
11:7 17:2
18:12 20:4
**years** 9:1,4,5,7
9:12 19:11
49:16 58:19

**Z**

**zoom** 1:21 7:2
11:14 31:16

**0**

**0000397-399**
45:1 48:11

**1**

**1** 7:3 12:2
**1:16** 59:10
**100** 2:10
**11** 7:17 8:22,22
**11:00** 1:20
**1158** 31:18 32:5
**12** 7:17 11:17
**1307** 21:13,15
**14th** 43:12
**16** 14:14 21:18
22:1 24:22
25:8,15 26:15
**17** 9:4,5,7 12:18
37:7

**2**

**2** 21:22
**2:19-CV-650-...**
1:7
**2016** 26:14
**2017** 11:3
**2018** 37:7 38:1,7
39:4 42:16,22
43:1,5,7,12,18
43:19 45:2
47:18 48:12
52:2,7 53:12
55:3
**201805** 15:19
28:12
**201808** 28:18
**201848** 29:7
**2019** 25:2 26:19
27:1 30:18
32:14 34:13,18
34:22 42:14
43:14 46:18,20
**201902** 24:10
25:19 26:11
**201904** 28:16
29:5 30:13

**2021** 1:19 17:5,8
25:3 26:15
53:12 55:4
59:10
**202113** 24:16
**2024** 41:9
**20th** 43:19
**21** 14:22 41:7,13
42:5 53:8
**21.97** 14:9,16
20:23 21:3,23
**2100** 12:15,21
**2104** 14:23 20:8
43:5 53:8
**2105** 54:19
**22** 54:10,22
**22.38** 21:12,19
21:21 22:2
**24th** 25:3
**25** 3:10 36:7,10
36:13,15 37:19
38:23 48:15
50:20
**26** 3:11 36:8,10
36:13,16,22
38:22,23 39:6
39:9,11 40:14
41:3 42:2
48:17 50:20
**26th** 38:1 48:12
53:12 55:3
**287** 43:14
**28th** 26:14
**2nd** 25:2 26:19
26:21 42:14
43:14

**3**

**3** 1:19 7:17
59:10
**30(b)(6)** 7:4,9
**30339** 2:6
**30th** 26:15 53:12
55:4
**35209** 2:11
**36** 3:10,11

**36,831** 28:21,23
**3621** 2:6
**36831** 29:7
**397** 36:15 37:20
**397-399** 37:21
**399** 36:15

**4**

**400** 36:16,22
43:4
**4320** 2:6

**5**

**5** 3:4
**5174** 43:12

**6**

**6** 24:22,23
**634** 60:22
**68113113074**
14:6

**7**

**7th** 2:10

**8**

**8.48** 27:18,21
28:3,8,19 29:4
29:22 30:12
31:10 32:6,13
39:18,19 42:4
**8.56** 43:11,19
**8.64** 23:20,21,22
24:4 25:6,9,16
25:18,21 26:11
26:16 27:10,13
27:17 32:7,13
42:9,13 43:13
**8328** 32:10
**8529** 32:10