IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 2:22-cv-00709-SMD<br>) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S OBJECTIONS & RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR THE PRODUCTION TO PLAINTIFF**

COMES NOW the Plaintiff Tammy Devane, on behalf of herself and all others similarly situated, (hereinafter, "Plaintiff" or "Devane"), pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, and the order of the Court, hereby objects and responds to the First Set of Requests for Production served on April 10, 2024 by Defendant Walmart, Inc. f/k/a Wal-Mart Stores, Inc. ("Walmart" or "Defendant") as follows:

**GENERAL OBJECTIONS AND ASSERTIONS OF PRIVILEGE**

Each of Plaintiff's responses herein, in addition to any specifically stated objection, is subject to and incorporates the following General Objections:

1.  Plaintiff objects to the requests to the extent that they seek or require

the disclosure of information which is protected from discovery by the attorney client privilege, the attorney work product doctrine, the joint prosecution or common interest privilege, the right to privacy, or any other applicable privilege or immunity. Such disclosure as may hereafter occur pursuant to the requests shall not include any information protected by such privileges or doctrines. Inadvertent disclosure of any such information is not intended to be, and shall not operate as, a waiver of any applicable privilege, protection or immunity, in whole or in part.

2. Plaintiff's responses to these requests are made on the basis of information and discovery conducted to date, which is continuing. Plaintiff reserves the right to supplement or amend these responses.

To the extent that any of Plaintiff's General Objections are cited in a specific response, those citations are provided because they are believed to be particularly relevant to the specific request and not to be construed as a waiver of any other General Objection applicable to information falling within the scope of the request.

## RESPONSES TO REQUESTS FOR PRODUCTION

Without waiving or limiting in any manner any of the foregoing General Objections, but rather incorporating them into each of the following responses to the extent applicable, Plaintiff responds to the specific requests as follows:

1. Produce all documents You relied upon or considered in drafting the Complaint.

2

**RESPONSE:** Plaintiff objects to this request to the extent it seeks attorney client communication or attorney work product. Without waiving the aforementioned objections, Plaintiff will produce all non-privileged and responsive documents.

2. Produce all documents identified in Your Initial Disclosures.

**RESPONSE:** Plaintiff will produce all responsive documents.

3. Produce all records evidencing any purchase of the Parent's Choice Pediatric Shakes.

**RESPONSE:** Plaintiff will produce all responsive documents.

4. Produce all documents or things which You contend evidence a warranty for the Parent's Choice Pediatric Shakes.

**RESPONSE:** Plaintiff's counsel has purchased certain Parent's Choice Pediatric Shakes and they may be inspected at a mutually convenient time. There are no other documents or things responsive to this request.

5. Produce copies of any packaging for the Parent's Choice Pediatric Shakes You purchased.

**RESPONSE:** Plaintiff's counsel has purchased certain Parent's Choice Pediatric Shakes and they may be inspected at a mutually convenient time. There are no other documents or things responsive to this request.

6. Produce copies of any advertisements you received relating to the Parent's Choice Pediatric Shakes.

**RESPONSE:** There are no documents responsive to this request.

7. Produce any documents, including, but not limited to any of Your text messages, social media posts, or e-mail, referencing the Parent's Choice Pediatric Shakes.

**RESPONSE:** Plaintiff has not located any documents responsive to this request but continues to conduct a reasonable search and will produce any responsive non-privileged documents.

8. Produce all statements, affidavits, and declarations that relate to this matter.

**RESPONSE:** Plaintiff is unaware of any responsive documents.

9. Produce all documents reviewed and/or relied upon by any retained or non-retained expert witness in this matter.

**RESPONSE:** Plaintiff objects to this Request in that it seeks to impose an expert discovery and disclosure deadline that is contradictory to the deadlines established in the scheduling order and under the Federal Rules of Civil Procedure.

10. Produce a copy of any retainer and/or fee agreement between Ms. DeVane and any of the attorneys representing her in the above captioned matter.

**RESPONSE**: Plaintiff objects to this request as it is attorney-client privileged.

11. Produce all documents or things You contend support your allegations that the Parent's Choice Pediatric Shakes contain synthetic flavor, color, and/or sweetener.

**RESPONSE:** There are no responsive documents or things other than the aforementioned Shakes.

12. Produce all documents or things You contend support your allegation that the Parents' Choice Pediatric Shakes contain unnatural flavor.

**RESPONSE:** There are no responsive documents or things other than the aforementioned Shakes.

Dated: June 6, 2024

                                           Respectfully Submitted,

                                           */s Taylor C. Bartlett*
                                           Taylor C. Bartlett
                                           Heninger Garrison Davis, LLC
                                           2224 First Ave North
                                           Birmingham, AL 35203
                                           taylor@hgdlawfirm.com

                                           *One of the Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

/s Taylor C. Bartlett
Taylor C. Bartlett