IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO: 2:22-cv-709-ECM-SMD<br>) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

## **ORDER**

Before the Court is Defendant's Motion to Compel (Doc. 144), wherein Defendant seeks an order compelling Plaintiff to produce the e-mail Plaintiff's Counsel sent to Plaintiff soliciting her to serve as a class representative in this litigation. Plaintiff does not oppose the motion. *See* Order (Doc. 145) (ordering that, on or before August 29, 2024, Plaintiff shall show cause, if any there be, why the motion should not be granted). As such, it is

ORDERED that the Motion (Doc. 144) is GRANTED. Plaintiff shall produce the e-mail requested by Defendant on or before September 10, 2024.

DONE this 3rd day of September, 2024.

/s/ Stephen M. Doyle
CHIEF UNITED STATES MAGISTRATE JUDGE