# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 02:22-cv-00709-SMD<br>) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | )  **UNOPPOSED**<br>)<br>) |
| Defendants. | ) |

## **WALMART'S UNOPPOSED MOTION TO FILE ITS OPPOSITION TO THE CLASS CERTIFICATION MOTION AND ITS ACCOMPANYING EXHIBITS UNDER SEAL**

Defendant, Walmart Inc. ("Walmart"), respectfully requests an order permitting it to file its Opposition to Plaintiff's Class Certification Motion and its accompanying exhibits under seal. In support of this Motion, Walmart states that portions of its Opposition and its accompanying exhibits, will contain evidence that is marked as "Confidential" pursuant to the Northern District of Alabama's Confidentiality Order, which is Dkt. 26.

3039264.1

Respectfully Submitted,

*/s/ Cole R. Gresham*
Cole R. Gresham (ASB-8993-L47G)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35209
(205) 868-6000 Phone
(205) 868-6099 Facsimile
*cgresham@starneslaw.com*

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2024, I served the foregoing on the following:

W. Lewis Garrison, Jr.
Taylor C. Bartlett
Heninger Garrison Davis, LLC
2224 First Ave North
Birmingham, AL 35203
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

J. Stuart McAtee
Alexander Shunnarah
Personal Injury Attorneys
3626 Clairmont Ave South
Birmingham, AL 35222
smcatee@asilpc.com

Taylor A. Pruett
Schreiber Law Firm, P.C.
2129 First Ave North
Birmingham, AL 35203
taylor@schreiber.law

                                             */s/ Cole R. Gresham*
                                             Cole R. Gresham