IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 02:22-cv-00709-SMD<br>) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | )  **UNOPPOSED**<br>)<br>) |
| Defendants. | ) |

**JOINT MOTION TO STAY DISCOVERY PENDING CLASS CERTIFICATION**

Defendant, Walmart Inc., and Plaintiff Tammy Devane (the "Parties") jointly request that the Court stay the case pending the decision on Plaintiff's Motion for Class Certification. In support of this Motion the Parties state as follows:

1. A significant amount of fact and expert discovery remains to be conducted on the merits of Plaintiff's claims. The completion of this fact and expert discovery will require the Parties to expend substantial amount of time and money.

2. The scope and necessity of much of this discovery depends on the outcome of the pending Motion for Class Certification.

3. Staying the case will ensure that the Parties are only required to incur the time and expense of the remaining discovery, if necessary.

4. Upon receipt of an order on the Motion for Class Certification, the

Parties will file a joint status report and, if necessary, set forth a proposed schedule for the remaining discovery.

WHEREFORE, the Parties jointly request that the Court stay all remaining discovery pending a ruling on the Motion for Class Certification.

        Respectfully Submitted,

        *s/ Cole R. Gresham*
        Cole R. Gresham (ASB-8993-L47G)
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, Seventh Floor
        Birmingham, Alabama  35209
        (205) 868-6000 Phone
        (205) 868-6099 Facsimile
        cgresham@starneslaw.com

        */s/ Taylor C. Bartlett*
        Taylor C. Bartlett (ASB-2365-A51B)
        Heninger Garrison Davis, LLC
        2224 First Avenue North
        Birmingham, Alabama 35203
        Phone: 205.326.3336
        taylor@hgdlawfirm.com

        Travis E. Lynch (ASB-7232-M20F)
        Heninger Garrison Davis, LLC
        3621 Vinings Slope, Suite 4320
        Atlanta, GA 30339
        T: (404) 996-0867
        F: (205) 547-5515
        tlynch@hgdlawfirm.com

        *One of the Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

W. Lewis Garrison, Jr.
Taylor C. Bartlett
Heninger Garrison Davis, LLC
2224 First Ave North
Birmingham, AL 35203
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

J. Stuart McAtee
Alexander Shunnarah
Personal Injury Attorneys
3626 Clairmont Ave South
Birmingham, AL 35222
smcatee@asilpc.com

Taylor A. Pruett
Schreiber Law Firm, P.C.
2129 First Ave North
Birmingham, AL 35203
taylor@schreiber.law

                        *s/ Cole R. Gresham*
                        Cole R. Gresham