IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 02:22-cv-00709-ECM-SMD<br>) |
| WALMART INC. f/k/a<br>WAL-MART STORES, INC., | )<br>)<br>) |
| Defendants. | ) |

**RESPONSE TO DEFENDANT'S STATUS REPORT**

Admittedly, Plaintiff's counsel missed Defendant's counsel's May 22, 2025 email which is Dkt. 162-1. After that May 22 email, there was no follow up email or phone call which would have alerted Plaintiff's counsel to Defendant's email. Regardless, Defendant has been uninterested in any settlement or mediation of this case, as evidenced by the below.

Plaintiff has been interested in discussing settlement for approximately three years. Indeed, on September 9, 2022 Plaintiff sent a confidential settlement proposal to Defendant. Defendant has never substantively responded. On December 27, 2023, Plaintiff followed up with Defendant asking if it was interested in discussing settlement. Exh. A. On January 12, 2024, Plaintiff again followed up as Defendant had not responded. *Id*. On February 12, 2024, Plaintiff again followed up. *Id*.

1

Defendant responded on February 12, 2024 indicating that the demand was too high, but it did not substantively respond. *Id*. Finally, on April 2, 2024 after Plaintiff suggested that Defendant make a counteroffer and agree to mediation, Defendant stated it would not "be constructive to make any counter-offers at this time." *Id*.

Accordingly, since at least April 2, 2024, Defendant has told Plaintiff that it would not make a counter offer and had no interest in mediation. In the interim, Defendant's counsel informed Plaintiff's counsel in person and telephonically that mediation would be futile. Finally, today, Defendant re-confirmed its position is that mediation would be futile.

Dated: 6/17/2025

*/s Taylor C. Bartlett*
Taylor C. Bartlett
Heninger Garrison Davis, LLC
2224 First Ave North
Birmingham, AL 35203
taylor@hgdlawfirm.com

*One of the Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                    */s Taylor C. Bartlett*
                                    Taylor C. Bartlett