# Exhibit A

# Taylor Bartlett

| | |
|---|---|
| **From:** | Cole Gresham <cgresham@starneslaw.com> |
| **Sent:** | Tuesday, April 2, 2024 5:36 PM |
| **To:** | Taylor Bartlett |
| **Subject:** | RE: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order |

Taylor,

Given the current status of the case and Plaintiff's last demand, Walmart does not believe that it would be constructive to make any counter-offers at this time. Thanks

Cole



Cole Gresham - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6042 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** Taylor Bartlett <Taylor@hgdlawfirm.com>
**Sent:** Tuesday, April 2, 2024 9:36 AM
**To:** Cole Gresham <cgresham@starneslaw.com>
**Subject:** RE: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

Hi Cole, just checking in on this. If not interest, that's fine just let me know so I can get discovery issued. Thanks



**Taylor Bartlett**
**Partner**
2224 1st Avenue N, Birmingham, AL 35203

Tel: 205.326.3336 | Fax: 205.380.8085
Taylor@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama      Georgia      New York**

**From:** Taylor Bartlett <Taylor@hgdlawfirm.com>
**Sent:** Thursday, March 7, 2024 7:37 AM
**To:** Cole Gresham <cgresham@starneslaw.com>
**Subject:** Re: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

I've spoken with my client and our team about this. I am not going to bid against myself, but if you want to send a counter proposal we will take a look and see if there's room to negotiate and if a mediation makes sense. Let me know.

Thanks, Taylor

**From:** Cole Gresham <cgresham@starneslaw.com>
**Sent:** Monday, February 12, 2024 11:45:43 AM
**To:** Taylor Bartlett <Taylor@hgdlawfirm.com>
**Subject:** RE: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

Apologies for the delay, I have discussed this with my client, and I am still waiting to hear back from them on their decision. I will tell you that the 15% of sales figure is way too high especially with the dismissal of the ADTPA claim.



Cole Gresham - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6042 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Taylor Bartlett <Taylor@hgdlawfirm.com>
**Sent:** Monday, February 12, 2024 11:41 AM
**To:** Cole Gresham <cgresham@starneslaw.com>
**Subject:** RE: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

Hi Cole, any word?



Taylor Bartlett
Partner

2



2224 1st Avenue N, Birmingham, AL 35203

Tel: 205.326.3336 | Fax: 205.380.8085

Taylor@hgdlawfirm.com | www.hgdlawfirm.com

**Alabama      Georgia      New York**

**From:** Taylor Bartlett <Taylor@hgdlawfirm.com>
**Sent:** Friday, January 12, 2024 5:34 PM
**To:** Cole Gresham <cgresham@starneslaw.com>
**Subject:** Re: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

Hi Cole, circling up on this.  Thanks

**From:** Taylor Bartlett
**Sent:** Wednesday, December 27, 2023 11:40:33 AM
**To:** Cole Gresham <cgresham@starneslaw.com>
**Subject:** FW: Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

Cole, any interest in discussing a reasonable settlement along the lines I had previously sent over? Seems like we are going all the way to class cert on this one, for a second time.  I suspect Judge Marks is going to follow Judge Borden's reasoning on class cert., as she did on the MTD.  If not, let's discuss discovery going forward.  Thanks

**From:** efile_notice@almd.uscourts.gov <efile_notice@almd.uscourts.gov>
**Sent:** Friday, December 22, 2023 12:53 PM
**To:** almd_mailout@almd.uscourts.gov
**Subject:** Activity in Case 2:22-cv-00709-ECM-SMD Devane v. Walmart Inc. Memorandum Opinion and Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** There is no charge for viewing opinions.

U.S. District Court

Alabama Middle District

## Notice of Electronic Filing

The following transaction was entered on 12/22/2023 at 12:53 PM CST and filed on 12/22/2023

**Case Name:**         Devane v. Walmart Inc.
**Case Number:**       2:22-cv-00709-ECM-SMD
**Filer:**
**Document Number:** 141

**Docket Text:**
**MEMORANDUM OPINION and ORDER: it is ORDERED that Walmart's motion for judgment on the pleadings (doc. [124]) is GRANTED to the extent that the ADTPA claims, Count V, are**

3

**DISMISSED with prejudice. The motion (doc. [124]) is DENIED in all other respects. Signed by Chief Judge Emily C. Marks on 12/22/2023. (cwl, )**

**2:22-cv-00709-ECM-SMD Notice has been electronically mailed to:**

Christopher Boyce Hood    chood@hgdlawfirm.com

Cole Robinson Gresham    cgresham@starneslaw.com, cargo@starneslaw.com

James Stuart McAtee    smcatee@asilpc.com, pthomas@asilpc.com

Michael Rowden Lasserre    mrl@starneslaw.com

Taylor Christopher Bartlett    taylor@hgdlawfirm.com, majones@hgdlawfirm.com

William Lewis Garrison , Jr    lewis@hgdlawfirm.com, pam@hgdlawfirm.com, pam-putman-1273@ecf.pacerpro.com

**2:22-cv-00709-ECM-SMD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1053018227 [Date=12/22/2023] [FileNumber=3729536-0] [8d021bded0e0f710728d57d185ea40747bdb8fc98e4a24c08133bcd7449f1858b5 a27d6ed9686fbc4c6d765262cd9f64de6123916c9dc138e7fcf775d18c4ea7]]

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.