IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 2:22-cv-709-ECM |
| WALMART INC. f/k/a WAL-MART STORES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court are the Defendant's status report regarding mediation (doc. 162) and the Plaintiff's response to the status report (doc. 163). Mediation in this Court is mandatory. In its USO, the Court ordered that counsel for both parties shall, "[n]o later than June 16, 2025," confer with his or her respective client about mediation, confer with opposing counsel about mediation, and "file a *joint* status report setting forth whether they will mediate the case with a private mediator or a United States Magistrate Judge." (Doc. 140 at 2 (emphasis added)). While the parties, in their individual filings, offer numerous excuses for why they failed to comply with the Court's Order, they still have not submitted the required joint report setting forth their mediation plans. Accordingly, and for good cause, it is

ORDERED that the parties shall file their joint mediation plan **on or before June 27, 2025.**

DONE this 23rd day of June, 2025.

                                                 /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE