IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 02:22-cv-00709-ECM-SMD ) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | ) ) ) ) |
| Defendants. | ) |

**JOINT MEDIATION PLAN**

<u>Plaintiff's Position</u>: Mediation should be ordered before a United States Magistrate Judge and the Parties, or their representatives, should appear within 30 days, or as soon as a Magistrate Judge is available. The Parties should come to the mediation with authority to discuss settlement on a class-wide basis. Plaintiff disagrees with Defendant's position regarding evidence and notes that it is often a strategy move to not depose an expert witness prior to an evidentiary hearing or trial, especially when that expert's opinion lacks merit.

<u>Defendant's Position</u>: If the Court is inclined to order mediation, Defendant will, of course, participate in good faith. However, Defendant respectfully submits that mediation is unlikely to be productive. Discovery has closed, and Plaintiff has failed to produce any evidence in support of her claims. She has not identified any

expert witnesses or deposed Defendant's expert. In light of this, Defendant believes Plaintiff's case lacks any value. Accordingly, should the Court order mediation, Defendant requests that party representatives be permitted to participate remotely, as they are located in Arkansas and Wisconsin.

Dated: 6/27/2025

> <u>/s Taylor C. Bartlett</u>
> Taylor C. Bartlett
> Heninger Garrison Davis, LLC
> 2224 First Ave North
> Birmingham, AL 35203
> taylor@hgdlawfirm.com
>
> *One of the Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 27, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

            */s Taylor C. Bartlett*
            Taylor C. Bartlett