IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:22-cv-709-ECM ) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

Before the Court is the parties' joint mediation plan. (Doc. 165). While the Plaintiff wishes to mediate this case with a United States Magistrate Judge[1], the Defendant submits that mediation would be unproductive. The Court reminds the parties for a *fourth* time that mediation is *mandatory* (*see* docs. 138, 140, 164), and that "[u]nexcused absence from mediation or failure to participate in good faith is sanctionable," (doc. 140 at 2). The parties must decide who will mediate their case and file the requisite joint mediation plan.[2] Accordingly, and for good cause, it is

ORDERED that the parties shall file their joint mediation plan in compliance with this Court's Orders **on or before July 8, 2025.**

---

[1] "[M]ediation [is] free of charge with a United States Magistrate Judge of this Court." (Doc. 140 at 2).

[2] The "Defendant requests that party representatives be permitted to participate [in mediation] remotely." (Doc. 165 at 2). This is an issue to be addressed with whatever mediator the parties select.

DONE this 2nd day of July, 2025.

                                            /s/ Emily C. Marks  
                                  EMILY C. MARKS  
                                  CHIEF UNITED STATES DISTRICT JUDGE