# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, </br></br>    Plaintiff, </br></br>vs. </br></br>WALMART INC. f/k/a WAL-MART STORES, INC., </br></br>    Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) Case No. 02:22-cv-00709-ECM-SMD </br>) </br>) </br>) </br>) </br>) |

## MEDIATION PLAN

The Parties propose mediating the case with Magistrate Judge Pate at a time that is mutually agreeable to the Parties and Judge Pate. As all of the Parties reside out of state, the Parties prefer the Party representatives be permitted to participate remotely.[1]

Dated: July 3, 2025

                                             *s/ Cole R. Gresham*
                                             Cole R. Gresham (ASB-8993-L47G)
                                             STARNES DAVIS FLORIE LLP
                                             100 Brookwood Place, Seventh Floor
                                             Birmingham, Alabama 35209
                                             (205) 868-6000 Phone
                                             (205) 868-6099 Facsimile
                                             cgresham@starneslaw.com

---

[1] The Parties understand that remote participation is up to Judge Pate.

3250783.1

*Attorney for the Defendant*

*/s/ Taylor C. Bartlett*
Taylor C. Bartlett (ASB-2365-A51B)
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Phone: 205.326.3336
taylor@hgdlawfirm.com

*One of the Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 3, 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                    *s/ Cole R. Gresham*
                                    Cole R. Gresham

3250783.1