Sarah Redford                                          2/24/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


KAYLAN MORRIS, on behalf of
herself and all others similarly,

Plaintiff,

vs.                        2:19-CV-650-GMB

WALMART, INC. f/k/a
WAL-MART STORES, INC.,

Defendant.



DEPOSITION OF SARAH REDFORD




    The deposition of SARAH REDFORD was

taken before Kayla Wilson, CCR, as

Commissioner, on February 24, 2021, by the

Plaintiff, commencing at 9:00 a.m., via

Zoom Video Conference, in Birmingham,

Alabama, pursuant to the stipulations set

forth herein.

Sarah Redford                                                   2/24/2021

Page 2

```
1        A P P E A R A N C E S
2
3   FOR THE PLAINTIFF:
4
        Travis E. Lynch, Attorney at Law
5       Taylor C. Bartlett, Attorney at Law
        Heninger Garrison Davis, LLC
6       3621 Vinings Slope, Suite 4320
        Atlanta, Georgia 30339
7
8   FOR THE DEFENDANT:
9
        Cole Gresham, Attorney at Law
10      Starnes Davis Florie, LLP
        100 Brookwood Pl, 7th Floor
11      Birmingham, Alabama 35209
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 3

```
1                    INDEX
2
3                    PAGE
4   Examination by MR. LYNCH...............6
5   Examination by MR. GRESHAM...........224
6   Further Examination by MR. LYNCH......227
7
8
9                  EXHIBITS
10
11                   PAGE
12  Plaintiff's Exhibit No. 1...............7
13  Plaintiff's Exhibit No. 2..............55
14  Plaintiff's Exhibit No. 3..............74
15  Plaintiff's Exhibit No. 4..............89
16  Plaintiff's Exhibit No. 5............105
17  Plaintiff's Exhibit No. 6............110
18  Plaintiff's Exhibit No. 7............116
19  Plaintiff's Exhibit No. 8............118
20  Plaintiff's Exhibit No. 9............130
21  Plaintiff's Exhibit No. 10...........144
22  Plaintiff's Exhibit No. 11...........152
23  Plaintiff's Exhibit No. 12...........174
```

Page 4

```
1   Plaintiff's Exhibit No. 13............183
2   Plaintiff's Exhibit No. 14............191
3   Plaintiff's Exhibit No. 15............191
4   Plaintiff's Exhibit No. 16............211
5
6              --oOo--
```
```
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 5

```
1         S T I P U L A T I O N S
2        It is hereby stipulated by and between
3   counsel that the deposition of SARAH
4   REDFORD may be taken on the date of time
5   specified and in the action denominated
6   herein before Kayla Wilson, as
7   Commissioner.
8        It is further stipulated that all
9   objections are assignment of grounds,
10  except as to the form of the question, are
11  reserved until the time of the trial.
12       It is further stipulated that the
13  signature to and reading of the deposition
14  by the witness are not waived, the
15  deposition to have the same force and
16  effect as though full compliance is had
17  with all laws and rules for court relating
18  to taking depositions.
19       It is further stipulated that notice of
20  filing this deposition is hereby waived.
21              --oOo--
22
23
```

Page 6

1          D E P O S I T I O N
2             SARAH REDFORD
3    was sworn (affirmed) and testified as follows:
4             EXAMINATION
5      BY MR. LYNCH:
6      Q    Good morning, Ms. Redford.  We met a
7    little while ago.  My name is Travis Lynch.
8    And I represent the Plaintiff, Kaylan Morris.
9    And I will be taking your deposition today.
10     Just to go over some ground rules and
11   things like that.  I'll ask a question; if
12   you'll wait until I finish asking the
13   question, I'll give you plenty of time to
14   answer.  Let's make sure -- even though we're
15   on video, this isn't being recorded for
16   purposes of the deposition.  No head nods, you
17   know, a yes or no answer.  You know, verbal
18   answers.
19     If you need to take a break at any time,
20   just let us know, I'll be happy to accommodate
21   you as long as there's not a question pending
22   at that time.  And then you understand that
23   you're here today to testify as a

Page 7

1    representative for Walmart, Inc.; is that
2    correct?
3      A    That's correct.
4      Q    Okay.  And there may be some questions
5    asked of you individually, but unless
6    specified, any answers you provide will be as
7    a representative for Walmart; is that
8    understood?
9      A    That's my understanding, yes.
10     Q    Okay.  And you understand that you're
11   here today testifying under oath?
12     A    Yes, I do understand that.
13     Q    Okay.  I'd like to mark, for purposes
14   of this deposition, Exhibit 1; this is the
15   notice.  And I'm going to try and share these
16   documents with everyone in the chat, so let me
17   know if you're able to access that document.
18        (Plaintiff's Exhibit No. 1 was marked
19        for identification.)
20     A    Yes, I believe it opened.
21     Q    Okay.  And Ms. Redford, have you seen
22   this document before?
23     A    Yes, I believe so.

Page 8

1      Q    Okay.  And you understand you're here
2    today to testify on a number of these topics
3    listed on Pages 3 through 6?
4      A    Yes, I understand that.
5        MR. GRESHAM:  And just for the record,
6    this is Cole Gresham.  I would like to point
7    out she's not being put up for 14 and 15.
8        MR. LYNCH:  Okay.  Are there any other
9    topics that Ms. Redford isn't prepared to
10   testify about today?
11       MR. GRESHAM:  I think that's all.
12     Q    (By Mr. Lynch) Okay.  And just to
13   confirm, Ms. Redford, that you will be
14   testifying on behalf of Walmart, Inc. with
15   respect to these topics, 1 through 13 and 16
16   through 38; is that correct?
17     A    That is my understanding, yes.
18     Q    Okay.  And then just to short circuit
19   some of this, we're here today to talk about
20   the Pediatric Shakes sold by Walmart.  And so
21   when we refer to Pediatric Shakes, that'll
22   refer to the vanilla shake, the chocolate
23   shake and vanilla shake with fiber; is that

Page 9

1    understood?
2      A    I understand.
3        MR. GRESHAM:  And just for
4    clarification, I don't want us to get
5    confused.  In this timeframe there is -- there
6    are multiple clean label shakes.  There's the
7    clean label shake y'all have made the claims
8    on.  There's also an older shake that did not
9    make the claims.  So anyway, I just want to
10   make that clear so we're not getting confused
11   about that.
12       MR. LYNCH:  Yeah, we'll -- sure.
13   We'll get into that and try to figure out
14   which ones.
15       MR. GRESHAM:  Sure.
16       MR. LYNCH:  Walmart had the contention
17   at -- or involved in that definition and which
18   ones they don't.
19     Q    (By Mr. Lynch) So Ms. Redford, what is
20   your current address?
21     A    My home address?
22     Q    Yes.  Just for purposes of in trial if
23   we need to call you for a witness or anything

3  (Pages 6 to 9)

Sarah Redford                                                    2/24/2021

Page 10

1  like that.
2      A   I would prefer if you need to call me
3  for trial, that you contact me at Walmart
4  since I'm a representative of Walmart.  I
5  would give you the 702 Southwest Eighth Street
6  address.
7      MR. LYNCH:  Okay.  Cole, if we need to
8  get Ms. Redford's address --
9      MR. GRESHAM:  Yeah, we can deal
10 with -- yeah, if we need her for trial, you
11 can contact her through me.
12     Q   (By Mr. Lynch) Okay.  All right.  What
13 is your current job title at Walmart?
14     A   I'm a senior product development
15 manager.
16     Q   Okay.  And what are your
17 responsibilities, you know, as senior product
18 developer?
19     A   I provide design constraints to our
20 manufacturers on products that we're looking
21 to launch.  I do maintenance and maintain the
22 product throughout it's life cycle and shelf.
23     Q   Are there any other responsibilities?

Page 11

1      A   There are others.  It's just difficult
2  to come up with your job description verbally
3  on the fly.
4      Q   Yeah.
5      A   There's considerable other things that
6  I work on, but those are predominantly the
7  items that pertain to this particular matter.
8      Q   Okay.  Can you -- you work with the
9  Pediatric Shake; is that correct?
10     A   That is correct, yes.
11     Q   Do you work on any other products that
12 Walmart currently sells?
13     A   I do, yes.
14     Q   Can you list a few of those?
15     A   Throughout the course of my working at
16 Walmart, I have worked across the frozen,
17 fried grocery, salty snacks, cookie crackers,
18 department 40, nutrition.  I have worked
19 across several different areas.
20     Q   Okay.  And in your current position,
21 do you have a formal job description at
22 Walmart?
23     A   Yes.

Page 12

1      Q   Okay.  Do you think you could find
2  that if you searched for it?
3      A   I would need to probably contact an HR
4  representative for the formal documentation if
5  that's something that you feel is necessary.
6      Q   Okay.  What department are you
7  currently in?
8      A   I am currently working in
9  merchandising.
10     Q   Okay.  And how many other employees
11 are in this merchandising department?
12     A   I would not be able to quantify that
13 for you.  That would be a question that
14 Walmart's human resource department would need
15 to provide you.
16     Q   Okay.  Well, with respect to the
17 Pediatric Shakes, how many other people would
18 you say are involved in --
19     A   How many other people have done
20 product development on the pediatric nutrition
21 shakes; is that your question?
22     Q   Yes.
23     A   Okay.  So with respect to launch and

Page 13

1  maintenance of the current clean label shakes,
2  I am the product developer.  There is not
3  another person responsible for product
4  development.
5      Now, for clarification purposes, as Cole
6  mentioned, the formulation prior to the clean
7  label formulation, that formulation was
8  launched by a different product developer.
9      Q   Okay.  And who was that?
10     A   I don't believe they're with the
11 company any longer, but I'd have to go look
12 that up.
13     Q   Okay.
14     A   It was back in 2013, maybe.
15     Q   Is 2013 when they left the company?
16     A   I can't -- I don't know the answer to
17 that, I'm sorry.
18     Q   Do you know when they left the
19 company?
20     A   I do not know the answer to that
21 question, no.  Sorry.
22     Q   Okay.  So what is the 2013 date
23 referring to -- that you referred to?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                      2/24/2021

Page 14

1    A   So the original shakes would have
2    launched in 2014, so the bulk of the work of
3    development would have been done in 2013.
4        Q   Okay.
5        A   That would be for the original
6    non-clean label shakes.
7        Q   Okay.  When you say you were involved
8    in product development for the clean shakes,
9    what did that involve?
10       A   Providing design constraints and
11   communication back and forth on sensory
12   requirements, timeline testing, that type of
13   thing --
14       Q   What do you mean by design -- sorry.
15       A   Design constraints.  So in terms of
16   these specifically, private brands looks to
17   emulate the national branded product within
18   its category segment, but provide the customer
19   with the product that is equally liked from a
20   sensory and hedonic standpoint.
21       Q   What do you mean by the hedonic?
22       A   Hedonic scores are utilizing sensory
23   science as a way of gauging or measuring the

Page 15

1    performance of a product.
2        Q   Do you know Esther Gifford?
3        A   I do know Esther Gifford.
4        Q   Okay.  How do you Know Esther?
5        A   Through work.
6        Q   Okay.  And in what capacity do you
7    work with Esther?
8        A   Esther is the buyer for the merchant.
9        Q   The buyer for Walmart?
10       A   Yes.
11       Q   And who does she buy from?
12       A   She buys all of the items that are
13   placed into to the infant formula category.
14       Q   Is she responsible for buying the
15   Pediatric Shakes for Walmart?
16       A   Yes.  Both branded and other branded.
17       Q   Okay.  Do you -- and how long have you
18   worked with Esther?
19       A   Wow.  Off and on for quite a long
20   time.  I don't recall what year I met her.
21   She was previously the merchant on the desk
22   when I met her.
23       Q   Let me narrow that down a little bit.

Page 16

1    Have you worked with Esther on these clean
2    label shakes?
3        A   Yes.  She was the merchant on the desk
4    when we launched clean label.
5        Q   And you worked with her the entire
6    time that the clean label shakes have been
7    sold?
8        A   Yes.
9        Q   Okay.  And then can you define what
10   you mean by these clean label shakes?
11       A   Yeah.  So the design constraints in
12   terms of this product -- our former product
13   was sweetened with the Sucralose and Ace-K,
14   which are considered artificial and so on the
15   package, it said that -- the ingredient
16   statement.
17        It had artificial colors, so FDA
18   registered artificial colors.  And it had
19   artificial flavors in the product.  And we
20   looked to remove those -- remove those into
21   natural.  So Ace-K, the Sucralose was
22   basically moved into Stevia and monk fruit,
23   which are natural and still maintained the

Page 17

1    sensory required in consumer testing.
2         The artificial color was removed and
3    replaced with natural sources.  And the
4    artificial flavor was replaced with natural
5    flavors.
6        Q   Okay.  So when you refer to clean
7    shakes as short hand, we can assume that that
8    means no artificial flavors, sweetenings or
9    colors; that's what Walmart is trying to
10   convey when they say clean shake?
11       MR. GRESHAM:  Objection.
12       THE WITNESS:  We've --
13       Q   (By Mr. Lynch) You can answer.
14       A   We've removed the artificial
15   sweetening agents that we previously had and
16   replaced them with Stevia and monk fruit.
17       Q   Okay.  But when you say clean, you're
18   referring to flavor and sweetening and
19   coloring?
20       A   Yes.
21       Q   Okay.  Do you work with an April
22   Shane?
23       A   I no longer with an April Shane.

5  (Pages 14 to 17)

Sarah Redford                                              2/24/2021

---

Page 18

1    Q   Does Ms. Shane still work at Walmart?
2    A   No.
3    Q   Do you know when she left Walmart?
4    A   It would have been in July.
5    Q   Of 2020?
6    A   Yes, sir.
7    Q   What was her role at Walmart prior to
8  her departure?
9    A   She was a project manager.
10   Q   On the Pediatric Shakes?
11   A   Uh-huh.  Yes.
12   Q   Okay.  Do you know if she held any
13 other roles with respect to the Pediatric
14 Shakes during her time at Walmart?
15   A   I don't believe.
16   Q   Okay.  Did you work with a Ben
17 Manning?
18   A   I did, yes.
19   Q   Do you still work with Mr. Manning?
20   A   No.  He took a notion and left the
21 company.
22   Q   Do you know when he left Walmart?
23   A   It doesn't -- it's not top of mind.  I

---

Page 19

1  can go search through and figure that out if
2  you need me to.
3    Q   Okay.  Do you remember what his role
4  was with respect to the Pediatric Shakes
5  during his time at Walmart?
6    A   He was a sourcing manager.
7    Q   Did he hold any other role or position
8  with respect to the Pediatric Shakes during
9  that time?
10   A   No.
11   Q   And what do you mean by sourcing
12 manager?
13   A   Sourcing managers are responsible for
14 the financial metrics of the project as it
15 relates to the desk that they're behind.  So
16 he would have been involved in cost
17 discussions.  He would have been involved in
18 understanding the impact in terms of what the
19 reformulation would entail for Walmart.
20   Q   So with respect to the Pediatric
21 Shake, that would have been making sure that
22 it stayed within cost constraints or a budget?
23   A   That's correct.

---

Page 20

1    Q   Would that have been limited to the
2  raw materials or just overall?
3    A   Overall.
4    Q   Overall, okay.
5        MR. GRESHAM:  Sarah, wait for him to
6  finish, so we can help out the court reporter.
7    Q   (By Mr. Lynch) Other than Mr. Manning,
8  Ms. Shane, Ms. Gifford, are there any other
9  employees that you worked with at Walmart
10 closely with respect to these Pediatric
11 Shakes?
12   A   Not that I recall, no.
13   Q   Okay.  Who is your current supervisor
14 at Walmart?
15   A   Simone Perry.
16   Q   I didn't catch the first name, what
17 was that?
18   A   Simone.
19   Q   Okay.  What is Ms. Perry's role at
20 Walmart?
21   A   She is a senior business development
22 lead.
23   Q   How long has Ms. Perry been your

---

Page 21

1  supervisor?
2    A   Since the restructure in July.
3    Q   Who was your supervisor prior to
4  Ms. Perry?
5    A   Cathy Towle.
6    Q   How do you spell her last name?
7    A   T-O-W-L-E.
8    Q   In your role as a senior manager, are
9  there any software with respect to these
10 Pediatric Shakes that you use regularly?
11   A   ProSpec.  That's our specification
12 system.
13   Q   That was prospect?
14   A   ProSpec, P-R-O-S-P-E-C.
15   Q   Okay.  Thank you.  Are there any
16 others?
17   A   We use Outlook, PowerPoint, Excel.
18 But I would say ProSpec is really the lion's
19 share of the work.
20   Q   And then how do you use ProSpec?
21   A   It is our specification system.  So
22 the primary means of communication between the
23 manufacturer and Walmart.

                                    6  (Pages 18 to 21)

Page 22

1    Q   Okay.  And so that allows all members
2   of the Pediatric Shakes team to communicate
3   with respect to like packaging, labeling,
4   formula, things like that?
5        MR. GRESHAM:  Object to the form.  You
6   can answer.
7        THE WITNESS:  ProSpec specifically
8   allows a manufacturer to provide Walmart with
9   all of the legal label copy, the content
10  information, the substantiation for claims,
11  everything that needs to be prepared in order
12  to go into the commercialization of a product
13  to shelf.  All of that content that's needed
14  to go onto a label is provided by the
15  manufacturer in ProSpec.
16   Q   So it's primarily limited to the
17  label?
18   A   It's not limited to the label.  It
19  includes formulation, ingredient statement.
20  It includes their raw material sources.  Their
21  safety requirements.  It includes their
22  testing.  There's quite a bit of content.
23   Q   Okay.  Have you ever given a

Page 23

1   deposition before?
2    A   No.
3    Q   Have you ever submitted an affidavit
4   or any other sworn testimony before?
5    A   No.
6    Q   Did you attend college?
7    A   Yes, sir.
8    Q   Where did you attend college?
9    A   Washington State University.
10   Q   Okay.  What degree did you receive
11  from that institution?
12   A   Food science and human nutrition.
13  Bachelor degree.
14   Q   Do you hold any graduate degrees?
15   A   No, sir.
16   Q   Do you hold any other degrees?
17   A   No, sir.
18   Q   Have you received any on-the-job
19  training with respect to working at Walmart?
20   A   Human resource services does require
21  online courses and in-person courses as part
22  of their continuous education program.
23   Q   Any training with respect to the

Page 24

1   Pediatric Shakes?
2    A   No, sir.
3    Q   Any training with respect to product
4   development?
5    A   I would not say that it is training
6   specific to product development.
7    Q   Okay.  How long have you worked at
8   Walmart?
9    A   Since 2008.
10   Q   And what was your title upon being
11  hired by Walmart?
12   A   Administrative assistant.
13   Q   Okay.  And how long did you hold that
14  position?
15   A   I think I would need to request HR to
16  tell me.
17   Q   Can you give --
18   A   16 months, 18 months.  I'm not sure.
19  I'd have to go look it up.
20   Q   And then after -- so when did you
21  become a senior project manager?
22   A   I'd also have to go look that up.  I
23  started on the private plans team as a tech in

Page 25

1   2010.
2    Q   So after being an administrative
3   assistant?
4    A   Yes.
5    Q   Okay.  So in between being a project
6   tech and the senior project manager, did you
7   hold any other positions?
8    A   Yes.  I was promoted a few times.  I
9   would also have to ask HR how many times.
10   Q   Okay.
11   A   I wasn't prepared for the full resume
12  dive in deep detail, but if you need me to go
13  back and look, I can be able do that for you.
14   Q   Okay.  Thank you.  When were you first
15  aware that you would be testifying as the
16  corporate representative for Walmart here
17  today?
18   A   I would also have to go back and look
19  at the timeline.  I don't recall the first
20  time I was reached out to by our counsel.
21   Q   Okay.  Would you say more than a week?
22   A   Oh, definitely.  More than a week,
23  yes.

7 (Pages 22 to 25)

Sarah Redford                                                    2/24/2021

Page 26

1    Q   More than a month?
2    A   Yeah, I would say it would be more
3    than a month.
4    Q   Okay.  Two months?  That's where it
5    starts to get a little blurry?
6    A   Yeah.  I would say I don't really have
7    a clear answer.  I'm sorry.  I wasn't really
8    prepare for the timeline.
9    Q   Okay.  What research did you do to
10   prepare today?
11   A   Reviewed some documentation with
12   counsel.
13   Q   Do you remember what documents you
14   reviewed?
15   A   I probably remember if you showed them
16   to me.  I don't have -- I don't have a list in
17   mind, no.
18   Q   Did you look at the labels for these
19   Pediatric Shakes?
20   A   I believe at some point, yeah.  I do
21   have to continue doing my work with regards to
22   Pediatric Shakes as well as other products
23   that are similar, so probably would have seen

Page 27

1    a label at one point, yes.
2    Q   Do you know how much time you've spent
3    preparing today?
4    A   No, I have not quantified that.
5    Q   An hour?
6    A   More than an hour.  I met with counsel
7    for more than that period of time.
8    Q   Did you meet on multiple occasions?
9    A   Yes, more than once.
10   Q   Okay.  Do you remember how many times?
11   A   I don't recall.  I'd have to go back
12   and count.
13   Q   More than five?
14   A   I don't recall.  I'd have to go back
15   and count to give you an accurate number.
16   Q   But it was multiple times?
17   A   Yes, sir.
18   Q   Okay.  Do you remember reviewing any
19   emails prior to today?
20   A   Yes, I believe there were emails in
21   the documents.
22   Q   Okay.  Did you speak with anyone in
23   preparation for the deposition today?

Page 28

1        MR. GRESHAM:  And Sarah, I mean,
2    obviously, we talked, but don't talk about the
3    substance of what I may have talked with you
4    about.  If there are others, that is fine.
5        THE WITNESS:  Yes, I did have
6    conversations with both Paul and Cole.
7    Q   (By Mr. Lynch) Sorry.  Who?
8    A   Paul Morris and Cole Gresham.
9    Q   Okay.  Did you speak with any other
10   employees of Walmart?
11   A   No.
12       MR. GRESHAM:  Sarah, you -- you did
13   speak with others and you can tell him that.
14   That was not what I was objecting to.
15       THE WITNESS:  Specifically about this
16   topic of nutrition shakes?
17   Q   (By Mr. Lynch) Yes.
18   A   So I have current formula, raw
19   material discussions with my suppliers that
20   are ongoing.  So as it relate to current
21   formula, raw material issues, I would discuss
22   the shakes with co-workers specifically about
23   that.  I would not have discussed our

Page 29

1    deposition meeting or any conversation that I
2    would have had with counsel with any coworker.
3        MR. GRESHAM:  And Sarah, you -- sorry,
4    I tried to sort of help her understand my
5    objection.  So in terms of the things that I
6    or Paul told you, don't say those.  But we did
7    meet with and you did talk with other people
8    in our preparation that you can tell him that
9    you have.  Sorry for the confusing objection.
10       THE WITNESS:  Okay.
11   Q   (By Mr. Lynch) So let me re-ask the
12   question.  Who did you speak to with respect
13   to the Pediatric Shakes in preparation for
14   today?
15       MR. GRESHAM:  You can answer, Sarah.
16       THE WITNESS:  Yeah, I think maybe I
17   might be getting a little bit confused as to
18   the purpose and -- it's too broad.  I talk to
19   a lot of people.  But specifically for this, I
20   know that we asked some questions of Esther.
21   There is a young gal who does systems data
22   pull.  Forgive me, her name has slipped my
23   mind.

8  (Pages 26 to 29)

Sarah Redford                                                    2/24/2021

Page 30

1      And then I also was able to talk with Jade,
2  who pulled some of the original data in terms
3  of the UBX system complaints data that you
4  should have received.  I don't recall at the
5  moment.
6      Q   (By Mr. Lynch) Did you speak with
7  anyone at Gehl Foods?
8      A   At Gehl Foods?  Yes, I continue to
9  have ongoing discussion with the R & D folks
10  at Gehl Foods.  Also, because we currently
11  have an issue with the raw material.
12      Q   And what issue is that?
13          MR. GRESHAM:  Objection.
14          THE WITNESS:  It's unrelated to the
15  particular topic.  The current sourcing --
16  they're needing to find a secondary source for
17  raw material.
18      Q   (By Mr. Lynch) What raw material is
19  that?
20      A   DHA.
21      Q   Okay.  Who did you speak with at Gehl
22  Foods?
23      A   That would have been Dana Hill or

Page 31

1  Cathy Petak, Bryan Cursetter.  The gentleman
2  who reports to Dana, I forget his name, sorry.
3      Q   What is Dana Hill's position at Gehl
4  Foods?
5      A   VP of R & D.
6      Q   Okay.  And in what capacity do you
7  work with Dana?
8      A   As a product developer, my primary
9  interface is with R & D of the company to
10  ensure that design constraints and ongoing
11  issues with the products that are currently on
12  the shelf are resolved.
13      Q   And Cathy -- what's Cathy's position?
14      A   Cathy Petak, I believe she's in charge
15  of the artwork graphics, packaging timeline.
16  I don't recall her title.
17      Q   Okay.  And Ryan, do you know his
18  position at Gehl Foods?
19      A   Ryan?  Oh, you're talking about Bryan.
20      Q   Bryan.  Thank you.
21      A   Yeah.  Bryan is the sales lead.
22      Q   Other than Dana, Cathy, and Bryan, is
23  there anyone else you work with on a regular

Page 32

1  basis at Gehl Foods?
2      A   Not regularly, no.
3      Q   What did you speak to Esther about in
4  preparation for this deposition?
5      A   Esther, being the merchant, is
6  responsible for retails, so we discussed
7  retails.
8      Q   You discussed sales?
9      A   There were some sales data in there,
10  yes.
11      Q   Did you discuss anything else with
12  Esther?
13      A   Not that I recall.
14      Q   Can you -- did you speak -- you said
15  you spoke to Jade in preparation for this
16  deposition; what did you speak to her about?
17      A   Jade is a gentleman.
18      Q   Sorry.
19      A   He was the individual who pulled the
20  UBX customer complaint data.  We talked about
21  the complaint data.
22      Q   And why did you speak to Jade prior to
23  this deposition?

Page 33

1      A   I needed to understand how the
2  information was pulled, filtered, sorted,
3  organized.
4      Q   Okay.  And the same with Esther, you
5  spoke -- why did you speak with Esther?
6      A   I don't have responsibility personally
7  for setting the retails nor do I approve cost
8  changes, so Esther would have been the
9  individual to execute that.  And I needed to
10  understand what changes were made.
11      Q   So other than Esther, Jade, and the
12  folks at Gehl Foods, did you speak with anyone
13  else in preparation for this deposition?
14      A   Yes.  I'm trying to recall the name of
15  the gal who pulled the POS statement.  I don't
16  recall.  But I know we discussed the
17  spreadsheet, about how that was taken care of.
18      Q   Okay.  Was this woman you referred to
19  an employee of Walmart?
20      A   Yes.
21      Q   Okay.  Did you take any notes in
22  preparing for this deposition?
23      A   No.

9  (Pages 30 to 33)

Page 34

1      Q    There were a couple of individuals you
2    couldn't remember.  Do you think if you went
3    back and looked, you could find out who those
4    individuals were?
5      A    Yes.  If I looked at my calendar, I
6    probably could.
7      Q    Okay.  Were you asked to gather any
8    records or search for any documents in
9    preparation for this deposition?
10     A    No, not personally.
11     Q    What about during the course of this
12   case?
13     A    If you mean during the course of this
14   case from the time the legal department got my
15   full hard drive to present, I have not had to
16   collect data.  The legal department already
17   has all of the data.
18     Q    Okay.
19         MR. GRESHAM:  Why don't we take a real
20   quick break.  I need to run to the restroom
21   real quick, if that's okay with you, Travis.
22         MR. LYNCH:  Yeah.
23         THE WITNESS:  That's fine.

Page 35

1          (A recess was taken.)
2      Q    (By Mr. Lynch) Okay.  All right.
3    Ms. Redford, other than sales, some of the
4    customer complaint data, your conversations
5    with Gehl and speaking with someone at Walmart
6    about the POS data, did you speak with anyone
7    else in preparation for this deposition today?
8      A    Not that I recall.
9      Q    Okay.  So you feel that you are
10   sufficiently prepared to testify about all of
11   the topics you've been designated for here
12   today?
13     A    Yes, I do.
14     Q    Okay.  And you base this on either
15   your personal knowledge or your discussions
16   with these individuals?
17     A    Yes.
18     Q    Okay.  So I'd like to start just with
19   when a customer goes into a Walmart store to
20   buy one of these packages of Pediatric Shakes,
21   I'd like you to walk me through that process.
22         MR. GRESHAM:  Object to the form.
23   Vague.  You may answer.

Page 36

1          THE WITNESS:  So when you say walk you
2    through the entire process, what is it that
3    you're wanting to know?  Customer comes into
4    store, gets item off shelf, takes item to the
5    register, takes it home?
6      Q    Sure.  What I'd like to know more
7    about is the checkout process specifically.
8    So the customer takes the package to the
9    register, if they're paying, let's say, with
10   cash, the clerk scans the UPC, correct?
11     A    That is correct.
12     Q    And then where does that information
13   go?  Is it stored in the POS?
14     A    The scanned register data goes into
15   the database ultimately.
16     Q    Okay.  Where is the database?
17         MR. GRESHAM:  Object to the form.  I
18   think this exceeds the scope of what you
19   designated her for.
20     Q    (By Mr. Lynch) Well, it's directed to
21   Topics 11 and 12.  I'm trying to understand
22   how Walmart tracks its revenue with respect to
23   the sale of these Pediatric Shakes.

Page 37

1      A    So the register scan information is
2    saved in the database.
3      Q    Okay.  And what database is that; is
4    it in the store?
5      A    No.  It's at the home office.
6      Q    And when you say the home office,
7    where is that?
8      A    Bentonville, Arkansas.
9      Q    So all -- so after the UPC is scanned
10   into to the point of sale device, it goes from
11   that point of sale device to a database in
12   Bentonville?
13     A    That is my understanding, yes.
14     Q    Okay.  And then the customer -- and so
15   after the customer pays for it, they can leave
16   with it and then how -- and then Walmart
17   tracks -- what does Walmart do with that sales
18   data; does it update inventory?
19         MR. GRESHAM:  Object to the form.
20   This is beyond the scope.  I don't see how
21   inventory or any of that has to do with
22   tracking sales data.
23         THE WITNESS:  The database that we use

                              10  (Pages 34 to 37)

Sarah Redford                                    2/24/2021

Page 38

1    to track sales data provides us with what
2    items were sold.
3        Q    (By Mr. Lynch) Okay.  And so what
4    information is stored in that database when a
5    customer purchases Pediatric Shakes with cash?
6        A    I think you'd have to refer to one of
7    the documents that the team would have
8    provided in terms of units sold specifically,
9    store, what that customer would have paid for
10   in that spreadsheet.
11       Q    Okay.  Do you know which spreadsheet
12   that is specifically?
13       A    I do not know what it is titled, no.
14       Q    Okay.  So is Walmart able to track all
15   cash purchases of the Pediatric Shakes?
16           MR. GRESHAM:  Objection.
17           THE WITNESS:  Walmart has a record of
18   cash sales.
19           MR. GRESHAM:  Are you referring to are
20   they able to track, like, the name of the
21   customer or are you trying to track
22   individual -- just individual purchases
23   without a customer name?  I'm sorry, I'm

Page 39

1    confused as to what you're asking on that
2    question.
3        Q    (By Mr. Lynch) I'm trying to
4    understand if Walmart tracks the various
5    methods of payment used to purchase these
6    Pediatric Shakes.  So does Walmart -- so let
7    me ask the question, does Walmart track the
8    method of payment used to purchase these
9    Pediatric Shakes?
10       A    I don't know if I know the answer to
11   that question.
12       Q    Okay.  Do you know who would know the
13   answer to that question?
14       A    No, I don't.
15       Q    You don't know who at Walmart would be
16   most knowledgeable about how it tracks its
17   sales?
18           MR. GRESHAM:  Object to the form.  You
19   can answer.
20           THE WITNESS:  I would expect someone
21   who is on the team who manages the database
22   for sales that are stored and the team who
23   manages the point of sale equipment to be more

Page 40

1    knowledgeable on topics of that nature.
2        Q    (By Mr. Lynch) Did you speak with any
3    of those individuals in preparation for your
4    deposition here today?
5        A    I spoke with an individual who knows
6    how to pull sales data out of the database.
7        Q    But -- so you didn't speak with
8    anyone -- do you know -- did you speak with
9    that person about how that information is
10   tracked?
11       A    No.  We did not discuss tracking.
12       Q    What about collection?
13           MR. GRESHAM:  Object to the form.
14   What do you mean by collection?
15       Q    (By Mr. Lynch) Did you discuss how
16   that data is collected?
17       A    The data is collected at the point of
18   sale register.
19       Q    Did you discuss what fields are
20   collected?
21       A    We went over the spreadsheet and data
22   that came out of the database that you would
23   have been provided.

Page 41

1        Q    Do you know if there are any fields
2    that are collected that weren't provided in
3    the spreadsheet?
4        A    I do not know.
5        Q    Would this person you spoke with have
6    knowledge of that?
7        A    I don't know.
8        Q    Okay.  Do you know what information
9    Walmart keeps when someone pays with a check
10   to purchase one of these Pediatric Shakes?
11       A    I don't know beyond the information
12   that I've reviewed and that we've provided.
13       Q    Do you know if they keep the check
14   number?
15       A    I don't know that.
16       Q    Do you know if they keep a copy of the
17   check?
18       A    I don't know that.
19       Q    Do you know if they keep a photocopy
20   of the check?
21       A    I don't know that.
22       Q    Do you know if there are any material
23   differences between someone paying with cash

11  (Pages 38 to 41)

Sarah Redford                                    2/24/2021

Page 42

1   versus check?
2       A   What do you mean by material
3   differences?
4       Q   In the data that's collected.
5       A   I -- I don't know.
6       Q   What about when someone buys Pediatric
7   Shakes with a gift card; do you know how that
8   process works?
9       A   Outside of going through the register
10  and the form of payment changes.
11      Q   Do you know what information -- I'm
12  sorry, can you explain that.
13      A   So the customer facing experience is
14  the piece that I would have the most
15  familiarity with.  The customer goes to a
16  register with a Pediatric Shake and scans a
17  gift card, that gift card payment is the
18  payment that would be processed at the POS
19  register, and it would be stored in the
20  database.  I don't know how the fields are
21  different for that form of payment.
22      Q   Do you know who would be most
23  knowledgeable about that?

Page 43

1       A   No, I do not.
2       Q   Do you know if the gift card number is
3   stored in the database?
4       A   I don't know.
5       Q   Do you know if there are any
6   differences between -- strike that.
7       Are you allowed to buy these Pediatric
8   Shakes in cash at every store -- at every
9   Walmart store?
10      A   Are you asking me if Walmart takes
11  cash at every store for items that we sell?
12      Q   Yes.
13      A   Walmart takes cash at every store for
14  items that we sell, yes.
15      Q   What about checks?
16      A   My understanding is they also take
17  checks.
18      Q   And gift cards?
19      MR. GRESHAM:  Travis, I'm going to go
20  ahead and just say that this really relates
21  more to 14 and 15, which she's not up for.  I
22  think 11 and 12 deal with the amount of
23  revenue, not the type of tender or the -- I

Page 44

1   don't think she's being put up for, you know,
2   do we keep a check.
3       That goes to identifying individuals.  It
4   doesn't go to tracking revenue and method and
5   manner.  She's testified that it tracks it
6   through POS.  Now, in terms of the
7   nitty-gritty of a check versus a debit card or
8   a credit card or a gift card, I fail to see
9   how that relates to the amount of revenue, so
10  I'm going to go ahead and object to this line
11  of questioning as beyond the scope of what's
12  she's been designated for.
13      MR. LYNCH:  Okay.  Well, I think it's
14  within the scope of topic of No. 12 and the
15  method and manner you track the revenue.  So
16  what I'm understanding how it tracks it for
17  the various forms of payments.
18      MR. GRESHAM:  You didn't ask for the
19  tracking of various forms of payment.  You
20  said the track of revenue.  Revenue is a
21  number.  Revenue is not a form of payment.
22  But you --
23      MR. LYNCH:  Walmart --

Page 45

1       MR. GRESHAM:  I'm going to go ahead
2   and stand on my objection.  It's beyond the
3   scope.  You can continue to answer her the
4   questions.  She can answer to the extent she
5   knows.
6       So I'm just going to put my objection out
7   there that this is beyond the scope and really
8   relates to Topics 14 and 15 of which she is
9   not up for.  You can continue to ask her the
10  questions.  Sarah, you can continue to answer
11  to the extent you know.
12      Q   (By Mr. Lynch) Okay.  So for debit
13  cards, does Walmart track debit cards when
14  they're used to purchase these Pediatric
15  Shakes?
16      MR. GRESHAM:  Same objection.  Beyond
17  the scope.  You can answer, Sarah.
18      THE WITNESS:  The method and manner in
19  which Walmart tracks debit cards is
20  electronically.  And it is stored in a
21  database.
22      Q   (By Mr. Lynch) After the debit card is
23  swiped at the POS device?

12  (Pages 42 to 45)

Sarah Redford                                                    2/24/2021

---

Page 46

1   A   After the debit card is swiped at a
2   register, Walmart records that information in
3   a database electronically.
4       Q   Do you know if that process works
5   uniformly across all Walmart stores?
6       MR. GRESHAM:  Object to the form.
7   Same objection.  You can answer, Sarah.
8       THE WITNESS:  I do not know.
9       Q   (By Mr. Lynch) Do you know who would
10  know?
11      A   I do not know.
12      Q   Okay.  What about for Snap, EBT, and
13  WIC.  Do you know if Walmart tracks that data?
14      MR. GRESHAM:  Same objection.
15      THE WITNESS:  I do not know.
16      Q   (By Mr. Lynch) Do you know how that
17  process works when someone goes to pay for the
18  Pediatric Shakes using Snap, EBT, or WIC?
19      A   I know it's processed electronically.
20      Q   Do you know if it's stored in the
21  database?
22      A   I don't know how it's stored in the
23  database.  But I know we track and record

---

Page 47

1   payment of items in the database.
2       Q   And every sale of these Pediatric
3   Shakes is stored in the database; is that
4   correct?
5       MR. GRESHAM:  Object to the form.  And
6   also beyond the scope.
7       Q   (By Mr. Lynch) What about when someone
8   buys the Pediatric Shakes using Walmart's
9   website?
10      MR. GRESHAM:  Same objection.
11      Q   (By Mr. Lynch) Do you know how that
12  process works?
13      A   The data would be collected
14  electronically on the sale of the item by
15  Walmart.com and it would be stored in the
16  database.
17      Q   Is that the same database that
18  in-store sales stored?
19      A   I do not know the answer to the
20  question.
21      MR. GRESHAM:  Beyond the scope.
22      Q   (By Mr. Lynch) What about mobile
23  purchases using the app; do you know how that

---

Page 48

1   process works?
2       MR. GRESHAM:  Same objection.
3       THE WITNESS:  I know that the
4   electronic information, Walmart would track
5   that sales data and it would be stored in a
6   database.
7       Q   (By Mr. Lynch) Do you know if that's
8   the same database as in-store purchases?
9       A   I do not know the answer to that
10  question.
11      Q   Do you know what Walmart Pay is?
12      A   I have heard of Walmart Pay, yes.
13      Q   Okay.  And what is it?
14      A   It's the ability for a customer to
15  scan and pay for an item via an account setup
16  in an app.
17      Q   How does that individual sign up for
18  Walmart Pay?
19      MR. GRESHAM:  Objection.
20      THE WITNESS:  I do not know how
21  someone signs up for Walmart Pay, I'm sorry.
22      Q   (By Mr. Lynch) Do you know how they
23  pay for items using Walmart Pay?

---

Page 49

1       MR. GRESHAM:  Object to the form.
2       THE WITNESS:  I do not know.
3       Q   (By Mr. Lynch) So you don't know where
4   that information is stored when someone
5   purchases an item using Walmart Pay?
6       MR. GRESHAM:  Objection.  Beyond the
7   scope.
8       THE WITNESS:  All sales data is
9   electronically stored in a database.  That
10  would include items that are purchased via
11  Walmart Pay.
12      Q   (By Mr. Lynch) What about corporate
13  accounts, like daycares; do you know how those
14  work?
15      MR. GRESHAM:  Same objection.
16      THE WITNESS:  In terms of daycares
17  purchasing product from Walmart, we would
18  store that electronic information in the
19  database.
20      Q   (By Mr. Lynch) Do you know how those
21  purchases are billed?
22      A   I do not know how those purchases are
23  billed.

---

13  (Pages 46 to 49)

Sarah Redford                                                    2/24/2021

Page 50

1    Q   Would those purchases be logged?
2    A   I'm sorry, say that again.
3    Q   But those purchase are logged?
4        MR. GRESHAM:  Object to the form.
5    What do you mean by logged?
6    Q   (By Mr. Lynch) Are sales to
7    corporate -- corporate accounts stored by
8    Walmart?
9        MR. GRESHAM:  Object to the form.
10   Again, this is -- this relates to Topics 14
11   and 15 for which she's not been designated.
12       MR. BARTLETT:  Hey, Cole.  This is
13   Taylor.  I have been listening to this line of
14   questioning.  I think we need to probably have
15   a discussion on the record about this just to
16   be clear as to what we're talking about and
17   what you're saying.
18       I mean, I'm looking at the -- I'm looking
19   at the notice here and I think Travis is
20   right.  I think this also goes to No. 12.  So
21   to be clear, if this witness is not prepared
22   to testify to 14 and 15, to the extent that
23   you're objecting as you've been, I think that

Page 51

1    perhaps she's also not prepared to testify to
2    No. 12.  I'll let you tell us that, of course.
3        MR. GRESHAM:  I'm going to go ahead
4    and disagree there.  If you read -- so I'm
5    looking at 11 right now.  The amount of
6    revenue each year received from the sale of
7    Pediatric Shakes to persons in one, Alabama or
8    two, the United States.  Okay.  12, the
9    method --
10       MR. BARTLETT:  I said 12.
11       MR. GRESHAM:  Yeah, I know.  I'm
12   getting there.  The method and manner in which
13   you track the revenue described in receiving
14   request.  And we said in our response, Walmart
15   will designate a representative -- first, we
16   objected to track of revenue as vague.
17       But Walmart will designate a representative
18   to testify as to revenue received from the
19   shakes.  I have not heard one question about
20   revenue received from the shakes yet.  And
21   broadly where that information originated.
22       15, which is where all of this really fits,
23   is the data available and operation of your

Page 52

1    systems including all books and records which
2    track, maintain, or analyze customer
3    information, debit cards and such, or
4    financial information relating to the
5    Pediatric Shakes.
6        This whole line of questioning relates to
7    15.  I have not heard one question relating to
8    revenue.  In other words, the amount of money
9    received as a result of the sale of the
10   shakes, which is what we have designated her
11   for.  If you want to get into the data
12   available, which is what he's asking the
13   question about and the operation of our
14   systems, which is what he's asking the
15   questions about, that is 15.  That is not 11.
16   It's not 12.  She hasn't been designated for
17   15.  That's --
18       MR. BARTLETT:  Yeah, I think -- I
19   think we're parsing words here.  I mean, I'm
20   looking at No. 12.  I mean, method and manner
21   in order to tracking revenue.  He specifically
22   asked about revenue from a person coming in
23   and purchasing a shake and how that process

Page 53

1    worked.
2        I mean, I understand there's probably some
3    overlap there.  But it's -- if you'll just say
4    on the record that this witness is not
5    prepared and is not one to testify to No. 12,
6    then that's fine.  And we'll talk to the next
7    witness about that.
8        But what I don't want to have happen and
9    I -- and I think you probably would agree with
10   me -- is that we move away from this line of
11   questioning and we don't cover No. 12 or
12   things that we believe are under No. 12 and
13   then you designate another witness and then
14   you object saying, well, we should have asked
15   this witness about No. 12.
16       So that's what I'm trying to prevent.  I
17   don't want to waste everybody's time today.
18   So you know, let us know if 12, 14 and 15 --
19       MR. GRESHAM:  What I will say is that
20   she is prepared to talk about the amount of
21   revenue received from the shakes, okay?  What
22   she's not going to talk about is the data
23   available and the operation of our systems

14  (Pages 50 to 53)

Page 54

1  which track, maintain, and analyze financial
2  information.
3      MR. BARTLETT: That's 11. I think we
4  agree that Ms. Redford can talk about No. 11.
5  But I think 12, 14, and 15 from our
6  perspective sounds like Ms. Redford is not
7  prepared to testify to those topics as we
8  understand those topics to mean.
9      MR. GRESHAM: I will say that to the
10 extent we said we would put her up to 12 and
11 what we said, you know, that she would broadly
12 say where that's come from, i.e. the POS
13 system into a database. I think she has
14 testified to that.
15     I think the specifics, the data available
16 would really fall into 15 as we view that. So
17 if we want to parse words however we want to
18 parse it. I think she has effectively
19 testified to 11 and 12 or is prepared to by
20 broadly saying it comes from the POS system.
21     Now, the interworkings of the POS and
22 everything it may travel to before it gets to
23 that I think is covered by 15. But we can

Page 55

1  debate that later.
2      MR. BARTLETT: Okay. So maybe let's
3  take a break and Travis and I will have a
4  quick chat off the record.
5      MR. GRESHAM: That works for us.
6      (Discussion held off record.)
7  Q   (By Mr. Lynch) Okay. So I think after
8  discussing it, what we're just going to have
9  to settle on is that Ms. Redford is not
10 prepared to talk about the method and manner
11 that these sales are tracked, but she is
12 prepared to talk about revenue.
13     So Ms. Redford, can -- all of the ways that
14 a person can purchase one of these Pediatric
15 Shakes would be reflected in the spreadsheet;
16 is that correct?
17 A   That is correct.
18 Q   Okay. Okay. I'd like to mark this as
19 Plaintiff's Exhibit No. 2. Sharing this
20 spreadsheet with everyone, WM Morris 79.
21     Ms. Redford, were you able to open that
22 document?
23     (Plaintiff's Exhibit No. 2 was marked

Page 56

1      for identification.)
2  A   Yeah, give me a little bit of time.
3  Q   Okay. Let me know when you're ready.
4  A   It's open.
5  Q   Are you ready?
6  A   Yes.
7  Q   Okay. Do you recognize this document?
8  A   Yes, I do.
9  Q   Okay. And what is this document?
10 A   It's an Excel spreadsheet that
11 contains POS sales, POS ships, on hands and
12 returns data.
13 Q   Does this reflect all sales of
14 Pediatric Shakes?
15 A   Yes.
16 Q   Okay. Including -- which would be
17 online and in store?
18 A   It's the POS data for the items. All
19 sales data.
20     MR. GRESHAM: I think this is actually
21 Walmart.com. If you look at the legend,
22 Sarah.
23     THE WITNESS: Yes. Sorry. I wasn't

Page 57

1  looking at the legend.
2  Q   (By Mr. Lynch) Okay. So Document No.
3  WM 79 reflects all online sales of Pediatric
4  Shakes; is that correct?
5  A   All Walmart.com sales.
6  Q   Okay. Do you know how this
7  spreadsheet was generated?
8  A   Yes. I spoke with the individual who
9  pulled it from the database.
10 Q   Do you know their name?
11 A   I don't recall their name.
12 Q   Is this the woman you referenced
13 earlier in -- you discussed in preparation for
14 your deposition?
15 A   Yes, sir.
16 Q   Okay. Do you know why this date range
17 was chosen?
18 A   What do you mean why the date range
19 was chosen?
20 Q   You see the date range April 30th,
21 2015 to August 2nd, 2019?
22 A   Yes.
23 Q   Do you see that?

15  (Pages 54 to 57)

Sarah Redford                                                    2/24/2021

Page 58

1     A   I do.
2     Q   Okay.  Why was that date range chosen?
3     A   I do not know why the date range was
4  selected.  I'm assuming -- I guess it's not
5  fair for me to assume.
6     Q   Did you ask her why this date range
7  was chosen?
8     A   I did not ask her why the date range
9  was chosen.
10    Q   Do you recognize the UPC numbers?
11    A   I recognize most of the UPC numbers.
12    Q   Do you know if these are all of the
13 UPC numbers for any Pediatric Shake Walmart
14 sells?
15       MR. GRESHAM:  Object to the form.  Are
16 you talking about just the vanilla and
17 chocolate or are you including the strawberry
18 in there?
19    Q   (By Mr. Lynch) Okay.  Do you know if
20 these UPCs include any chocolate, vanilla, and
21 vanilla with fiber UPCs that have been sold by
22 Walmart?
23    A   Those UPCs should cover all the

Page 59

1  information with regards to specific for the
2  flavors for that date range on Walmart.com.
3     Q   Okay.  Does Walmart have the data for
4  the sale of these shakes after August 2nd,
5  2019?
6     A   Walmart would have sales data to
7  present.
8     Q   So if Walmart needed to rerun these
9  numbers, it could?
10    A   Walmart would be capable of doing
11 that.
12    Q   Okay.  If you look down at the bottom,
13 there's another tab called POS sales.  What
14 does -- what does the data in this tab
15 reflect?
16    A   So the sales for the Walmart week by
17 UPC, by supplier for Walmart.com.
18    Q   Okay.  And so this reflects how many
19 of each UPC were sold in a week on
20 Walmart.com?
21    A   Divided by state, of course.
22    Q   Okay.  So if we're looking at line
23 two, week 2015 of April 25th, 2015, this line

Page 60

1  of data reflects how many shakes were sold in
2  California for that week?
3     A   If you look and sort by California.
4     Q   Okay.
5     A   It's showing you specifically for that
6  item on Walmart.com how many were sold.
7     Q   Okay.  So if we're looking at line
8  two -- let's just go back to line two.  What
9  does this line of data reflect?
10    A   That week, that UPC, that item, that
11 specific Walmart item number as distributed by
12 that location for Walmart.com in California,
13 how many were sold it says.
14    Q   Okay.  So when a customer places an
15 order on Walmart.com, does a Walmart store
16 fulfill that order?
17       MR. GRESHAM:  Object to the form.
18 Beyond the scope.  You can answer, Sarah.
19       THE WITNESS:  It would have been the
20 distribution center noted in Column K.
21    Q   (By Mr. Lynch) So the distributor is a
22 Walmart store?
23    A   I don't believe so.

Page 61

1     Q   Is it an independent third party?
2     A   It's a Walmart distributor.
3     Q   So it's someone other than Walmart?
4        MR. GRESHAM:  Object.  That's not what
5  she said.  She said it was a Walmart
6  distributor.
7     Q   Is it a Walmart distribution center?
8     A   I don't know if I can answer
9  specifically distribution center -- it is a
10 property owned by Walmart within the
11 distribution network.
12    Q   Okay.  That's what I'm talking about.
13    A   But referencing distribution center,
14 the definition of distribution center, I don't
15 know if I have enough information to answer
16 that directly.
17    Q   Sure.  So that's what I'm trying to
18 understand is at 2048 Fairfield, Connecticut,
19 who owns that property?
20    A   Walmart.
21    Q   Okay.  What is the possible item
22 create date column signifying?
23    A   It would have been pulled out of the

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                              2/24/2021

Page 62

1    database field for item create date.
2        Q   And the item create date would relate
3    to the UPC code?
4        A   So it relates to the item --
5        Q   (By Mr. Lynch) Strike that.
6        That's what I'm trying to understand is the
7    possible item create date relates to what
8    other field of data here?
9        A   The item number column.
10       Q   Okay.  Walmart item number, okay.  Is
11   that correct?
12       A   Yes.
13       Q   Okay.  And why does it say possible
14   item create date?
15       A   Because in the database that's the
16   title of the field that the data is pulled
17   from.
18       Q   Okay.  What is the difference between
19   the catalog item ID and the Walmart item
20   number?
21       A   I don't know the answer to that
22   question.
23       Q   Do you know what the Walmart item

Page 63

1    number is?
2        A   Yes, I know what a Walmart item number
3    is.
4        Q   Okay.  And what is that?
5        A   It's the item number that would have
6    been on the sales order in --
7        Q   Okay.  Who assigns the -- sorry.  What
8    was that?
9        A   In the database, the Walmart item
10   number is specific to the item in our
11   database.
12       Q   Okay.  So Walmart assigns the Walmart
13   item number?
14       A   Yes.
15       Q   Okay.  And each Walmart -- each item
16   that Walmart sells has the unique item number?
17       A   Yes.
18       Q   Okay.  What is the catalog item ID?
19       A   I do not know.
20       Q   Okay.  Okay.  If we're looking at line
21   two, this says the primary supplier name is
22   Gehl Foods.
23       A   For that item number.

Page 64

1        Q   Is that correct?
2        A   Yes.
3        Q   Okay.  Was Gehl Foods selling
4    Pediatric Shakes for Walmart in 2015?
5        MR. GRESHAM:  Object to the form.
6    What do you mean by selling?
7        Q   (By Mr. Lynch) Do you understand what
8    I mean by selling?
9        MR. GRESHAM:  I guess my question is
10   were you asking was Gehl selling it to third
11   parties; was Gehl selling it to Walmart?
12   That's what's got me confused there.
13       Q   (By Mr. Lynch) Okay.  Was Gehl Foods
14   supplying Pediatric Shakes to Walmart in 2015?
15       A   No.
16       Q   And then why are they listed as the
17   primary supplier in 2015?  When did Gehl Foods
18   start supplying Walmart with Pediatric Shakes?
19       A   It would have been in the fall of
20   2017.
21       Q   Okay.  So if we look down to line
22   seven, it says Perrigo Co. under primary
23   supplier name; is that correct?

Page 65

1        A   Perrigo Co.  Where are you looking at?
2        MR. GRESHAM:  Line seven under the
3    primary supplier name.  I think it's Perrigo.
4        THE WITNESS:  Oh.  Perrigo was the
5    supplier.
6        Q   (By Mr. Lynch) Prior to Gehl Foods?
7        A   Yes.
8        Q   Okay.  So if Gehl Foods was not
9    supplying Pediatric Shakes in 2015, this data
10   is incorrect; is that true?
11       MR. GRESHAM:  Object to the form.  You
12   may answer.
13       THE WITNESS:  Our database has
14   recorded for Walmart.com sale of an item.  I
15   know in store it shows the conversion of
16   Perrigo to Gehl happened in 2017.
17       Q   (By Mr. Lynch) Okay.  Can Walmart
18   correct this data so that the correct supplier
19   is listed in column?
20       A   I don't know the answer to that
21   question.
22       Q   Do you know why Gehl Foods was listed
23   as the supplier in 2015?

17 (Pages 62 to 65)

Sarah Redford                                          2/24/2021

Page 66

1     A   Because the item number is tied,
2  linked to the item number Perrigo in the
3  system, in the database.
4     Q   Okay.  Does Walmart recycle item
5  numbers?
6     A   No, they do not.
7     Q   So the item number listed in column --
8  in line two 565232231 is unique to Gehl Foods?
9     A   It's unique to Gehl Foods.  It is
10  showing because that item number 5656232231 is
11  linked in the database to the item number
12  552787615.
13     Q   I'm sorry, where are you seeing that
14  second item number?
15     A   Row seven.
16     Q   Okay.
17     A   Assigned to primary supplier, Perrigo.
18     Q   Yeah.  And I'm talking about Gehl
19  Foods.
20     A   Yes.
21     Q   So how -- if this item number appears
22  in 2015, how can Gehl Foods be supplying
23  shakes to Walmart in 2015?

Page 67

1     A   You are seeing the row in 2015 with an
2  item number assigned to Gehl because that item
3  number is linked to Perrigo.  The two item
4  numbers are linked in our database.
5     Q   Okay.  So anywhere that Walmart item
6  number 565232231 appears, that references a
7  Pediatric Shake supplied by Perrigo?
8     A   It's an item number assigned to Gehl
9  Foods that is linked in our database to the
10  item number assigned to Perrigo.
11     Q   Okay.  I'm -- can you explain that.
12  I'm not following.
13     A   When we launched Gehl Foods in a
14  conventional Pediatric Shake, that item number
15  was created and associated with the same UPC
16  as the item Perrigo provided.  The two item
17  numbers in our database are linked together.
18     Q   So the two item numbers are linked to
19  the same UPC we see -- if they have a
20  different UPC in lines two and seven?
21     A   Yeah.  You would need to filter by UPC
22  to see exactly which item number or which
23  flavor is assigned to which item number from

Page 68

1  the former supplier.
2     Q   Okay.  Is -- so Walmart recycles UPC
3  numbers?
4     A   Walmart does recycle UPC numbers.
5  Utilizes them on the same product between two
6  different suppliers.
7     Q   So each UPC number would reflect the
8  Pediatric Shake next to it in item
9  description?
10     A   That is correct.
11     Q   Okay.  To the extent Gehl Foods
12  appears listed as a primary supplier prior to
13  the fall of 2017, that data should say
14  Perrigo?
15     A   Where it has primary supplier name,
16  that's pulling out of a field named primary
17  supplier.  But in terms of which supplier was
18  in prime, meaning we were ordering from them,
19  that's going to depend on which supplier was
20  supplying.
21     Q   Okay.  But was Gehl supplying anything
22  in 2015?  Strike that.
23        Was Gehl supplying any Pediatric Shakes in

Page 69

1  2015?
2     A   No.
3     Q   So Perrigo was the sole supplier of
4  Pediatric Shakes to Walmart up until the fall
5  of 2017?
6     A   Correct.
7     Q   So in collecting -- in pulling this
8  spreadsheet, was it filtered by UPC and
9  linked?
10     A   For this week, that UPC, that item,
11  that item number, that supplier, distributed
12  by that location for Walmart.com.
13     Q   And then at the very right, it shows
14  how many were sold that week and net sales.
15  What does net sales reflect?
16     A   It refects the net sales.
17     Q   Does that reflect revenue?
18     A   It reflects sales.  As well as any
19  returns that might have occurred.
20     Q   Does that reflect -- reflects the cost
21  to the customer?
22     A   Net sales.  So the retail?  The net
23  retail?  Net sales?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 70

1      Q   Yeah.  And I'm trying to understand
2   what you mean by net sales.  So does net sales
3   reflect the cost of one case of pediatric
4   sales that week in column -- in line two?
5      A   Net unit quantity one would be 848 net
6   sales.
7      Q   Okay.
8         MR. GRESHAM:  And to clarify, Sarah, I
9   think what -- it says net sales would be sales
10  minus any returns.
11        MR. LYNCH:  Yes.
12        MR. GRESHAM:  Sales minus any returns
13  to the store; is that right?
14        THE WITNESS:  Returned to that
15  location.
16     Q   (By Mr. Lynch) Okay.  Any returns
17  would be reflected in the returns tab within
18  this spreadsheet?
19     A   Yes.
20     Q   Okay.  When did Walmart start selling
21  the vanilla with fiber Pediatric Shakes?
22     A   I don't recall.
23     Q   Do you know if the sales data for the

Page 71

1   vanilla with fiber Pediatric Shakes is
2   reflected in this fiber spreadsheet?
3      A   I do not see it in here, no.
4      Q   Did Walmart track its sales of vanilla
5   fiber -- vanilla with fiber sold on its
6   website?
7      A   It does.  It does.  But Walmart --
8   doesn't appear Walmart.com sold vanilla with
9   fiber on Walmart.com.
10        MR. GRESHAM:  Actually, clarify, I
11  don't think it was pulled in the spreadsheet.
12  I think we objected to it in our response to
13  the request for production.
14     Q   (By Mr. Lynch) Okay.  So just to
15  confirm, this spreadsheet does not reflect any
16  online sales to the vanilla with fiber?
17     A   No.
18     Q   Okay.  What does the tab POS ships
19  reflect?
20     A   It would have been data on Walmart.com
21  for that week, for that UPC, for that item,
22  for that supplier at that distribution
23  location.

Page 72

1      Q   Okay.  How does this tab differ from
2   POS sales?
3      A   This is the POS ships.
4      Q   And so what's the difference between
5   the two?
6      A   So if a customer ordered an item and
7   Walmart shipped the item, it would show here.
8      Q   Okay.
9      A   But on the POS sales, if a customer
10  returned an item, it shows the net sales.  But
11  that return doesn't show on ships because we
12  didn't ship the return; the customer returned
13  it.
14     Q   Okay.  So if we go to the returns tab,
15  there's five returns logged; is that correct?
16     A   That's -- five.  Yes.
17     Q   So the only difference between POS
18  sales and POS ships is reflected in the
19  returns tab?
20     A   Yes.
21     Q   Sorry, I didn't catch your audio on
22  that.
23     A   Yes.

Page 73

1      Q   Okay.  What does the on-hand tab
2   reflect?
3      A   Number of units on hand for that week
4   for that item for that supplier at that
5   facility.
6      Q   Okay.  So this would reflect times --
7   this would reflect items that could be
8   fulfilled by distribution center for purchases
9   on Walmart.com?
10     A   For the on-hand supply for
11  Walmart.com.
12     Q   At its distribution centers?
13     A   Correct.
14     Q   Okay.  So if we look at the quantity
15  on hand, that shows how many of each shake was
16  kept at each of those distribution centers
17  each week to fulfill orders made on
18  Walmart.com?
19     A   A number of on-hand shakes for that
20  week for that item at that facility.
21     Q   That would be used to fulfill orders
22  made on Walmart.com?
23     A   Correct.

19  (Pages 70 to 73)

Sarah Redford                                                    2/24/2021

Page 74

1    Q   So this wouldn't reflect how many
2   Pediatric Shakes were in Walmart's stores
3   during this time?
4    A   This is specific to Walmart.com.
5    Q   So --
6    A   So it would not reflect store on
7   hands.
8    Q   So it doesn't reflect store inventory?
9    A   That is accurate.
10    Q   Okay.  Okay.  I'm going to share with
11   you another spreadsheet.  This is Walmart
12   1897.  If you'll let me know when you have
13   that up.
14       MR. GRESHAM:  Are you going to mark
15   this as Exhibit 3?
16    Q   (By Mr. Lynch) Yes.  Let's mark this
17   as Exhibit 3.  Thanks.  Okay.  Do you
18   recognize this spreadsheet?
19       (Plaintiff's Exhibit No. 3 was marked
20       for identification.)
21    A   Yes.
22    Q   And what is this spreadsheet?
23    A   Walmart.com customer information.

Page 75

1   Sales orders specific to Walmart.com.
2    Q   Okay.  So each line reflects an
3   individual sale of the Pediatric Shakes on
4   Walmart.com?
5       MR. GRESHAM:  And to be clear, I think
6   this is really into 14 and 15 -- I'm sorry,
7   13, yeah.  I should have clarified on this.
8   So yeah, she -- on 13, she will testify as to
9   obviously this spreadsheet, but in terms of --
10   there is additional information, as we said
11   coming, that she will not be testifying to.
12   Just to clarify.  To unique customers.
13    Q   (By Mr. Lynch) Okay.
14    A   Yeah.  Specific to each sales quarter
15   of the Pediatric Shake for that customer.
16    Q   Okay.  So do you know how this
17   spreadsheet was generated?
18    A   It would have been pulled from our
19   database.
20    Q   Okay.  Was it pulled by UPC?
21    A   I don't know how the query is built.
22    Q   So you don't know the query that was
23   run to generate it?

Page 76

1    A   Yes.  That's accurate.
2    Q   Okay.  For sales order, does that
3   reflect a unique sales number generates with
4   respect to each sale?
5    A   Yes, it's by that specific sales
6   number.
7    Q   Okay.  And is the other data in that
8   spreadsheet tied to that sales number?
9       MR. GRESHAM:  Objection.
10       THE WITNESS:  That specific sales
11   number?  Yes.  The row of data is tied to that
12   specific sales number.
13    Q   (By Mr. Lynch) Do you know if that's
14   how the data -- if that's how the data is
15   kept?
16    A   I know that is data out of our
17   database.  As to structure of the database, I
18   can't tell you.
19    Q   Okay.  What does sales order, line
20   number in Column B signify?
21    A   It is the line of data that that sales
22   order occurs on.
23    Q   That sounded kind of circular.  Is

Page 77

1   that the -- is that the number of items on
2   this particular sales order?
3    A   Are you asking me if sales order line
4   number stands for the number of units; is that
5   what you mean?
6    Q   Yes.  Does the sales order line number
7   signify the number of Pediatric Shakes
8   purchased with the particular sales order
9   number?
10    A   No.
11    Q   Okay.  What does it signify?
12    A   It signifies the line number that the
13   sales order occurs on.
14    Q   In relation to what?
15    A   The sales order number.
16    Q   Okay.  So looking at line No. 2,
17   what -- are there 27 lines in that sales order
18   number?
19    A   It occurs on line No. 27, that sales
20   order number.
21    Q   The Pediatric Shake; is that what you
22   mean?
23    A   That is my understanding, yes.

20  (Pages 74 to 77)

Sarah Redford                                                    2/24/2021

Page 78

1    Q   Okay.  So presumably, the individual
2   bought 27 items and Pediatric Shake was No. 27
3   on that sales list?
4    A   You're equating the sales order line
5   number to a unit number.  That's not what this
6   number represents.  It represents the sales
7   order and line number.
8    Q   And I'm trying to understand -- I
9   don't understand the significance of that.
10       MR. GRESHAM:  I think we're going
11   past -- I think -- Sarah, I don't think his
12   last question was directed to unit number of
13   the shakes.  I think it was directed to number
14   of items, not necessarily just the shakes,
15   that were purchased in that Walmart.com order.
16    Q   (By Mr. Lynch) Yeah, someone got milk,
17   eggs, Pediatric Shakes on Walmart.com.  Trying
18   to understand, is that the number of total
19   items they bought?
20    A   Well, this sheet is giving you the
21   sales order number for that order create date
22   for the item.  So row two on that sales order
23   number on that date, a vanilla six count item

Page 79

1   was sold under that sales order number.
2    Q   Okay.  And so the customer ID would be
3   tied to the person's individual account on
4   Walmart.com?
5    A   The customer ID is tied specifically
6   to that sales order number.  That's the sale
7   that was made.  This is giving you what that
8   customer ID purchased.
9    Q   Okay.  So the customer ID doesn't
10   identify the individual, but the individual
11   sale?
12    A   The sales order number reflects the
13   individual sale of that item.
14    Q   I'm talking about customer ID --
15    A   Okay.
16       MR. GRESHAM:  So Column G?
17       THE WITNESS:  Yes.  Column G is the
18   customer.
19    Q   (By Mr. Lynch) Refers to the customer?
20    A   Refers to the customer.
21    Q   Okay.  And then Columns H through N,
22   P, R through X, and Z have been redacted.
23    A   Yes.

Page 80

1    Q   And those would reflect the address
2   information for that particular customer ID?
3    A   Yes.
4    Q   Okay.  Can you tell from this data how
5   many shakes were purchased in this particular
6   sales order?
7    A   This spreadsheet is not the sales
8   spreadsheet.  You would want to refer to the
9   spreadsheet we previously referenced for .com
10   sales specifically.
11    Q   Okay.  So this data in Walmart 1879
12   was used to compile the data in Walmart 79,
13   which I marked as Exhibit 2?
14       MR. GRESHAM:  Object to the form.  I
15   think that mischaracterizes the testimony.
16       THE WITNESS:  What I'm saying is if
17   you want sales totals for sales data for a
18   given week for a given supplier of a specific
19   item in a Walmart.com sales capacity, you
20   would want to refer to the sales sheet as
21   opposed to customer ship address information.
22    Q   (By Mr. Lynch) Sure.  But if Walmart
23   has the sales order number as reflected here

Page 81

1   in Column A, does it also track how many
2   Pediatric Shakes were purchased within that
3   particular sales order number?
4    A   I don't believe sales order number was
5   on the other spreadsheet to be able to -- are
6   you saying you want me to speak to tying the
7   two spreadsheets together?
8    Q   No.  I'm talking about within this
9   spreadsheet, Exhibit No. 3, does Walmart have
10   the data to say how many shakes were purchased
11   in this particular sales order number?
12    A   I don't know the answer to that
13   question.
14    Q   Do you know who would?
15    A   The sale or the number of items sold
16   is in our database.
17    Q   No.  How many -- say that again.
18    A   The number of items sold is in our
19   database.  The number of units sold is on
20   Exhibit 2.
21    Q   Uh-huh.
22    A   This spreadsheet does not include a
23   column of number of items sold.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Page 82

1    Q   Correct.  But I understand that, but
2  does Walmart have that data?
3    A   I don't know.
4    Q   Okay.  Do you know who would know?
5    A   No, I do not.
6    Q   Do you know how much the individual
7  paid for -- in line two, we see that a
8  customer purchased Parent's Pediatric Shake
9  flavor vanilla, an eight ounce six pack.  Do
10 you know how much that individual paid for
11 those?
12   A   No.  This spreadsheet does not reflect
13 that.
14   Q   Okay.  Do you know if Walmart tracks
15 that data?
16   A   Walmart tracks that data in a
17 spreadsheet, yes.  Or in a database.
18   Q   Okay.  So if we look at the order
19 created that date, this only reflects data for
20 2017.  Do you know why that is?
21   A   No, I do not.
22   Q   Okay.  How long has Walmart tracked
23 data on Walmart.com?

Page 83

1    A   I do not know.
2    Q   Okay.  Do you know if Walmart
3  currently tracks data on -- for sales on
4  Walmart.com?
5    A   Could you rephrase the question.
6    Q   Sure.  Do you think Walmart could
7  generate a spreadsheet for sales in 2018 like
8  this one, like Exhibit No. 3?
9    A   Yes.  I believe Walmart could do that.
10   Q   Do you think it could do that for 2019
11 data?
12   A   Yes, I do.
13   Q   And 2020 and 2021?
14   A   Yes.
15   Q   Okay.  Do you know if vanilla with
16 fiber shakes were included in this 2017 data?
17      MR. GRESHAM:  I think we made the same
18 objection in our response to the request for
19 production on this as we did for the previous
20 spreadsheet as it relates to the vanilla with
21 fiber.
22   Q   (By Mr. Lynch) Okay.  So this
23 spreadsheet would only reflect vanilla and

Page 84

1  chocolate sales on Walmart.com in 2017?
2    A   This spreadsheet reflects Walmart.com
3  sales orders by item.  Sales information would
4  be separate spreadsheet.
5    Q   And by sales item, you mean by UPC?
6    A   Sales order.
7    Q   Okay.  So if we scroll down to line
8  345.
9    A   In reference to sales order No.
10 1554824137?
11   Q   Yes.  Do you know why Parent's Choice
12 Strawberry Pediatric Shakes eight ounce, six
13 pack is listed in that sales order number?
14   A   In that specific sales order number?
15   Q   Yes.
16   A   The sales order was for strawberry in
17 that sales order number.
18   Q   Okay.  Well, if you look at the line
19 above, that Line 344, it says Parent's Choice
20 Pediatric Shake chocolate.  Do Parent's Choice
21 chocolate and strawberry shakes have the same
22 UPC code?
23   A   No, they do not.

Page 85

1    Q   So the UPC used within Line 345 is not
2  correct?
3    A   There are three UPCs on this
4  spreadsheet that was provided.  Strawberry and
5  chocolate do not have the same UPC.
6    Q   Okay.  So I'm trying to understand
7  then how on Line 345 strawberry shakes was
8  populated within that field of data?
9    A   Yeah.  I don't know.
10   Q   You mentioned earlier that Walmart
11 reuses UPCs.  Did Walmart ever change its UPC
12 used for chocolate shakes?
13   A   I don't believe we've changed UPC on
14 chocolate six count shakes.
15   Q   Okay.  So presumably this person
16 didn't buy strawberry Pediatric Shakes; they
17 bought chocolate Pediatric Shakes if the UPC
18 matches chocolate the Pediatric shake?
19      MR. GRESHAM:  Object to the form.
20 Calls for speculation.
21   Q   (By Mr. Lynch) You can answer that.
22   A   I don't know how the database has
23 reported a sales order assigned to a chocolate

22  (Pages 82 to 85)

Sarah Redford                                        2/24/2021

Page 86

1    UPC.
2        Q   Okay.  Do you know who would?
3        A   I do not.
4        Q   Okay.  So if you'll scroll down to
5    line 3,502 -- oh, sorry.  3,507.
6        A   So you're speaking about sales order
7    1555036872?
8        Q   Yes.  Do you know why Pediasure Grow
9    is listed in that --
10       A   No, I do not.
11       Q   -- line item?  Okay.  But Parent's
12   Choice chocolate Pediatric Shakes and
13   Pediasure Grow do not share the same UPC; is
14   that correct?
15       A   That is correct.
16       Q   Okay.
17           MR. LYNCH:  Okay.  Y'all want to take
18   a five-minute break?
19           THE WITNESS:  I could use a quick
20   restroom break as well.
21           (A recess was taken.)
22       Q   (By Mr. Lynch) Okay.  Working with
23   Exhibit 3, if you'll scroll up to Line 601,

Page 87

1    please.  Let me know when you're there.
2        A   Yes.
3        Q   Okay.  Within order No. 1554618403 it
4    has listed a purchase for vanilla pediatric --
5    excuse me, Pediatric Shakes vanilla with
6    fiber; is that correct?
7        A   That's what's listed, yes.
8        Q   Okay.  So was a search run for
9    Pediatric Shakes vanilla with fiber or does
10   this appear to be similar to the issue we saw
11   with strawberry and Pediasure where a UPC may
12   be mismatched?
13       A   It's similar to that issue.
14       Q   Okay.  So presumably, if you look at
15   Line 600, there's a UPC listed that matches
16   the UPC on Line 601 and chocolate Pediatric
17   Shakes do not share the same UPC as vanilla
18   with fiber Pediatric Shakes; is that correct?
19       A   That's correct.
20       Q   Okay.  So if we went into the order
21   number, could we figure out whether a
22   pediatric chocolate shake or a Pediatric Shake
23   vanilla with fiber was actually purchased?

Page 88

1        A   What do you mean by go into the order
2    number?
3        Q   Sure.  So I'm trying to figure out --
4    obviously, there's a discrepancy in the data
5    and I'm trying to figure out what data Walmart
6    has to resolve that discrepancy?
7        A   I don't know the answer to that
8    question.
9        Q   Okay.  Do you know what data Walmart
10   keeps in association with sales order number?
11       A   Should be the information that's on
12   this table, yes.
13       Q   Okay.  Do you know why the UPC for
14   chocolate shake and vanilla with fiber are the
15   same?
16           MR. GRESHAM:  Object to the form.  I
17   think that mischaracterizes the testimony.  I
18   think she said they're different.
19           THE WITNESS:  UPC for vanilla with
20   fiber and the UPC for chocolate are different
21   UPCs.
22       Q   (By Mr. Lynch) Correct.  But on the
23   spreadsheet they're the same.  And I'm trying

Page 89

1    to figure out why Walmart listed them as the
2    same.
3        A   Yes.  I don't know why.
4        Q   Do you know who would?
5        A   No, I don't.
6        Q   Okay.  Okay.  And I'm sharing with
7    everyone Walmart 80 and I'll mark this as
8    Exhibit 4.  Just let me know when you're able
9    to open the spreadsheet.
10           (Plaintiff's Exhibit No. 4 was marked
11           for identification.)
12       A   It's open.
13       Q   Okay.  Do you recognize this
14   spreadsheet?
15       A   Yes.  It's store sales.
16       Q   Okay.  And it says all US/PR Walmart
17   stores.  What does PR stand for?
18       A   Puerto Rico.
19       Q   Okay.  And then again, do you know why
20   the April 30, 2015 to August 2nd, 2019, date
21   range was selected?
22       A   No, I do not.
23       Q   Okay.  And again, do the UPC numbers

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 90

1    reflected in this tab reflect all of the
2    vanilla and chocolate Pediatric Shakes Walmart
3    has sold during its time period listed?
4        A   I wouldn't unless the UPC -- some of
5    the UPCs that are listed --
6        Q   Okay.  If you look, there appears to
7    be one that's all zeros.  Do you know why that
8    one was included?
9        A   No, I do not.
10       Q   Okay.  Do you know if this data
11   includes vanilla with fiber or strawberry
12   Pediatric Shakes?
13       A   Looks like the UPCs are for chocolate
14   and vanilla.
15       Q   But again, Walmart tracks the sales
16   data for vanilla with fiber and strawberry
17   shakes the same way it does chocolate and
18   vanilla; is that correct?
19       A   Yes, sir.  That's correct.
20       Q   Okay.  And then in the notes, it says
21   on hand is only available for rolling two
22   years.  Does on hands refer to the tabs within
23   the spreadsheet current on hand and historical

Page 91

1    on hands?
2        A   Yes.
3        Q   And on hands mean inventory held by
4    Walmart?
5        A   Yes.
6        Q   Sorry, your audio cut out on that one.
7    What did you say?
8        A   The products that they have on hand at
9    the store level.
10       Q   Okay.  And then under the tab POS
11   sales, if you can click on that one.  What
12   does the data in POS sales reflect?
13       A   For that week for the specific item
14   number.
15       Q   Okay.
16       A   Any product.
17       Q   And --
18       A   Sorry.  For that Walmart week, for
19   that item number, for that product.  It
20   provides you with that supplier.  It provides
21   you net unit quantity and net sales.
22       Q   Okay.  And so if we're looking at line
23   two, that would reflect all pediatric vanilla

Page 92

1    shakes with that UPC that were sold in all
2    Walmart stores that week; is that correct?
3        A   For this particular -- so if you're
4    looking at row two for this particular system
5    scan ID, yes.
6        Q   Okay.  What is the system assigned
7    scan ID?
8        A   I do not know.
9        Q   Okay.  Do you know what the item
10   number refers to?
11       A   Yes.  That is the assigned item number
12   for the product.
13       Q   How does that differ -- how does that
14   differ from the Walmart item number?
15       A   It is the Walmart item number.
16       Q   Okay.  So Column D, even though it
17   says item number, it's the Walmart item
18   number?
19       A   It is the item number.  That specific
20   record in our database, the item number.
21       Q   Okay.  Does Walmart use multiple item
22   numbers to refer to a single product?
23       A   Yes, it can.

Page 93

1        Q   Okay.  What -- like, for instance,
2    they might have an item number for Walmart.com
3    versus one that's used in stores?
4        A   That could occur, yes.
5        Q   Okay.  So this -- so line two or row
6    two refers to all of the Pediatric Shakes with
7    this particular item number sold in all
8    Walmart stores for that week?
9        A   Under that specific system scanned ID.
10   So --
11       Q   So what is the system scanned ID?
12       A   I don't know the answer to that
13   question.
14       Q   Okay.  Then why are you saying it
15   depends on the system scanned ID?
16       A   Because you're -- when you're
17   filtering and you're looking at a specific
18   Walmart week and a specific Walmart item
19   number, it's possible that you could have two
20   records for a given flavor.
21       Q   So is the scanned ID related to the
22   item number?
23       A   I don't know the answer to that

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 94

1    question.
2        Q   Are item numbers matched to certain
3    UPCs within Walmart's system?
4        A   An item number should only have one
5    UPC.
6        Q   Can it have multiple UPCs?
7        A   I have never seen that occur.
8        Q   Okay.  So even if an product UPC
9    changes, the item number should not change?
10       A   The item number should change.
11       Q   So if a product UPC number changes,
12   the item number will change with it?
13       A   Yes.  A new item would be generated if
14   the UPC changed.
15       Q   Okay.  So for instance, if the Perrigo
16   chocolate shake had a certain UPC, the Gehl
17   chocolate shake could have used the same UPC,
18   but they would have different item numbers?
19       A   That's correct.
20       Q   And the same would apply for the
21   vanilla and vanilla with fiber shakes?
22       A   They would have separate item numbers.
23       Q   Okay.  Did Walmart use new item

Page 95

1    numbers when it introduced the clean shake?
2        A   No.
3        Q   So it used the same item number for
4    the Gehl shakes throughout the entirety of
5    Gehl supplying those shakes to Walmart?
6        A   No.
7        Q   So when did Walmart change the item
8    number associated with the Gehl shakes?
9        A   The item number would have changed at
10   the point that the retail and cost would have
11   been updated.
12       Q   So when -- earlier I believe we talked
13   about the formula for the clean shakes
14   increased.  Would that be associated with the
15   cost of the shakes to Walmart?
16       A   Yes.
17       Q   So did Walmart change the item number
18   when it introduced the clean shakes?
19       A   It would have shipped and potentially
20   sold clean shakes prior to a cost change in
21   our system.  So for some of the sales, they
22   would have been associated with the
23   conventional item number.

Page 96

1        Q   Okay.  Sure.  Because Gehl was selling
2    the old shakes for a period of time, correct?
3        A   Yes.
4        Q   They were selling the shakes, the old
5    shakes?
6        A   Yes.
7        Q   The old formula?
8        A   The conventional.
9        Q   Conventional.  We will use that
10   nomenclature.  For these Gehl conventional
11   shakes, were they selling -- was Walmart
12   selling these conventional shakes at the same
13   time it was selling the clean shakes?
14       A   Yes.  It was a flow through change,
15   which means as the store inventory sells down,
16   the new product is replacing the former
17   inventory.
18       Q   Okay.  So would the same apply with
19   the Perrigo shakes and the Gehl shakes?
20       A   Yes.
21       Q   So Walmart sold the Perrigo shakes --
22   they kept -- even though it canceled the
23   relationship, it continued to sell those that

Page 97

1    it still had in inventory; is that correct?
2        A   Yes.  We would have sold through the
3    inventory.
4        Q   Replacing them with the conventional
5    Gehl shakes?
6        A   Yes.
7        Q   And then replacing the conventional
8    Gehl shakes with the clean shakes?
9        A   Yes.
10       Q   As inventory was sold and due course?
11       A   Yes.
12       Q   Okay.  Where in this spreadsheet does
13   it show the last of the Perrigo shakes being
14   sold in stores?
15       A   I do not know.
16       Q   Okay.  Do you know when Walmart
17   stopped ordering Perrigo shakes from Perrigo?
18       A   I don't have the exact date, no.  It
19   would have been at some point in the fall of
20   2017.
21       Q   Do you know what the shelf life on
22   those shakes is?
23       A   Between 12 and 18 months.

25  (Pages 94 to 97)

Sarah Redford                                    2/24/2021

Page 98

1    Q   For both the Perrigo and the Gehl
2   shakes?
3    A   That's my understanding, yes.
4    Q   Okay.  So if a -- if the data -- if
5   the spreadsheet shows a Perrigo sale in 2019,
6   that would be because it was still on the
7   shelf at a Walmart store in 2019?
8    A   It's possible.
9    Q   Which would have been over two years
10   after the relationship was ended?
11    A   Yes.
12    Q   Okay.  Do you know what the vendor
13   stock item is, what that column signifies?
14    A   No, I do not.
15    Q   Okay.  And in Column Q it says item
16   create date; do you know what that column
17   signifies?
18    A   Would have been the date that the item
19   file was created in our system.
20    Q   Okay.  Do you know why item create
21   date was used in this spreadsheet versus
22   possible item create date in Exhibit 2,
23   Walmart 79?

Page 99

1    A   No, I do not.
2    Q   So the possible create date and the
3   item create date are the same thing or not?
4    A   You're asking me if the create date
5   shown in .com's table versus the create date
6   shown in stores sales table are the same or
7   intended to be the same column?  I don't know
8   the answer to that.
9    Q   Okay.  Do you know who would?
10    A   No, I do not.
11    Q   So for net unit quantity, this shows
12   how many of this vanilla shake or a chocolate
13   shake was sold in a particular week in all of
14   Walmart stores, correct?
15    A   Correct.
16    Q   And that would be net of returns?
17    A   Yes.
18    Q   And the same with net sales.  That
19   would reflect all revenue generated by Walmart
20   from these sales less returns?
21    A   Correct.
22    Q   Okay.  And any returns during this
23   time would be reflected in the tab which says

Page 100

1   customer returns or store returns; is that
2   correct?
3    A   That's correct.
4    Q   Okay.  What is the distinction between
5   customer returns and store returns?
6    A   I do not know.
7    Q   Okay.  Do you know who would know?
8    A   No, I do not.
9    Q   Did the price of these Pediatric
10   Shakes ever change?
11    A   Yes.
12    Q   Okay.  If there was a change in the
13   sale price to the customer, would it be
14   reflected in these spreadsheets?
15    A   Change in the retail price to the
16   customer; is that what you're asking?
17    Q   Yes.
18    A   Does it show retail?  It would be
19   reflected in net sales, but I do not see
20   retail listed.
21    Q   Okay.  So if we go to the customer
22   returns tab, when you look at line two, this
23   shows that two cases of Pediatric Shakes were

Page 101

1   returned for a returned retail amount of
2   $16.96, correct?
3    A   Two units, yes, were returned for
4   $16.96.
5    Q   So the $16.96 would reflect the amount
6   refunded to the customer; is that correct?
7    A   For two units in that week.
8    Q   Okay.  So that would be -- so not
9   necessarily a particular customer, but for all
10   stores, it was the same price among all
11   Walmart stores for a unit, correct?
12    A   For that week, yes.
13    Q   Okay.  So the price of a Pediatric
14   Shake may change over time, but the price that
15   Walmart is selling it at to a customer is the
16   same in every store; is that correct?
17    A   It is possible that different stores
18   have different retail prices to the customer.
19   It is possible.  I don't know if you could --
20    Q   If the --
21    A   Sorry.  Go ahead.
22    Q   No.  I was just going to say if the
23   prices were different, it would be reflected

26  (Pages 98 to 101)

Sarah Redford                                          2/24/2021

Page 102

1   in the spreadsheet, though?
2       A   That is accurate.
3       Q   Okay.  And so again, would the POS
4   ships tab, this data represent the difference
5   between POS sales, less customer returns; is
6   that correct?
7       A   This tab is how many of the items
8   shipped so how many of that item for that week
9   was shipped to the stores.
10      Q   Okay.  And so if we're looking at
11  Column T, within the POS ships tab, it's
12  labeled gross ship retail, is that the retail
13  price to the customer?
14      A   Gross ship retail is how much the --
15  so in essence of all of the product that was
16  shipped to all the stores, how much that
17  retail would be worth for that week.
18      Q   Okay.  And so gross ship cost, which
19  showed the cost to Walmart for this inventory;
20  is that correct?
21      A   For that quantity, yes.
22      Q   Reflected in Column R?
23      A   Yes.

Page 103

1       Q   Okay.  Okay.  So just to make sure I
2   understand, the gross ship quantity would show
3   how many units were shipped to Walmart, the
4   gross ship cost would show it's cost -- the
5   cost of that quantity to Walmart, and gross
6   ship retail would reflect the sales price for
7   that amount of units at a Walmart store?
8       A   The retail value for those units at a
9   Walmart store.
10      Q   Okay.  So if we go to the tab
11  first/last sale date.  Can you tell me what
12  data is reflected in this tab?
13      A   For a given item number and product
14  description, it's the first sales date and the
15  last sales date recorded.
16      Q   So is this a historical set of data in
17  terms of items that Walmart either currently
18  sells or no longer sells?
19      A   It's the first sale date of a given
20  item number and the last sale date of that
21  same given item number.
22      Q   Okay.  So if there's not a first sale
23  date listed within the spreadsheet, does that

Page 104

1   mean Walmart never sold it?
2       A   I do not know.
3       Q   So if you scroll down to line 195995.
4   And let me know when you're able to find that.
5       A   Yeah.  I'm there.
6       Q   Okay.  So this reflects item No.
7   2666837, which appears to be a pediatric
8   vanilla shake; is this correct?
9       A   That's correct.
10      Q   Okay.  And so that would be the UPC
11  associated with that particular shake; is that
12  correct?
13      A   The pediatric vanilla shake Item No.
14  2666837 is associated with UPC 68374440101.
15      Q   Okay.  And it also shows there was a
16  first sale date listed in 2003 and a last sale
17  date of 2013.  Do you have any reason to
18  believe this data isn't accurate?
19      A   I don't.  I don't know.
20      Q   Do you know if this UPC or item number
21  is still in use by Walmart?
22      A   I don't know that.
23      Q   Does Walmart retire UPCs?

Page 105

1       A   Yes.
2       Q   Okay.  So it's possible that Walmart
3   no longer uses this UPC as of 2013?
4       A   Yes, that is possible.
5       Q   Okay.  Put this to the side for a
6   second and I'm going to share Walmart 81.
7   We'll mark this as Exhibit 5.  And if you'll
8   let me know when you're able to open this
9   spreadsheet.
10          (Plaintiff's Exhibit No. 5 was marked
11          for identification.)
12      A   Yes.  I've got it open.
13      Q   Okay.  Do you recognize this document?
14      A   It looks familiar.
15      Q   Okay.  I believe this was produced as
16  a history of Kaylan Morris's purchase history;
17  does that sound correct to you?
18      A   Yeah.  I don't know.
19      Q   Have you seen this spreadsheet before?
20      A   I've seen a spreadsheet similar to
21  this before.
22      Q   Okay.  Do you know what XREF numbers
23  are?

27  (Pages 102 to 105)

Sarah Redford                                          2/24/2021

Page 106

1    A   I don't know what an XREF number is.
2    Q   Okay.  Do you know how this
3  spreadsheet is generated?
4    A   I believe it was a data pull from our
5  database.  Perhaps Walmart -- Walmart Pay.
6    Q   Okay.  Do you know if it was Walmart
7  Pay?
8    A   I don't know.
9    Q   Okay.  Do you know who pulled this
10 spreadsheet?
11   A   I spoke with the person who pulled the
12 spreadsheet.
13   Q   Was it the one you referenced earlier?
14   A   Yes.
15   Q   Did she pull all of the spreadsheets
16 that have been produced by Walmart so far?
17   A   I do not know.
18   Q   Do you know any she didn't pull?
19   A   I don't.  I don't know.
20   Q   Okay.  Okay.  If you'll go to the
21 purchase history tab, do you know what data is
22 reflected in this tab?
23       MR. GRESHAM:  And Sarah, to refresh

Page 107

1  your recollection, this was produced as
2  Ms. Morris's purchase history.
3       THE WITNESS:  Okay.  Thank you.  It
4  looks like purchase history specifically for
5  visit at a specific store location.  A list of
6  items, how many of those items, and the
7  retail.
8    Q   (By Mr. Lynch) Okay.  So if a
9  Pediatric Shake appears in this purchase
10 history, Ms. Morris would have purchased it at
11 one of the Walmart stores?
12   A   Yes.  This tab covers store purchases.
13   Q   So this spreadsheet would not include
14 any purchases made on Walmart.com?
15   A   I don't see any records that do not
16 have an assigned store number, so I'm going to
17 say it doesn't have .com information on the
18 purchase history tab.
19   Q   Okay.  And so if we go over to the
20 tender used tab, what data is reflected in
21 that tab?
22   A   It gives the date, store number, visit
23 number, visit time, operator number,

Page 108

1  transaction number, and it's like Column I
2  Walmart Pay or you pay XREF.
3    Q   Okay.  And the number listed in Column
4  I match the XREF number listed on the tab
5  legend?
6    A   Those appear to align, yes.
7    Q   Okay.  Does Walmart.com let you use
8  Walmart Pay?
9    A   I don't know.
10   Q   Do you know who would?
11   A   No, I do not.
12   Q   In the tender used tab, it shows
13 coupons.  Did Walmart ever issue coupons
14 associated with the Pediatric Shakes?
15   A   Not to my knowledge, no.
16   Q   Okay.  Would that -- would those have
17 been issued in consultation with your
18 department?
19   A   I do not have any knowledge of coupons
20 being used for Pediatric Shakes.
21   Q   For any of the other products you
22 worked on, have you been consulted about the
23 use of coupons?

Page 109

1    A   Are you asking me if coupons have ever
2  been used for any product developed or brand
3  that I've worked on.
4    Q   Yes.  Let's ask that.
5    A   I'm not involved in the process of
6  coupons, specific to anything related to
7  private brands.
8    Q   Does Walmart issue coupons related to
9  its private label products?
10   A   Not to my knowledge.
11   Q   Okay.  Do you know who would know?
12   A   No, I do not.
13   Q   Okay.  So you -- just to confirm, you
14 don't know if they issued coupons related to
15 pediatric shakes?
16   A   I have never heard of coupons being
17 issued on Pediatric Shakes.
18   Q   Okay.  So are you -- are you
19 testifying on behalf of Walmart that Walmart
20 has never issued a coupon related to Pediatric
21 Shakes?
22   A   I am testifying that I have never
23 heard of coupons being issued by Walmart for

28  (Pages 106 to 109)

Sarah Redford                                                    2/24/2021

Page 110

1    Pediatric Shakes.  I have no knowledge of
2    that.
3        Q    In your personal capacity?  Within
4    your personal knowledge?
5        A    As a product developer for Walmart.
6        Q    Okay.  So Walmart may have issued
7    coupons; you just don't know?
8        A    I do not know.
9        Q    Okay.  Okay.  I'm going to share,
10   let's see -- well, before that, if Walmart had
11   issued coupons, would there be a record of it?
12       A    I do not know how coupons are recorded
13   or tracked.
14       Q    Okay.  Okay.  I'm sharing with
15   everyone Exhibit No. 6.  This is Walmart 307.
16   Let me know when you have that open.
17           (Plaintiff's Exhibit No. 6 was marked
18            for identification.)
19       A    It's open.
20       Q    Okay.  Do you recognize this
21   spreadsheet?
22       A    It looks familiar.
23       Q    So you've seen this spreadsheet

Page 111

1    before?
2        A    I believe that I have.
3        Q    Okay.  Do you know what data is in
4    this spreadsheet?
5        A    I do not recall what data is in this
6    spreadsheet.
7        Q    Okay.  It says Walmart store state AL;
8    what does AL stand for?
9        A    Alabama.
10       Q    Okay.  Does this spreadsheet contain
11   the sales data for all Alabama stores?  Sorry,
12   I didn't catch that.
13           (Zoom audio interruption.)
14           MR. GRESHAM:  You cut out again.
15   Answer again, sorry.
16           THE WITNESS:  Sorry.
17       Q    (By Mr. Lynch) Maybe one more time
18   now.  Your video is showing.
19       A    Yes, Alabama stores.
20       Q    Okay.  So this spreadsheet should
21   reflect all chocolate and vanilla shakes sold
22   at Alabama Walmarts between the dates shown in
23   the date range, correct?

Page 112

1        A    For each Walmart week, for that
2    specific item.
3        Q    Okay.  And that would be reflected in
4    the tab labeled POS sales?
5           COURT REPORTER:  She just lost
6    connection.
7           (Zoom audio interruption.)
8        Q    (By Mr. Lynch) Talking about the POS
9    sales tab, this would reflect all in-store
10   sales of these Pediatric Shakes in Alabama; is
11   that correct?
12       A    Yeah, for each store number.
13       Q    Okay.  And the item listed in Column F
14   should reflect the Walmart item number that is
15   assigned to product; is that correct?
16       A    That should be consistent with the
17   Walmart item number, yes.
18       Q    Okay.  And again in Column F, item
19   create date, that's the same as the item
20   create date used in the Walmart 83 that we
21   looked at earlier?
22       A    It's the date that the item file
23   should have been created, yes.

Page 113

1        Q    Okay.  And then each line in this
2    would show the net and the quantity would
3    reflect how many of a particular shake was
4    sold at a particular store in a particular
5    week?
6        A    Yeah, it would be the net unit
7    quantity.  So item units sold minus units
8    returned.
9        Q    Okay.  And this would include any form
10   of payment that Walmart accepts at its stores?
11       A    Yes.  This spreadsheet does not
12   segregate the data based on payment method.
13       Q    Okay.  So it would include cash,
14   credit, debit, gift card, EBT, gift card, any
15   of that?
16       A    Yes.  All units sold.
17       Q    Regardless of payment method?  Okay.
18   And similarly the POS ships would be the same
19   set of data that was -- we talked about
20   earlier, how many units were shipped to a
21   particular store on a particular week?
22       A    Yes.
23       Q    And it would show gross ship quantity,

Sarah Redford                                                    2/24/2021

Page 114

1    which are the numbers shipped.  Gross ship
2    cost would show the cost to Walmart and gross
3    ship retail would show the inventory value at
4    a Walmart store; is that correct?
5        A    The retail value would be what gross
6    ship retail shows, yes.
7        Q    Okay.  So if we're looking at gross
8    ship retail minus gross ship cost, that would
9    be the profit to Walmart divided by four on a
10   particular unit sold?
11       A    You'd also have to subtract out the
12   cost of transport and storage and overhead,
13   but roughly.
14       Q    Okay.  So that isn't -- those items
15   you just listed are not reflected in the gross
16   ship cost?
17       A    It's -- yeah, it's the gross ship
18   cost.  For instance, row two, the gross ship
19   cost for four units is $26.36.
20       Q    Uh-huh.
21       A    Column U does not denote that ship
22   cost to Walmart.
23       Q    Okay.  How do you differentiate gross

Page 115

1    versus net ship cost?
2        A    I don't -- I don't have that data here
3    to explain that.
4        Q    Okay.  Do you know all of the cost
5    that go into Walmart selling one unit of
6    Pediatric Shakes?
7        A    I don't have all of the factors top of
8    mind with regards to everything that goes into
9    how much it costs Walmart on shakes, no.
10       Q    Okay.  But Walmart would have that
11   data?
12       A    Walmart has that data.
13       Q    Okay.  Do you know who at Walmart
14   would be the most knowledgeable about that?
15       A    No, I do not.
16       Q    Okay.  And so if we go to customer
17   returns, again, this would show the number of
18   units returned at a store in a particular week
19   and the amount that was refunded based on that
20   unit?
21       A    Yes, that's accurate.
22       Q    Okay.  So the returned retail amount
23   would show how much a particular unit was sold

Page 116

1    for in a particular week?
2        A    It shows how much the store would have
3    refunded, return retail amount.
4        Q    So would it include tax?
5        A    I don't know the answer to that
6    question.
7        Q    Okay.  I'll share with everyone what
8    I'll mark as Exhibit 7.  This is Walmart 1894.
9        Let me know when you have this spreadsheet
10   up.
11          (Plaintiff's Exhibit No. 7 was marked
12          for identification.)
13       A    Okay.
14       Q    Okay.  Do you know what data is
15   reflected in this spreadsheet?
16       A    Tax exempt.
17       Q    And who would have tax exempt status?
18       A    I do not know.
19       Q    Okay.  If you scroll over to Column
20   AR, it says purpose code.
21       A    Yes.
22       Q    Would these be the types of entities
23   that have that exempt status?

Page 117

1        A    I do not know.
2        Q    Okay.  Do you know who generated this
3    spreadsheet?
4        A    I believe it was the same individual
5    who generated the other spreadsheets.
6        Q    Okay.  Have you seen this spreadsheet
7    before?
8        A    Yes.
9        Q    Okay.  And so what is your
10   understanding of the data reflected in this
11   spreadsheet?
12       A    These are sales that are specifically
13   attributed to tax exempt.
14       Q    Okay.  And so this should reflect all
15   sales within the date range listed to these
16   entities for chocolate and vanilla shakes; is
17   that correct?
18       A    That is my understanding, yes.
19       Q    Would this include in-store purchases?
20       A    I don't think so.
21       Q    Does this include online purchases by
22   these entities?
23       A    I only see store sets.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                          2/24/2021

Page 118

1    Q   Okay.  Can corporate entities order
2  Pediatric Shakes through Walmart.com?
3    A   And be processed tax exempt?  I do not
4  know.
5    Q   Yeah.  Okay.  How do these entities
6  register with Walmart for tax exempt status?
7    A   I do not know.
8    Q   And I'm sharing with everyone this is
9  Exhibit 8, Walmart 1896.  Let me know when you
10  have that spreadsheet up.
11      (Plaintiff's Exhibit No. 8 was marked
12      for identification.)
13  A   Okay.
14  Q   Okay.  Do you recognize this document?
15  A   POS sales.
16  Q   Okay.  And under Column I, it says
17  seller name Jet.  What is Jet?
18    A   It would have been a Walmart owned
19  entity called jet.com.
20  Q   Okay.  Does that -- is that entity
21  still in existence?
22  A   I don't know.
23  Q   Okay.  Would all sales of Pediatric

Page 119

1  Shakes on jet.com be reflected in this
2  spreadsheet?
3    A   I believe so.
4    Q   Okay.  And under Column M where it
5  says state, is that the state where the item
6  was shipped to?
7    A   I do not know.
8    Q   Okay.  Would this data be reflected in
9  Walmart 79, which was shown in online sales?
10    A   I'm sorry, could you repeat the
11  question.
12    Q   Is this data that is separate from
13  Walmart 79, which was showing online sales?
14      MR. GRESHAM:  For Walmart.com sales?
15    Q   (By Mr. Lynch) Yes.
16    A   I believe so.
17    Q   Okay.  Do you know who generated this
18  spreadsheet?
19    A   I believe it was the same individual
20  we spoke of.
21    Q   Do you know if the total in Column O,
22  where it says total quantity, do you know if
23  that was the total number of shakes within a

Page 120

1  certain purchase or is that how many was
2  shipped to a certain store?
3    A   I do not know.
4    Q   Okay.  Under Column H it says supplier
5  name, is it the same supplier as who -- is
6  this distributor or is that actually who made
7  the shake?
8    A   I do not know.
9    Q   So there's also a tab labeled shipped
10  and also a tab labeled returns.  And if you
11  look at the tab labeled returns, there's one
12  return listed, but it has return quantity zero
13  and a returned adjustment amount as $42.40.
14      Do you know why an amount would be refunded
15  without a quantity being returned?
16    A   I do not.
17    Q   Is the difference between the tab
18  labeled full sale and the tab labeled ship
19  sale, would those be listed on the return tab?
20    A   You're asking me if the data on full
21  sales and the data on shipped sales is listed
22  on the return tab?
23    Q   No.  I'm trying to understand the

Page 121

1  distinction, again, between full sale and
2  shipped -- and the data listed on each of
3  those tabs.
4    A   I don't know the answer to that
5  question.
6    Q   Okay.  The way Walmart -- okay.  So we
7  talked about a number of these spreadsheets
8  including in-store sales, online sales.
9      Has the way Walmart has tracked its revenue
10  changed over the last five years?
11    A   I know it's tracked electronically in
12  the database.  I do not know if we have
13  modified columns or names of fields in order
14  to accommodate the different business entities
15  that changed over the last five years.
16    Q   If there have been changes, though,
17  these changes would be documented by Walmart?
18    A   Yeah, I do not know.
19    Q   Do you know if Walmart has made any
20  changes to the way it tracks revenue for the
21  last five years?
22    A   I do not know if changes have been
23  made to how we track sales in our database.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 122

1    Q   Do you know who would know?
2    A   No, I do not.
3    Q   But presumably if any changes were
4   made, someone at Walmart would approve those
5   changes, correct?
6    A   I do not know.
7    Q   Would someone in Walmart's accounting
8   department know?
9    A   I don't -- I don't actually know.  I
10   don't interact with those teams.
11   Q   Okay.  Does Walmart have any
12   accounting departments?
13   A   I believe there exists a finance
14   department.  I do not know names of people who
15   work in that department.
16   Q   Do you know what the role of that
17   finance department is?
18   A   To cover the finance.
19   Q   Okay.  Do you know if Walmart has ever
20   issued any print advertisements related to the
21   Pediatric Shake?
22   A   I believe we have a store circular.
23   Q   And what do you mean by the store

Page 123

1   circular?
2    A   It's a printed paper store circular.
3    Q   Are those this brochures that you pick
4   up at the front of the store when you walk in?
5    A   Same type of product -- of item, yes.
6    Q   Okay.  Are those mailed to Walmart
7   customers?
8    A   I do not know.
9    Q   Are there any other print
10   advertisements that Walmart uses with respect
11   to the Pediatric Shakes besides the circulars?
12   A   I do not know.
13   Q   Do you know if the circulars it uses
14   are used nationally?
15   A   I do not know that.
16   Q   Do you know when Walmart placed the
17   Pediatric Shake on those circulars?
18   A   I do not know.
19   Q   Do you know -- so Walmart has put the
20   Pediatric Shakes in its circulars; you know
21   that to be correct?
22   A   I believe I have seen a Walmart
23   Pediatric Shake in a circular.

Page 124

1    Q   Do you know --
2    A   I do not have a date.
3    Q   Okay.  Do you know if Walmart keeps a
4   record of any circulars its prints?
5    A   I do not know.
6    Q   Do you know if anyone else conducts
7   any advertising with respect to the Pediatric
8   Shakes besides Walmart?
9    A   I'm not aware of advertising conducted
10   by other entities.
11   Q   Okay.  Does Walmart work with an
12   advertising firm with respect to these
13   Pediatric Shakes?
14   A   Walmart brands does not have an
15   advertising budget, so I don't believe there
16   is an entity relating to Walmart that would
17   conduct advertising.
18   Q   Do you know if Gehl Foods conducts any
19   advertising with respect to the shakes?
20   A   Gehl Foods is responsible for
21   providing content for the item page on
22   Walmart.com.
23   Q   So Gehl Foods places the content on

Page 125

1   Walmart.com; is that what you just said?
2    A   They maintain the item on the
3   Walmart.com item page.
4    Q   Okay.  Do they write the copy for that
5   page?
6    A   The -- the -- are you referring to the
7   images that are posted on the item page?
8    Q   The content, yeah.  Yes, the content
9   of the page.
10   A   They -- they would have edit
11   capabilities to update product images, content
12   below the fold, yes.
13   Q   On the website?
14   A   On the item page.  The website item
15   page.
16   Q   Okay.  Do they consult with Walmart
17   before making any of these edits?
18   A   What do you mean by consult?
19   Q   Who has final approval of what's on
20   Walmart's website?
21   A   The supplier would be responsible for
22   the content that they help load, so they --
23   Gehl would.

Sarah Redford                                                    2/24/2021

Page 126

1    Q   Gehl would -- so if Gehl put something
2  on Walmart.com's website that Walmart didn't
3  approve of, would Walmart be able to take that
4  off of the website?
5    A   I do not know.
6    Q   Do suppliers have to operate by any
7  policy and procedures by what they post on
8  Walmart's website?
9    A   I don't know what policies and
10  procedures specifically govern Walmart.com
11  item page content.  I know from a policy
12  procedure standpoint, they must abide by that
13  agreement.
14    Q   And what happens if they violate that
15  agreement?
16    A   If a supplier violates a vendor
17  agreement, Walmart can terminate.
18    Q   Okay.  So -- so who actually creates
19  the content used on Walmart's website with
20  respect to these Pediatric Shakes?
21    A   So the Pediatric Shakes content on
22  .com shows the product itself.  The data and
23  content that goes into to the product's label

Page 127

1  is provided by Gehl Foods during the
2  commercialization process in ProSpec.
3    Q   Okay.  And what about the photos; who
4  takes the photos of the products?
5    A   I do not know.
6    Q   So Gehl Foods designs the labels, but
7  are those labels approved by Walmart?
8    A   The -- the label content is reviewed
9  in ProSpec and annotated by a third party from
10  just a legal label review, but Gehl Foods, as
11  a supplier, is required to annotate that the
12  content has been adapted correctly and
13  accurately to the label.
14    Q   Right.
15    A   From an approval standpoint, it would
16  be Gehl Foods.
17    Q   And if Gehl Foods put something on the
18  label that was inaccurate, Walmart would not
19  be able to remove it from the label?
20    A   If Gehl Foods put something inaccurate
21  on the label, Gehl Foods would have to go back
22  through the commercialization process to alter
23  the retail packaging.

Page 128

1    Q   Okay.  So during the commercialization
2  process, Walmart is able to approve what
3  ultimately comes out of that process?
4    A   Walmart does not approve it.  Gehl
5  Foods approves it.
6    Q   So who then is involved -- so Gehl
7  Foods is the only entity involved in the
8  commercialization process?
9       MR. GRESHAM:  Object to the form.
10  Mischaracterizes the testimony.  You may
11  answer.
12       THE WITNESS:  Gehl Foods is
13  responsible for all of the label content that
14  goes onto the retail package.  Our adaptation
15  agencies, which is a third party contracted
16  service, adapts and places the content
17  provided by Gehl Foods onto the design of the
18  retail package.
19    And then a third party entity reviews from
20  a legal label perspective that ultimately Gehl
21  Foods annotates instruction to both the
22  annotation agency and responds to third party
23  label review with instructions on what to put

Page 129

1  on the label.
2    Q   (By Mr. Lynch)  With respect to the
3  labeling and also with respect to the website?
4    A   Yeah.  So in terms of content on the
5  websites, it's predominantly the item images
6  uploaded.  You may have a zoomed-in version of
7  the nutrition facts panel or the ingredients
8  statements or a better picture of the bottle
9  that's contained inside of the paper board box
10  that is sold at retail, but the label content
11  that goes into that retail unit is produced at
12  the direction of the supplier.
13    Q   Who then fills out what is on
14  Walmart's website using that information on
15  the label?
16    A   Walmart's item page contains images of
17  the label in many forms.  Bottle, external
18  retail carton, several views.
19    Q   Okay.  Does Walmart provide any
20  information to Gehl Foods about what it wants
21  on the website in terms of content?
22    A   My understanding is that there are
23  guidelines around how many images and what

33  (Pages 126 to 129)

Sarah Redford                                                    2/24/2021

Page 130

1    type of images are most helpful to customers,
2    but specifically, does Walmart say it needs to
3    say, you know, sodium?  No, we would say be
4    sure that the nutrition facts panel is posted.
5        Q   Okay.  So if we go to -- so I'll mark
6    this as --
7            MR. GRESHAM:  When you get to a good
8    stopping point for lunch, we'd appreciate it
9    on my end, but if you want to finish up this
10   section that's fine.
11       Q   (By Mr. Lynch) Let's do that.  So I'll
12   mark this as Exhibit 9.  There is Walmart 683
13   through 729.  Let me know when you have that
14   opened.
15       Okay.  So do you recognize this document?
16           (Plaintiff's Exhibit No. 9 was marked
17           for identification.)
18       A   Not as familiar with this one.
19       Q   Okay.  When you say this one, are you
20   familiar with this type of document?
21       A   With a PowerPoint?  Is that what you
22   mean?
23       Q   With the content of this document is

Page 131

1    what I was referring to.
2        A   I'm less familiar with the content of
3    this document.
4        Q   Okay.  So what this appears to be on
5    the face of the document is Walmart providing
6    to its suppliers the type of content and the
7    manner in which it is to publish content on
8    its website.
9        Does that appear accurate?
10       A   Would you restate the question for me.
11   I found a page that was --
12       Q   Sure.  So does Walmart provide its
13   suppliers with policies and procedures for the
14   content on its website?
15       A   It gives examples and guidance of max
16   number of characters and certain fields and
17   samples of types of information, but it does
18   not explicitly instruct suppliers to provide
19   specific information.
20       Q   Okay.  So if a supplier wanted to
21   include information on there that Walmart felt
22   violated these standards and practices, what
23   recourse would Walmart have?

Page 132

1        A   If the information that a supplier
2    would want to upload to .com violated the
3    vendor agreement, then the recourse would be
4    termination of the vendor agreement.
5        Q   Okay.  So the supplier may be able to
6    write the content that's on the website, but
7    it is also subject to its vendor agreement
8    with Walmart?
9        A   That is accurate.
10       Q   So if Walmart thought it was putting
11   up inappropriate content on its website, it
12   could choose to terminate the agreement?
13       A   If they violated the vendor agreement,
14   yes, they could terminate the agreement.
15       Q   Okay.  And again, does the supplier
16   consult with Walmart prior to uploading
17   content to Walmart's website?
18       A   So by consult, I would not
19   characterize that to be each individual
20   instance of update to Walmart.com.  No, a
21   supplier does not have to ask for permission
22   or get prior approval of Walmart.  Walmart
23   expects suppliers to abide by the vendor

Page 133

1    agreement and provide truthful information on
2    the items on the item page.
3        Q   Okay.  How does a supplier put content
4    up on Walmart's website?  Can you walk me
5    through that process?
6        A   No, I cannot.  I have no experience
7    with that.
8        Q   Do you know who would know about how?
9        A   Yeah.  One of our suppliers.  Gehl
10   Foods should be able to walk you through what
11   their process is.
12       Q   Who at Walmart would know the process?
13       A   I don't know.
14       Q   Okay.  Did you do anything to prepare
15   yourself for today's deposition with respect
16   to the advertisement on Walmart's website?
17       A   We discussed the content of Walmart's
18   item pages and where that content comes from.
19       Q   Who did you discuss that with?
20       A   With Cole and with Paul.
21       Q   Okay.  So other than discussions with
22   your attorneys, you have no independent
23   knowledge of how content arrives on Walmart's

34  (Pages 130 to 133)

Sarah Redford                                                    2/24/2021

|                                    Page 134 |
|---------------------------------------------|

1  website other than through its suppliers?
2      A   Suppliers are responsible for the
3  content of the Walmart.com item pages.  I do
4  not and cannot edit Walmart.com item pages.
5      Q   In your individual capacity?
6      A   As a Walmart product developer, I do
7  not have the ability to edit item pages on
8  Walmart.com.
9      Q   Does anyone at Walmart have that
10  capability?
11      A   I do not know.
12      Q   Does Walmart with respect to these
13  Pediatric Shakes?
14      A   I don't know that.
15      Q   Do you know if they maintain
16  historical data related to their website?
17      A   I do not know.
18      Q   Okay.  Do you know if Walmart ever
19  sends out emails related to its Pediatric
20  Shakes?
21      A   Emails related to its Pediatric
22  Shakes?  What are you referring to there?
23      Q   Sure.  Does Walmart ever send out

|                                    Page 135 |
|---------------------------------------------|

1  email advertisements to Walmart customers
2  relating to the Pediatric Shakes?
3      A   I do not know if Walmart advertises
4  via email Pediatric Shakes.
5      Q   Do you know if Walmart takes out any
6  banner ads related to Pediatric Shakes on the
7  internet?
8      A   On our Walmart.com item page, I know
9  that there are teams involved in banner ads.
10  I don't know what goes into that process.
11      Q   Do you know if Walmart maintains a
12  record of any banner ads it would have
13  produced or published with respect to
14  Pediatric Shakes?
15      A   I do not know.
16      Q   What about with emails; do you know if
17  Walmart would maintain any emails that it sent
18  out to customers with respect to Pediatric
19  Shakes?
20      A   I do not know.
21      Q   Okay.  What about social media; do you
22  know if Walmart ever discusses Pediatric
23  Shakes on social media?

|                                    Page 136 |
|---------------------------------------------|

1      A   I do not know.
2      Q   Okay.  Do you know if Walmart
3  advertises Pediatric Shakes in any other way
4  than we've discussed here?
5      A   Outside of its item page on
6  Walmart.com, no, I do not.
7      Q   Okay.  Other than the item page on
8  Walmart.com, the circulars that they may have
9  been published?
10      A   And on store shelf products.
11      Q   And on the store shelf?
12      A   Yeah.
13      Q   Okay.  There's no other way that
14  Walmart would have advertised these shakes?
15      A   I'm not aware of it either way.
16      MR. LYNCH:  Okay.  I think that's
17  probably a good place to take a break.
18      MR. GRESHAM:  All right.
19      (A lunch recess was taken.)
20      Q   (By Mr. Lynch) We can go back to
21  Exhibit 2 and that was Walmart 79.
22      Ms. Redford, let me know when you have that
23  pulled up.

|                                    Page 137 |
|---------------------------------------------|

1      A   Okay.
2      Q   Okay.  And then also if you'll pull up
3  Exhibit 3, which was Walmart 1897.
4      A   Okay.
5      Q   Okay.  So what I wanted to discuss is
6  the relationship between these two
7  spreadsheets, if any.  Do you know what the
8  relationship between these two spreadsheets
9  is?
10      A   Which tab on 79 are you referring to?
11      Q   Yeah.  So on 79 go to POS sales.
12      A   Okay.
13      Q   As we talked about earlier, it shows
14  all sales on Walmart.com of the Pediatric
15  Shakes for the date range and those particular
16  UPCs.  What I'm trying to understand is the
17  relationship between this weekly aggregated
18  data and the data in 1897, which is marked as
19  Exhibit 3.  Are you following me?
20      MR. GRESHAM:  Are you talking about
21  relationship like one came out of the other or
22  is the information in 1897 included in the
23  weekly sales information in 79?  I'm sorry,

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 138

1  I'm a little confused by the question.
2      MR. LYNCH: Yeah. It's really
3  directed to both. What I'm trying to figure
4  out is if there's a sale -- if we look at line
5  two in Exhibit 3, 1879, which has the
6  individual sales --
7      MR. GRESHAM: Right.
8      MR. LYNCH: -- and the redacted
9  information.
10     Q   (By Mr. Lynch) Is that sales reflected
11  in Exhibit No. 2, Walmart 79.
12     A   So Walmart 2, 79 contains all POS
13  sales for the date range specified. Anywhere
14  the date range within 1897 falls within the
15  same date range should be reflected.
16     Q   Okay. So 1879, Exhibit No. 3, is the
17  subset of the data used to compile Exhibit No.
18  2, Walmart 79; is that an accurate statement?
19     A   I don't believe 1897 was used to
20  compile 79.
21     MR. GRESHAM: So just to clarify on
22  our end, 1897 is not -- I mean, they do
23  represent the sales in the sense that these

Page 139

1  were items that were sold. The reason that
2  this one was produced and created was to
3  identify the -- it was in response to your
4  request for an itemized list of customers who
5  may have purchased the shakes.
6      Q   (By Mr. Lynch) Yeah. And what I'm
7  trying to make sure is that these aren't
8  exclusive sets that any sales in 1879 would be
9  reflected in 79, if they were on Walmart.com?
10     A   Yes.
11     Q   Okay.
12     A   They should be.
13     Q   Okay.
14     A   By the time range, yes.
15     Q   Yeah. And I understand, you know,
16  Exhibit 3 only has 2017 data and 79 had a
17  broader date range, but I just want to make
18  sure that if a sale in Exhibit No. 3 happened,
19  it would be within Exhibit 2.
20     A   (Witness nods head.)
21     Q   Okay.
22     A   Understood. Yes.
23     Q   Okay. So if we're looking at Exhibit

Page 140

1  2, earlier we talked about the clean versus
2  the conventional shakes. You said that
3  different item numbers had been assigned to
4  the clean shakes; is that correct?
5      A   Different item numbers were assigned
6  when the cost to Walmart changed. However,
7  Gehl would have already -- would have been
8  shipping clean label. It was a flow through
9  change.
10     Q   Uh-huh.
11     A   It took a few -- from memory, it took
12  a few weeks timeframe to substantiate the need
13  for Gehl to increase cost to Walmart. And for
14  the proper documentation to be processed in
15  our system.
16     Q   Okay. And what I'm trying to
17  understand in Exhibit 2 is where sales of the
18  clean shakes are reflected within this data.
19  Can you identify where the information is
20  within this spreadsheet?
21     A   You can include clean label item
22  numbers that were in post-cost change, but
23  prior to cost change, there's not going to be

Page 141

1  a clean line and item number that you would be
2  able to find to say for sure this sale was a
3  clean label retail unit versus that sale,
4  which was conventional.
5      Q   Okay. And was this cost change a
6  specific date?
7      A   There was a specific date, but it was
8  processed within Walmart's system.
9      Q   Do you know when that --
10     A   I don't have it off the top of my
11  mind, no.
12     Q   Okay. But Walmart would have a record
13  of that date?
14     A   Yes.
15     Q   Because they would have paid a
16  different price for the shake after that date?
17     A   That's correct.
18     Q   And so any time after that date, the
19  item number would reflect a clean shake?
20     A   The item number changes when the cost
21  changes to Walmart. That would be an instance
22  where a new item number would be generated in
23  our system. So after that cost change, the

36  (Pages 138 to 141)

Sarah Redford                                              2/24/2021

Page 142

1    change in item number would reflect a definite
2    move to what -- what's being ordered and
3    what's being processed.  It is a clean label
4    formulation.
5        Q   And so is that update automatic within
6    Walmart's system?
7        A   No.
8        Q   Okay.  So how does that work?
9        A   It's initiated by -- so when Gehl
10   processes the cost change in Walmart's system,
11   that item file with that new cost, once it's
12   approved in the system, would have its own
13   item number assigned to it.
14       Q   Okay.  So Gehl would say the price has
15   gone up for these clean shakes and send a
16   request to Walmart for approval authorizing
17   the price increase?
18       A   I have to be very clear on price.  The
19   cost to Walmart.  When that increases, Gehl
20   processes the cost change form and that
21   generates a new item number with the new cost
22   to Walmart associated with it.  That would
23   have happened with the clean label.

Page 143

1        But again, it took them some time to get
2    that piece done.  And so we would have been
3    purchasing and flowing it through the change
4    to the clean label formulation prior to that
5    cost change being processed.
6        Q   So this would have been as needed
7    until inventory -- or replenished inventory?
8        A   I don't know if I understand what you
9    mean by that question.
10       Q   Sure.  So I'm trying to understand,
11   from Walmart's perspective, how does it know
12   if it's buying conventional shakes versus
13   clean shakes?
14       A   The change was flow through.  So in
15   terms of we're not tracking a formulation
16   through the system.  We're tracking a UPC
17   that's sold.  The supplier is able to make
18   that change.
19       We sold it at the same UPC.  We did not
20   alter demonstratively the item to where it
21   would require a new UPC.  But in terms of --
22   to answer your question with specificity to
23   Walmart 79, as we'll call, the only indication

Page 144

1    that you're going to see here between what is
2    clean label versus what would be conventional
3    would be associated sales with a clean label
4    item number at that cost change.
5        Q   Is the cost change reflected in the
6    spreadsheet?
7        A   No, it is not.
8        Q   Okay.  But Walmart has that data?
9        A   The cost change was processed in our
10   systems, yes.
11       Q   Okay.  So let's look at -- I'm going
12   to mark this as Exhibit 10.  This is a
13   document produced by Gehl and it's Gehl 54
14   through 55.  Let me know when you have that
15   open.
16          (Plaintiff's Exhibit No. 10 was marked
17           for identification.)
18       A   It's open.
19       Q   Do you recognize this document?
20       A   Yes.
21       Q   What is this document?
22       A   This is the email by Gehl sent to
23   Esther regarding the difference in cost for a

Page 145

1    clean label.
2        Q   Okay.  And in this email it appears to
3    be discussing new item numbers associated with
4    the clean formula; is that correct?
5        A   They are referencing something Esther
6    sent them.  So she sent them a document
7    regarding week 16s mod matrix and they were to
8    proofread and provide feedback, if there's
9    something -- an error on the mod matrix.
10       Q   And so what is that --
11       A   So they're -- it's something that the
12   merchant would generate that provides
13   information to a supplier as to what are on
14   the modulars.
15       Q   Would it be like an order form?
16       A   No.  No.  A modular is -- it's kind of
17   a complex answer.  It's kind of a complex
18   topic.  A mod matrix is basically the way that
19   we clarify what items go on the shelf.  A mod
20   is a shelf.  And how many stores.  Not every
21   store carries every single item.
22       Q   Okay.  But in this email, it's talking
23   about updating the item numbers with respect

37  (Pages 142 to 145)

Sarah Redford                                              2/24/2021

---

Page 146

1    to the clean Pediatric Shakes; is that
2    correct?
3        A    They're showing old item numbers and
4    they're communicating back to Esther that the
5    item number in the mod matrix appears
6    incorrect.
7        Q    Okay.  And do you know if the item
8    numbers listed for these Pediatric Shakes
9    could be conventional item numbers associates
10   with those products?
11       A    I do not know if it contains the
12   conventional cost or if it is the clean label
13   cost.  This email was sent in February prior
14   to shipping the clean label products.
15       Q    Okay.  When did they begin shipping
16   the clean able Pediatric Shakes?
17       A    Good question.  It was a flow through
18   change.  I believe the first product from a
19   conventional standpoint where we needed to
20   ship to that shelf in order to stay in stock
21   was chocolate and that would have been late
22   February, early March.
23       Q    Of 2018?

---

Page 147

1        A    Yes.
2        Q    Okay.  So this email is dated
3    February 2018, so this would have been about
4    the time they started shipping new clean
5    Pediatric Shakes to stores, correct?
6        A    It would have been prior.
7        Q    Prior to that.  So do you know if
8    the -- what's labeled correct item number is
9    associated with these pediatric -- clean
10   Pediatric Shakes?
11       A    I do not know.
12       Q    Okay.  So you're differentiating
13   between when shipment began and when there was
14   a cost change, and you said that they began
15   shipping in February of 2018.  When did the
16   cost change occur?
17       A    I don't know the exact date, but I
18   know it's after that.
19       Q    So Walmart was receiving clean
20   Pediatric Shakes at the same cost of the
21   conventional shakes for a period of time --
22       A    Yes.
23       Q    -- until the item number was updated?

---

Page 148

1        A    Until the item number was updated in
2    the systems.
3        Q    Okay.  And so but there is a date
4    certain upon which the cost change did occur
5    for these particular shakes?
6        A    Yes.
7        Q    Okay.  So just to make sure I
8    understand it.  There was an old item number
9    for these shakes.  There was a transitional
10   period where the new shakes were being shipped
11   and sold in Walmart stores using the old item
12   number, but after the cost change occurred
13   within Walmart's system, a new item number was
14   assigned to the new clean Pediatric Shakes?
15       A    That's correct.
16       Q    Okay.  And so Walmart would have
17   within its records the date that all of
18   these -- that all of those events occurred.
19       A    Yes.
20       Q    When the new were sent and when the
21   cost change occurred?
22       A    They would know when a cost change
23   occurred in the system and when we began using

---

Page 149

1    the new clean label item number on orders to
2    Gehl.
3        Q    Okay.  And you would still have
4    these -- those order numbers to Gehl or --
5    yeah.
6        A    What do you mean -- are you saying
7    would we still have the orders?
8        Q    Yeah.  You would -- you would have the
9    data to show when these new item numbers were
10   used in fulfillment or in shipping?
11       A    In ordering?
12       Q    Yes.
13       A    Yes.
14       Q    Is that correct, you would have that
15   data?
16       A    We should have order numbers, yes, to
17   correspond with the new item numbers.
18       Q    Okay.  And so within -- going back to
19   Exhibit No. 2, the one marked 79, if one of
20   the item numbers for the clean Pediatric Shake
21   appears within this spreadsheet, that would
22   indicate that a clean Pediatric Shake was
23   sold?

---

Sarah Redford                                                        2/24/2021

Page 150

1        MR. GRESHAM: Objection to form. You
2    may answer.
3    Q    (By Mr. Lynch) Is that correct?
4    A    So for instance, row two, Walmart item
5    number -- and this is on the POS sales.
6    Walmart item No. 565232231, that item number
7    is linked in our systems to the former item
8    numbers.
9        It shows Walmart week of 2015, April 25th,
10   2015. Clean label did not begin to ship until
11   February of 2018. So you're seeing an item
12   number that's linked in our systems to the old
13   item number.
14   Q    Okay. So even if an item number
15   associated with the clean Pediatric Shakes
16   appears in the spreadsheet prior to
17   February 2018, that doesn't necessarily mean
18   that a pediatric -- a clean Pediatric Shake
19   was sold prior to that date?
20   A    Correct.
21   Q    Okay. But if an item number linked to
22   a clean Pediatric Shake appeared after
23   February of 2018, that means that a clean

Page 151

1    Pediatric Shake could have been sold after
2    that date?
3    A    It's possible that it was a clean
4    Pediatric Shake. It is also possible that it
5    was residual inventory of conventional.
6    Q    For Perrigo?
7    A    I would nope not, but yes.
8    Q    Okay. But after the cost change
9    occurred, which did you -- let me actually ask
10   a question.
11       You said you did not recall when exactly
12   the cost change occurred, correct?
13   A    Yeah, I don't have that off the top of
14   my head, sorry.
15   Q    Okay. But after that date --
16       MR. GRESHAM: I think -- never mind.
17   Go ahead. Sorry.
18   Q    (By Mr. Lynch) Okay. Just to be
19   clear, are the items numbers referred to in
20   this email, which is Exhibit No. 10, are those
21   Walmart item numbers he's referring to?
22   A    Exhibit 10. Which sheet is that?
23   Q    The Gehl 54 through 55. The email

Page 152

1    from Kevin Kollock?
2    A    Okay. Sorry. I was looking at the
3    spreadsheet. So there Gehl is attempting to
4    update Esther, her mod matrix. Basically
5    they're proofreading that modular matrix.
6    They want to update it to include the new item
7    numbers.
8    Q    Okay. And would those be Walmart item
9    numbers or would those be some other item
10   number?
11   A    Walmart item number.
12   Q    Okay. Which are the same item numbers
13   we saw in Exhibit 9 -- in Walmart 79 and 80?
14   A    Yes.
15   Q    Okay. Okay. I'm going to share Gehl
16   1. We'll mark this as Exhibit 11. And let me
17   know when you have that document up.
18       (Plaintiff's Exhibit No. 11 was marked
19        for identification.)
20   A    Yes.
21   Q    Okay. Do you recognize the contents
22   of this document?
23   A    Looks like the retail carton for the

Page 153

1    16 count value pack.
2    Q    Okay. And on this carton you see no
3    synthetic colors, flavors, or sweeteners on
4    the packaging; is that correct?
5    A    Yes, sir.
6    Q    Does this appear to be the current
7    packaging, granted it's in black and white,
8    that Walmart uses with respect to its vanilla
9    shakes?
10   A    It's consistent with what I know,
11   yeah.
12   Q    Okay. And when we have been talking
13   about these clean Pediatric Shakes, they have
14   this type of packaging with respect to the
15   vanilla shake; is that correct?
16   A    Yeah. This is the 16 count. This
17   package is a much thicker package than the six
18   count want, but yeah, similar -- similar
19   product.
20   Q    Okay. So the material it is made out
21   of may be different, but the contents of the
22   packaging are the same?
23   A    The formulation that goes into the

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                      2/24/2021

|                                    Page 154 |
| --- |

1   bottles of both the 6 count and the 16 count
2   should be the same.
3      Q   Yeah.  They just change the size; is
4   that correct?
5      A   One is a 6 count, one is a 16 count.
6   Yeah, different retail unit package.
7      Q   Okay.  And do you know if no synthetic
8   color, flavor, or sweetener also appears on
9   the chocolate packaging?
10     A   Yeah.  That claim should be
11  consistent.
12     Q   Okay.  As well as on the vanilla with
13  fiber packaging?
14     A   Yes.
15     Q   Okay.  And why is it important to
16  Walmart to have no synthetic color, flavor, or
17  sweeteners on its packaging?
18     A   We're communicating to the customer
19  that we've removed the synthetic colors, FDA
20  registered colors, the artificial sweeteners,
21  and the artificial colors that were formerly
22  in the product that Parent's Choice had.
23     Q   Okay.  And when you say you removed,

|                                    Page 155 |
| --- |

1   you mean Walmart?
2      A   No.  Walmart does not manufacture any
3   food items for Parent's Choice.  Walmart
4   contract manufactures this through --
5      Q   Was it Walmart's decision to remove
6   artificial colors, flavors, and sweeteners
7   from its Pediatric Shakes?
8      A   We asked Gehl to come up with a
9   formulation that would be able to not have
10  artificial colors, artificial sweeteners, and
11  artificial flavors.
12     Q   And what did you do to ensure that
13  Gehl did remove those from the Pediatric
14  Shakes?
15     A   We communicated the design constraints
16  for that project and asked them to produce
17  samples that could go through consumer
18  validation.
19     Q   Would -- sorry.  Didn't mean to
20  interrupt.
21     A   That's fine.
22     Q   So was the decision to remove
23  synthetic color, flavors, and sweeteners made

|                                    Page 156 |
| --- |

1   within the -- I don't know, let's call it
2   pediatric drinks department?
3      A   What do you mean pediatric drinks
4   department?
5      Q   I'm trying to understand was this part
6   of a broader scheme within private label by
7   Walmart Corporate or was this made by people
8   involved in the manufacturing of Pediatric
9   Shakes at Walmart?
10     A   I don't know if I'm specifically
11  answering what you're asking, but Gehl, our
12  manufacturer, provided us with a formulation
13  that met the design constraints of the clean
14  label project.
15     Q   Okay.  No.  I thought you provided --
16  did Walmart ask Gehl to create a Pediatric
17  Shake without artificial colors, flavors, or
18  sweeteners; is that correct?
19     A   We provided the design constraints.
20  That would be a example of some of the design
21  constraints, yes.
22     Q   Okay.  And who made the decision at
23  Walmart to ask that of Gehl?

|                                    Page 157 |
| --- |

1      A   I don't know if I know who on the team
2   made the decision to ask that of Gehl.  I was
3   tasked to provide the design constraints for
4   the product to Gehl.
5      Q   Okay.  Who asked you to provide them
6   to Gehl?
7      A   I don't recall.  I don't recall.
8      Q   You mentioned a team.  Was it someone
9   on the team that asked you to communicate that
10  to Gehl?
11     A   So in terms of, you know, removal of
12  artificial colors, registered colors,
13  artificial flavors, and synthetic sweetening
14  agents, the team, being private brands, had
15  had other discussions as a group about what
16  options are available across different types
17  of product.
18      So probably would have been a greater
19  discussion amongst the product developers at
20  the time.
21     Q   So when -- within all of private
22  label, there was a decision to move away from
23  artificial colors, flavors, and sweeteners?

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                          2/24/2021

                                        Page 158

1    A   Except for -- I don't know that we
2    even today are completely free of those three
3    types of componentry across everything within
4    Walmart's program.
5    Q   But there is a policy to move away
6    from them; is that correct?
7    A   At one point, we discussed -- at one
8    point we discussed changing formulations to be
9    able to provide that differentiation to the
10   customer.
11   Q   Okay.  And so the no synthetic color,
12   flavor, or sweeteners did not appear on any
13   Pediatric Shakes prior to the sale of these
14   what we're calling clean Pediatric Shakes, did
15   it?
16   A   The conventional product would not
17   qualify for that claim.
18   Q   Well, did the Perrigo shakes that
19   Walmart sold have no synthetic color, flavor,
20   or sweeteners on its packaging or labeling?
21   A   The Perrigo shakes contained
22   artificial colors.  It contained artificial
23   and natural sweetening agents and they

                                        Page 159

1    contained artificial and natural flavors.
2    Q   So they did not have that --
3    A   The claim that you see today would not
4    have been label compliant.
5    Q   Okay.  And then the same with the
6    conventional shakes that Gehl sold.  They also
7    did not have no synthetic color, flavor, or
8    sweeteners on their packaging or labelings --
9    A   Correct.
10   Q   -- is that correct?  Okay.  So since
11   Walmart started selling the clean Pediatric
12   Shakes, this statement, no synthetic color,
13   flavor, or sweeteners has appeared on the
14   label; is that correct?
15   A   That's accurate.
16   Q   And it's appeared on the packaging as
17   well?
18   A   Label and packaging I feel is
19   synonymous.
20   Q   For the bottle and the box?
21   A   That is correct.
22   Q   Okay.  Have there been any changes to
23   the clean Pediatric Shakes label since its

                                        Page 160

1    introduction in February 2018?
2    A   Yes.
3    Q   Okay.  What changes have there been
4    for that?
5    A   The one that comes to top of mind, FDA
6    changed the format of the nutrition facts
7    panel.  So every label from a food based
8    standpoint within private brands had to
9    upgrade to the new FDA format.
10   Q   Okay.  Do you remember when that
11   change occurred?
12   A   I do not.
13   Q   Okay.  Were there any other changes to
14   the packaging or labeling that you can recall?
15   A   Not that I recall.
16   Q   Okay.  But just to be clear the no
17   synthetic colors, flavors, sweeteners has
18   appeared on the label since February 2018?
19   A   Since that new product began to ship.
20   Q   Okay.  And the packaging that's used
21   by Walmart on these Pediatric Shakes is the
22   same throughout the country, correct?
23   A   There's only one supplier of the clean

                                        Page 161

1    label of Pediatric Shakes.  Walmart has not
2    stocked a different supplier since then.
3    Q   Okay.  So -- the label in Alabama, for
4    instance, would be the same label that appears
5    anywhere else in the country with respect to
6    the clean Pediatric Shakes?
7    A   There's no duplicate label, slightly
8    different label being sold in separate states.
9    Q   No regional --
10   A   No.
11   Q   Okay.  So no regional distinction,
12   nothing like that?
13   A   No.
14   Q   Okay.  What about the formula within
15   the shake; is there any distinction in the
16   formula within the shakes since the
17   introduction of the clean Pediatric Shakes?
18   A   I don't believe any formulation
19   changes have been made since 2018 outside of
20   strawberry.
21   Q   Okay.  So since Walmart started
22   selling the clean Pediatric Shakes in
23   February 2018, there haven't been any

                                    41  (Pages 158 to 161)

Sarah Redford                                                    2/24/2021

Page 162

1    differences or changes to that formula other
2    than to strawberry?
3        A   Correct.
4        Q   And the formula that sold within those
5    shakes is the same formula that's sold
6    everywhere in the country?
7        A   Correct.
8        Q   Okay.  So there's not a different
9    formula for these shakes that's sold in
10   Alabama versus anywhere else in the country?
11       A   No.
12       Q   Okay.  Do you know why the decision
13   was made to move away from these artificial
14   flavors, colors, and sweeteners?
15       A   It creates distinctiveness in our
16   private brands.  The customer has an option to
17   select either the Pediasure product that
18   contains, at the time, artificial sweeteners
19   and flavor and colors or they can purchase
20   Parent's Choice.
21       Q   So the lack of artificial colors,
22   flavors, or sweeteners would give Walmart a
23   competitive advantage over Pediasure?

Page 163

1        A   I would not characterize it as a
2    competitive advantage.  It provides
3    differentiation and an opportunity for the
4    customer to select something different.
5        Q   Does Walmart see any value in that
6    difference?
7        A   By value, what do you mean?
8        Q   I'm just trying to understand why
9    Walmart would want to offer different product?
10       A   Give customers a choice.
11       Q   But it would also give Walmart more
12   products to sell; is that correct?
13       A   Walmart already had products to sell,
14   but we were conventional, so I don't know if
15   it necessarily increased that attribute for
16   Walmart.
17       Q   But it did differentiate it from
18   Pediasure?
19       A   Yes.
20       Q   Okay.  Were any changes made to the
21   formula approved by Walmart?
22       A   What exactly do you mean?
23       Q   Well, we discussed strawberry earlier

Page 164

1    that you said there was a change to that
2    formula; did Walmart approve that change?
3        A   Walmart reviewed that change, but in
4    terms of approval, the supplier simply needs
5    to demonstrate that the product meets the
6    design constraints for the program.
7        Q   Okay.  So if Walmart puts out the
8    request and if the supplier submits a product
9    that Walmart deems to meet that request, then
10   it approves selling that product; is that a
11   fair assessment?
12       A   What do you mean exactly by approval?
13       Q   Okay.  So Walmart asks Gehl to create
14   a pediatric shake that met its design
15   requirements, correct?
16       A   Design constraints, yes.
17       Q   Design constraints.  Gehl manufactured
18   a clean Pediatric Shake and sent it to
19   Walmart, correct?
20       A   Yes.
21       Q   And Walmart approved -- did Walmart
22   find that it met those design constraints?
23       A   Yes.  Samples provided came with

Page 165

1    consumer sensory data validating that the
2    customer feels the product is at sensory with
3    the comparison national brand on the shelf.
4        Q   Okay.
5        A   So in essence from a sensory
6    perspective, one would say the customer
7    approved it.
8        Q   Okay.
9        A   I mean.
10       Q   But ultimately, Walmart has control
11   over what's sold on its shelf, correct?
12       A   Walmart chooses which supplier that we
13   work with.  Walmart chooses to enter into
14   vendor agreements with those suppliers.
15   Walmart has a lot of affect on the outcome.
16       Q   Does Walmart enter into the vendor
17   agreement after it approves the Pediatric
18   Shake?
19       A   I would say in instance for clean
20   label, we were already in a vendor agreement
21   with Gehl prior to the clean label
22   accumulation.  I would say the vendor
23   agreement came prior.

42  (Pages 162 to 165)

Sarah Redford                                                2/24/2021

Page 166

1    Q   Okay.  So any changes that were made
2    to the packaging labeling or formula would
3    have been subject to that vendor agreement
4    with Gehl; is that correct?
5    A   Yes.
6    Q   Okay.  Do you personally examine the
7    packaging and labeling of these products; is
8    that part of your job?
9    A   I review first production samples.  So
10   the production products after the graphics
11   have been adapted, printed by a third party
12   packaging manufacturer and then assembled into
13   finished good, I then review those first
14   production samples prior to them being
15   approved.
16   Q   Okay.  And to you -- what does that
17   review process entail?  Do you let the vendor
18   know, hey, that doesn't look good; we need to
19   go back to the drawing board or is it more --
20   can you explain what this review entails?
21   A   So from a product lifestyle -- life
22   cycle management standpoint, ProSpec and the
23   changes to the clean label formulation need to

Page 167

1    be activated in our system so that our third
2    party labs that hold more routine consumer
3    testing are notified that the conventional
4    formulation is no longer being sold and the
5    new clean label formulation is what's in its
6    place.
7    So there's a series of changes to that
8    finished goods specification within ProSpec
9    that have to occur and be activated in order
10   for that the third party to have visibility to
11   how those design constraints have changed in
12   nature of the product on the shelf.
13   Q   So who enters those design constraints
14   within ProSpec; is that you?
15   A   No.  Gehl Foods, our manufacturer
16   would be completing the specification within
17   ProSpec to include formulation, packaging,
18   claims, sensory, physical, chemical,
19   microbiological properties, package type.
20   All of that information is entered by
21   Gehl.  I'm simply reviewing the first
22   production samples to ensure that things are
23   accurately reflected.  If they are not, then I

Page 168

1    reject the supplier authorized spec and ask
2    Gehl to make the necessary updates to what's
3    missed.
4    Q   Okay.  If they don't make the
5    necessary update, does -- what happens next in
6    the process?
7    A   I've never had a situation where
8    that's happened, to be honest.
9    Q   Okay.  Okay.  Would all of these
10   changes made to the packaging and labeling by
11   Gehl be documented within ProSpec?
12   A   Yes, they should be.
13   Q   Okay.  And any changes would be
14   reflected in the final product that is seen on
15   Walmart shop shelves?
16   A   Yes.
17   Q   Okay.  And during this process, is
18   Walmart able to work within ProSpec to edit
19   the design files, things like that?
20   A   Walmart cannot edit design files.
21   They're routed between our third party design
22   agency supplier and in our routing system.
23   Annotations are made on those art files to

Page 169

1    address pieces of the content that need to be
2    adjusted.
3    Q   Okay.  Okay.  So during these --
4    during the design constraint process, who is
5    responsible for taste testing?
6    A   What do you mean responsible for taste
7    testing?  So the consumer sensory data that's
8    provided, particularly to the Pediatric Shakes
9    was run through a company called Merieux
10   NutriSciences.  They managed and conducted
11   that.  It's a third party consumer test.  So
12   from a responsibility standpoint, I would say
13   Merieux is responsible.
14   Q   Okay.  Well, my question is did -- did
15   Walmart contract with that company to perform
16   the testing or did Gehl contract with that
17   company to perform the testing?
18   A   Gehl contracted with that company to
19   perform the consumer testing to provide
20   validation that their product met the design
21   constraints.
22   Q   Okay.  And did Walmart contract with
23   any entity to perform testing on the Pediatric

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                          2/24/2021

Page 170

1  Shakes?
2      A  Not during the design constraint
3  process, but during life management while the
4  product is on shelf, we do have small scale
5  consumer tests to double check and ensure that
6  we are maintaining the same level of quality
7  in the eye of the customer on sensory
8  attributes.  So after item on shelf, then yes,
9  it's us.
10     Q  Okay.  So for instance, like testing
11 for the nutrition label, who conducts that
12 testing?
13     A  Gehl Foods provides the nutrition
14 facts panel information so us with ProSpec and
15 then that gets adapted to the artwork file.
16 Walmart does not contract with a third party
17 lab to make sure that Gehl didn't lie, you
18 know, met their vendor agreement and they're
19 applying correct information to the nutrition
20 fact panels.
21     Gehl is responsible enough to ensure that
22 they apply correct information there.
23     Q  Okay.  So Walmart doesn't do any

Page 171

1  testing to ensure that the information Gehl
2  provides is accurate?
3      A  The supplier substantiates that the
4  claims that they provide within ProSpec are
5  accurate.  They are also responsible to the
6  FDA with regards to that.  Since they're the
7  manufacturer of the product.
8      Q  Okay.
9      A  There's no need to do third party
10 analytical testing to substantiate something
11 that's already been substantiated by the
12 supplier.
13     Q  Okay.  And what documentation do they
14 provide in terms of substantiation?
15     A  They have their formulation
16 information uploaded into ProSpec.  Raw
17 materials, amount used.  They create the
18 nutrition facts panel.  They create the
19 ingredients statement.  Ingredient statements
20 are in order of the predominance of the
21 formula.  So it's very easy to go in and see
22 within the formula section within ProSpec, if
23 the percentage used aligns to the order of the

Page 172

1  ingredient statement.  The substantiation is
2  provided by the supplier in ProSpec.
3      Q  And so employees at Walmart review
4  that information for accuracy; is that what
5  you're saying?
6      MR. GRESHAM:  Object to the form.  I
7  think that mischaracterizes her testimony, but
8  you can answer it.
9      THE WITNESS:  I am reviewing to make
10 sure that we are consistent in how first
11 production is executed and we're accurate to
12 the finished goods side.  Gehl Foods is
13 responsible for making sure that their content
14 is accurate and follows the labeling law.
15     Q  (By Mr. Lynch) So you're only
16 reviewing the information that Gehl provides
17 you then?
18     A  Yes.
19     Q  Okay.  Is Walmart currently working on
20 any plans to change the formula or labeling
21 for its clean Pediatric Shakes?
22     A  At present, we do not have a project
23 to make changes to the nutrition facts or

Page 173

1  statements or label of the Pediatric Shakes.
2      Q  Has one been discussed in the past?
3      A  Moving to clean label was discussed in
4  the past and changes to strawberry, but I
5  don't have something currently.
6      Q  So other than those that you mentioned
7  and the updated FDA requirements, there's no
8  other changes to the formula or labeling that
9  have been discussed?
10     A  No further changes outside of
11 strawberry, from a formulation standpoint.
12 From a label standpoint, I believe there was a
13 typo that got fixed at one point.  But outside
14 of that, nothing that I'm aware of.
15     Q  Okay.
16     MR. GRESHAM:  We've been going about
17 an hour.  You want to take another quick
18 break?
19     THE WITNESS:  Yeah.  That'll be great.
20     MR. LYNCH:  Yeah, we'll take a quick
21 break.
22     (A recess was taken.)
23     Q  (By Mr. Lynch) All right.  I'm sharing

Sarah Redford                                                    2/24/2021

---

Page 174

1    Gehl 03. Just let me know -- and we'll mark
2    this as Exhibit 12. Let me know when you have
3    this document up. Do you recognize this
4    document?
5         (Plaintiff's Exhibit No. 12 was marked
6         for identification.)
7    A   Black and white with distortion.
8    Q   And it's a black and white photo of a
9    clean Pediatric Shake?
10   A   Yes.
11   Q   Correct?
12   A   Yes.
13        MR. GRESHAM: Just speak up a little
14   bit.
15        THE WITNESS: Sorry.
16   Q   (By Mr. Lynch) Okay. Of a chocolate
17   Pediatric Shake?
18   A   Yes. Chocolate. So it'd be the
19   distorted wrap that would be shrunk around the
20   bottle.
21   Q   And so when -- when these clean
22   Pediatric Shakes are sold in Walmart stores,
23   the information contained on this shrink wrap

---

Page 175

1    to be accurate; is that correct?
2    A   Walmart gets this information from our
3    suppliers to ensure that it's accurate, yes.
4    Q   Okay. And if Walmart knew that the
5    information on this packaging was incorrect,
6    it would do something to fix that, correct?
7    A   If the supplier provided information
8    for packaging that was incorrect, they would
9    be in violation of the vendor agreement, then
10   we would probably seek to terminate.
11   Q   Okay. What would Walmart do with the
12   products on its shelf that had inaccurate
13   information in that instance?
14   A   I believe the supplier would be
15   contractually obligated to do a withdrawal.
16   Q   Okay. Is it Walmart's position that
17   it's necessary to have accurate packaging in
18   order to inform the consumer of the contents?
19        MR. GRESHAM: Object to the form.
20        THE WITNESS: Walmart agrees FDA
21   labeling law is a requirement and Walmart
22   seeks to work with suppliers that are capable
23   of following that legal requirement.

---

Page 176

1    Q   (By Mr. Lynch) Okay. So looking at
2    your packaging, there's -- looking at the
3    label, no synthetic color, flavor, sweeteners
4    appears on the label for the bottle as well?
5    A   Correct. Yes.
6    Q   Okay. In this, Walmart is promising
7    that the contents of the bottle do not have
8    any synthetic color, flavor, or sweeteners,
9    correct?
10   A   Walmart does not manufacture this.
11   Gehl Foods manufactures this. Gehl Foods has
12   provided accurate label data with the
13   formulation that they are putting in this
14   bottle for Walmart.
15   Q   Okay. So if you look closely on the
16   label -- and you may have to zoom in. It
17   says, you'll love this Parent's Choice
18   product. In fact, we guarantee it.
19   Who is guaranteeing that?
20   A   Walmart is providing a guarantee to
21   replace or refund this product if a customer
22   is not happy with it for any reason.
23   Q   Okay. So if a customer was not happy

---

Page 177

1    with the fact that this product contained
2    synthetic colors, flavors, or sweetening,
3    Walmart would replace it or refund their
4    money?
5         MR. GRESHAM: Object to the form.
6    Calls for facts not in evidence, but you may
7    answer.
8         THE WITNESS: If a customer were to
9    drop this at home and dent the product, they
10   could return it to Walmart for a replacement
11   or a refund. We guarantee that the customer
12   is going to be happy with the product. If
13   they're not, we don't want our customer to be
14   unhappy.
15   Q   (By Mr. Lynch) Okay. So if a --
16   assuming that there were synthetic colors,
17   flavors, or sweeteners in here and a customer
18   was dissatisfied with that, would they be
19   able to return it to Walmart for replacement or
20   refund?
21   A   Yeah. If the customer didn't read the
22   pack and didn't consider that in their
23   purchase and made a decision after purchase,

---

45 (Pages 174 to 177)

Sarah Redford                                                    2/24/2021

Page 178

1  they absolutely can bring it back to the store
2  and either exchange it for a new product or
3  get a refund.
4      Q    Okay.  So if a customer was
5  dissatisfied with the Pediatric Shake, how
6  would it let Walmart know; how would it
7  contact Walmart?
8      A    One of two things could happen.  They
9  could just walk into a Walmart store with the
10  product and notify the customer service desk,
11  I'm not happy.  You would see that in returns.
12   Or they could all the 1-800 number on the
13  package, which would link them with a third
14  party service that we contract with call
15  Inktel.  They collect what the concern is,
16  which item and reimburse the customer with a
17  gift card in the amount or the reimbursing the
18  product.
19      Q    And so any time someone calls that
20  1-877 number listed on the packaging, that's
21  logged and tracked by Walmart?
22      A    It's logged and tracked by Inktel and
23  provided to the supplier via UBX.  It's a

Page 179

1  web-based system.
2      Q    Does Walmart issue policies with
3  respect to this 1-800 number or who has
4  discretion in the returns is what I'm asking?
5      A    Who has discretion in the returns?
6  I'm not sure I know what you mean by that.  I
7  would interpret that to mean that a customer
8  has the discretion when they choose, if they
9  choose to return something.
10      Q    Sure.  But if a customer calls the
11  1-877 number listed on this packaging and said
12  I'm unhappy with the product, I'd like to
13  return it, who makes that decision on whether
14  to allow the customer to return it?
15      A    Well, so Inktel who manages the 1-800
16  number does not have the ability to physically
17  return a product.  What they have the ability
18  to do is collect customer information, what is
19  the nature of the complaint, why -- what's
20  driving the customer's dislike of the product,
21  and they would be able to reimburse them
22  funds.  So it's more the refund via a gift
23  card so that the customer is not out any

Page 180

1  money.  In terms of returns specifically, the
2  only venue that I'm aware of that we have the
3  ability of return with is to return it back to
4  the store.
5      Q    Okay.  And so does Walmart or Gehl
6  contract with the third party who handles
7  these calls?
8      A    Walmart contracts with Inktel.
9      Q    Okay.  And do they provide policies
10  and procedures on how to handle these returns
11  or request for refund?
12      A    I'm not aware of policies and
13  procedures.  I'm sure Inktel has -- manages
14  their businesses appropriately.  If you're
15  at -- what exactly is the question that you
16  had?  If a customer were to call in, if they
17  didn't get a gift card; is that what you're
18  asking or --
19      Q    No.  What I'm asking is who decides
20  what a valid reason to ask for a refund is?
21  Does Walmart say, okay, we'll approve, you
22  know, if the customer doesn't like the taste
23  or it has metal objects in the shake, we'll

Page 181

1  approve those, but we're not going to -- you
2  know, we're going to deny any request for a
3  refund based on, you know, that they didn't
4  like the color when they took it out of the
5  store?
6      A    To my understanding, they -- we'll
7  give a gift card for any reason that the
8  customer is unhappy with the product.  So the
9  customer is basically deciding that I'm
10  unhappy and calling the 1-800 number,
11  providing information to Inktel, and in
12  exchange they get a gift card to reimburse
13  them.
14      Q    And that information is then provided
15  to Walmart.  The returns are logged -- or
16  excuse me, the request for refunds are logged
17  and that information is provided to Walmart?
18      A    I don't believe that the customer has
19  to request a refund.  I believe Inktel refunds
20  them.
21      Q    Okay.  But the information -- the call
22  is logged?
23      A    The call is logged.  And that data is

46  (Pages 178 to 181)

Sarah Redford                                                      2/24/2021

Page 182

1    available to our suppliers via UBX.
2        Q   Does Walmart seek reimbursement from
3    Gehl if a customer wants their money refunded
4    with respect to a Pediatric Shake?
5        A   No.
6        Q   Do you know if there's any time limit
7    on when a customer can call this 1-877 number
8    or bring a shake in a store and ask for a
9    refund or replacement?
10       A   I'm not aware of that.
11       Q   Okay.  Do you know if the return
12   process -- is the return process the same
13   everywhere in the country for all Walmart
14   stores?
15       A   I don't know if I could answer that.
16   I actually don't know because that's the
17   customer service desk on the store level.
18       Q   Okay.  So you're not aware of any
19   differences in returning Pediatric Shakes in
20   Alabama versus anywhere else in the country at
21   a Walmart store?
22       A   I don't know.
23       Q   Okay.  Okay.  I'm sharing what we'll

Page 183

1    mark as Exhibit 13.  This is Walmart.com's
2    terms of use.
3            (Plaintiff's Exhibit No. 13 was marked
4            for identification.)
5        A   Okay.
6        Q   Okay.  Do you recognize that document?
7        A   Yes, I do.
8        Q   Okay.  And is December 4, 2020, the
9    most current version of Walmart.com's terms of
10   use?
11       A   It says this was last updated
12   December 4th, so my understanding is this is
13   the latest document.
14       Q   Okay.  Do you know if there have been
15   any changes to the terms of use in the past?
16       A   I'm not aware of any changes.
17       Q   Okay.  Do you know what the terms of
18   use looked like prior to December 4, 2020?
19       A   I do not.
20       Q   Do you know if Walmart had terms of
21   service for Walmart.com prior to December 4,
22   2020?
23       A   I do not know.

Page 184

1        Q   Okay.  Do you know of an arbitration
2    clause within Walmart's terms of use prior to
3    December 4, 2020.
4        A   I do not know.
5        Q   Okay.
6            MR. GRESHAM:  Just to refresh your
7    recollection, Sarah.
8            THE WITNESS:  Sure.
9            MR. GRESHAM:  Remember we covered --
10   or it was in November of 2017, the arbitration
11   clause was first included.
12           THE WITNESS:  Oh, yes.  We discussed
13   that.
14       Q   (By Mr. Lynch) Okay.  So is it
15   Walmart's contention that these terms of use
16   only apply to purchases made on Walmart.com?
17           MR. GRESHAM:  Objection to form.
18   Calls for a legal conclusion.  You may answer.
19           THE WITNESS:  My understanding is that
20   this arbitration clause is associated with
21   Walmart.com purchases.
22       Q   (By Mr. Lynch) Okay.  So do these
23   terms of use apply to in-store purchases?

Page 185

1            MR. GRESHAM:  Object to the form.
2    Calls for a legal conclusion.
3        Q   (By Mr. Lynch) You can answer.
4        A   I do not know.
5        Q   Does Walmart have terms of use for its
6    in-store purchases?
7        A   I would think that an in-store
8    purchase purchased with a scanning app for
9    payment would also have documentation.
10       Q   What scanning app are you referring
11   to?
12       A   The payment method.  I don't know what
13   to call that.
14           MR. GRESHAM:  Walmart Pay.
15           THE WITNESS:  Yes, thank you.
16       Q   (By Mr. Lynch) Is Walmart Pay the app
17   you were referring to?
18       A   Yes.  Walmart Pay.
19       Q   Okay.  Does Walmart store all the
20   versions of its arbitration policy?
21       A   I don't know.
22       Q   Does Walmart maintain a record of all
23   of its terms and services on Walmart.com?

47  (Pages 182 to 185)

Sarah Redford                                                    2/24/2021

Page 186

1    A   I do not know.
2    Q   Do you know what substantive changes
3  have been made to this arbitration policy
4  since it was included?
5    A   I have not reviewed the former version
6  of this document, no.
7    Q   Okay.  Can you explain the sign up
8  process to use Walmart.com.
9    A   For a new user for Walmart.com who has
10  never purchased anything before, they simply
11  can go in, add items to their cart, and
12  process that with electronic payment via
13  credit card or other means and designate
14  billing address and shipping address.
15    Q   Do I have to sign up -- would a person
16  have to sign up for an account on Walmart.com
17  to make a purchase on Walmart.com?
18    A   They'll be asked if they want to sign
19  up for an account, but they theoretically
20  could create a separate account for another
21  purchase.
22    Q   Okay.  So they -- I'm not -- they
23  don't have to create an account to buy

Page 187

1  something on Walmart.com?
2    A   Their participation in being able to
3  come back to the same account and log a
4  secondary purchase into the same account is up
5  to the customer.
6    Q   So other than providing name, address,
7  and a payment method, is there any other
8  information the individual has to provide
9  Walmart in order to make a purchase on
10  Walmart.com?
11    A   Say that again.  Name, payment,
12  address, and ship method; is that what you
13  said?
14    Q   Yep.
15    A   Ship method if it includes where they
16  want the product sent to.  That should be
17  accurate.
18    Q   Okay.  Any other information besides
19  that?
20    A   No, I don't believe so.
21    Q   Do you know if an individual has to
22  sign anything in order to make a purchase on
23  Walmart.com?

Page 188

1    A   I believe they have to agree to
2  process payment online.  I don't know --
3  signature specifically -- books, papers, and
4  pen, there's no place to upload signature per
5  say.
6      But similar to how you would use other
7  apps installed on a phone or a desktop, you
8  have to agree to use that service in order to
9  use the service.
10    Q   Okay.  Where -- where does it say in
11  these terms of use that this policy also
12  applies to Walmart Pay?
13    A   I do not know.  When we say Walmart
14  sites, we mean Walmart.com and Walmart apps
15  and all related functionalities, services, and
16  content.
17    Q   Okay.  Do you know what the process to
18  use the app -- do you know how an individual
19  signs up to make a purchase on the app?
20    A   To use the Walmart Pay app?
21    Q   Yeah.
22    A   No, I'm not familiar.
23    Q   So you don't know how this process

Page 189

1  works?
2    A   I am not familiar with the Walmart Pay
3  app.
4    Q   Okay.  What about Walmart.com; are you
5  familiar with that?
6    A   Yes.
7    Q   Okay.  Does Walmart maintain a record
8  of everybody who has made a purchase on
9  Walmart.com?
10    A   I believe all of our sales purchase
11  information from Walmart.com is retained in
12  our database, yes.
13    Q   Okay.  Do you -- do you know if
14  Walmart sends out any updates to individuals
15  when it updates its terms of use for
16  Walmart.com?
17    A   I do not know.
18    Q   Other than your communications with
19  Mr. Gresham -- and I'm not asking about
20  those -- do you have any independent knowledge
21  of Walmart's arbitration provision or the
22  terms in use at Walmart.com?
23    A   Outside of this document, no.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 190

1       Q   Okay.  Other than your communications
2    with counsel, did you do anything to educate
3    yourself with respect to Walmart's arbitration
4    clause?
5       A   No.
6          MR. GRESHAM:  You read the arbitration
7    clause, didn't you?
8          THE WITNESS:  Yes.  Read it and
9    reviewed it with counsel.
10          MR. LYNCH:  Unfortunately, that looks
11    like an excerpt, so I can't share a link.
12    Cole, do y'all have a complete version of the
13    arbitration handy?
14          MR. GRESHAM:  I was actually working
15    on and should have them shortly, the various
16    versions of it.  I think I have it.
17       Q   (By Mr. Lynch) Okay.  I just printed
18    this from Walmart's website.  We'll mark this
19    as Exhibit 14.  This should be a complete --
20       A   That's odd.  It says I already have a
21    copy of this.
22       Q   Can't get a complete version for some
23    reason to print out.

Page 191

1          (Plaintiff's Exhibit No. 14 was marked
2          for identification.)
3          MR. GRESHAM:  If we can have an
4    agreement to replace it with a Bates labeled
5    one, I can go head and send it.  I apologize.
6    I was trying to get them out, but we didn't
7    get them.  Couldn't get them processed quickly
8    enough.
9       Q   We'll mark this as Exhibit 15.
10    Ms. Redford, let me know when you have that
11    document up.
12          (Plaintiff's Exhibit No. 15 was marked
13          for identification.)
14       A   Okay.  I have it opened up.
15       Q   Okay.  Does this appear to be a
16    complete copy of Walmart.com's terms of use?
17       A   Yes.
18       Q   Okay.  Okay.  And if you scroll down
19    to Page 23, it's Paragraph No. 20.  Are you
20    there?
21       A   Yes, I'm there.
22       Q   Okay.  On the very last paragraph it
23    says these terms of use will be governed by

Page 192

1    and construed under the laws of the United
2    States including federal arbitration law in
3    the State of California.  Do you see that?
4       A   Yes, I do.
5       Q   Okay.  Can you go back up to the
6    second paragraph.  It says, except for
7    disputes that qualify for small claims court;
8    is that correct?
9       A   Second paragraph.  Okay.  I see what
10    you're saying there.
11       Q   Does that appear to be an accurate
12    statement with respect to the arbitration
13    clause?
14       A   That the second paragraph states
15    except for disputes that qualify for small
16    claims court?
17       Q   Yes.
18       A   Yes, that is what I am reading.
19       Q   Okay.  Do you know what the
20    qualifications are for small claims court in
21    California?
22          MR. GRESHAM:  Object to the form.
23    Calls for a legal conclusion.

Page 193

1          THE WITNESS:  No, I don't know.
2       Q   (By Mr. Lynch) Okay.  If the
3    jurisdictional limit for a small claims made
4    in California was $10,000, would that be
5    accurate?
6          MR. GRESHAM:  Object to the form.
7    Calls for a legal conclusion.
8          THE WITNESS:  I do not know.
9       Q   (By Mr. Lynch) Okay.  If a dispute
10    with Walmart was under that amount under
11    California law, would that exclude it from
12    Walmart's arbitration clause?
13          MR. GRESHAM:  Object to the form.
14    Calls for a legal conclusion.  You can answer.
15          THE WITNESS:  I do not know.
16       Q   (By Mr. Lynch) Would Walmart be able
17    to track the amount of Pediatric Shakes an
18    individual bought over the course of their
19    purchasing history at Walmart with respect to
20    the Pediatric Shake?
21       A   Can you restate your question.
22       Q   Do you think an individual bought more
23    than $10,000 worth of pediatric shakes?

49  (Pages 190 to 193)

Sarah Redford                                                    2/24/2021

Page 194

1    A   Do I think an individual bought
2    $10,000 worth of shakes?
3    Q   Yeah.
4    A   Is that what you mean?
5    Q   Yes.
6    A   I don't know.
7    Q   Okay. But Walmart could confirm
8    whether an individual either on Walmart.com or
9    through the app bought more or less than
10   $10,000 in Pediatric Shakes?
11   A   I don't know.
12   Q   Okay. Could they confirm it for any
13   amount; could they confirm if an individual
14   bought Pediatric Shakes through Walmart.com or
15   Walmart Pay?
16   A   Yeah. I don't know the answer to that
17   question.
18   Q   Do you know if the sign up process to
19   use Walmart.com has changed --
20       MR. GRESHAM: Object to the form.
21   Q   -- since 2017?
22       MR. GRESHAM: Exceeds the scope.
23       THE WITNESS: I don't know.

Page 195

1    Q   (By Mr. Lynch) Do you know if the sign
2    up process for Walmart.com changed in 2018?
3        MR. GRESHAM: Object to the form.
4    It's outside the scope.
5    Q   (By Mr. Lynch) Did the sign up process
6    for Walmart.com or Walmart Pay change in 2017?
7    A   I don't know.
8    Q   Did the sign up process for
9    Walmart.com or Walmart Pay change in 2018?
10   A   I don't know.
11   Q   Did the sign up process for
12   Walmart.com or Walmart Pay change in 2020?
13       MR. GRESHAM: Object to the form.
14   Outside the scope.
15       THE WITNESS: I don't know.
16   Q   (By Mr. Lynch) Okay. Did the manner
17   in which someone would agree to the
18   arbitration provision change at any time?
19   A   I don't know.
20   Q   Did the manner in which an individual
21   would agree to Walmart.com's terms of use
22   change at any time?
23   A   I do not know.

Page 196

1    Q   So what is your understanding of the
2    arbitration policy within these terms of use?
3        MR. GRESHAM: Object to the form.
4    Calls for a legal conclusion. You can answer.
5    Sorry.
6        THE WITNESS: I understand we have an
7    arbitration clause.
8    Q   (By Mr. Lynch) Do you know how someone
9    would qualify or who it would apply to?
10       MR. GRESHAM: Same objection.
11       THE WITNESS: I do not know.
12   Q   (By Mr. Lynch) So how do we find out
13   how this arbitration policy applies to
14   someone?
15       MR. GRESHAM: Legally, whether it
16   applies to someone? I mean, because whether
17   an arbitration policy applies would be a
18   question of law, which she is not a lawyer or
19   put up for a legal conclusion.
20       MR. LYNCH: I'm trying to understand
21   what -- does it apply, you know, to our plan
22   under the facts within Walmart's knowledge of
23   my client's purchase of these shakes. Does it

Page 197

1    apply to her?
2        MR. GRESHAM: Right. And that's a
3    legal conclusion. And I'm going to object to
4    the form of that, but she can answer if she
5    knows?
6        THE WITNESS: I do not know.
7    Q   (By Mr. Lynch) Okay. What facts would
8    Walmart want to know in order to determine
9    whether an arbitration policy applies to an
10   individual making a purchase on Walmart.com?
11       MR. GRESHAM: Same objection.
12       THE WITNESS: I don't know.
13   Q   (By Mr. Lynch) So going back to
14   Exhibit 1, which is the 30(b)(6) notice for
15   this deposition under Topic 10 it says
16   underlying question of fact regarding the
17   existence of any and all arbitration clauses
18   which concern Plaintiff's claims or any claims
19   of punitive class members.
20       What do you know about that?
21   A   Forgive me, Which number is it?
22   Q   No. 10.
23       MR. GRESHAM: And I will just note for

Sarah Redford                                          2/24/2021

<table>
<tr><td colspan="2">Page 198</td></tr>
</table>

Page 198

1   the record that we responded to this saying --
2   objecting, one, attorney-client privilege.
3   Two, an objection that it seeks improper legal
4   conclusions. We said we would testify as to
5   the existence of any arbitration clauses.
6   That's what we did identify her for today.
7       Q  (By Mr. Lynch) I'm not asking about
8   communications with counsel or legal
9   conclusions. I'm looking for facts.
10      So what facts are you aware of sitting here
11  today that this arbitration clause applies to
12  my client or any other punitive class member?
13          MR. GRESHAM: Object to the form. The
14  very -- to answer that question requires a
15  legal conclusion, one. And two, it exceeds
16  the scope. She has been put up as to the
17  existence of an arbitration provision, not the
18  application of said provision. But you may
19  answer if you know.
20          THE WITNESS: I do know that there's
21  an existing arbitration clause.
22      Q  (By Mr. Lynch) And that's the only
23  fact sitting here today that you're able to

Page 199

1   say with any -- that's the only -- the fact
2   that one exists at some point in time is the
3   only facts you're prepared to testify here
4   today about?
5          MR. GRESHAM: And I'll note the only
6   one she's offered for.
7          THE WITNESS: Yes.
8       Q  (By Mr. Lynch) Are you aware of any
9   other legal actions, lawsuits, complaints,
10  government inquiries regarding the Pediatric
11  Shakes?
12      A  No, I am not aware.
13      Q  Okay. Did do you anything to verify
14  that?
15      A  I'm not sure I understand your
16  question. Are you asking me if I, as a
17  product developer, asked our legal department
18  if there was another legal matter involving
19  the Pediatric Shakes?
20      Q  No. I'm asking for purposes of your
21  deposition here today, as the cooperative
22  representative of Walmart, what did you do to
23  prepare for Topic No. 37?

Page 200

1       A  Had a conversation with Cole and with
2   Paul. I'm not aware of another.
3       Q  Okay. So other than discussions with
4   counsel, you didn't do any other independent
5   investigation?
6       A  No. I didn't do an independent
7   investigation.
8       Q  Okay. How long did y'all discuss that
9   topic?
10      A  Not sure I can quantify for you. An
11  hour.
12      Q  You spent an hour talking about
13  whether there were any other pending lawsuits
14  with counsel?
15      A  Perhaps I don't understand your
16  question. Could you reframe it.
17      Q  Yeah. I'm trying to understand how
18  long it took you to prepare to answer any
19  questions with respect to Topic No. 37?
20      A  I don't know how long in the span of
21  the discussion of Topic 37.
22      Q  Was it an hour?
23      A  I've had several meetings with

Page 201

1   counsel. I don't know how long it took.
2       Q  Was this topic discussed in multiple
3   meetings?
4       A  It was mentioned more than once.
5       Q  Okay. So there were multiple
6   meetings -- how long did each of these
7   meetings last?
8       A  I don't know. I don't know. I don't
9   have a summary of how much time I spent with
10  counsel.
11      Q  But if you had to estimate, would you
12  say one meeting?
13          MR. GRESHAM: She already said more
14  than one meeting.
15      Q  (By Mr. Lynch) Okay. Two meetings?
16      A  I don't know.
17      Q  Ten meetings?
18      A  Probably less than 10.
19      Q  Less than 10? Okay. How long over
20  the course -- how long did these meetings
21  occur over -- was it over a period of month,
22  days, weeks?
23      A  A month or so.

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 202

1    Q   Over a period of a month?  Okay.  And
2  how long on average did each meeting last?
3    A   I don't know.  I was not prepared
4  today to talk about the timeline of
5  preparation.
6    Q   Okay.  Well, that's what I'm trying to
7  just understand.  Was it a large amount of
8  time, so large that you can't remember, or was
9  it -- because it was over such a long period
10  of time?  Or because it was a short amount of
11  time or a long amount of time or -- you know,
12  over a long amount of time?
13    A   I have so many meetings on my calendar
14  as a product developer.  I jump from Zoom to
15  Zoom to Zoom call most days, especially since
16  COVID.  It's one big blur of Zoom calls unless
17  you sit down and write out a timeline.
18    I don't feel I can give you a precise or
19  accurate number, so I don't know is the answer
20  I have for you.
21    Q   Do you have a lot of Zoom calls with
22  attorneys?
23    A   No.  I have a lot of Zoom calls.

Page 203

1    Q   Okay.  Do you have a lot of Zoom calls
2  about preparing for depositions?
3    A   No.  I would not say I have a lot of
4  Zoom calls preparing for depositions.
5    Q   In preparing, were all of these calls
6  with your attorneys over Zoom or were they
7  over the phone?
8    A   Some are via Zoom, some are via phone.
9    Q   Okay.  So other than talking with
10  counsel, you mentioned the few people that you
11  talked to to prepare for this deposition; is
12  that correct?
13    A   Yes.
14    Q   Okay.  So if we're looking at topic
15  No. 10 with respect to arbitrations, did you
16  talk to anyone else other than counsel about
17  arbitration?
18    A   No.
19    Q   Did you do anything to prepare other
20  than talking to counsel with respect to that
21  topic?
22    MR. GRESHAM:  I think she already
23  testified she reviewed the arbitration

Page 204

1  provision.
2    Q   (By Mr. Lynch) Okay.  So other than
3  reading the arbitration provision, did you do
4  anything else to prepare for that topic?
5    A   No.
6    Q   Okay.  How much time would you say you
7  spent preparing for that topic?
8    A   I don't know.
9    Q   Did you look to see if there were any
10  arbitration provisions in place prior to
11  December 4, 2020?
12    A   By look, do you mean go online and see
13  if I had access to a version prior to
14  December 4, 2020?
15    Q   Did you read any arbitration provision
16  in place prior to December 4, 2020?
17    A   No, I have not reviewed another
18  version.
19    Q   So when you say that there was an
20  arbitration provision in place prior to
21  December 4, 2020, you're relying on counsel
22  for that fact?
23    A   Yes.

Page 205

1    Q   Okay.  What about Topic No. 11?  You
2  talked about revenue from the Pediatric Shakes
3  earlier today.  Other than counsel, I believe
4  you referenced a woman from Walmart that you
5  spoke to about this topic.
6    A   That's correct.
7    Q   How many times did you speak with that
8  woman?
9    A   Once.
10    Q   How long was that discussion?
11    A   I'm not sure exactly.
12    Q   Do you remember when it was?
13    A   No, I do not recall.
14    Q   Was it within the past month?
15    A   I believe it was within the past
16  month.
17    Q   Okay.  Within the past week?
18    A   I don't believe it was this week, no.
19    Q   Was it last week?
20    A   I don't recall.
21    Q   Okay.  Did you communicate with her
22  about these spreadsheets by email?
23    A   No.

52  (Pages 202 to 205)

Sarah Redford                                              2/24/2021

---

Page 206

1    Q   By any other method than over the
2    phone?
3    A   Zoom call.
4    Q   Was Zoom the only method you
5    communicated with her?
6    A   About the spreadsheets?  Yes.
7    Q   Okay.  And other than talking with her
8    once, did you do anything else to prepare for
9    Topic No. 11?
10   A   No.
11       MR. GRESHAM:  You reviewed the
12   spreadsheets.
13       THE WITNESS:  Yes.
14       MR. BARTLETT:  This is -- she needs to
15   answer the questions.  And if she answers them
16   the wrong way, you can clean it up at the end.
17   But we're going to have a lot to talk about
18   after this deposition.
19       MR. GRESHAM:  That's fine.  I'm just
20   trying to speed things along by refreshing her
21   recollection.  If you'd rather me wait, that's
22   fine.  I'm just trying to help her.  I'm not
23   doing it on substantive questions.  These are

---

Page 207

1    questions about how long she spent preparing.
2        MR. BARTLETT:  Exactly.  And they're
3    not substantive.  But they're things we'll
4    have to talk to the Court about or hopefully
5    maybe we can work it out before we get there.
6    But this witness has answered she doesn't know
7    to 150 questions today about topics she is
8    designated for.
9        MR. GRESHAM:  I disagree with that.
10   But why don't we go ahead with the deposition
11   and we can discuss it later.
12   Q   (By Mr. Lynch)  Okay.  So with Topic
13   No. 11, is that the -- the only time you
14   reviewed them was in discussions with this
15   woman, or did you review them outside of your
16   discussions with her?
17   A   I reviewed them outside of my
18   discussions with her.
19   Q   Okay.  How long did you spend
20   reviewing them?
21   A   I don't know what type of answer
22   you're looking for.  Are you looking for days,
23   weeks, months; what is your -- I -- what are

---

Page 208

1    you looking for?
2    Q   An amount of time.  I'm trying to
3    figure out how long it took you to prepare for
4    this topic.  How much time you spent preparing
5    to discuss the revenue Walmart received from
6    these Pediatric Shakes?
7    A   I don't think it took me very long at
8    all, to be honest with you.
9    Q   Okay.  What about No. 12.  Was that
10   not very long at all as well?
11   A   The method and manner in which we
12   track revenue with electronic in the database.
13   These are very similar to the reports I've
14   seen before in -- it's not a difficult thing
15   to review.  I wouldn't say it took an
16   exceptionally long period of time, no.
17   Q   (By Mr. Lynch)  Okay.  It's not
18   exceptionally difficult, but you didn't know
19   the answer to some questions, so I'm just
20   trying to know if you didn't know the answer,
21   what did you do to prepare for them; I mean,
22   did you --
23       MR. GRESHAM:  Object to the form.

---

Page 209

1    Mischaracterizes the testimony and
2    mischaracterizes what she has been designated
3    for.
4    Q   (By Mr. Lynch)  Okay.  What about topic
5    No. 16 with respect to advertisement; what did
6    you do to prepare with respect to Walmart's
7    advertisements?
8    A   It is my understanding, as a private
9    brands team member, that Walmart private
10   brands doesn't have an advertisement budget.
11   It is something that's come up in topics in
12   other projects.
13   Q   Okay.  And so based on your
14   understanding, you didn't do anything to
15   prepare for that topic?
16   A   For advertisements -- what kind of
17   warnings are you referring to in Question 16
18   that I need to speak to?
19   Q   I'm talking about advertisements in
20   terms of, you know, earlier we talked about
21   print advertisement, social media, you know,
22   coupons.  What did you do to prepare with
23   respect to those topics other than rely on

---

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 210

```
1    your understanding?
2        A   It was discussed with counsel. I
3    don't know of anything outside of that.
4    Instructions for use, labeling, packages,
5    consumer facing documents relative to the
6    Pediatric Shakes, relatively familiar.
7        Q   Okay. Okay. What about advertisement
8    on the website; what did you do to prepare for
9    that topic?
10       A   Each item has an item page. I
11   reviewed the item pages.
12       Q   Did you review any prior revisions to
13   those item pages?
14       A   I don't have access to prior revisions
15   of item pages.
16       Q   Did you ask for access?
17       A   No.
18           MR. LYNCH: Okay. Let's take a break.
19   We may be close to wrapping up.
20           (A recess was taken.)
21       Q   (By Mr. Lynch) Okay. I'd like to mark
22   this as Exhibit 16. This is a printout from
23   Walmart.com of the Parent's Choice chocolate
```

Page 211

```
1    Pediatric Shake. Do you recognize -- does
2    this appear to be a fair and accurate
3    representation of the website minus the
4    pictures missing?
5            (Plaintiff's Exhibit No. 16 was marked
6            for identification.)
7        A   Yeah, all the pictures are missing.
8        Q   Yeah, something -- I couldn't get it
9    to print. Anyway, this is the website as of
10   yesterday. Do you know if there have been any
11   changes to the website since the clean
12   Pediatric Shakes were introduced?
13       A   I do believe that, of course, when we
14   create the clean label shakes, you're updating
15   the images of the products themselves on .com.
16   There's also the custom in-use perspective.
17   Those images were updated at some juncture as
18   well.
19       Q   Okay. So when the clean Pediatric
20   Shakes were introduced, Walmart.com's website
21   was updated with respect to those products,
22   correct?
23       A   Yes.
```

Page 212

```
1        Q   Okay. And do you know if there were
2    any other changes made to that page by Gehl or
3    Walmart since that time?
4        A   I believe that the customer facing
5    countertop use sort of picture, that would
6    have been updated at some point in between,
7    but I don't have a date related to that.
8        Q   Okay. Do you know if the -- if you
9    scroll down to Page 2 where it talks about
10   Parent's Choice Pediatric Shake, eight fluid
11   ounce bottles, six count chocolate, and then
12   it has a number of bullet points. It lists
13   naturally flavored. Do you see that?
14       A   There's no synthetic color, flavor, or
15   sweeteners. Second bullet is --
16       Q   Correct. So it has both of those.
17   And last time you checked the Walmart website,
18   both of those appeared on the website with
19   respect to all of the clean Pediatric Shakes;
20   is that correct?
21       A   I believe so, yes.
22       Q   And those would have been added to
23   Walmart's website at the time those clean
```

Page 213

```
1    Pediatric Shakes were introduced; is that
2    correct?
3        A   Naturally flavored would not have been
4    accurate for the conventional shakes, so that
5    would have been something that applied after
6    the clean label launched, yes.
7        Q   But since the clean label launch,
8    naturally flavored and no synthetic color,
9    flavor, sweeteners has appeared on all labels,
10   packaging, and the website for the clean
11   Pediatric Shakes?
12       A   The product images, yes.
13       Q   Okay. And I know we discussed no
14   synthetic color, flavor, or sweeteners
15   earlier, but we didn't discussed naturally
16   flavored. What does Walmart mean when it says
17   naturally flavored?
18       A   Our requirements of the suppliers is
19   that they source qualifying natural flavor for
20   the item. So we move from natural and
21   artificial flavors into a raw material that
22   would qualify for natural flavor.
23       Q   And who determines whether an
```

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                                    2/24/2021

Page 214

1  ingredient qualifies as natural or
2  artificially flavored?
3      A   The FDA would be the ones who would
4  create the labeling law that our suppliers
5  would then follow with regards to finding raw
6  materials that meet that provision.
7      Q   Okay.  So what Walmart is trying to
8  convey by placing naturally flavored and no
9  synthetic color, flavor, or sweeteners on
10 these products is that they do not contain any
11 artificial -- is that those are fair and
12 accurate statements; is that correct?
13     A   Walmart is trying to communicate that
14 our former items contained artificial; our
15 current items are different.  They do not.
16     Q   That they don't contain any artificial
17 color, flavor, sweeteners, correct?
18     A   That they don't contain any synthetic
19 FDA registered colors.  They don't contain any
20 artificial flavors.  These are natural
21 flavors.  Naturally derived flavors.  And no
22 artificial sweetening agents.  It's naturally
23 derived sweetening.

Page 215

1      Q   And earlier we talked about
2  Ms. Morris's purchases on Walmart.com and
3  through Walmart Pay.  Do you know what
4  advertisements were available on the website
5  at the time of those purchases?
6      A   It depends on if she was purchasing on
7  a desktop versus a phone, what would be
8  readily visible on the item page.  But you
9  know, the content that's here is -- well, what
10 should have been there with modifications
11 perhaps to pictures between now and then.
12     Q   So the content is the same on
13 Walmart.com and Walmart Pay?  It's just
14 formatted differently for an app versus a
15 desktop?
16     A   It's formatted differently for a
17 desktop versus a phone screen.  So if -- I'm
18 not familiar with purchasing within Walmart
19 Pay.  But I am familiar with how the item page
20 is displayed on a phone.  So the layout, in
21 essence, is different.  There's more
22 scrolling.
23     Q   Were you -- what I'm trying to

Page 216

1  understand is is the content the same on both
2  platforms?
3      A   Yes, the content is going to pull from
4  the same place.
5      Q   And the same pictures would be used on
6  the same platforms?
7      A   That's accurate.
8      Q   Okay.  So if Ms. Morris made purchases
9  on Walmart.com on a desktop, Exhibit 16 is
10 what would have appeared when she made those
11 purchases?
12     A   Yes.  Similar format to that, yes.
13     Q   And if the content is the same with
14 Walmart.com and Walmart Pay, then the same
15 content that's in Exhibit 16 would have been
16 available and Ms. Morris would have seen it at
17 the time she purchased those shakes?
18     A   Yes.  The images in the phone app
19 don't cause you to click vertically to the
20 right of the image.  You can swipe through the
21 images and they rotate.  So it's a little bit
22 different in layout, but yes, the content
23 would be the same.

Page 217

1      Q   Okay.  Okay.  So sitting here today,
2  with respect to Ms. Morris's use of
3  Walmart.com or Walmart Pay, is there an
4  arbitration agreement that exists between
5  Walmart and Ms. Morris that applies to the
6  claims brought in her complaint?
7          MR. GRESHAM:  Objection.  Calls for a
8  legal conclusion.  But you may answer.
9          THE WITNESS:  There is an arbitration
10 clause.
11     Q   (By Mr. Lynch) Okay.  And which one is
12 that?
13     A   I believe you have the arbitration
14 clause in the documents that you've shared.
15     Q   Okay.  So it's Walmart's contention
16 that the December 4, 2020, version of the
17 arbitration agreement applies to Ms. Morris?
18         MR. GRESHAM:  Object to the form.
19 Calls for a legal conclusion.  It also exceeds
20 the scope.  You may answer.
21         THE WITNESS:  I do not know.
22     Q   (By Mr. Lynch) Okay.  So I understand
23 that there is an arbitration clause after the

Page 218

1 December 4, 2020. What I'm trying to
2 understand is if one exists that applies
3 between Walmart and Ms. Morris as for the
4 claims brought in her lawsuit.
5     A   I believe that I understand the
6 question. I feel you asked that question and
7 I've answered it. I do not know the answer to
8 that question.
9         MR. GRESHAM: I'm going to launch the
10 a same objection as calls for a legal
11 conclusion on that one.
12    Q   (By Mr. Lynch) Okay. So again, with
13 respect to the time involved in preparation,
14 I'm trying -- I've got to come back to that
15 because I'm having a hard time understanding
16 why it's so hard to quantify how long it took
17 you to prepare for today's deposition.
18    So I'd like to ask you again if you can
19 give me a total number that you think you
20 spent in hours or minutes preparing for
21 today's deposition easy.
22    A   How accurate of an estimation do you
23 need me to provide?

Page 219

1     Q   Any estimate you can provide is more
2 than I have now, so let's start with any
3 estimate.
4     A   I'd say probably 10 hours total.
5     Q   Okay. So you would estimate that you
6 spent a total of 10 hours preparing for the
7 deposition today?
8     A   You're asking me for an estimate
9 without being able to go back in and consult
10 my calendar and be able to review, so the
11 estimate ballpark is -- that is the answer.
12    Q   Okay. Well, if you need to go back
13 and look at your calendar, we can do that.
14 You can have that pulled up in front of you.
15 I mean -- I don't know if you keep a record of
16 how long the calls lasted or what, but if you
17 think 10 hours is an accurate number, please
18 let me know.
19    A   Are you asking me to open my calendar
20 and consult it and provide an answer?
21    Q   If you think that would be helpful in
22 answering the question, then yes.
23    A   After counting, it looks like it's

Page 220

1 12.5 hours.
2     Q   Okay. Thank you. Just a couple more
3 questions. Are you on any medication today
4 that would affect your ability to testify here
5 truthfully or affect your memory?
6     A   No.
7     Q   Okay. Do you have any medical
8 conditions that would affect your memory or
9 ability to testify truthfully here today?
10    A   No.
11    Q   Okay. At any point today during a
12 break, did you discuss your testimony with
13 counsel?
14        MR. GRESHAM: Objection. That's
15 privileged.
16    Q   (By Mr. Lynch) Well, depositions are
17 supposed to be conducted as if we were at
18 trial here, so if you discussed your testimony
19 with someone during the break, I think I'm
20 entitled to know that.
21        MR. GRESHAM: I disagree.
22    Q   (By Mr. Lynch) I don't need to know
23 the content, but I would like to know if it

Page 221

1 was discussed.
2         MR. GRESHAM: You may answer if it was
3 discussed.
4     Q   (By Mr. Lynch) Ms. Redford, are you
5 going to answer the question?
6     A   I'm having a hard time separating out
7 my testimony, which was not discussed. What
8 was discussed is --
9         MR. GRESHAM: Hold on, hold on. Why
10 don't we -- why don't we take a break because
11 I'm entitled to confer with my client over
12 this. So we can -- I can see what she's going
13 to say and make sure she's not going to say
14 anything privileged and then come back on the
15 record and she'll give an answer, okay?
16        MR. LYNCH: All right.
17        (A recess was taken.)
18        MR. GRESHAM: It may be helpful -- I
19 know the question is pending, but if that
20 question could be reread to refresh the
21 witness and myself.
22        (Record read.)
23        THE WITNESS: Yes, sir. I spoke with

Page 222

1    counsel.  However, no changes to my testimony
2    were discussed.
3      Q   (By Mr. Lynch) And what parts of your
4    testimony were discussed counsel?
5      MR. GRESHAM:  I'm going to instruct
6    her not to answer.  That's privileged.
7      Q   (By Mr. Lynch) Ms. Redford, are you
8    following your counsel's instruction not to
9    answer?
10     A   I am following counsel's instruction.
11     MR. LYNCH:  Okay.  I don't have any
12   further questions.
13     MR. GRESHAM:  I may have a couple.
14   Just give me a second and let me get them
15   together.  Give us like five, ten minutes.  It
16   won't take long for me.  I just need to get my
17   thoughts together.  And we can hop back on.  I
18   think it'll be a total of five questions,
19   something like that.
20     MR. BARTLETT:  That's fine, Cole.  I
21   just want to make sure on the record.  We
22   don't have any further questions at this time,
23   but we are going to leave the 30(b)(6) open.

Page 223

1      Obviously, we've got some issues with the
2    testimony today.  So just so it's clear, we're
3    not -- we're not agreeing that the 30(b)(6)
4    deposition is over.  I think Cole and Travis
5    and I and whoever else wants to join can have
6    a discussion at a later time, but just so it's
7    clear, we're not -- we're not conceding that
8    this deposition is over.
9      MR. GRESHAM:  Sure.  Obviously, we
10   disagree, but we understand your position.  So
11   we can discuss it later.
12     MR. LYNCH:  Thanks, Taylor, for
13   clarifying.  I was going to raise that issue
14   after Cole finished his questioning.  That's
15   what I meant by no further questions, just for
16   today.
17     MR. GRESHAM:  Okay.  Let me get my
18   thoughts together and we'll hop back on in
19   just a minute.
20     (A recess was taken.)
21              EXAMINATION
22   BY MR. GRESHAM:
23     Q   All right.  Sarah, I just have one

Page 224

1    thing I sort of want to clean up.  So if you
2    will pull up -- I think it's Exhibit 10.  It's
3    Gehl 55 -- 54 and 55, I believe.
4      Do you have that in front of you?
5      A   Yeah.  Give me one second.  So many
6    exhibits open, it's hard to see the title with
7    the number.
8      Q   Right.  And I think Mr. Lynch before
9    asked you some questions about the corrected
10   item number and whether that was a new item
11   number for the clean label shakes.
12     Do you recall that?
13     A   Yeah, I recall that question.
14     Q   Okay.  So if you will -- so if you'll
15   look at that -- what is that first corrected
16   item number in that first row in the chart on
17   Gehl Morris 000054 of Exhibit 10?
18     A   The corrected item number, the first
19   one that is listed is the chocolate one
20   565232231.
21     Q   Okay.  Can you pull up WM Morris 80 --
22   excuse me, I'll have to remember which exhibit
23   number it is so I can be right on this on the

Page 225

1    record.  It's -- I believe it's Exhibit 4 and
2    Morris 80.
3      A   Okay.
4      Q   And if you will do me a favor, can you
5    go to -- under the data tab, if you'll go to
6    filter.  If you'll click on the item number,
7    which is Column D.  If you click sort Z to A
8    and click okay.
9      A   The item number or column?
10     Q   Column, yes.  Column D.  That's
11   correct.  Just let me know when you have done
12   that.
13     A   Yep.  I have.
14     Q   Okay.  So just to make sure we're on
15   the same page, what is the item number that is
16   showing up in row two and the item number
17   again would be Column D.
18     A   It's -- because I sorted it, all my
19   row numbers are --
20     Q   Okay.
21     A   -- in a different spot.  I don't know
22   why it keeps doing that.
23     Q   One way to do it would just be to

57  (Pages 222 to 225)

Sarah Redford                                                    2/24/2021

Page 226

1    close out of 80 and then reopen it so that
2    it's not saving that data. If you had
3    previously sorted it.
4        A   So it is sorted item number column
5    two, I have Item No. 565232231.
6        Q   Okay. Okay. And the week begin date,
7    which would be Column B, what's the week begin
8    date there?
9        A   September 16th, 2017.
10       Q   Okay. And is this -- is that
11   September date of 2017, is that predating the
12   first shipment of the clean label shakes?
13       A   Yes. That's earlier, yeah.
14       Q   Okay. So the -- is the item number
15   here reflect -- strike that.
16       Is there any way for Walmart to tell
17   whether the item sold was a clean label or a
18   non-clean label shake?
19       A   No. There's no way to separate that
20   out. The item numbers are linked in our
21   system together. So what you're going to see
22   is that item number is generated for clean
23   label shakes will encompass all the dates.

Page 227

1        Q   So there's no way for Walmart to tell
2    whether the sale of a shake was a clean label
3    versus a non-clean label shake; is that
4    correct?
5        A   That's correct.
6        MR. GRESHAM: All right. No further
7    questions from me.
8        MR. LYNCH: Okay. Yeah. I've got
9    questions now because this completely undoes
10   everything you testified to earlier today with
11   respect to being able to identify clean label
12   shakes.
13       THE WITNESS: How so?
14          FURTHER EXAMINATION
15   BY MR. LYNCH:
16       Q   So I'm trying to understand what
17   you're saying here. Earlier you said Walmart
18   does have specific item numbers for these
19   clean label shakes; is that correct?
20       A   We have item numbers in our system. A
21   new one would have been generated when the
22   cost change forms were processed.
23       However, the sales data does not show when

Page 228

1    that item number would have been first sold.
2    I think I mentioned earlier that the item
3    numbers are linked together in the system.
4        Q   Correct. So there would be a way for
5    Walmart to compare those two sets of data to
6    identify when clean label shakes were sold,
7    correct?
8        A   No. The data in the spreadsheet is
9    not going to be able to provide that.
10       Q   I understand not in this spreadsheet,
11   but I'm talking about within Walmart's system.
12   Take the data in the spreadsheet and compare
13   it to data in Walmart's system that is not
14   contained within this spreadsheet that is
15   contained somewhere else within their system;
16   we can identify when clean label shakes were
17   sold?
18       MR. GRESHAM: Object to the form.
19       Q   (By Mr. Lynch) Is that right?
20       A   Let me state it more clearly. The
21   data that you have here is from our system.
22   It's an accurate reflection of what's in our
23   system. Our system has item numbers that are

Page 229

1    linked together.
2        No, Walmart is not able to tell you, based
3    on item number, whether the item sold was a
4    clean label formulation or a conventional
5    formulation.
6        Q   Based on the data contained in the
7    website?
8        A   Based on the data in the spreadsheet
9    as well as the data in our data.
10       Q   Sorry, based on the data contained in
11   the spreadsheet?
12       A   And the data in our database.
13       Q   Okay. How do you know that?
14       A   What do you mean, how do I know that?
15       Q   What investigation did you do into
16   that?
17       A   In my day-to-day role at Walmart, it's
18   a common issue that I have to deal with, the
19   fact that our database system is not able to
20   track by item number sales of a very specific
21   item number at store level. It's a very
22   normal situation. So I deal with it within --
23       Q   So you're involved in the sale of

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                    2/24/2021

Page 230

1  these Pediatric Shakes?
2      A   No, I am not, but the data still
3  impacts me in product development.  So for
4  instance, if you scroll over to vendor gain.
5          MR. GRESHAM:  Which document are you
6  pointing to?
7          THE WITNESS:  I'm still in Morris 80.
8  And you filter for -- take out Gehl and keep
9  Perrigo, and then scroll over and look at week
10  begin date and deselect all, you can select
11  all of the items listed in 2019.
12      I know that Perrigo has not provided items
13  for sale on Walmart's shelf for a considerable
14  amount of time.  What I see --
15      Q   (By Mr. Lynch) Is it possible that
16  those -- that those shakes could still be left
17  on the shelf after that amount of time?
18      A   It is possible.
19      Q   Is that true?
20      A   It is possible.
21      Q   Okay.  So could explain the sales,
22  correct?
23      A   Let me help provide further context.

Page 231

1  Within UBX, our quality and complaints
2  dashboard, I still, because it's based on the
3  same database pool, get complaints assigned to
4  Perrigo, when I know that the item has not
5  been sold by Perrigo for quite sometime.
6       It's because the item numbers are linked
7  together in our database that that anomaly
8  occurs.
9      Q   Okay.  So you understand you're
10  testifying under oath here today?
11      A   I understand that I'm testifying under
12  oath here today.
13      Q   And you understand that you are
14  subject to penalty of perjury if you're not
15  telling the truth here today; is that correct?
16      A   Yes, sir, I understand that.  I'm
17  telling you --
18      Q   And you're saying that there's no way
19  for Walmart to tell whether a clean shake was
20  sold January 1 of 2019 or a conventional shake
21  was sold on January 1 of 2019?
22      A   That is accurate.
23      Q   And what is that understanding based

Page 232

1  off of; your experience?
2      A   My experience working with the data
3  from this database.  And its impact on other
4  things within my job function.
5      Q   Okay.  Okay.  So earlier we talked
6  about the fulfillment of new shakes by Gehl,
7  correct?
8      A   Yes.
9      Q   And you testified earlier that these
10  new shakes have a specific item number,
11  correct?
12      A   When the cost change was processed at
13  Walmart, it would have generated a new item
14  number, which is reflected in the discovery
15  documents.
16      Q   Okay.  So where is the new item number
17  within this spreadsheet?
18      A   It's in the item number column.
19      Q   Okay.  Did it erase the data prior to
20  the cost change?
21      A   No.  But the item number is linked to
22  the former item number and so sales will
23  periodically be recorded.

Page 233

1      Q   So it's overwritten when the cost
2  change occurred?
3      A   No.  I'm not sure I understand what
4  you're saying.
5      Q   Okay.  I'm trying to understand if
6  there's a new item number for these clean
7  shakes, why would it appear before the cost
8  change occurred?
9      A   Yeah, I don't know the answer to that
10  question.
11      Q   Okay.  Well, you seemed pretty sure a
12  minute ago when you said there's no way to
13  tell.  So now you're saying you're not sure?
14          MR. GRESHAM:  Object to the form.
15  That was a different question.
16      Q   (By Mr. Lynch) If we're looking here,
17  September 16th, 2017, there's an item number
18  listed, 565232231.  Is that an item number for
19  the conventional shake or the new shake?
20      A   An item number assignment is
21  independent of the sales reported.  The sheet
22  is POS sales.  The sales data is accurate.  I
23  can't tell you if it was conventional or clean

BIRMINGHAM REPORTING SERVICE
(205) 326-4444

Sarah Redford                                          2/24/2021

Page 234

```
 1   label.  That's what I'm saying.
 2      Q   Based on the data within this
 3   spreadsheet?
 4      A   I'm not able to tell you whether the
 5   item is clean label or conventional.  That is
 6   accurate.
 7      Q   Based on the data within this
 8   spreadsheet, correct?
 9      A   Yes.  Your question was is this item
10   clean label or conventional.  I am not able to
11   give you a clear answer as to whether or not
12   that item is clean label or conventional.
13   It's item number is tied to the former item
14   number is our system.  That was done to
15   facilitate to the flow through of the product
16   at shelf.
17      Q   Okay.  So then earlier you testified
18   that a new item number was assigned, correct?
19      A   Yes, I did.  And that is still
20   accurate.  Still true.
21      Q   Where is that number within -- okay.
22   So where is that number within Walmart's
23   system?
```

Page 235

```
 1      A   It's in the database.
 2      Q   Okay.  So there is data within
 3   Walmart's database which is not reflected in
 4   this spreadsheet?
 5         MR. GRESHAM:  Object to the form.  I
 6   don't think that's her testimony.  But you may
 7   answer it.
 8         THE WITNESS:  My understanding is that
 9   this spreadsheet is accurate for the data
10   pulled timeline that it was pulled.
11      Q   (By Mr. Lynch) Okay.  So if we were --
12   so the query might be wrong if it doesn't
13   include the new item number for the clean
14   Pediatric Shakes?
15         MR. GRESHAM:  Object to the form.
16      Q   (By Mr. Lynch) Is that true?
17      A   I don't know how to explain the fact
18   that 2017, 2016 data has an item number for
19   clean label.  Or why the item numbers for the
20   old conventional show sales in 2019, 2018
21   after clean label has launched.  All that I
22   know is --
23      Q   Okay.  So --
```

Page 236

```
 1      A   I do know that the item numbers are
 2   linked in the database, so it's not something
 3   that can be easily teased out this particular
 4   sale or this week's worth of sale was clean
 5   label versus this week's worth of sale was
 6   conventional.  That's not something that --
 7      Q   Okay.  So based on your
 8   understanding --
 9      A   Yes, sir.
10      Q   -- of what's in the database?
11      A   Yes, sir.  And in the spreadsheet.
12      Q   Based on your understanding of what's
13   in the database sitting here today, you don't
14   know whether there might be other data in
15   there which would reflect the new item number?
16         MR. GRESHAM:  Object to the form.
17   Asked and answered.
18         THE WITNESS:  I know that this
19   spreadsheet is an accurate representation of
20   what's in the database for the timeframe that
21   it was pulled.  I also know that this is 2021,
22   so we could pull a fresh copy of this
23   database, so there will be more sales data in
```

Page 237

```
 1   that report because time has progressed.
 2      But you will still have a very similar
 3   issue in terms of not being able to see the
 4   difference between a conventional shake and a
 5   clean label shake in this spreadsheet because
 6   I am --
 7      Q   Do you know what changes -- so you
 8   know what changes Walmart has made to the
 9   tracking within its database from 2021 to
10   2017?
11      A   What?  I'm sorry.  Could you restate
12   that.
13      Q   So you know what data Walmart has
14   tracked with respect to each sale in its
15   database from 2015 to 2021?
16         MR. GRESHAM:  Object to the form.
17   Exceeds the scope.
18         MR. LYNCH:  Cole, she can exceed the
19   scope, you know, talking about this, but now
20   she can't talk about it.  I don't understand.
21   She all of a sudden is an expert in how the
22   database works but --
23         THE WITNESS:  I'm not an expert on how
```

60  (Pages 234 to 237)

Sarah Redford                                                                    2/24/2021

Page 238

1    the database works.
2        Q   (By Mr. Lynch) So then you don't know
3    whether the item numbers can be matched up
4    within the data that Walmart contains?
5        A   I don't believe the item numbers can
6    be matched up specific to a clean label shake
7    versus a conventional shake.
8        Q   Okay.  What is that belief based on;
9    your experience?
10       A   Experience and pulling and reviewing
11   data from the database and how it impacts
12   other processes and systems that I work with.
13       Q   Okay.  When have you pulled and
14   reviewed data from the database?
15       A   Pull and review data at least monthly
16   with each supplier from UBX.  And I provide my
17   feedback to my --
18       Q   What about sales data?
19       A   Sales data is what's driving that.
20       Q   So you've seen this data before?
21       A   I have seen sales data before, yes.
22       Q   Okay.  And is this all the data that
23   you have seen in those sales reports?

Page 239

1        A   I wouldn't characterize it as all the
2    sales data that I've seen on any report.  I
3    work on more than just shakes.  And this
4    report is specific to just shakes for the time
5    period that it was pulled.  I'm not trying to
6    be difficult.  I'm trying to give you a
7    truthful and honest answer.
8        Q   And it's your -- okay.  I'm trying to
9    understand with respect to Pediatric Shakes if
10   there's any data you've seen in those prior
11   reports that isn't reflected in this
12   spreadsheet?
13       A   You're asking me if we have withheld
14   information?  No, I do not believe we have
15   withheld information from you.
16       Q   Okay.  That's your belief, but do you
17   know that to be a fact?
18       A   You're asking -- are you asking me if
19   I have quality checked the data pull?  I have
20   not quality checked the data pull.
21       Q   Okay.  So you don't know?
22       A   I'm not able to do a quality check of
23   the data pull, no.

Page 240

1        Q   Did you ask for access to the database
2    to make sure that all data had been produced?
3        A   No.  That is not my function or role.
4        Q   Okay.  So you didn't do that in
5    preparation for this deposition either?
6        A   I did not pull this data.  I spoke
7    with the individual who did.  She's very good
8    at her job.  I trust her to do her job well.
9        Q   So the data is based on the query she
10   ran, though?
11       A   Yes.
12       Q   Okay.  Do you have her name?
13       A   It was a very unique name.  No, I'm
14   sorry, I do not recall.
15       Q   So you know she did a good job, but
16   you can't remember her name?
17       A   That's accurate.
18       MR. LYNCH:  I've got no further
19   questions.  Again, as Taylor mentioned we're
20   suspending this deposition.
21       MR. GRESHAM:  That's -- I would
22   disagree with that, but I understand your
23   position and we will obviously discuss that at

Page 241

1    a later date.  I've got no more questions.
2        (The deposition of SARAH REDFORD was
3        concluded at 5:18 p.m., February 24,
4        2021.)
5              --oOo--
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Sarah Redford                                                    2/24/2021

```
                                    Page 242
 1           C E R T I F I C A T E
 2    State of Alabama
 3    Marshall County
 4        I here by certify that the above and
 5    foregoing deposition was taken down by me
 6    in stenotype and the questions and answers
 7    thereto were transcribed by means of
 8    computer-aided transcription, and that the
 9    foregoing represents a true and correct
10    transcript of the testimony given by said
11    witness upon said hearing.
12        I further certify that I am neither of
13    counsel, nor of kin to the parties to the
14    action, nor am I in any way interested in
15    the result of said cause named in said
16    caption.
17
18
19
20
21           /s/Kayla Wilson
             KAYLA WILSON
22           ACCR #634
             Commissioner for the
23           State of Alabama at Large
```

**A**

**a.m** 1:20
**abide** 126:12
  132:23
**ability** 48:14
  134:7 179:16
  179:17 180:3
  220:4,9
**able** 7:17 12:12
  25:13 30:1
  38:14,20 55:21
  81:5 89:8
  104:4 105:8
  126:3 127:19
  128:2 132:5
  133:10 141:2
  143:17 146:16
  155:9 158:9
  168:18 177:18
  179:21 187:2
  193:16 198:23
  219:9,10
  227:11 228:9
  229:2,19 234:4
  234:10 237:3
  239:22
**absolutely** 178:1
**accepts** 113:10
**access** 7:17
  204:13 210:14
  210:16 240:1
**accommodate**
  6:20 121:14
**account** 48:15
  79:3 186:16,19
  186:20,23
  187:3,4
**accounting**
  122:7,12
**accounts** 49:13
  50:7
**ACCR** 242:22
**accumulation**
  165:22
**accuracy** 172:4

**accurate** 27:15
  74:9 76:1
  102:2 104:18
  115:21 131:9
  132:9 138:18
  159:15 171:2,5
  172:11,14
  175:1,3,17
  176:12 187:17
  192:11 193:5
  202:19 211:2
  213:4 214:12
  216:7 218:22
  219:17 228:22
  231:22 233:22
  234:6,20 235:9
  236:19 240:17
**accurately**
  127:13 167:23
**Ace-K** 16:13,21
**action** 5:5
  242:14
**actions** 199:9
**activated** 167:1
  167:9
**adaptation**
  128:14
**adapted** 127:12
  166:11 170:15
**adapts** 128:16
**add** 186:11
**added** 212:22
**additional** 75:10
**address** 9:20,21
  10:6,8 80:1,21
  169:1 186:14
  186:14 187:6
  187:12
**adjusted** 169:2
**adjustment**
  120:13
**administrative**
  24:12 25:2
**ads** 135:6,9,12
**advantage**
  162:23 163:2

**advertised**
  136:14
**advertisement**
  133:16 209:5
  209:10,21
  210:7
**advertisements**
  122:20 123:10
  135:1 209:7,16
  209:19 215:4
**advertises** 135:3
  136:3
**advertising**
  124:7,9,12,15
  124:17,19
**affect** 165:15
  220:4,5,8
**affidavit** 23:3
**affirmed** 6:3
**agencies** 128:15
**agency** 128:22
  168:22
**agents** 17:15
  157:14 158:23
  214:22
**aggregated**
  137:17
**ago** 6:7 233:12
**agree** 53:9 54:4
  188:1,8 195:17
  195:21
**agreeing** 223:3
**agreement**
  126:13,15,17
  132:3,4,7,12
  132:13,14
  133:1 165:17
  165:20,23
  166:3 170:18
  175:9 191:4
  217:4,17
**agreements**
  165:14
**agrees** 175:20
**ahead** 43:20
  44:10 45:1

  51:3 101:21
  151:17 207:10
**AL** 111:7,8
**Alabama** 1:1,22
  2:11 51:7
  111:9,11,19,22
  112:10 161:3
  162:10 182:20
  242:2,23
**align** 108:6
**aligns** 171:23
**allow** 179:14
**allowed** 43:7
**allows** 22:1,8
**alter** 127:22
  143:20
**amount** 43:22
  44:9 51:5 52:8
  53:20 101:1,5
  103:7 115:19
  115:22 116:3
  120:13,14
  171:17 178:17
  193:10,17
  194:13 202:7
  202:10,11,12
  208:2 230:14
  230:17
**analytical**
  171:10
**analyze** 52:2
  54:1
**annotate** 127:11
**annotated** 127:9
**annotates**
  128:21
**annotation**
  128:22
**Annotations**
  168:23
**anomaly** 231:7
**answer** 6:14,17
  13:16,20 17:13
  22:6 26:7
  29:15 35:23
  39:10,13,19

  45:3,4,10,17
  46:7 47:19
  48:9 60:18
  61:8,15 62:21
  65:12,20 81:12
  85:21 88:7
  93:12,23 99:8
  111:15 116:5
  121:4 128:11
  143:22 145:17
  150:2 172:8
  177:7 182:15
  184:18 185:3
  193:14 194:16
  196:4 197:4
  198:14,19
  200:18 202:19
  206:15 207:21
  208:19,20
  217:8,20 218:7
  219:11,20
  221:2,5,15
  222:6,9 233:9
  234:11 235:7
  239:7
**answered** 207:6
  218:7 236:17
**answering**
  156:11 219:22
**answers** 6:18
  7:6 206:15
  242:6
**anyway** 9:9
  211:9
**apologize** 191:5
**app** 47:23 48:16
  185:8,10,16
  188:18,19,20
  189:3 194:9
  215:14 216:18
**appear** 71:8
  87:10 108:6
  131:9 153:6
  158:12 191:15
  192:11 211:2
  233:7

appeared
    150:22 159:13
    159:16 160:18
    212:18 213:9
    216:10
appears 66:21
    67:6 68:12
    90:6 104:7
    107:9 131:4
    145:2 146:5
    149:21 150:16
    154:8 161:4
    176:4
application
    198:18
applied 213:5
applies 188:12
    196:13,16,17
    197:9 198:11
    217:5,17 218:2
apply 94:20
    96:18 170:22
    184:16,23
    196:9,21 197:1
applying 170:19
appreciate
    130:8
appropriately
    180:14
approval 125:19
    127:15 132:22
    142:16 164:4
    164:12
approve 33:7
    122:4 126:3
    128:2,4 164:2
    180:21 181:1
approved 127:7
    142:12 163:21
    164:21 165:7
    166:15
approves 128:5
    164:10 165:17
apps 188:7,14
April 17:21,23
    57:20 59:23

89:20 150:9
AR 116:20
arbitration
    184:1,10,20
    185:20 186:3
    189:21 190:3,6
    190:13 192:2
    192:12 193:12
    195:18 196:2,7
    196:13,17
    197:9,17 198:5
    198:11,17,21
    203:17,23
    204:3,10,15,20
    217:4,9,13,17
    217:23
arbitrations
    203:15
areas 11:19
Arkansas 37:8
arrives 133:23
art 168:23
artificial 16:14
    16:17,18,19
    17:2,4,8,14
    154:20,21
    155:6,10,10,11
    156:17 157:12
    157:13,23
    158:22,22
    159:1 162:13
    162:18,21
    213:21 214:11
    214:14,16,20
    214:22
artificially
    214:2
artwork 31:15
    170:15
asked 7:5 29:20
    34:7 52:22
    53:14 155:8,16
    157:5,9 186:18
    199:17 218:6
    224:9 236:17
asking 6:12 39:1

43:10 52:12,14
    64:10 77:3
    99:4 100:16
    109:1 120:20
    156:11 179:4
    180:18,19
    189:19 198:7
    199:16,20
    219:8,19
    239:13,18,18
asks 164:13
assembled
    166:12
assessment
    164:11
assigned 66:17
    67:2,8,10,23
    85:23 92:6,11
    107:16 112:15
    140:3,5 142:13
    148:14 231:3
    234:18
assignment 5:9
    233:20
assigns 63:7,12
assistant 24:12
    25:3
associated 67:15
    95:8,14,22
    104:11,14
    108:14 142:22
    144:3 145:3
    147:9 150:15
    184:20
associates 146:9
association
    88:10
assume 17:7
    58:5
assuming 58:4
    177:16
Atlanta 2:6
attempting
    152:3
attend 23:6,8
Attorney 2:4,5,9

attorney-client
    198:2
attorneys
    133:22 202:22
    203:6
attribute 163:15
attributed
    117:13
attributes 170:8
audio 72:21 91:6
    111:13 112:7
August 57:21
    59:4 89:20
authorized
    168:1
authorizing
    142:16
automatic 142:5
available 51:23
    52:12 53:23
    54:15 90:21
    157:16 182:1
    215:4 216:16
average 202:2
aware 25:15
    124:9 136:15
    173:14 180:2
    180:12 182:10
    182:18 183:16
    198:10 199:8
    199:12 200:2

——————
        B
——————
B 76:20 226:7
Bachelor 23:13
back 13:14
    14:11 25:13,18
    27:11,14 34:3
    60:8 127:21
    136:20 146:4
    149:18 166:19
    178:1 180:3
    187:3 192:5
    197:13 218:14
    219:9,12
    221:14 222:17

223:18
ballpark 219:11
banner 135:6,9
    135:12
Bartlett 2:5
    50:12 51:10
    52:18 54:3
    55:2 206:14
    207:2 222:20
base 35:14
based 113:12
    115:19 160:7
    181:3 209:13
    229:2,6,8,10
    231:2,23 234:2
    234:7 236:7,12
    238:8 240:9
basically 16:22
    145:18 152:4
    181:9
basis 32:1
Bates 191:4
began 147:13,14
    148:23 160:19
behalf 1:5 8:14
    109:19
belief 238:8
    239:16
believe 7:20,23
    13:10 18:15
    26:20 27:20
    31:14 53:12
    60:23 81:4
    83:9 85:13
    95:12 104:18
    105:15 106:4
    111:2 117:4
    119:3,16,19
    122:13,22
    123:22 124:15
    138:19 146:18
    161:18 173:12
    175:14 181:18
    181:19 187:20
    188:1 189:10
    205:3,15,18

211:13 212:4
212:21 217:13
218:5 224:3
225:1 238:5
239:14
**Ben** 18:16
**Bentonville** 37:8
37:12
**better** 129:8
**beyond** 37:20
41:11 44:11
45:2,7,16 47:6
47:21 49:6
60:18
**big** 202:16
**billed** 49:21,23
**billing** 186:14
**Birmingham**
1:21 2:11
**bit** 15:23 22:22
29:17 56:2
174:14 216:21
**black** 153:7
174:7,8
**blur** 202:16
**blurry** 26:5
**board** 129:9
166:19
**books** 52:1
188:3
**bottle** 129:8,17
159:20 174:20
176:4,7,14
**bottles** 154:1
212:11
**bottom** 59:12
**bought** 78:2,19
85:17 193:18
193:22 194:1,9
194:14
**box** 129:9
159:20
**brand** 109:2
165:3
**branded** 14:17
15:16,16

**brands** 14:16
109:7 124:14
157:14 160:8
162:16 209:9
209:10
**break** 6:19
34:20 55:3
86:18,20
136:17 173:18
173:21 210:18
220:12,19
221:10
**bring** 178:1
182:8
**broad** 29:18
**broader** 139:17
156:6
**broadly** 51:21
54:11,20
**brochures** 123:3
**Brookwood**
2:10
**brought** 217:6
218:4
**Bryan** 31:1,19
31:20,21,22
**budget** 19:22
124:15 209:10
**built** 75:21
**bulk** 14:2
**bullet** 212:12,15
**business** 20:21
121:14
**businesses**
180:14
**buy** 15:11 35:20
43:7 85:16
186:23
**buyer** 15:8,9
**buying** 15:14
143:12
**buys** 15:12 42:6
47:8

———— **C** ————

**C** 2:1,5 242:1,1

**calendar** 34:5
202:13 219:10
219:13,19
**California** 60:2
60:3,12 192:3
192:21 193:4
193:11
**call** 9:23 10:2
143:23 156:1
178:14 180:16
181:21,23
182:7 185:13
202:15 206:3
**called** 59:13
118:19 169:9
**calling** 158:14
181:10
**calls** 85:20 177:6
178:19 179:10
180:7 184:18
185:2 192:23
193:7,14 196:4
202:16,21,23
203:1,4,5
217:7,19
218:10 219:16
**canceled** 96:22
**capabilities**
125:11
**capability**
134:10
**capable** 59:10
175:22
**capacity** 15:6
31:6 80:19
110:3 134:5
**caption** 242:16
**card** 42:7,17,17
43:2 44:7,8,8
45:22 46:1
113:14,14
178:17 179:23
180:17 181:7
181:12 186:13
**cards** 43:18
45:13,13,19

52:3
**care** 33:17
**carries** 145:21
**cart** 186:11
**carton** 129:18
152:23 153:2
**case** 34:12,14
70:3
**cases** 100:23
**cash** 36:10 38:5
38:15,18 41:23
43:8,11,13
113:13
**catalog** 62:19
63:18
**catch** 20:16
72:21 111:12
**category** 14:18
15:13
**Cathy** 21:5 31:1
31:13,14,22
**Cathy's** 31:13
**cause** 216:19
242:15
**CCR** 1:18
**center** 60:20
61:7,9,13,14
73:8
**centers** 73:12,16
**certain** 94:2,16
120:1,2 131:16
148:4
**certify** 242:4,12
**change** 85:11
94:9,10,12
95:7,17,20
96:14 100:10
100:12,15
101:14 140:9
140:22,23
141:5,23 142:1
142:10,20
143:3,5,14,18
144:4,5,9
146:18 147:14
147:16 148:4

148:12,21,22
151:8,12 154:3
160:11 164:1,2
164:3 172:20
195:6,9,12,18
195:22 227:22
232:12,20
233:2,8
**changed** 85:13
94:14 95:9
121:10,15
140:6 160:6
167:11 194:19
195:2
**changes** 33:8,10
42:10 94:9,11
121:16,17,20
121:22 122:3,5
141:20,21
159:22 160:3
160:13 161:19
162:1 163:20
166:1,23 167:7
168:10,13
172:23 173:4,8
173:10 183:15
183:16 186:2
211:11 212:2
222:1 237:7,8
**changing** 158:8
**characterize**
132:19 163:1
239:1
**characters**
131:16
**charge** 31:14
**chart** 224:16
**chat** 7:16 55:4
**check** 41:9,13
41:17,20 42:1
44:2,7 170:5
239:22
**checked** 212:17
239:19,20
**checkout** 36:7
**checks** 43:15,17

chemical 167:18
chocolate 8:22
  58:17,20 84:1
  84:20,21 85:5
  85:12,14,17,18
  85:23 86:12
  87:16,22 88:14
  88:20 90:2,13
  90:17 94:16,17
  99:12 111:21
  117:16 146:21
  154:9 174:16
  174:18 210:23
  212:11 224:19
choice 84:11,19
  84:20 86:12
  154:22 155:3
  162:20 163:10
  176:17 210:23
  212:10
choose 132:12
  179:8,9
chooses 165:12
  165:13
chosen 57:17,19
  58:2,7,9
circuit 8:18
circular 76:23
  122:22 123:1,2
  123:23
circulars 123:11
  123:13,17,20
  124:4 136:8
claim 154:10
  158:17 159:3
claims 9:7,9
  22:10 167:18
  171:4 192:7,16
  192:20 193:3
  197:18,18
  217:6 218:4
clarification 9:4
  13:5
clarified 75:7
clarify 70:8
  71:10 75:12

138:21 145:19
clarifying
  223:13
class 197:19
  198:12
clause 184:2,11
  184:20 190:4,7
  192:13 193:12
  196:7 198:11
  198:21 217:10
  217:14,23
clauses 197:17
  198:5
clean 9:6,7 13:1
  13:6 14:8 16:1
  16:4,6,10 17:6
  17:10,17 95:1
  95:13,18,20
  96:13 97:8
  140:1,4,8,18
  140:21 141:1,3
  141:19 142:3
  142:15,23
  143:4,13 144:2
  144:3 145:1,4
  146:1,12,14,16
  147:4,9,19
  148:14 149:1
  149:20,22
  150:10,15,18
  150:22,23
  151:3 153:13
  156:13 158:14
  159:11,23
  160:23 161:6
  161:17,22
  164:18 165:19
  165:21 166:23
  167:5 172:21
  173:3 174:9,21
  206:16 211:11
  211:14,19
  212:19,23
  213:6,7,10
  224:1,11
  226:12,17,22

227:2,11,19
  228:6,16 229:4
  231:19 233:6
  233:23 234:5
  234:10,12
  235:13,19,21
  236:4 237:5
  238:6
clear 9:10 26:7
  50:16,21 75:5
  142:18 151:19
  160:16 223:2,7
  234:11
clearly 228:20
clerk 36:10
click 91:11
  216:19 225:6,7
  225:8
client 198:12
  221:11
client's 196:23
close 210:19
  226:1
closely 20:10
  176:15
co-workers
  28:22
code 62:3 84:22
  116:20
Cole 2:9 8:6
  10:7 13:5 28:6
  28:8 50:12
  133:20 190:12
  200:1 222:20
  223:4,14
  237:18
collect 34:16
  178:15 179:18
collected 40:16
  40:17,20 41:2
  42:4 47:13
collecting 69:7
collection 40:12
  40:14
college 23:6,8
color 17:2 154:8

154:16 155:23
  158:11,19
  159:7,12 176:3
  176:8 181:4
  212:14 213:8
  213:14 214:9
  214:17
coloring 17:19
colors 16:17,18
  17:9 153:3
  154:19,20,21
  155:6,10
  156:17 157:12
  157:12,23
  158:22 160:17
  162:14,19,21
  177:2,16
  214:19
column 60:20
  61:22 62:9
  65:19 66:7
  70:4 76:20
  79:16,17 81:1
  81:23 92:16
  98:13,15,16
  99:7 102:11,22
  108:1,3 112:13
  112:18 114:21
  116:19 118:16
  119:4,21 120:4
  225:7,9,10,10
  225:17 226:4,7
  232:18
columns 79:21
  121:13
com 80:9 107:17
  126:22 132:2
  211:15
com's 99:5
come 11:2 54:12
  155:8 187:3
  209:11 218:14
  221:14
comes 36:3
  54:20 128:3
  133:18 160:5

coming 52:22
  75:11
commencing
  1:20
commercializ...
  22:12 127:2,22
  128:1,8
Commissioner
  1:19 5:7
  242:22
common 229:18
communicate
  22:2 157:9
  205:21 214:13
communicated
  155:15 206:5
communicating
  146:4 154:18
communication
  14:11 21:22
communicatio...
  189:18 190:1
  198:8
company 13:11
  13:15,19 18:21
  31:9 169:9,15
  169:17,18
compare 228:5
  228:12
comparison
  165:3
competitive
  162:23 163:2
compile 80:12
  138:17,20
complaint 32:20
  32:21 35:4
  179:19 217:6
complaints 30:3
  199:9 231:1,3
complete 190:12
  190:19,22
  191:16
completely
  158:2 227:9
completing

167:16
**complex** 145:17
  145:17
**compliance** 5:16
**compliant** 159:4
**componentry**
  158:3
**computer-aided**
  242:8
**conceding** 223:7
**concern** 178:15
  197:18
**concluded** 241:3
**conclusion**
  184:18 185:2
  192:23 193:7
  193:14 196:4
  196:19 197:3
  198:15 217:8
  217:19 218:11
**conclusions**
  198:4,9
**conditions** 220:8
**conduct** 124:17
**conducted** 124:9
  169:10 220:17
**conducts** 124:6
  124:18 170:11
**confer** 221:11
**Conference** 1:21
**confirm** 8:13
  71:15 109:13
  194:7,12,13
**confused** 9:5,10
  29:17 39:1
  64:12 138:1
**confusing** 29:9
**Connecticut**
  61:18
**connection**
  112:6
**consider** 177:22
**considerable**
  11:5 230:13
**considered**
  16:14

**consistent**
  112:16 153:10
  154:11 172:10
**constraint** 169:4
  170:2
**constraints**
  10:19 14:10,15
  16:11 19:22
  31:10 155:15
  156:13,19,21
  157:3 164:6,16
  164:17,22
  167:11,13
  169:21
**construed** 192:1
**consult** 125:16
  125:18 132:16
  132:18 219:9
  219:20
**consultation**
  108:17
**consulted**
  108:22
**consumer** 17:1
  155:17 165:1
  167:2 169:7,11
  169:19 170:5
  175:18 210:5
**contact** 10:3,11
  12:3 178:7
**contain** 111:10
  214:10,16,18
  214:19
**contained** 129:9
  158:21,22
  159:1 174:23
  177:1 214:14
  228:14,15
  229:6,10
**contains** 56:11
  129:16 138:12
  146:11 162:18
  238:4
**content** 22:9,13
  22:22 124:21
  124:23 125:8,8

125:11,22
  126:11,19,21
  126:23 127:8
  127:12 128:13
  128:16 129:4
  129:10,21
  130:23 131:2,6
  131:7,14 132:6
  132:11,17
  133:3,17,18,23
  134:3 169:1
  172:13 188:16
  215:9,12 216:1
  216:3,13,15,22
  220:23
**contention** 9:16
  184:15 217:15
**contents** 152:21
  153:21 175:18
  176:7
**context** 230:23
**continue** 26:21
  30:8 45:3,9,10
**continued** 96:23
**continuous**
  23:22
**contract** 155:4
  169:15,16,22
  170:16 178:14
  180:6
**contracted**
  128:15 169:18
**contracts** 180:8
**contractually**
  175:15
**control** 165:10
**conventional**
  67:14 95:23
  96:8,9,10,12
  97:4,7 140:2
  141:4 143:12
  144:2 146:9,12
  146:19 147:21
  151:5 158:16
  159:6 163:14
  167:3 213:4

229:4 231:20
  233:19,23
  234:5,10,12
  235:20 236:6
  237:4 238:7
**conversation**
  29:1 200:1
**conversations**
  28:6 35:4
**conversion**
  65:15
**convey** 17:10
  214:8
**cookie** 11:17
**cooperative**
  199:21
**copy** 22:9 41:16
  125:4 190:21
  191:16 236:22
**corporate** 25:16
  49:12 50:7,7
  118:1 156:7
**correct** 7:2,3
  8:16 11:9,10
  19:23 36:10,11
  47:4 55:16,17
  57:4 62:11
  64:1,23 65:18
  65:18 68:10
  69:6 72:15
  73:13,23 82:1
  85:2 86:14,15
  87:6,18,19
  88:22 90:18,19
  92:2 94:19
  96:2 97:1
  99:14,15,21
  100:2,3 101:2
  101:6,11,16
  102:6,20 104:8
  104:9,12
  105:17 111:23
  112:11,15
  114:4 117:17
  122:5 123:21
  140:4 141:17

145:4 146:2
  147:5,8 148:15
  149:14 150:3
  150:20 151:12
  153:4,15 154:4
  156:18 158:6
  159:9,10,14,21
  160:22 162:3,7
  163:12 164:15
  164:19 165:11
  166:4 170:19
  170:22 174:11
  175:1,6 176:5
  176:9 192:8
  203:12 205:6
  211:22 212:16
  212:20 213:2
  214:12,17
  225:11 227:4,5
  227:19 228:4,7
  230:22 231:15
  232:7,11 234:8
  234:18 242:9
**corrected** 224:9
  224:15,18
**correctly** 127:12
**correspond**
  149:17
**cost** 19:16,22
  33:7 69:20
  70:3 95:10,15
  95:20 102:18
  102:19 103:4,4
  103:5 114:2,2
  114:8,12,16,18
  114:19,22
  115:1,4 140:6
  140:13,23
  141:5,20,23
  142:10,11,19
  142:20,21
  143:5 144:4,5
  144:9,23
  146:12,13
  147:14,16,20
  148:4,12,21,22

227:22 232:12
232:20 233:1,7
**costs** 115:9
**counsel** 5:3
25:20 26:12
27:6 29:2
190:2,9 198:8
200:4,14 201:1
201:10 203:10
203:16,20
204:21 205:3
210:2 220:13
222:1,4 242:13
**counsel's** 222:8
222:10
**count** 27:12,15
78:23 85:14
153:1,16,18
154:1,1,5,5
212:11
**countertop**
212:5
**counting** 219:23
**country** 160:22
161:5 162:6,10
182:13,20
**County** 242:3
**couple** 34:1
220:2 222:13
**coupon** 109:20
**coupons** 108:13
108:13,19,23
109:1,6,8,14
109:16,23
110:7,11,12
209:22
**course** 11:15
34:11,13 51:2
59:21 97:10
193:18 201:20
211:13
**courses** 23:21,21
**court** 1:1 5:17
20:6 112:5
192:7,16,20
207:4

**cover** 53:11
58:23 122:18
**covered** 54:23
184:9
**covers** 107:12
**COVID** 202:16
**coworker** 29:2
**crackers** 11:17
**create** 61:22
62:1,2,7,14
78:21 98:16,20
98:22 99:2,3,4
99:5 112:19,20
156:16 164:13
171:17,18
186:20,23
211:14 214:4
**created** 67:15
82:19 98:19
112:23 139:2
**creates** 126:18
162:15
**credit** 44:8
113:14 186:13
**current** 9:20
10:13 11:20
13:1 20:13
28:18,20 30:15
90:23 153:6
183:9 214:15
**currently** 11:12
12:7,8 30:10
31:11 83:3
103:17 172:19
173:5
**Cursetter** 31:1
**custom** 211:16
**customer** 14:18
32:20 35:4,19
36:3,8 37:14
37:15 38:5,9
38:21,23 42:13
42:15 48:14
52:2 60:14
69:21 72:6,9
72:12 74:23

75:15 79:2,5,8
79:9,14,18,19
79:20 80:2,21
82:8 100:1,5
100:13,16,21
101:6,9,15,18
102:5,13
115:16 154:18
158:10 162:16
163:4 165:2,6
170:7 176:21
176:23 177:8
177:11,13,17
177:21 178:4
178:10,16
179:7,10,14,18
179:23 180:16
180:22 181:8,9
181:18 182:3,7
182:17 187:5
212:4
**customer's**
179:20
**customers** 75:12
123:7 130:1
135:1,18 139:4
163:10
**cut** 91:6 111:14
**cycle** 10:22
166:22

_____
**D**
**D** 6:1 30:9 31:5
31:9 92:16
225:7,10,17
**Dana** 30:23 31:2
31:3,7,22
**dashboard**
231:2
**data** 29:21 30:2
30:3 32:9,20
32:21 34:16,17
35:4,6 36:14
37:18,22 38:1
40:6,16,17,21
42:4 46:13

47:13 48:5
49:8 51:23
52:11 53:22
54:15 56:12,18
56:19 59:3,6
59:14 60:1,9
62:8,16 65:9
65:18 68:13
70:23 71:20
76:7,11,14,14
76:16,21 80:4
80:11,12,17
81:10 82:2,15
82:16,19,23
83:3,11,16
85:8 88:4,5,9
90:10,16 91:12
98:4 102:4
103:12,16
104:18 106:4
106:21 107:20
111:3,5,11
113:12,19
115:2,11,12
116:14 117:10
119:8,12
120:20,21
121:2 126:22
134:16 137:18
137:18 138:17
139:16 140:18
144:8 149:9,15
165:1 169:7
176:12 181:23
225:5 226:2
227:23 228:5,8
228:12,13,21
229:6,8,9,9,10
229:12 230:2
232:2,19
233:22 234:2,7
235:2,9,18
236:14,23
237:13 238:4
238:11,14,15
238:18,19,20

238:21,22
239:2,10,19,20
239:23 240:2,6
240:9
**database** 36:15
36:16 37:2,3
37:11,23 38:4
39:21 40:6,22
42:20 43:3
45:21 46:3,21
46:23 47:1,3
47:16,17 48:6
48:8 49:9,19
54:13 57:9
62:1,15 63:9
63:11 65:13
66:3,11 67:4,9
67:17 75:19
76:17,17 81:16
81:19 82:17
85:22 92:20
106:5 121:12
121:23 189:12
208:12 229:12
229:19 231:3,7
232:3 235:1,3
236:2,10,13,20
236:23 237:9
237:15,22
238:1,11,14
240:1
**date** 5:4 13:22
57:16,18,20
58:2,3,6,8 59:2
61:22 62:1,2,7
62:14 78:21,23
82:19 89:20
97:18 98:16,18
98:21,22 99:2
99:3,4,5
103:11,14,15
103:19,20,23
104:16,17
107:22 111:23
112:19,20,22
117:15 124:2

Sarah Redford                                      2/24/2021

137:15 138:13
138:14,15
139:17 141:6,7
141:13,16,18
147:17 148:3
148:17 150:19
151:2,15 212:7
226:6,8,11
230:10 241:1
**dated** 147:2
**dates** 111:22
226:23
**Davis** 2:5,10
**day-to-day**
229:17
**daycares** 49:13
49:16
**days** 201:22
202:15 207:22
**deal** 10:9 43:22
229:18,22
**debate** 55:1
**debit** 44:7 45:12
45:13,19,22
46:1 52:3
113:14
**December** 183:8
183:12,18,21
184:3 204:11
204:14,16,21
217:16 218:1
**decides** 180:19
**deciding** 181:9
**decision** 155:5
155:22 156:22
157:2,22
162:12 177:23
179:13
**deems** 164:9
**deep** 25:12
**Defendant** 1:10
2:8
**define** 16:9
**definite** 142:1
**definitely** 25:22
**definition** 9:17

61:14
**degree** 23:10,13
**degrees** 23:14
23:16
**demonstrate**
164:5
**demonstratively**
143:20
**denominated**
5:5
**denote** 114:21
**dent** 177:9
**deny** 181:2
**department**
11:18 12:6,11
12:14 34:14,16
108:18 122:8
122:14,15,17
156:2,4 199:17
**departments**
122:12
**departure** 18:8
**depend** 68:19
**depends** 93:15
215:6
**deposition** 1:13
1:17 5:3,13,15
5:20 6:9,16
7:14 23:1
27:23 29:1
32:4,16,23
33:13,22 34:9
35:7 40:4
57:14 133:15
197:15 199:21
203:11 206:18
207:10 218:17
218:21 219:7
223:4,8 240:5
240:20 241:2
242:5
**depositions** 5:18
203:2,4 220:16
**derived** 214:21
214:23
**described** 51:13

**description** 11:2
11:21 68:9
103:14
**deselect** 230:10
**design** 10:19
14:10,14,15
16:11 31:10
128:17 155:15
156:13,19,20
157:3 164:6,14
164:16,17,22
167:11,13
168:19,20,21
169:4,20 170:2
**designate** 51:15
51:17 53:13
186:13
**designated**
35:11 36:19
44:12 50:11
52:10,16 207:8
209:2
**designs** 127:6
**desk** 15:21 16:3
19:15 178:10
182:17
**desktop** 188:7
215:7,15,17
216:9
**detail** 25:12
**determine** 197:8
**determines**
213:23
**developed** 109:2
**developer** 10:18
13:2,8 31:8
110:5 134:6
199:17 202:14
**developers**
157:19
**development**
10:14 12:20
13:4 14:3,8
20:21 24:4,6
230:3
**device** 37:10,11

45:23
**DHA** 30:20
**differ** 72:1 92:13
92:14
**difference** 62:18
72:4,17 102:4
120:17 144:23
163:6 237:4
**differences**
41:23 42:3
43:6 162:1
182:19
**different** 11:19
13:8 42:21
67:20 68:6
88:18,20 94:18
101:17,18,23
121:14 140:3,5
141:16 153:21
154:6 157:16
161:2,8 162:8
163:4,9 214:15
215:21 216:22
225:21 233:15
**differentiate**
114:23 163:17
**differentiating**
147:12
**differentiation**
158:9 163:3
**differently**
215:14,16
**difficult** 11:1
208:14,18
239:6
**directed** 36:20
78:12,13 138:3
**direction** 129:12
**directly** 61:16
**disagree** 51:4
207:9 220:21
223:10 240:22
**discovery**
232:14
**discrepancy**
88:4,6

**discretion** 179:4
179:5,8
**discuss** 28:21
32:11 40:11,15
40:19 133:19
137:5 200:8
207:11 208:5
220:12 223:11
240:23
**discussed** 28:23
32:6,8 33:16
57:13 133:17
136:4 158:7,8
163:23 173:2,3
173:9 184:12
201:2 210:2
213:13,15
220:18 221:1,3
221:7,8 222:2
222:4
**discusses** 135:22
**discussing** 55:8
145:3
**discussion** 30:9
50:15 55:6
157:19 200:21
205:10 223:6
**discussions**
19:17 28:19
35:15 133:21
157:15 200:3
207:14,16,18
**dislike** 179:20
**displayed**
215:20
**dispute** 193:9
**disputes** 192:7
192:15
**dissatisfied**
177:18 178:5
**distinction**
100:4 121:1
161:11,15
**distinctiveness**
162:15
**distorted** 174:19

Sarah Redford                                                                2/24/2021

distortion 174:7
distributed
  60:11 69:11
distribution
  60:20 61:7,9
  61:11,13,14
  71:22 73:8,12
  73:16
distributor
  60:21 61:2,6
  120:6
DISTRICT 1:1
  1:1
dive 25:12
divided 59:21
  114:9
DIVISION 1:2
document 7:17
  7:22 55:22
  56:7,9 57:2
  105:13 118:14
  130:15,20,23
  131:3,5 144:13
  144:19,21
  145:6 152:17
  152:22 174:3,4
  183:6,13 186:6
  189:23 191:11
  230:5
documentation
  12:4 26:11
  140:14 171:13
  185:9
documented
  121:17 168:11
documents 7:16
  26:13 27:21
  34:8 38:7
  210:5 217:14
  232:15
doing 26:21
  59:10 206:23
  225:22
double 170:5
drawing 166:19
drinks 156:2,3

drive 34:15
driving 179:20
  238:19
drop 177:9
due 97:10
duplicate 161:7
_____
        E
E 2:1,1,4 6:1
  242:1,1
earlier 57:13
  85:10 95:12
  106:13 112:21
  113:20 137:13
  140:1 163:23
  205:3 209:20
  213:15 215:1
  226:13 227:10
  227:17 228:2
  232:5,9 234:17
early 146:22
easily 236:3
easy 171:21
  218:21
EBT 46:12,18
  113:14
edit 125:10
  134:4,7 168:18
  168:20
edits 125:17
educate 190:2
education 23:22
effect 5:16
effectively 54:18
eggs 78:17
eight 82:9 84:12
  212:10
Eighth 10:5
either 35:14
  103:17 136:15
  162:17 178:2
  194:8 240:5
electronic 48:4
  49:18 186:12
  208:12
electronically

45:20 46:3,19
  47:14 49:9
  121:11
email 135:1,4
  144:22 145:2
  145:22 146:13
  147:2 151:20
  151:23 205:22
emails 27:19,20
  134:19,21
  135:16,17
employee 33:19
employees 12:10
  20:9 28:10
  172:3
emulate 14:17
encompass
  226:23
ended 98:10
ensure 31:10
  155:12 167:22
  170:5,21 171:1
  175:3
entail 19:19
  166:17
entails 166:20
enter 165:13,16
entered 167:20
enters 167:13
entire 16:5 36:2
entirety 95:4
entities 116:22
  117:16,22
  118:1,5 121:14
  124:10
entitled 220:20
  221:11
entity 118:19,20
  124:16 128:7
  128:19 169:23
equally 14:19
equating 78:4
equipment
  39:23
erase 232:19
error 145:9

especially
  202:15
essence 102:15
  165:5 215:21
Esther 15:2,3,4
  15:7,8,18 16:1
  29:20 32:3,5
  32:12 33:4,5,8
  33:11 144:23
  145:5 146:4
  152:4
estimate 201:11
  219:1,3,5,8,11
estimation
  218:22
events 148:18
everybody
  189:8
everybody's
  53:17
evidence 177:6
exact 97:18
  147:17
exactly 67:22
  151:11 163:22
  164:12 180:15
  205:11 207:2
Examination
  3:4,5,6 6:4
  223:21 227:14
examine 166:6
example 156:20
examples
  131:15
exceed 237:18
exceeds 36:18
  194:22 198:15
  217:19 237:17
Excel 21:17
  56:10
exceptionally
  208:16,18
excerpt 190:11
exchange 178:2
  181:12
exclude 193:11

exclusive 139:8
excuse 87:5
  181:16 224:22
execute 33:9
executed 172:11
exempt 116:16
  116:17,23
  117:13 118:3,6
exhibit 3:12,13
  3:14,15,16,17
  3:18,19,20,21
  3:22,23 4:1,2,3
  4:4 7:14,18
  55:19,23 74:15
  74:17,19 80:13
  81:9,20 83:8
  86:23 89:8,10
  98:22 105:7,10
  110:15,17
  116:8,11 118:9
  118:11 130:12
  130:16 136:21
  137:3,19 138:5
  138:11,16,17
  139:16,18,19
  139:23 140:17
  144:12,16
  149:19 151:20
  151:22 152:13
  152:16,18
  174:2,5 183:1
  183:3 190:19
  191:1,9,12
  197:14 210:22
  211:5 216:9,15
  224:2,17,22
  225:1
exhibits 3:9
  224:6
existence 118:21
  197:17 198:5
  198:17
existing 198:21
exists 122:13
  199:2 217:4
  218:2

expect 39:20
expects 132:23
experience
  42:13 133:6
  232:1,2 238:9
  238:10
expert 237:21
  237:23
explain 42:12
  67:11 115:3
  166:20 186:7
  230:21 235:17
explicitly 131:18
extent 45:4,11
  50:22 54:10
  68:11
external 129:17
eye 170:7

**F**

F 112:13,18
  242:1
f/k/a 1:8
face 131:5
facilitate 234:15
facility 73:5,20
facing 42:13
  210:5 212:4
fact 170:20
  176:18 177:1
  197:16 198:23
  199:1 204:22
  229:19 235:17
  239:17
factors 115:7
facts 129:7
  130:4 160:6
  170:14 171:18
  172:23 177:6
  196:22 197:7
  198:9,10 199:3
fail 44:8
fair 58:5 164:11
  211:2 214:11
Fairfield 61:18
fall 54:16 64:19

68:13 69:4
  97:19
falls 138:14
familiar 105:14
  110:22 130:18
  130:20 131:2
  188:22 189:2,5
  210:6 215:18
  215:19
familiarity
  42:15
far 106:16
favor 225:4
FDA 16:17
  154:19 160:5,9
  171:6 173:7
  175:20 214:3
  214:19
February 1:19
  146:13,22
  147:3,15
  150:11,17,23
  160:1,18
  161:23 241:3
federal 192:2
feedback 145:8
  238:17
feel 12:5 35:9
  159:18 202:18
  218:6
feels 165:2
felt 131:21
fiber 8:23 58:21
  70:21 71:1,2,5
  71:5,9,16
  83:16,21 87:6
  87:9,18,23
  88:14,20 90:11
  90:16 94:21
  154:13
field 62:1,8,16
  68:16 85:8
fields 40:19 41:1
  42:20 121:13
  131:16
figure 9:13 19:1

87:21 88:3,5
  89:1 138:3
  208:3
file 98:19 112:22
  142:11 170:15
files 168:19,20
  168:23
filing 5:20
fills 129:13
filter 67:21
  225:6 230:8
filtered 33:2
  69:8
filtering 93:17
final 125:19
  168:14
finance 122:13
  122:17,18
financial 19:14
  52:4 54:1
find 12:1 30:16
  34:3 104:4
  141:2 164:22
  196:12
finding 214:5
fine 28:4 34:23
  53:6 130:10
  155:21 206:19
  206:22 222:20
finish 6:12 20:6
  130:9
finished 166:13
  167:8 172:12
  223:14
firm 124:12
first 20:16 25:14
  25:19 51:15
  103:14,19,22
  104:16 146:18
  166:9,13
  167:21 172:10
  184:11 224:15
  224:16,18
  226:12 228:1
first/last 103:11
fits 51:22

five 27:13 72:15
  72:16 121:10
  121:15,21
  222:15,18
five-minute
  86:18
fix 175:6
fixed 173:13
flavor 17:4,18
  67:23 82:9
  93:20 154:8,16
  158:12,19
  159:7,13
  162:19 176:3,8
  212:14 213:9
  213:14,19,22
  214:9,17
flavored 212:13
  213:3,8,16,17
  214:2,8
flavors 16:19
  17:5,8 59:2
  153:3 155:6,11
  155:23 156:17
  157:13,23
  159:1 160:17
  162:14,22
  177:2,17
  213:21 214:20
  214:21,21
Floor 2:10
Florie 2:10
flow 96:14 140:8
  143:14 146:17
  234:15
flowing 143:3
fluid 212:10
fly 11:3
fold 125:12
folks 30:9 33:12
follow 214:5
following 67:12
  137:19 175:23
  222:8,10
follows 6:3
  172:14

food 23:12 155:3
  160:7
Foods 30:7,8,10
  30:22 31:4,18
  32:1 33:12
  63:22 64:3,13
  64:17 65:6,8
  65:22 66:8,9
  66:19,22 67:9
  67:13 68:11
  124:18,20,23
  127:1,6,10,16
  127:17,20,21
  128:5,7,12,17
  128:21 129:20
  133:10 167:15
  170:13 172:12
  176:11,11
force 5:15
foregoing 242:5
  242:9
forget 31:2
Forgive 29:22
  197:21
form 5:10 22:5
  35:22 36:17
  37:19 39:18
  40:13 42:10,21
  44:21 46:6
  47:5 49:1 50:4
  50:9 58:15
  60:17 64:5
  65:11 80:14
  85:19 88:16
  113:9 128:9
  142:20 145:15
  150:1 172:6
  175:19 177:5
  184:17 185:1
  192:22 193:6
  193:13 194:20
  195:3,13 196:3
  197:4 198:13
  208:23 217:18
  228:18 233:14
  235:5,15

236:16 237:16
**formal** 11:21
    12:4
**format** 160:6,9
    216:12
**formatted**
    215:14,16
**former** 16:12
    68:1 96:16
    150:7 186:5
    214:14 232:22
    234:13
**formerly** 154:21
**forms** 44:17,19
    129:17 227:22
**formula** 15:13
    22:4 28:18,21
    95:13 96:7
    145:4 161:14
    161:16 162:1,4
    162:5,9 163:21
    164:2 166:2
    171:21,22
    172:20 173:8
**formulation**
    13:6,7,7 22:19
    142:4 143:4,15
    153:23 155:9
    156:12 161:18
    166:23 167:4,5
    167:17 171:15
    173:11 176:13
    229:4,5
**formulations**
    158:8
**forth** 1:23 14:11
**found** 131:11
**four** 114:9,19
**free** 158:2
**fresh** 236:22
**fried** 11:17
**front** 123:4
    219:14 224:4
**frozen** 11:16
**fruit** 16:22
    17:16

**fulfill** 60:16
    73:17,21
**fulfilled** 73:8
**fulfillment**
    149:10 232:6
**full** 5:16 25:11
    34:15 120:18
    120:20 121:1
**function** 232:4
    240:3
**functionalities**
    188:15
**funds** 179:22
**further** 3:6 5:8
    5:12,19 173:10
    222:12,22
    223:15 227:6
    227:14 230:23
    240:18 242:12

---
## G
**G** 79:16,17
**gain** 230:4
**gal** 29:21 33:15
**Garrison** 2:5
**gather** 34:7
**gauging** 14:23
**Gehl** 30:7,8,10
    30:21 31:3,18
    32:1 33:12
    35:5 63:22
    64:3,10,11,13
    64:17 65:6,8
    65:16,22 66:8
    66:9,18,22
    67:2,8,13
    68:11,21,23
    94:16 95:4,5,8
    96:1,10,19
    97:5,8 98:1
    124:18,20,23
    125:23 126:1,1
    127:1,6,10,16
    127:17,20,21
    128:4,6,12,17
    128:20 129:20

133:9 140:7,13
    142:9,14,19
    144:13,13,22
    149:2,4 151:23
    152:3,15 155:8
    155:13 156:11
    156:16,23
    157:2,4,6,10
    159:6 164:13
    164:17 165:21
    166:4 167:15
    167:21 168:2
    168:11 169:16
    169:18 170:13
    170:17,21
    171:1 172:12
    172:16 174:1
    176:11,11
    180:5 182:3
    212:2 224:3,17
    230:8 232:6
**generate** 75:23
    83:7 145:12
**generated** 57:7
    75:17 94:13
    99:19 106:3
    117:2,5 119:17
    141:22 226:22
    227:21 232:13
**generates** 76:3
    142:21
**gentleman** 31:1
    32:17
**Georgia** 2:6
**getting** 9:10
    29:17 51:12
**Gifford** 15:2,3
    20:8
**gift** 42:7,17,17
    43:2,18 44:8
    113:14,14
    178:17 179:22
    180:17 181:7
    181:12
**give** 6:13 10:5
    24:17 27:15

56:2 162:22
    163:10,11
    181:7 202:18
    218:19 221:15
    222:14,15
    224:5 234:11
    239:6
**given** 22:23
    80:18,18 93:20
    103:13,19,21
    242:10
**gives** 107:22
    131:15
**giving** 78:20
    79:7
**go** 6:10 13:11
    19:1 22:12,14
    24:19,22 25:12
    25:18 27:11,14
    36:13 43:19
    44:4,10 45:1
    51:3 60:8
    72:14 88:1
    100:21 101:21
    103:10 106:20
    107:19 115:5
    115:16 127:21
    130:5 136:20
    137:11 145:19
    151:17 155:17
    166:19 171:21
    186:11 191:5
    192:5 204:12
    207:10 219:9
    219:12 225:5,5
**goes** 35:19 36:14
    37:10 42:15
    44:3 46:17
    50:20 115:8
    126:23 128:14
    129:11 135:10
    153:23
**going** 7:15 42:9
    43:19 44:10
    45:1,6 51:3
    53:22 55:8

68:19 74:10,14
    78:10 101:22
    105:6 107:16
    110:9 140:23
    144:1,11
    149:18 152:15
    173:16 177:12
    181:1,2 197:3
    197:13 206:17
    216:3 218:9
    221:5,12,13
    222:5,23
    223:13 226:21
    228:9
**good** 6:6 130:7
    136:17 146:17
    166:13,18
    240:7,15
**goods** 167:8
    172:12
**govern** 126:10
**governed**
    191:23
**government**
    199:10
**graduate** 23:14
**granted** 153:7
**graphics** 31:15
    166:10
**great** 173:19
**greater** 157:18
**Gresham** 2:9
    3:5 8:5,6,11
    9:3,15 10:9
    17:11 20:5
    22:5 28:1,8,12
    29:3,15 30:13
    34:19 35:22
    36:17 37:19
    38:16,19 39:18
    40:13 43:19
    44:18 45:1,16
    46:6,14 47:5
    47:10,21 48:2
    48:19 49:1,6
    49:15 50:4,9

51:3,11 53:19
54:9 55:5
56:20 58:15
60:17 61:4
64:5,9 65:2,11
70:8,12 71:10
74:14 75:5
76:9 78:10
79:16 80:14
83:17 85:19
88:16 106:23
111:14 119:14
128:9 130:7
136:18 137:20
138:7,21 150:1
151:16 172:6
173:16 174:13
175:19 177:5
184:6,9,17
185:1,14
189:19 190:6
190:14 191:3
192:22 193:6
193:13 194:20
194:22 195:3
195:13 196:3
196:10,15
197:2,11,23
198:13 199:5
201:13 203:22
206:11,19
207:9 208:23
217:7,18 218:9
220:14,21
221:2,9,18
222:5,13 223:9
223:17,22
227:6 228:18
230:5 233:14
235:5,15
236:16 237:16
240:21
**grocery** 11:17
**gross** 102:12,14
102:18 103:2,4
103:5 113:23

114:1,2,5,7,8
114:15,17,18
114:23
**ground** 6:10
**grounds** 5:9
**group** 157:15
**Grow** 86:8,13
**guarantee**
176:18,20
177:11
**guaranteeing**
176:19
**guess** 58:4 64:9
**guidance** 131:15
**guidelines**
129:23

---
**H**

**H** 79:21 120:4
**hand** 17:7 73:3
73:15 90:21,23
91:8
**handle** 180:10
**handles** 180:6
**hands** 56:11
74:7 90:22
91:1,3
**handy** 190:13
**happen** 53:8
178:8
**happened** 65:16
139:18 142:23
168:8
**happens** 126:14
168:5
**happy** 6:20
176:22,23
177:12 178:11
**hard** 34:15
218:15,16
221:6 224:6
**head** 6:16
139:20 151:14
191:5
**heard** 48:12
51:19 52:7

109:16,23
**hearing** 242:11
**hedonic** 14:20
14:21,22
**held** 18:12 55:6
91:3
**help** 20:6 29:4
125:22 206:22
230:23
**helpful** 130:1
219:21 221:18
**Heninger** 2:5
**hey** 50:12
166:18
**Hill** 30:23
**Hill's** 31:3
**hired** 24:11
**historical** 90:23
103:16 134:16
**history** 105:16
105:16 106:21
107:2,4,10,18
193:19
**hold** 19:7 23:14
23:16 24:13
25:7 167:2
221:9,9
**home** 9:21 36:5
37:5,6 177:9
**honest** 168:8
208:8 239:7
**hop** 222:17
223:18
**hopefully** 207:4
**hour** 27:5,6
173:17 200:11
200:12,22
**hours** 218:20
219:4,6,17
220:1
**HR** 12:3 24:15
25:9
**human** 12:14
23:12,20

---
**I**

**i.e** 54:12
**ID** 62:19 63:18
79:2,5,8,9,14
80:2 92:5,7
93:9,11,15,21
**identification**
7:19 56:1
74:20 89:11
105:11 110:18
116:12 118:12
130:17 144:17
152:19 174:6
183:4 191:2,13
211:6
**identify** 79:10
139:3 140:19
198:6 227:11
228:6,16
**identifying** 44:3
**image** 216:20
**images** 125:7,11
129:5,16,23
130:1 211:15
211:17 213:12
216:18,21
**impact** 19:18
232:3
**impacts** 230:3
238:11
**important**
154:15
**improper** 198:3
**in-person** 23:21
**in-store** 47:18
48:8 112:9
117:19 121:8
184:23 185:6,7
**in-use** 211:16
**inaccurate**
127:18,20
175:12
**inappropriate**
132:11
**include** 49:10
58:20 81:22
107:13 113:9

113:13 116:4
117:19,21
131:21 140:21
152:6 167:17
235:13
**included** 83:16
90:8 137:22
184:11 186:4
**includes** 22:19
22:20,21 90:11
187:15
**including** 52:1
56:16 58:17
121:8 192:2
**incorrect** 65:10
146:6 175:5,8
**increase** 140:13
142:17
**increased** 95:14
163:15
**increases** 142:19
**independent**
61:1 133:22
189:20 200:4,6
233:21
**INDEX** 3:1
**indicate** 149:22
**indication**
143:23
**individual** 32:19
33:9 38:22,22
40:5 48:17
57:8 75:3 78:1
79:3,10,10,13
82:6,10 117:4
119:19 132:19
134:5 138:6
187:8,21
188:18 193:18
193:22 194:1,8
194:13 195:20
197:10 240:7
**individually** 7:5
**individuals** 34:1
34:4 35:16
40:3 44:3

189:14
**infant** 15:13
**inform** 175:18
**information**
  22:10 33:2
  36:12 37:1
  38:4 40:9 41:8
  41:11 42:11
  46:2 48:4 49:4
  49:18 51:21
  52:3,4 54:2
  59:1 61:15
  74:23 75:10
  80:2,21 84:3
  88:11 107:17
  129:14,20
  131:17,19,21
  132:1 133:1
  137:22,23
  138:9 140:19
  145:13 167:20
  170:14,19,22
  171:1,16 172:4
  172:16 174:23
  175:2,5,7,13
  179:18 181:11
  181:14,17,21
  187:8,18
  189:11 239:14
  239:15
**ingredient** 16:15
  22:19 171:19
  172:1 214:1
**ingredients**
  129:7 171:19
**initiated** 142:9
**Inktel** 178:15,22
  179:15 180:8
  180:13 181:11
  181:19
**inquiries** 199:10
**inside** 129:9
**installed** 188:7
**instance** 93:1
  94:15 114:18
  132:20 141:21

150:4 161:4
  165:19 170:10
  175:13 230:4
**institution** 23:11
**instruct** 131:18
  222:5
**instruction**
  128:21 222:8
  222:10
**instructions**
  128:23 210:4
**intended** 99:7
**it'd** 174:18
**interact** 122:10
**interested**
  242:14
**interface** 31:9
**internet** 135:7
**interpret** 179:7
**interrupt**
  155:20
**interruption**
  111:13 112:7
**interworkings**
  54:21
**introduced** 95:1
  95:18 211:12
  211:20 213:1
**introduction**
  160:1 161:17
**inventory** 37:18
  37:21 74:8
  91:3 96:15,17
  97:1,3,10
  102:19 114:3
  143:7,7 151:5
**investigation**
  200:5,7 229:15
**involve** 14:9
**involved** 9:17
  12:18 14:7
  19:16,17 109:5
  128:6,7 135:9
  156:8 218:13
  229:23
**involving**
  199:18

**issue** 30:11,12
  87:10,13
  108:13 109:8
  179:2 223:13
  229:18 237:3
**issued** 108:17
  109:14,17,20
  109:23 110:6
  110:11 122:20
**issues** 28:21
  31:11 223:1
**it'd** 174:18
**it'll** 222:18
**item** 36:4,4
  47:14 48:15
  49:5 60:6,10
  60:11 61:21
  62:1,2,4,7,9,10
  62:14,19,19,23
  63:2,5,9,10,13
  63:15,16,18,23
  65:14 66:1,2,4
  66:7,10,11,14
  66:21 67:2,2,3
  67:5,8,10,14
  67:16,16,18,22
  67:23 68:8
  69:10,11 71:21
  72:6,7,10 73:4
  73:20 78:22,23
  79:13 80:19
  84:3,5 86:11
  91:13,19 92:9
  92:11,14,15,17
  92:17,19,20,21
  93:2,7,18,22
  94:2,4,9,10,12
  94:13,18,22,23
  95:3,7,9,17,23
  98:13,15,18,20
  98:22 99:3
  102:8 103:13
  103:20,21
  104:6,13,20
  112:2,13,14,17
  112:18,19,22

113:7 119:5
  123:5 124:21
  125:2,3,7,14
  125:14 126:11
  129:5,16 133:2
  133:18 134:3,4
  134:7 135:8
  136:5,7 140:3
  140:5,21 141:1
  141:19,20,22
  142:1,11,13,21
  143:20 144:4
  145:3,21,23
  146:3,5,7,9
  147:8,23 148:1
  148:8,11,13
  149:1,9,17,20
  150:4,6,6,7,11
  150:13,14,21
  151:21 152:6,8
  152:9,11,12
  170:8 178:16
  210:10,10,11
  210:13,15
  213:20 215:8
  215:19 224:10
  224:10,16,18
  225:6,9,15,16
  226:4,5,14,17
  226:20,22
  227:18,20
  228:1,2,23
  229:3,3,20,21
  231:4,6 232:10
  232:13,16,18
  232:21,22
  233:6,17,18,20
  234:5,9,12,13
  234:13,18
  235:13,18,19
  236:1,15 238:3
  238:5
**itemized** 139:4
**items** 11:7 15:12
  38:2 43:11,14
  47:1 48:23

49:10 56:18
  73:7 77:1 78:2
  78:14,19 81:15
  81:18,23 102:7
  103:17 107:6,6
  114:14 133:2
  139:1 145:19
  151:19 155:3
  186:11 214:14
  214:15 230:11
  230:12

---
**J**
---
**Jade** 30:1 32:15
  32:17,22 33:11
**January** 231:20
  231:21
**Jet** 118:17,17
**jet.com** 118:19
  119:1
**job** 10:13 11:2
  11:21 166:8
  232:4 240:8,8
  240:15
**join** 223:5
**July** 18:4 21:2
**jump** 202:14
**juncture** 211:17
**jurisdictional**
  193:3

---
**K**
---
**K** 60:20
**Kayla** 1:18 5:6
  242:21
**Kaylan** 1:5 6:8
  105:16
**keep** 41:13,16
  41:19 44:2
  219:15 230:8
**keeps** 41:9 88:10
  124:3 225:22
**kept** 73:16 76:15
  96:22
**Kevin** 152:1
**kin** 242:13

**kind** 76:23
145:16,17
209:16
**knew** 175:4
**know** 6:17,17,20
7:17 10:17
13:16,18,20
15:2,3,4 18:3
18:12,22 27:2
29:20 31:17
33:16 36:3,6
38:11,13 39:10
39:10,12,12,15
40:8 41:1,4,7,8
41:11,13,15,16
41:18,19,21,22
42:5,7,11,20
42:22 43:2,4,5
44:1 45:11
46:4,8,9,10,11
46:13,15,16,19
46:20,22,23
47:11,19,23
48:3,7,9,11,20
48:22 49:2,3
49:13,20,22
51:11 53:18,18
54:11 56:3
57:6,10,16
58:3,12,19
61:8,15 62:21
62:23 63:2,19
65:15,20,22
70:23 74:12
75:16,21,22
76:13,16 81:12
81:14 82:3,4,4
82:6,10,14,20
83:1,2,15
84:11 85:9,22
86:2,8 87:1
88:7,9,13 89:3
89:4,8,19 90:7
90:10 92:8,9
93:12,23 97:15
97:16,21 98:12

98:16,20 99:7
99:9 100:6,7,7
101:19 104:2,4
104:19,20,22
105:8,18,22
106:1,2,6,8,9
106:17,18,19
106:21 108:9
108:10 109:11
109:11,14
110:7,8,12,16
111:3 115:4,13
116:5,9,14,18
117:1,2 118:4
118:7,9,22
119:7,17,21,22
120:3,8,14
121:4,11,12,18
121:19,22
122:1,1,6,8,9
122:14,16,19
123:8,12,13,15
123:16,18,19
123:20 124:1,3
124:5,6,18
126:5,9,11
127:5 130:3,13
133:8,8,12,13
134:11,14,15
134:17,18
135:3,5,8,10
135:11,15,16
135:20,22
136:1,2,22
137:7 139:15
141:9 143:8,11
144:14 146:7
146:11 147:7
147:11,17,18
148:22 152:17
153:10 154:7
156:1,10 157:1
157:1,11 158:1
162:12 163:14
166:18 170:18
174:1,2 178:6

179:6 180:22
181:2,3 182:6
182:11,15,16
182:22 183:14
183:17,20,23
184:1,4 185:4
185:12,21
186:1,2 187:21
188:2,13,17,18
188:23 189:13
189:17 191:10
192:19 193:1,8
193:15 194:6
194:11,16,18
194:23 195:1,7
195:10,15,19
195:23 196:8
196:11,21
197:6,8,12,20
198:19,20
200:20 201:1,8
201:8,16 202:3
202:11,19
204:8 207:6,21
208:18,20,20
209:20,21
210:3 211:10
212:1,8 213:13
215:3,9 217:21
218:7 219:15
219:18 220:20
220:22,23
221:19 225:11
225:21 229:13
229:14 230:12
231:4 233:9
235:17,22
236:1,14,18,21
237:7,8,13,19
238:2 239:17
239:21 240:15
**knowledge**
35:15 41:6
108:15,19
109:10 110:1,4
133:23 189:20

196:22
**knowledgeable**
39:16 40:1
42:23 115:14
**knows** 40:5 45:5
197:5
**Kollock** 152:1

---

**L**

**L** 5:1
**lab** 170:17
**label** 9:6,7 13:1
13:7 14:6 16:2
16:4,6,10 22:9
22:14,17,18
27:1 109:9
126:23 127:8
127:10,13,18
127:19,21
128:13,20,23
129:1,10,15,17
140:8,21 141:3
142:3,23 143:4
144:2,3 145:1
146:12,14
149:1 150:10
156:6,14
157:22 159:4
159:14,18,23
160:7,18 161:1
161:3,4,7,8
165:20,21
166:23 167:5
170:11 173:1,3
173:12 176:3,4
176:12,16
211:14 213:6,7
224:11 226:12
226:17,18,23
227:2,3,11,19
228:6,16 229:4
234:1,5,10,12
235:19,21
236:5 237:5
238:6
**labeled** 102:12

112:4 120:9,10
120:11,18,18
147:8 191:4
**labeling** 22:3
129:3 158:20
160:14 166:2,7
168:10 172:14
172:20 173:8
175:21 210:4
214:4
**labelings** 159:8
**labels** 26:18
127:6,7 213:9
**labs** 167:2
**lack** 162:21
**large** 202:7,8
242:23
**lasted** 219:16
**late** 146:21
**latest** 183:13
**launch** 10:21
12:23 213:7
218:9
**launched** 13:8
14:2 16:4
67:13 213:6
235:21
**law** 2:4,5,9
172:14 175:21
192:2 193:11
196:18 214:4
**laws** 5:17 192:1
**lawsuit** 218:4
**lawsuits** 199:9
200:13
**lawyer** 196:18
**layout** 215:20
216:22
**lead** 20:22 31:21
**leave** 37:15
222:23
**left** 13:15,18
18:3,20,22
230:16
**legal** 22:9 34:14
34:16 127:10

Sarah Redford                                        2/24/2021

128:20 175:23
184:18 185:2
192:23 193:7
193:14 196:4
196:19 197:3
198:3,8,15
199:9,17,18
217:8,19
218:10
**Legally** 196:15
**legend** 56:21
  57:1 108:5
**let's** 6:14 36:9
  55:2 60:8
  74:16 109:4
  110:10 130:11
  144:11 156:1
  210:18 219:2
**level** 91:9 170:6
  182:17 229:21
**lie** 170:17
**life** 10:22 97:21
  166:21 170:3
**lifestyle** 166:21
**liked** 14:19
**limit** 182:6
  193:3
**limited** 20:1
  22:16,18
**line** 44:10 50:13
  52:6 53:10
  59:22,23 60:7
  60:8,9 63:20
  64:21 65:2
  66:8 70:4 75:2
  76:19,21 77:3
  77:6,12,16,19
  78:4,7 82:7
  84:7,18,19
  85:1,7 86:5,11
  86:23 87:15,16
  91:22 93:5
  100:22 104:3
  113:1 138:4
  141:1
**lines** 67:20

77:17
**link** 178:13
  190:11
**linked** 66:2,11
  67:3,4,9,17,18
  69:9 150:7,12
  150:21 226:20
  228:3 229:1
  231:6 232:21
  236:2
**lion's** 21:18
**list** 11:14 26:16
  78:3 107:5
  139:4
**listed** 8:3 64:16
  65:19,22 66:7
  68:12 84:13
  86:9 87:4,7,15
  89:1 90:3,5
  100:20 103:23
  104:16 108:3,4
  112:13 114:15
  117:15 120:12
  120:19,21
  121:2 146:8
  178:20 179:11
  224:19 230:11
  233:18
**listening** 50:13
**lists** 212:12
**little** 6:7 15:23
  26:5 29:17
  56:2 138:1
  174:13 216:21
**LLC** 2:5
**LLP** 2:10
**load** 125:22
**location** 60:12
  69:12 70:15
  71:23 107:5
**log** 187:3
**logged** 50:1,3,5
  72:15 178:21
  178:22 181:15
  181:16,22,23
**long** 6:21 15:17

15:19 20:23
24:7,13 82:22
200:8,18,20
201:1,6,19,20
202:2,9,11,12
205:10 207:1
207:19 208:3,7
208:10,16
218:16 219:16
222:16
**longer** 13:11
  17:23 103:18
  105:3 167:4
**look** 13:11 24:19
  24:22 25:13,18
  26:18 56:21
  59:12 60:3
  64:21 73:14
  82:18 84:18
  87:14 90:6
  100:22 120:11
  138:4 144:11
  166:18 176:15
  204:9,12
  219:13 224:15
  230:9
**looked** 16:20
  34:3,5 112:21
  183:18
**looking** 10:20
  50:18,18 51:5
  52:20 57:1
  59:22 60:7
  63:20 65:1
  77:16 91:22
  92:4 93:17
  102:10 114:7
  139:23 152:2
  176:1,2 198:9
  203:14 207:22
  207:22 208:1
  233:16
**looks** 14:16
  90:13 105:14
  107:4 110:22
  152:23 190:10

219:23
**lost** 112:5
**lot** 29:19 165:15
  202:21,23
  203:1,3 206:17
**love** 176:17
**lunch** 130:8
  136:19
**Lynch** 2:4 3:4,6
  6:5,7 8:8,12
  9:12,16,19
  10:7,12 17:13
  20:7 28:7,17
  29:11 30:6,18
  34:22 35:2
  36:20 38:3
  39:3 40:2,15
  44:13,23 45:12
  45:22 46:9,16
  47:7,11,22
  48:7,22 49:3
  49:12,20 50:6
  55:7 57:2
  58:19 60:21
  62:5 64:7,13
  65:6,17 70:11
  70:16 71:14
  74:16 75:13
  76:13 78:16
  79:19 80:22
  83:22 85:21
  86:17,22 88:22
  107:8 111:17
  112:8 119:15
  129:2 130:11
  136:16,20
  138:2,8,10
  139:6 150:3
  151:18 172:15
  173:20,23
  174:16 176:1
  177:15 184:14
  184:22 185:3
  185:16 190:10
  190:17 193:2,9
  193:16 195:1,5

195:16 196:8
196:12,20
197:7,13 198:7
198:22 199:8
201:15 204:2
207:12 208:17
209:4 210:18
210:21 217:11
217:22 218:12
220:16,22
221:4,16 222:3
222:7,11
223:12 224:8
227:8,15
228:19 230:15
233:16 235:11
235:16 237:18
238:2 240:18

---

**M**

**M** 119:4
**mailed** 123:6
**maintain** 10:21
  52:2 54:1
  125:2 134:15
  135:17 185:22
  189:7
**maintained**
  16:23
**maintaining**
  170:6
**maintains**
  135:11
**maintenance**
  10:21 13:1
**making** 19:21
  125:17 172:13
  197:10
**managed** 169:10
**management**
  166:22 170:3
**manager** 10:15
  18:9 19:6,12
  21:8 24:21
  25:6
**managers** 19:13

manages 39:21
  39:23 179:15
  180:13
manner 44:5,15
  45:18 51:12
  52:20 55:10
  131:7 195:16
  195:20 208:11
Manning 18:17
  18:19 20:7
manufacture
  155:2 176:10
manufactured
  164:17
manufacturer
  21:23 22:8,15
  156:12 166:12
  167:15 171:7
manufacturers
  10:20
manufactures
  155:4 176:11
manufacturing
  156:8
March 146:22
mark 7:13 55:18
  74:14,16 89:7
  105:7 116:8
  130:5,12
  144:12 152:16
  174:1 183:1
  190:18 191:9
  210:21
marked 7:18
  55:23 74:19
  80:13 89:10
  105:10 110:17
  116:11 118:11
  130:16 137:18
  144:16 149:19
  152:18 174:5
  183:3 191:1,12
  211:5
Marshall 242:3
match 108:4
matched 94:2

238:3,6
matches 85:18
  87:15
material 22:20
  28:19,21 30:11
  30:17,18 41:22
  42:2 153:20
  213:21
materials 20:2
  171:17 214:6
matrix 145:7,9
  145:18 146:5
  152:4,5
matter 11:7
  199:18
max 131:15
mean 14:14,21
  16:10 19:11
  28:1 34:13
  40:14 42:2
  50:5,18 52:19
  52:20 53:2
  54:8 57:18
  64:6,8 70:2
  77:5,22 84:5
  88:1 91:3
  104:1 122:23
  125:18 130:22
  138:22 143:9
  149:6 150:17
  155:1,19 156:3
  163:7,22
  164:12 165:9
  169:6 179:6,7
  188:14 194:4
  196:16 204:12
  208:21 213:16
  219:15 229:14
meaning 68:18
means 17:8
  21:22 96:15
  150:23 186:13
  242:7
meant 223:15
measuring
  14:23

media 135:21,23
  209:21
medical 220:7
medication
  220:3
meet 27:8 29:7
  164:9 214:6
meeting 29:1
  201:12,14
  202:2
meetings 200:23
  201:3,6,7,15
  201:17,20
  202:13
meets 164:5
member 198:12
  209:9
members 22:1
  197:19
memory 140:11
  220:5,8
mentioned 13:6
  85:10 157:8
  173:6 201:4
  203:10 228:2
  240:19
merchandising
  12:9,11
merchant 15:8
  15:21 16:3
  32:5 145:12
Merieux 169:9
  169:13
met 6:6 15:20,22
  27:6 156:13
  164:14,22
  169:20 170:18
metal 180:23
method 39:8
  44:4,15 45:18
  51:9,12 52:20
  55:10 113:12
  113:17 185:12
  187:7,12,15
  206:1,4 208:11
methods 39:5

metrics 19:14
microbiological
  167:19
milk 78:16
mind 18:23
  26:17 29:23
  115:8 141:11
  151:16 160:5
minus 70:10,12
  113:7 114:8
  211:3
minute 223:19
  233:12
minutes 218:20
  222:15
mischaracteri...
  80:15 88:17
  128:10 172:7
  209:1,2
mismatched
  87:12
missed 168:3
missing 211:4,7
mobile 47:22
mod 145:7,9,18
  145:19 146:5
  152:4
modifications
  215:10
modified 121:13
modular 145:16
  152:5
modulars
  145:14
moment 30:5
money 52:8
  177:4 180:1
  182:3
monk 16:22
  17:16
month 26:1,3
  201:21,23
  202:1 205:14
  205:16
monthly 238:15
months 24:18,18

26:4 97:23
  207:23
morning 6:6
Morris 1:5 6:8
  28:8 55:20
  107:10 216:8
  216:16 217:5
  217:17 218:3
  224:17,21
  225:2 230:7
Morris's 105:16
  107:2 215:2
  217:2
move 53:10
  142:2 157:22
  158:5 162:13
  213:20
moved 16:22
Moving 173:3
multiple 9:6
  27:8,16 92:21
  94:6 201:2,5

N

N 2:1 5:1 6:1
  79:21
name 6:7 20:16
  21:6 29:22
  31:2 33:14
  38:20,23 57:10
  57:11 63:21
  64:23 65:3
  68:15 118:17
  120:5 187:6,11
  240:12,13,16
named 68:16
  242:15
names 121:13
  122:14
narrow 15:23
national 14:17
  165:3
nationally
  123:14
natural 16:21,23
  17:3,4 158:23

159:1 213:19
213:20,22
214:1,20
**naturally**
212:13 213:3,8
213:15,17
214:8,21,22
**nature** 40:1
167:12 179:19
**necessarily**
78:14 101:9
150:17 163:15
**necessary** 12:5
168:2,5 175:17
**need** 6:19 9:23
10:2,7,10 12:3
12:14 19:2
24:15 25:12
34:20 50:14
67:21 140:12
166:18,23
169:1 171:9
209:18 218:23
219:12 220:22
222:16
**needed** 22:13
33:1,9 59:8
143:6 146:19
**needing** 30:16
**needs** 22:11
130:2 164:4
206:14
**neither** 242:12
**net** 69:14,15,16
69:22,22,23
70:2,2,5,5,9
72:10 91:21,21
99:11,16,18
100:19 113:2,6
115:1
**network** 61:11
**never** 94:7 104:1
109:16,20,22
151:16 168:7
186:10
**new** 94:13,23

96:16 141:22
142:11,21,21
143:21 145:3
147:4 148:10
148:13,14,20
149:1,9,17
152:6 160:9,19
167:5 178:2
186:9 224:10
227:21 232:6
232:10,13,16
233:6,19
234:18 235:13
236:15
**nitty-gritty** 44:7
**nods** 6:16
139:20
**nomenclature**
96:10
**non-clean** 14:6
226:18 227:3
**nope** 151:7
**normal** 229:22
**NORTHERN**
1:1
**note** 197:23
199:5
**noted** 60:20
**notes** 33:21
90:20
**notice** 5:19 7:15
50:19 197:14
**notified** 167:3
**notify** 178:10
**notion** 18:20
**November**
184:10
**number** 8:2
27:15 41:14
43:2 44:21
60:11 62:9,10
62:20 63:1,2,5
63:10,13,16,23
66:1,2,7,10,11
66:14,21 67:2
67:3,6,8,10,14

67:22,23 68:7
69:11 73:3,19
76:3,6,8,11,12
76:20 77:1,4,4
77:6,7,9,12,15
77:18,20 78:5
78:5,6,7,12,13
78:18,21,23
79:1,6,12
80:23 81:3,4
81:11,15,18,19
81:23 84:13,14
84:17 87:21
88:2,10 91:14
91:19 92:10,11
92:14,15,17,18
92:19,20 93:2
93:7,19,22
94:4,9,10,11
94:12 95:3,8,9
95:17,23
103:13,20,21
104:20 106:1
107:16,22,23
107:23 108:1,3
108:4 112:12
112:14,17
115:17 119:23
121:7 131:16
141:1,19,20,22
142:1,13,21
144:4 146:5
147:8,23 148:1
148:8,12,13
149:1 150:5,6
150:12,13,14
150:21 152:10
152:11 178:12
178:20 179:3
179:11,16
181:10 182:7
197:21 202:19
212:12 218:19
219:17 224:7
224:10,11,16
224:18,23

225:6,9,15,16
226:4,14,22
228:1 229:3,20
229:21 232:10
232:14,16,18
232:21,22
233:6,17,18,20
234:13,14,18
234:21,22
235:13,18
236:15
**numbers** 58:10
58:11,13 59:9
66:5 67:4,17
67:18 68:3,4
89:23 92:22
94:2,18,22
95:1 105:22
114:1 140:3,5
140:22 145:3
145:23 146:3,8
146:9 149:4,9
149:16,17,20
150:8 151:19
151:21 152:7,9
152:12 225:19
226:20 227:18
227:20 228:3
228:23 231:6
235:19 236:1
238:3,5
**NutriSciences**
169:10
**nutrition** 11:18
12:20 23:12
28:16 129:7
130:4 160:6
170:11,13,19
171:18 172:23
_____

**O**

**O** 5:1 6:1,1
119:21
**oath** 7:11 231:10
231:12
**object** 22:5

35:22 36:17
37:19 39:18
40:13 44:10
46:6 47:5 49:1
50:4,9 53:14
58:15 60:17
61:4 64:5
65:11 80:14
85:19 88:16
128:9 172:6
175:19 177:5
185:1 192:22
193:6,13
194:20 195:3
195:13 196:3
197:3 198:13
208:23 217:18
228:18 233:14
235:5,15
236:16 237:16
**objected** 51:16
71:12
**objecting** 28:14
50:23 198:2
**objection** 17:11
29:5,9 30:13
38:16 45:2,6
45:16 46:7,14
47:10 48:2,19
49:6,15 76:9
83:18 150:1
184:17 196:10
197:11 198:3
217:7 218:10
220:14
**objections** 5:9
**objects** 180:23
**obligated**
175:15
**obviously** 28:2
75:9 88:4
223:1,9 240:23
**occasions** 27:8
**occur** 93:4 94:7
147:16 148:4
167:9 201:21

| | | | | |
|---|---|---|---|---|
| **occurred** 69:19 | 60:7,14 61:12 | 110:6,9,9,14 | 160:3,10,13,16 | 216:8 217:1,1 |
| 148:12,18,21 | 61:21 62:10,10 | 110:14,20 | 160:20 161:3 | 217:11,15,22 |
| 148:23 151:9 | 62:13,18 63:4 | 111:3,7,10,20 | 161:11,14,21 | 218:12 219:5 |
| 151:12 160:11 | 63:7,12,15,18 | 112:3,13,18 | 162:8,12 | 219:12 220:2,7 |
| 233:2,8 | 63:20,20 64:3 | 113:1,9,13,17 | 163:20 164:7 | 220:11 221:15 |
| **occurs** 76:22 | 64:13,21 65:8 | 114:7,14,23 | 164:13 165:4,8 | 222:11 223:17 |
| 77:13,19 231:8 | 65:17 66:4,16 | 115:4,10,13,16 | 166:1,6,16 | 224:14,21 |
| **odd** 190:20 | 67:5,11 68:2 | 115:22 116:7 | 168:4,9,9,13 | 225:3,8,14,20 |
| **offer** 163:9 | 68:11,21 70:7 | 116:13,14,19 | 168:17 169:3,3 | 226:6,6,10,14 |
| **offered** 199:6 | 70:16,20 71:14 | 117:2,6,9,14 | 169:14,22 | 227:8 229:13 |
| **office** 37:5,6 | 71:18 72:1,8 | 118:1,5,13,14 | 170:10,23 | 230:21 231:9 |
| **oh** 25:22 31:19 | 72:14 73:1,6 | 118:16,20,23 | 171:8,13 | 232:5,5,16,19 |
| 65:4 86:5 | 73:14 74:10,10 | 119:4,8,17 | 172:19 173:15 | 233:5,11 |
| 184:12 | 74:17 75:2,13 | 120:4 121:6,6 | 174:16 175:4 | 234:17,21 |
| **okay** 7:4,10,13 | 75:16,20 76:2 | 122:11,19 | 175:11,16 | 235:2,11,23 |
| 7:21 8:1,8,12 | 76:7,19 77:11 | 123:6 124:3,11 | 176:1,6,15,23 | 236:7 238:8,13 |
| 8:18 10:7,12 | 77:16 78:1 | 125:4,16 | 177:15 178:4 | 238:22 239:8 |
| 10:16 11:8,20 | 79:2,9,15,21 | 126:18 127:3 | 180:5,9,21 | 239:16,21 |
| 12:1,6,10,16 | 80:4,11 82:4 | 128:1 129:19 | 181:21 182:11 | 240:4,12 |
| 12:23 13:9,13 | 82:14,18,22 | 130:5,15,19 | 182:18,23,23 | **old** 96:2,4,7 |
| 13:22 14:4,7 | 83:2,15,22 | 131:4,20 132:5 | 183:5,6,8,14 | 146:3 148:8,11 |
| 15:4,6,17 16:9 | 84:7,18 85:6 | 132:15 133:3 | 183:17 184:1,5 | 150:12 235:20 |
| 17:6,17,21 | 85:15 86:2,4 | 133:14,21 | 184:14,22 | **older** 9:8 |
| 18:12,16 19:3 | 86:11,16,17,22 | 134:18 135:21 | 185:19 186:7 | **on-hand** 73:1,10 |
| 20:4,13,19 | 87:3,8,14,20 | 136:2,7,13,16 | 186:22 187:18 | 73:19 |
| 21:15 22:1,23 | 88:9,13 89:6,6 | 137:1,2,4,5,12 | 188:10,17 | **on-the-job** |
| 23:10 24:7,13 | 89:13,16,19,23 | 138:16 139:11 | 189:4,7,13 | 23:18 |
| 25:5,10,14,21 | 90:6,10,20 | 139:13,21,23 | 190:1,17 | **once** 27:9 |
| 26:4,9 27:10 | 91:10,15,22 | 140:16 141:5 | 191:14,15,18 | 142:11 201:4 |
| 27:18,22 28:9 | 92:6,9,16,21 | 141:12 142:8 | 191:18,22 | 205:9 206:8 |
| 29:10 30:21 | 93:1,5,14 94:8 | 142:14 144:8 | 192:5,9,19 | **ones** 9:14,18 |
| 31:6,17 33:4 | 94:15,23 96:1 | 144:11 145:2 | 193:2,9 194:7 | 214:3 |
| 33:18,21 34:7 | 96:18 97:12,16 | 145:22 146:7 | 194:12 195:16 | **ongoing** 28:20 |
| 34:18,21 35:2 | 98:4,12,15,20 | 146:15 147:2 | 197:7 199:13 | 30:9 31:10 |
| 35:9,14,18 | 99:9,22 100:4 | 147:12 148:3,7 | 200:3,8 201:5 | **online** 23:21 |
| 36:16 37:3,14 | 100:7,12,21 | 148:16 149:3 | 201:15,19 | 56:17 57:3 |
| 38:3,11,14 | 101:8,13 102:3 | 149:18 150:14 | 202:1,6 203:1 | 71:16 117:21 |
| 39:12 41:8 | 102:10,18 | 150:21 151:8 | 203:9,14 204:2 | 119:9,13 121:8 |
| 44:13 45:12 | 103:1,1,10,22 | 151:15,18 | 204:6 205:1,17 | 188:2 204:12 |
| 46:12 48:13 | 104:6,10,15 | 152:2,8,12,15 | 205:21 206:7 | **oOo--** 4:6 5:21 |
| 51:8 53:21 | 105:2,5,13,15 | 152:15,21 | 207:12,19 | 241:5 |
| 55:2,7,18,18 | 105:22 106:2,6 | 153:2,12,20 | 208:9,17 209:4 | **open** 55:21 56:4 |
| 56:3,7,9,16 | 106:9,20,20 | 154:7,12,15,23 | 209:13 210:7,7 | 89:9,12 105:8 |
| 57:2,6,16 58:2 | 107:3,8,19 | 156:15,22 | 210:18,21 | 105:12 110:16 |
| 58:19 59:3,12 | 108:3,7,16 | 157:5 158:11 | 211:19 212:1,8 | 110:19 144:15 |
| 59:18,22 60:4 | 109:11,13,18 | 159:5,10,22 | 213:13 214:7 | 144:18 219:19 |

222:23 224:6
**opened** 7:20
130:14 191:14
**operate** 126:6
**operation** 51:23
52:13 53:23
**operator** 107:23
**opportunity**
163:3
**opposed** 80:21
**option** 162:16
**options** 157:16
**order** 22:11
52:21 60:15,16
63:6 76:2,19
76:22 77:2,3,6
77:8,13,15,17
77:20 78:4,7
78:15,21,21,22
79:1,6,12 80:6
80:23 81:3,4
81:11 82:18
84:6,9,13,14
84:16,17 85:23
86:6 87:3,20
88:1,10 118:1
121:13 145:15
146:20 149:4
149:16 167:9
171:20,23
175:18 187:9
187:22 188:8
197:8
**ordered** 72:6
142:2
**ordering** 68:18
97:17 149:11
**orders** 73:17,21
75:1 84:3
149:1,7
**organized** 33:3
**original** 14:1,5
30:2
**originated** 51:21
**ounce** 82:9
84:12 212:11

**outcome** 165:15
**Outlook** 21:17
**outside** 42:9
136:5 161:19
173:10,13
189:23 195:4
195:14 207:15
207:17 210:3
**overall** 20:2,3,4
**overhead**
114:12
**overlap** 53:3
**overwritten**
233:1
**owned** 61:10
118:18
**owns** 61:19

---

**P**

**P** 2:1,1 5:1 6:1
79:22
**P-R-O-S-P-E-C**
21:14
**p.m** 241:3
**pack** 82:9 84:13
153:1 177:22
**package** 16:15
36:8 128:14,18
153:17,17
154:6 167:19
178:13
**packages** 35:20
210:4
**packaging** 22:3
31:15 127:23
153:4,7,14,22
154:9,13,17
158:20 159:8
159:16,18
160:14,20
166:2,7,12
167:17 168:10
175:5,8,17
176:2 178:20
179:11 213:10
**page** 3:3,11

124:21 125:3,5
125:7,9,14,15
126:11 129:16
131:11 133:2
135:8 136:5,7
191:19 210:10
212:2,9 215:8
215:19 225:15
**pages** 8:3 133:18
134:3,4,7
210:11,13,15
**paid** 38:9 82:7
82:10 141:15
**panel** 129:7
130:4 160:7
170:14 171:18
**panels** 170:20
**paper** 123:2
129:9
**papers** 188:3
**paragraph**
191:19,22
192:6,9,14
**Parent's** 82:8
84:11,19,20
86:11 154:22
155:3 162:20
176:17 210:23
212:10
**parse** 54:17,18
**parsing** 52:19
**part** 23:21 156:5
166:8
**participation**
187:2
**particular** 11:7
30:15 77:2,8
80:2,5 81:3,11
92:3,4 93:7
99:13 101:9
104:11 113:3,4
113:4,21,21
114:10 115:18
115:23 116:1
137:15 148:5
236:3

**particularly**
169:8
**parties** 64:11
242:13
**parts** 222:3
**party** 61:1 127:9
128:15,19,22
166:11 167:2
167:10 168:21
169:11 170:16
171:9 178:14
180:6
**Paul** 28:6,8 29:6
133:20 200:2
**pay** 46:17 48:11
48:12,15,18,21
48:23,23 49:5
49:11 106:5,7
108:2,2,8
185:14,16,18
188:12,20
189:2 194:15
195:6,9,12
215:3,13,19
216:14 217:3
**paying** 36:9
41:23
**payment** 39:5,8
42:10,17,18,21
44:19,21 47:1
113:10,12,17
185:9,12
186:12 187:7
187:11 188:2
**payments** 44:17
**pays** 37:15 41:9
**Pediasure** 86:8
86:13 87:11
162:17,23
163:18
**pediatric** 8:20
8:21 11:9
12:17,20 15:15
18:10,13 19:4
19:8,20 20:10
21:10 22:2

24:1 26:19,22
29:13 35:20
36:23 38:5,15
39:6,9 41:10
42:6,16 43:7
45:14 46:18
47:2,8 51:7
52:5 55:14
56:14 57:3
58:13 64:4,14
64:18 65:9
67:7,14 68:8
68:23 69:4
70:3,21 71:1
74:2 75:3,15
77:7,21 78:2
78:17 81:2
82:8 84:12,20
85:16,17,18
86:12 87:4,5,9
87:16,18,22,22
90:2,12 91:23
93:6 100:9,23
101:13 104:7
104:13 107:9
108:14,20
109:15,17,20
110:1 112:10
115:6 118:2,23
122:21 123:11
123:17,20,23
124:7,13
126:20,21
134:13,19,21
135:2,4,6,14
135:18,22
136:3 137:14
146:1,8,16
147:5,9,10,20
148:14 149:20
149:22 150:15
150:18,18,22
151:1,4 153:13
155:7,13 156:2
156:3,8,16
158:13,14

159:11,23
160:21 161:1,6
161:17,22
164:14,18
165:17 169:8
169:23 172:21
173:1 174:9,17
174:22 178:5
182:4,19
193:17,20,23
194:10,14
199:10,19
205:2 208:6
210:6 211:1,12
211:19 212:10
212:19 213:1
213:11 230:1
235:14 239:9
**pen** 188:4
**penalty** 231:14
**pending** 6:21
200:13 221:19
**people** 12:17,19
29:7,19 122:14
156:7 203:10
**percentage**
171:23
**perform** 169:15
169:17,19,23
**performance**
15:1
**period** 27:7 90:3
96:2 147:21
148:10 201:21
202:1,9 208:16
239:5
**periodically**
232:23
**perjury** 231:14
**permission**
132:21
**Perrigo** 64:22
65:1,3,4,16
66:2,17 67:3,7
67:10,16 68:14
69:3 94:15

96:19,21 97:13
97:17,17 98:1
98:5 151:6
158:18,21
230:9,12 231:4
231:5
**Perry** 20:15,23
21:4
**Perry's** 20:19
**person** 13:3 40:9
41:5 52:22
55:14 85:15
106:11 186:15
**person's** 79:3
**personal** 35:15
110:3,4
**personally** 33:6
34:10 166:6
**persons** 51:7
**perspective** 54:6
128:20 143:11
165:6 211:16
**pertain** 11:7
**Petak** 31:1,14
**phone** 188:7
203:7,8 206:2
215:7,17,20
216:18
**photo** 174:8
**photocopy**
41:19
**photos** 127:3,4
**physical** 167:18
**physically**
179:16
**pick** 123:3
**picture** 129:8
212:5
**pictures** 211:4,7
215:11 216:5
**piece** 42:14
143:2
**pieces** 169:1
**PI** 2:10
**place** 136:17
167:6 188:4

204:10,16,20
216:4
**placed** 15:13
123:16
**places** 60:14
124:23 128:16
**placing** 214:8
**Plaintiff** 1:6,20
2:3 6:8
**Plaintiff's** 3:12
3:13,14,15,16
3:17,18,19,20
3:21,22,23 4:1
4:2,3,4 7:18
55:19,23 74:19
89:10 105:10
110:17 116:11
118:11 130:16
144:16 152:18
174:5 183:3
191:1,12
197:18 211:5
**plan** 196:21
**plans** 24:23
172:20
**platforms** 216:2
216:6
**please** 87:1
219:17
**plenty** 6:13
**point** 8:6 26:20
27:1 37:10,11
39:23 40:17
95:10 97:19
130:8 158:7,8
173:13 199:2
212:6 220:11
**pointing** 230:6
**points** 212:12
**policies** 126:9
131:13 179:2
180:9,12
**policy** 126:7,11
158:5 185:20
186:3 188:11
196:2,13,17

197:9
**pool** 231:3
**populated** 85:8
**POS** 33:15 35:6
36:13 42:18
44:6 45:23
54:12,20,21
56:11,11,18
59:13 71:18
72:2,3,9,17,18
91:10,12 102:3
102:5,11 112:4
112:8 113:18
118:15 137:11
138:12 150:5
233:22
**position** 11:20
19:7 24:14
31:3,13,18
175:16 223:10
240:23
**positions** 25:7
**possible** 61:21
62:7,13 93:19
98:8,22 99:2
101:17,19
105:2,4 151:3
151:4 230:15
230:18,20
**post** 126:7
**post-cost** 140:22
**posted** 125:7
130:4
**potentially**
95:19
**PowerPoint**
21:17 130:21
**PR** 89:17
**practices** 131:22
**precise** 202:18
**predating**
226:11
**predominance**
171:20
**predominantly**
11:6 129:5

**prefer** 10:2
**preparation**
27:23 29:8,13
32:4,15 33:13
34:9 35:7 40:3
57:13 202:5
218:13 240:5
**prepare** 26:8,10
133:14 199:23
200:18 203:11
203:19 204:4
206:8 208:3,21
209:6,15,22
210:8 218:17
**prepared** 8:9
22:11 25:11
35:10 50:21
51:1 53:5,20
54:7,19 55:10
55:12 199:3
202:3
**preparing** 27:3
33:22 203:2,4
203:5 204:7
207:1 208:4
218:20 219:6
**present** 34:15
59:7 172:22
**presumably**
78:1 85:15
87:14 122:3
**pretty** 233:11
**prevent** 53:16
**previous** 83:19
**previously**
15:21 17:15
80:9 226:3
**price** 100:9,13
100:15 101:10
101:13,14
102:13 103:6
141:16 142:14
142:17,18
**prices** 101:18,23
**primarily** 22:16
**primary** 21:22

31:8 63:21
64:17,22 65:3
66:17 68:12,15
68:16
**prime** 68:18
**print** 122:20
123:9 190:23
209:21 211:9
**printed** 123:2
166:11 190:17
**printout** 210:22
**prints** 124:4
**prior** 13:6 18:7
21:3 27:19
32:22 65:6
68:12 95:20
132:16,22
140:23 143:4
146:13 147:6,7
150:16,19
158:13 165:21
165:23 166:14
183:18,21
184:2 204:10
204:13,16,20
210:12,14
232:19 239:10
**private** 14:16
24:23 109:7,9
156:6 157:14
157:21 160:8
162:16 209:8,9
**privilege** 198:2
**privileged**
220:15 221:14
222:6
**probably** 12:3
26:15,23 34:6
50:14 53:2,9
136:17 157:18
175:10 201:18
219:4
**procedure**
126:12
**procedures**
126:7,10

131:13 180:10
180:13
**process** 35:21
36:2,7 42:8
46:4,17 47:12
48:1 52:23
109:5 127:2,22
128:2,3,8
133:5,11,12
135:10 166:17
168:6,17 169:4
170:3 182:12
182:12 186:8
186:12 188:2
188:17,23
194:18 195:2,5
195:8,11
**processed** 42:18
46:19 118:3
140:14 141:8
142:3 143:5
144:9 191:7
227:22 232:12
**processes**
142:10,20
238:12
**produce** 155:16
**produced**
105:15 106:16
107:1 129:11
135:13 139:2
144:13 240:2
**product** 10:14
10:17,22 12:20
13:2,3,8 14:8
14:17,19 15:1
16:12,12,19
22:12 24:3,6
31:8 49:17
68:5 91:16,19
92:12,22 94:8
94:11 96:16
102:15 103:13
109:2 110:5
112:15 123:5
125:11 126:22

134:6 146:18
153:19 154:22
157:4,17,19
158:16 160:19
162:17 163:9
164:5,8,10
165:2 166:21
167:12 168:14
169:20 170:4
171:7 176:18
176:21 177:1,9
177:12 178:2
178:10,18
179:12,17,20
181:8 187:16
199:17 202:14
213:12 230:3
234:15
**product's**
126:23
**production**
71:13 83:19
166:9,10,14
167:22 172:11
**products** 10:20
11:11 26:22
31:11 91:8
108:21 109:9
127:4 136:10
146:10,14
163:12,13
166:7,10
175:12 211:15
211:21 214:10
**profit** 114:9
**program** 23:22
158:4 164:6
**progressed**
237:1
**project** 18:9
19:14 24:21
25:5,6 155:16
156:14 172:22
**projects** 209:12
**promising** 176:6
**promoted** 25:8

**proofread** 145:8
**proofreading**
152:5
**proper** 140:14
**properties**
167:19
**property** 61:10
61:19
**ProSpec** 21:11
21:14,18,20
22:7,15 127:2
127:9 166:22
167:8,14,17
168:11,18
170:14 171:4
171:16,22
172:2
**prospect** 21:13
**provide** 7:6
10:19 12:15
14:18 22:8
129:19 131:12
131:18 133:1
145:8 157:3,5
158:9 169:19
171:4,14 180:9
187:8 218:23
219:1,20 228:9
230:23 238:16
**provided** 22:14
38:8 40:23
41:2,12 67:16
85:4 127:1
128:17 156:12
156:15,19
164:23 169:8
172:2 175:7
176:12 178:23
181:14,17
230:12
**provides** 38:1
91:20,20
145:12 163:2
170:13 171:2
172:16
**providing** 14:10

124:21 131:5
176:20 181:11
187:6
**provision**
189:21 195:18
198:17,18
204:1,3,15,20
214:6
**provisions**
204:10
**publish** 131:7
**published**
135:13 136:9
**Puerto** 89:18
**pull** 29:22 40:6
106:4,15,18
137:2 216:3
224:2,21
236:22 238:15
239:19,20,23
240:6
**pulled** 30:2
32:19 33:2,15
57:9 61:23
62:16 71:11
75:18,20 106:9
106:11 136:23
219:14 235:10
235:10 236:21
238:13 239:5
**pulling** 68:16
69:7 238:10
**punitive** 197:19
198:12
**purchase** 39:5,8
41:10 45:14
50:3 55:14
87:4 105:16
106:21 107:2,4
107:9,18 120:1
162:19 177:23
177:23 185:8
186:17,21
187:4,9,22
188:19 189:8
189:10 196:23

197:10
**purchased**
49:10 77:8
78:15 79:8
80:5 81:2,10
82:8 87:23
107:10 139:5
185:8 186:10
216:17
**purchases** 38:5
38:15,22 47:23
48:8 49:5,21
49:22 50:1
73:8 107:12,14
117:19,21
184:16,21,23
185:6 215:2,5
216:8,11
**purchasing**
49:17 52:23
143:3 193:19
215:6,18
**purpose** 29:18
116:20
**purposes** 6:16
7:13 9:22 13:5
199:20
**pursuant** 1:22
**put** 8:7 44:1
45:6 54:10
105:5 123:19
126:1 127:17
127:20 128:23
133:3 196:19
198:16
**puts** 164:7
**putting** 132:10
176:13

**Q**

**qualifications**
192:20
**qualifies** 214:1
**qualify** 158:17
192:7,15 196:9
213:22

**qualifying**
213:19
**quality** 170:6
231:1 239:19
239:20,22
**quantified** 27:4
**quantify** 12:12
200:10 218:16
**quantity** 70:5
73:14 91:21
99:11 102:21
103:2,5 113:2
113:7,23
119:22 120:12
120:15
**quarter** 75:14
**query** 75:21,22
235:12 240:9
**question** 5:10
6:11,13,21
12:13,21 13:21
29:12 39:2,7
39:11,13 47:20
48:10 51:19
52:7,13 62:22
64:9 65:21
78:12 81:13
83:5 88:8
93:13 94:1
116:6 119:11
121:5 131:10
138:1 143:9,22
146:17 151:10
169:14 180:15
193:21 194:17
196:18 197:16
198:14 199:16
200:16 209:17
218:6,6,8
219:22 221:5
221:19,20
224:13 233:10
233:15 234:9
**questioning**
44:11 50:14
52:6 53:11

223:14
**questions** 7:4
29:20 45:4,10
52:15 200:19
206:15,23
207:1,7 208:19
220:3 222:12
222:18,22
223:15 224:9
227:7,9 240:19
241:1 242:6
**quick** 34:20,21
55:4 86:19
173:17,20
**quickly** 191:7
**quite** 15:19
22:22 231:5

**R**

**R** 2:1 30:9 31:5
31:9 79:22
102:22 242:1
**raise** 223:13
**ran** 240:10
**range** 57:16,18
57:20 58:2,3,6
58:8 59:2
89:21 111:23
117:15 137:15
138:13,14,15
139:14,17
**raw** 20:2 22:20
28:18,21 30:11
30:17,18
171:16 213:21
214:5
**re-ask** 29:11
**reached** 25:20
**read** 51:4
177:21 190:6,8
204:15 221:22
**readily** 215:8
**reading** 5:13
192:18 204:3
**ready** 56:3,5
**real** 34:19,21

**really** 21:18
26:6,7 43:20
45:7 51:22
54:16 75:6
138:2
**reason** 104:17
139:1 176:22
180:20 181:7
190:23
**recall** 15:20
20:12 25:19
27:11,14 30:4
31:16 32:13
33:14,16 35:8
57:11 70:22
111:5 151:11
157:7,7 160:14
160:15 205:13
205:20 224:12
224:13 240:14
**receive** 23:10
**received** 23:18
30:4 51:6,18
51:20 52:9
53:21 208:5
**receiving** 51:13
147:19
**recess** 35:1
86:21 136:19
173:22 210:20
221:17 223:20
**recognize** 56:7
58:10,11 74:18
89:13 105:13
110:20 118:14
130:15 144:19
152:21 174:3
183:6 211:1
**recollection**
107:1 184:7
206:21
**record** 8:5 38:17
46:23 50:15
53:4 55:4,6
92:20 110:11
124:4 135:12

141:12 185:22
189:7 198:1
219:15 221:15
221:22 222:21
225:1
**recorded** 6:15
65:14 103:15
110:12 232:23
**records** 34:8
46:2 52:1
93:20 107:15
148:17
**recourse** 131:23
132:3
**recycle** 66:4
68:4
**recycles** 68:2
**redacted** 79:22
138:8
**Redford** 1:13,17
5:4 6:2,6 7:21
8:9,13 9:19
35:3 54:4,6
55:9,13,21
136:22 191:10
221:4 222:7
241:2
**Redford's** 10:8
**refects** 69:16
**refer** 8:21,22
17:6 38:6 80:8
80:20 90:22
92:22
**reference** 84:9
**referenced**
57:12 80:9
106:13 205:4
**references** 67:6
**referencing**
61:13 145:5
**referred** 13:23
33:18 151:19
**referring** 13:23
17:18 38:19
125:6 131:1
134:22 137:10

Sarah Redford                                                    2/24/2021

Page 264

151:21 185:10
185:17 209:17
**refers** 79:19,20
92:10 93:6
**reflect** 56:13
59:15 60:9
68:7 69:15,17
69:20 70:3
71:15,19 73:2
73:6,7 74:1,6,8
76:3 80:1
82:12 83:23
90:1 91:12,23
99:19 101:5
103:6 111:21
112:9,14 113:3
117:14 141:19
142:1 226:15
236:15
**reflected** 55:15
70:17 71:2
72:18 80:23
90:1 99:23
100:14,19
101:23 102:22
103:12 106:22
107:20 112:3
114:15 116:15
117:10 119:1,8
138:10,15
139:9 140:18
144:5 167:23
168:14 232:14
235:3 239:11
**reflection**
228:22
**reflects** 57:3
59:18 60:1
69:18,20 75:2
79:12 82:19
84:2 104:6
**reformulation**
19:19
**reframe** 200:16
**refresh** 106:23
184:6 221:20

**refreshing**
206:20
**refund** 176:21
177:3,11,20
178:3 179:22
180:11,20
181:3,19 182:9
**refunded** 101:6
115:19 116:3
120:14 182:3
**refunds** 181:16
181:19
**regarding**
144:23 145:7
197:16 199:10
**Regardless**
113:17
**regards** 26:21
59:1 115:8
171:6 214:5
**regional** 161:9
161:11
**register** 36:5,9
36:14 37:1
40:18 42:9,16
42:19 46:2
118:6
**registered** 16:18
154:20 157:12
214:19
**regular** 31:23
**regularly** 21:10
32:2
**reimburse**
178:16 179:21
181:12
**reimbursement**
182:2
**reimbursing**
178:17
**reject** 168:1
**relate** 28:20
62:2
**related** 93:21
109:6,8,14,20
122:20 134:16

134:19,21
135:6 188:15
212:7
**relates** 19:15
43:20 44:9
45:8 50:10
52:6 62:4,7
83:20
**relating** 5:17
52:4,7 124:16
135:2
**relation** 77:14
**relationship**
96:23 98:10
137:6,8,17,21
**relative** 210:5
**relatively** 210:6
**rely** 209:23
**relying** 204:21
**remember** 19:3
26:13,15 27:10
27:18 34:2
160:10 184:9
202:8 205:12
224:22 240:16
**removal** 157:11
**remove** 16:20,20
127:19 155:5
155:13,22
**removed** 17:2
17:14 154:19
154:23
**reopen** 226:1
**repeat** 119:10
**rephrase** 83:5
**replace** 176:21
177:3 191:4
**replaced** 17:3,4
17:16
**replacement**
177:10,19
182:9
**replacing** 96:16
97:4,7
**replenished**
143:7

**report** 237:1
239:2,4
**reported** 85:23
233:21
**reporter** 20:6
112:5
**reports** 31:2
208:13 238:23
239:11
**represent** 6:8
102:4 138:23
**representation**
211:3 236:19
**representative**
7:1,7 10:4 12:4
25:16 51:15,17
199:22
**represents** 78:6
78:6 242:9
**request** 24:15
51:14 71:13
83:18 139:4
142:16 164:8,9
180:11 181:2
181:16,19
**require** 23:20
143:21
**required** 17:1
127:11
**requirement**
175:21,23
**requirements**
14:12 22:21
164:15 173:7
213:18
**requires** 198:14
**reread** 221:20
**rerun** 59:8
**research** 26:9
**reserved** 5:11
**residual** 151:5
**resolve** 88:6
**resolved** 31:12
**resource** 12:14
23:20
**respect** 8:15

12:16,23 18:13
19:4,8,20
20:10 21:9
22:3 23:19,23
24:3 29:12
36:22 76:4
123:10 124:7
124:12,19
126:20 129:2,3
133:15 134:12
135:13,18
145:23 153:8
153:14 161:5
179:3 182:4
190:3 192:12
193:19 200:19
203:15,20
209:5,6,23
211:21 212:19
217:2 218:13
227:11 237:14
239:9
**responded**
198:1
**responds** 128:22
**response** 51:14
71:12 83:18
139:3
**responsibilities**
10:17,23
**responsibility**
33:6 169:12
**responsible** 13:3
15:14 19:13
32:6 124:20
125:21 128:13
134:2 169:5,6
169:13 170:21
171:5 172:13
**restate** 131:10
193:21 237:11
**restroom** 34:20
86:20
**restructure** 21:2
**result** 52:9
242:15

resume 25:11
retail 69:22,23
  95:10 100:15
  100:18,20
  101:1,18
  102:12,12,14
  102:17 103:6,8
  107:7 114:3,5
  114:6,8 115:22
  116:3 127:23
  128:14,18
  129:10,11,18
  141:3 152:23
  154:6
retails 32:6,7
  33:7
retained 189:11
retire 104:23
return 72:11,12
  116:3 120:12
  120:12,19,22
  177:10,19
  179:9,13,14,17
  180:3,3 182:11
  182:12
returned 70:14
  72:10,12 101:1
  101:1,3 113:8
  115:18,22
  120:13,15
returning
  182:19
returns 56:12
  69:19 70:10,12
  70:16,17 72:14
  72:15,19 99:16
  99:20,22 100:1
  100:1,5,5,22
  102:5 115:17
  120:10,11
  178:11 179:4,5
  180:1,10
  181:15
reuses 85:11
revenue 36:22
  43:23 44:4,9

44:15,20,20,21
51:6,13,16,18
51:20 52:8,21
52:22 53:21
55:12 69:17
99:19 121:9,20
205:2 208:5,12
review 127:10
  128:23 166:9
  166:13,17,20
  172:3 207:15
  208:15 210:12
  219:10 238:15
reviewed 26:11
  26:14 41:12
  127:8 164:3
  186:5 190:9
  203:23 204:17
  206:11 207:14
  207:17 210:11
  238:14
reviewing 27:18
  167:21 172:9
  172:16 207:20
  238:10
reviews 128:19
revisions 210:12
  210:14
Rico 89:18
right 10:12 35:2
  50:20 51:5
  69:13 70:13
  127:14 136:18
  138:7 173:23
  197:2 216:20
  221:16 223:23
  224:8,23 227:6
  228:19
role 18:7 19:3,7
  20:19 21:8
  122:16 229:17
  240:3
roles 18:13
rolling 90:21
rotate 216:21
roughly 114:13

routed 168:21
routine 167:2
routing 168:22
row 66:15 67:1
  76:11 78:22
  92:4 93:5
  114:18 150:4
  224:16 225:16
  225:19
rules 5:17 6:10
run 34:20 75:23
  87:8 169:9
Ryan 31:17,19
_____
        S
_____
S 2:1 5:1,1 6:1
s/Kayla 242:21
safety 22:21
sale 36:23 37:10
  37:11 39:23
  40:18 47:2,14
  51:6 52:9 59:4
  65:14 75:3
  76:4 79:6,11
  79:13 81:15
  98:5 100:13
  103:11,19,20
  103:22 104:16
  104:16 120:18
  120:19 121:1
  138:4 139:18
  141:2,3 158:13
  227:2 229:23
  230:13 236:4,4
  236:5 237:14
sales 31:21 32:8
  32:9 35:3
  37:17,22 38:1
  38:18 39:17,22
  40:6 47:18
  48:5 49:8 50:6
  55:11 56:11,13
  56:19 57:3,5
  59:6,13,16
  63:6 69:14,15
  69:16,18,22,23

70:2,2,4,6,9,9
70:12,23 71:4
71:16 72:2,9
72:10,18 75:1
75:14 76:2,3,5
76:8,10,12,19
76:21 77:2,3,6
77:8,13,15,17
77:19 78:3,4,6
78:21,22 79:1
79:6,12 80:6,7
80:10,17,17,19
80:20,23 81:3
81:4,11 83:3,7
84:1,3,3,5,6,9
84:13,14,16,17
85:23 86:6
88:10 89:15
90:15 91:11,12
91:21 95:21
99:6,18,20
100:19 102:5
103:6,14,15
111:11 112:4,9
112:10 117:12
117:15 118:15
118:23 119:9
119:13,14
120:21,21
121:8,8,23
137:11,14,23
138:6,10,13,23
139:8 140:17
144:3 150:5
189:10 227:23
229:20 230:21
232:22 233:21
233:22,22
235:20 236:23
238:18,19,21
238:23 239:2
salty 11:17
samples 131:17
  155:17 164:23
  166:9,14
  167:22

Sarah 1:13,17
  5:3 6:2 20:5
  28:1,12 29:3
  29:15 45:10,17
  46:7 56:22
  60:18 70:8
  78:11 106:23
  184:7 223:23
  241:2
saved 37:2
saving 226:2
saw 87:10
  152:13
saying 50:17
  53:14 54:20
  80:16 81:6
  93:14 149:6
  172:5 192:10
  198:1 227:17
  231:18 233:4
  233:13 234:1
says 60:13 63:21
  64:22 70:9
  84:19 89:16
  90:20 92:17
  98:15 99:23
  111:7 116:20
  118:16 119:5
  119:22 120:4
  176:17 183:11
  190:20 191:23
  192:6 197:15
  213:16
scale 170:4
scan 37:1 48:15
  92:5,7
scanned 36:14
  37:9 93:9,11
  93:15,21
scanning 185:8
  185:10
scans 36:10
  42:16
scheme 156:6
science 14:23
  23:12

scope 36:18
  37:20 44:11,14
  45:3,7,17 47:6
  47:21 49:7
  60:18 194:22
  195:4,14
  198:16 217:20
  237:17,19
scores 14:22
screen 215:17
scroll 84:7 86:4
  86:23 104:3
  116:19 191:18
  212:9 230:4,9
scrolling 215:22
search 19:1 34:8
  87:8
searched 12:2
second 66:14
  105:6 192:6,9
  192:14 212:15
  222:14 224:5
secondary 30:16
  187:4
section 130:10
  171:22
see 37:20 44:8
  57:20,23 67:19
  67:22 71:3
  82:7 100:19
  107:15 110:10
  117:23 144:1
  153:2 159:3
  163:5 171:21
  178:11 192:3,9
  204:9,12
  212:13 221:12
  224:6 226:21
  230:14 237:3
seeing 66:13
  67:1 150:11
seek 175:10
  182:2
seeks 175:22
  198:3
seen 7:21 26:23

94:7 105:19,20
  110:23 117:6
  123:22 168:14
  208:14 216:16
  238:20,21,23
  239:2,10
segment 14:18
segregate
  113:12
select 162:17
  163:4 230:10
selected 58:4
  89:21
sell 43:11,14
  96:23 163:12
  163:13
seller 118:17
selling 64:3,6,8
  64:10,11 70:20
  96:1,4,11,12
  96:13 101:15
  115:5 159:11
  161:22 164:10
sells 11:12 58:14
  63:16 96:15
  103:18,18
send 134:23
  142:15 191:5
sends 134:19
  189:14
senior 10:14,17
  20:21 21:8
  24:21 25:6
sense 138:23
sensory 14:11
  14:20,22 17:1
  165:1,2,5
  167:18 169:7
  170:7
sent 135:17
  144:22 145:6,6
  146:13 148:20
  164:18 187:16
separate 84:4
  94:22 119:12
  161:8 186:20

226:19
separating
  221:6
September
  226:9,11
  233:17
series 167:7
service 128:16
  178:10,14
  182:17 183:21
  188:8,9
services 23:20
  185:23 188:15
set 1:22 103:16
  113:19
sets 117:23
  139:8 228:5
setting 33:7
settle 55:9
setup 48:15
seven 64:22 65:2
  66:15 67:20
shake 8:22,23
  8:23 9:7,8 11:9
  17:10 19:21
  42:16 52:23
  58:13 67:7,14
  68:8 73:15
  75:15 77:21
  78:2 82:8
  84:20 85:18
  87:22,22 88:14
  94:16,17 95:1
  99:12,13
  101:14 104:8
  104:11,13
  107:9 113:3
  120:7 122:21
  123:17,23
  141:16,19
  149:20,22
  150:18,22
  151:1,4 153:15
  156:17 161:15
  164:14,18
  165:18 174:9

174:17 178:5
  180:23 182:4,8
  193:20 211:1
  212:10 226:18
  227:2,3 231:19
  231:20 233:19
  233:19 237:4,5
  238:6,7
shakes 8:20,21
  9:6 12:17,21
  13:1 14:1,6,8
  15:15 16:2,6
  16:10 17:7
  18:10,14 19:4
  19:8 20:11
  21:10 22:2
  24:1 26:19,22
  28:16,22 29:13
  35:20 36:23
  38:5,15 39:6,9
  41:10 42:7
  43:8 45:15
  46:18 47:3,8
  51:7,19,20
  52:5,10 53:21
  55:15 56:14
  57:4 59:4 60:1
  64:4,14,18
  65:9 66:23
  68:23 69:4
  70:21 71:1
  73:19 74:2
  75:3 77:7
  78:13,14,17
  80:5 81:2,10
  83:16 84:12,21
  85:7,12,14,16
  85:17 86:12
  87:5,9,17,18
  90:2,12,17
  92:1 93:6
  94:21 95:4,5,8
  95:13,15,18,20
  96:2,4,5,11,12
  96:13,19,19,21
  97:5,8,13,17

97:22 98:2
  100:10,23
  108:14,20
  109:15,17,21
  110:1 111:21
  112:10 115:6,9
  117:16 118:2
  119:1,23
  123:11,20
  124:8,13,19
  126:20,21
  134:13,20,22
  135:2,4,6,14
  135:19,23
  136:3,14
  137:15 139:5
  140:2,4,18
  142:15 143:12
  143:13 146:1,8
  146:16 147:5
  147:10,20,21
  148:5,9,10,14
  150:15 153:9
  153:13 155:7
  155:14 156:9
  158:13,14,18
  158:21 159:6
  159:12,23
  160:21 161:1,6
  161:16,17,22
  162:5,9 169:8
  170:1 172:21
  173:1 174:22
  182:19 193:17
  193:23 194:2
  194:10,14
  196:23 199:11
  199:19 205:2
  208:6 210:6
  211:12,14,20
  212:19 213:1,4
  213:11 216:17
  224:11 226:12
  226:23 227:12
  227:19 228:6
  228:16 230:1

Sarah Redford                                    2/24/2021

230:16 232:6
232:10 233:7
235:14 239:3,4
239:9
**Shane** 17:22,23
18:1 20:8
**share** 7:15 21:19
74:10 86:13
87:17 105:6
110:9 116:7
152:15 190:11
**shared** 217:14
**sharing** 55:19
89:6 110:14
118:8 173:23
182:23
**she'll** 221:15
**sheet** 78:20
80:20 151:22
233:21
**shelf** 10:22
22:13 31:12
36:4 97:21
98:7 136:10,11
145:19,20
146:20 165:3
165:11 167:12
170:4,8 175:12
230:13,17
234:16
**shelves** 168:15
**ship** 72:12 80:21
102:12,14,18
103:2,4,6
113:23 114:1,3
114:6,8,8,16
114:17,18,21
115:1 120:18
146:20 150:10
160:19 187:12
187:15
**shipment**
147:13 226:12
**shipped** 72:7
95:19 102:8,9
102:16 103:3

113:20 114:1
119:6 120:2,9
120:21 121:2
148:10
**shipping** 140:8
146:14,15
147:4,15
149:10 186:14
**ships** 56:11
71:18 72:3,11
72:18 102:4,11
113:18
**shop** 168:15
**short** 8:18 17:7
202:10
**shortly** 190:15
**show** 72:7,11
97:13 100:18
103:2,4 113:2
113:23 114:2,3
115:17,23
149:9 227:23
235:20
**showed** 26:15
102:19
**showing** 60:5
66:10 111:18
119:13 146:3
225:16
**shown** 99:5,6
111:22 119:9
**shows** 65:15
69:13 72:10
73:15 98:5
99:11 100:23
104:15 108:12
114:6 116:2
126:22 137:13
150:9
**shrink** 174:23
**shrunk** 174:19
**side** 105:5
172:12
**sign** 48:17 186:7
186:15,16,18
187:22 194:18

195:1,5,8,11
**signature** 5:13
188:3,4
**significance**
78:9
**signifies** 77:12
98:13,17
**signify** 76:20
77:7,11
**signifying** 61:22
**signs** 48:21
188:19
**similar** 26:23
87:10,13
105:20 153:18
153:18 188:6
208:13 216:12
237:2
**similarly** 1:5
113:18
**Simone** 20:15,18
**simply** 164:4
167:21 186:10
**single** 92:22
145:21
**sir** 18:6 23:7,15
23:17 24:2
27:17 57:15
90:19 153:5
221:23 231:16
236:9,11
**sit** 202:17
**sites** 188:14
**sitting** 198:10,23
217:1 236:13
**situation** 168:7
229:22
**six** 78:23 82:9
84:12 85:14
153:17 212:11
**size** 154:3
**slightly** 161:7
**slipped** 29:22
**Slope** 2:6
**small** 170:4
192:7,15,20

193:3
**snacks** 11:17
**Snap** 46:12,18
social 135:21,23
209:21
**sodium** 130:3
**software** 21:9
**sold** 8:20 16:7
38:2,8 58:21
59:19 60:1,6
60:13 69:14
71:5,8 79:1
81:15,18,19,23
90:3 92:1 93:7
95:20 96:21
97:2,10,14
99:13 104:1
111:21 113:4,7
113:16 114:10
115:23 129:10
139:1 143:17
143:19 148:11
149:23 150:19
151:1 158:19
159:6 161:8
162:4,5,9
165:11 167:4
174:22 226:17
228:1,6,17
229:3 231:5,20
231:21
**sole** 69:3
**sorry** 13:17,21
14:14 26:7
28:7 29:3,9
31:2 32:18
38:23 42:12
48:21 50:2
56:23 63:7
66:13 72:21
75:6 86:5 91:6
91:18 101:21
111:11,15,16
119:10 137:23
151:14,17
152:2 155:19

174:15 196:5
229:10 237:11
240:14
**sort** 29:4 60:3
212:5 224:1
225:7
**sorted** 33:2
225:18 226:3,4
**sound** 105:17
**sounded** 76:23
**sounds** 54:6
**source** 30:16
213:19
**sources** 17:3
22:20
**sourcing** 19:6,11
19:13 30:15
**SOUTHERN**
1:2
**Southwest** 10:5
**span** 200:20
**speak** 27:22
28:9,13 29:12
30:6,21 32:3
32:14,16,22
33:5,12 35:6
40:2,7,8 81:6
174:13 205:7
209:18
**speaking** 35:5
86:6
**spec** 168:1
**specific** 24:6
59:1 60:11
63:10 74:4
75:1,14 76:5
76:10,12 80:18
84:14 91:13
92:19 93:9,17
93:18 107:5
109:6 112:2
131:19 141:6,7
227:18 229:20
232:10 238:6
239:4
**specifically**

14:16 22:7
28:15,22 29:19
36:7 38:8,12
52:21 60:5
61:9 79:5
80:10 107:4
117:12 126:10
130:2 156:10
180:1 188:3
**specification**
21:11,21 167:8
167:16
**specificity**
143:22
**specifics** 54:15
**specified** 5:5 7:6
138:13
**speculation**
85:20
**speed** 206:20
**spell** 21:6
**spend** 207:19
**spent** 27:2
200:12 201:9
204:7 207:1
208:4 218:20
219:6
**spoke** 32:15
33:5 40:5 41:5
57:8 106:11
119:20 205:5
221:23 240:6
**spot** 225:21
**spreadsheet**
33:17 38:10,11
40:21 41:3
55:15,20 56:10
57:7 69:8
70:18 71:2,11
71:15 74:11,18
74:22 75:9,17
76:8 80:7,8,9
81:5,9,22
82:12,17 83:7
83:20,23 84:2
84:4 85:4

88:23 89:9,14
90:23 97:12
98:5,21 102:1
103:23 105:9
105:19,20
106:3,10,12
107:13 110:21
110:23 111:4,6
111:10,20
113:11 116:9
116:15 117:3,6
117:11 118:10
119:2,18
140:20 144:6
149:21 150:16
152:3 228:8,10
228:12,14
229:8,11
232:17 234:3,8
235:4,9 236:11
236:19 237:5
239:12
**spreadsheets**
81:7 100:14
106:15 117:5
121:7 137:7,8
205:22 206:6
206:12
**stand** 45:2 89:17
111:8
**standards**
131:22
**standpoint**
14:20 126:12
127:15 146:19
160:8 166:22
169:12 173:11
173:12
**stands** 77:4
**Starnes** 2:10
**start** 35:18
64:18 70:20
219:2
**started** 24:23
147:4 159:11
161:21

**starts** 26:5
**state** 23:9 59:21
111:7 119:5,5
192:3 228:20
242:2,23
**statement** 16:16
22:19 33:15
138:18 159:12
171:19 172:1
192:12
**statements**
129:8 171:19
173:1 214:12
**states** 1:1 51:8
161:8 192:2,14
**status** 116:17,23
118:6
**stay** 146:20
**stayed** 19:22
**stenotype** 242:6
**Stevia** 16:22
17:16
**stipulated** 5:2,8
5:12,19
**stipulations**
1:22
**stock** 98:13
146:20
**stocked** 161:2
**stopped** 97:17
**stopping** 130:8
**storage** 114:12
**store** 35:19 36:4
37:4 38:9 43:8
43:9,11,13
49:18 56:17
60:15,22 65:15
70:13 74:6,8
89:15 91:9
96:15 98:7
100:1,5 101:16
103:7,9 107:5
107:12,16,22
111:7 112:12
113:4,21 114:4
115:18 116:2

117:23 120:2
122:22,23
123:2,4 136:10
136:11 145:21
178:1,9 180:4
181:5 182:8,17
182:21 185:19
229:21
**stored** 36:13
38:4 39:22
42:19 43:3
45:20 46:20,22
47:3,15,18
48:5 49:4,9
50:7
**stores** 1:9 46:5
74:2 89:17
92:2 93:3,8
97:14 99:6,14
101:10,11,17
102:9,16
107:11 111:11
111:19 113:10
145:20 147:5
148:11 174:22
182:14
**strawberry**
58:17 84:12,16
84:21 85:4,7
85:16 87:11
90:11,16
161:20 162:2
163:23 173:4
173:11
**Street** 10:5
**strike** 43:6 62:5
68:22 226:15
**structure** 76:17
**subject** 132:7
166:3 231:14
**submits** 164:8
**submitted** 23:3
**subset** 138:17
**substance** 28:3
**substantiate**
140:12 171:10

**substantiated**
171:11
**substantiates**
171:3
**substantiation**
22:10 171:14
172:1
**substantive**
186:2 206:23
207:3
**subtract** 114:11
**Sucralose** 16:13
16:21
**sudden** 237:21
**sufficiently**
35:10
**Suite** 2:6
**summary** 201:9
**supervisor**
20:13 21:1,3
**supplied** 67:7
**supplier** 59:17
63:21 64:17,23
65:3,5,18,23
66:17 68:1,12
68:15,17,17,19
69:3,11 71:22
73:4 80:18
91:20 120:4,5
125:21 126:16
127:11 129:12
131:20 132:1,5
132:15,21
133:3 143:17
145:13 160:23
161:2 164:4,8
165:12 168:1
168:22 171:3
171:12 172:2
175:7,14
178:23 238:16
**suppliers** 28:19
68:6 126:6
131:6,13,18
132:23 133:9
134:1,2 165:14

Sarah Redford

2/24/2021

213:18 214:4
**supply** 73:10
**supplying** 64:14
64:18 65:9
66:22 68:20,21
68:23 95:5
**supposed**
220:17
**sure** 6:14 9:12
9:15 19:21
24:18 36:6
61:17 80:22
83:6 88:3 96:1
103:1 130:4
131:12 134:23
139:7,18 141:2
143:10 148:7
170:17 172:10
172:13 179:6
179:10 180:13
184:8 199:15
200:10 205:11
221:13 222:21
223:9 225:14
233:3,11,13
240:2
**suspending**
240:20
**sweetened** 16:13
**sweetener** 154:8
**sweeteners**
153:3 154:17
154:20 155:6
155:10,23
156:18 157:23
158:12,20
159:8,13
160:17 162:14
162:18,22
176:3,8 177:17
212:15 213:9
213:14 214:9
214:17
**sweetening**
17:15,18
157:13 158:23

177:2 214:22
214:23
**sweetenings**
17:8
**swipe** 216:20
**swiped** 45:23
46:1
**sworn** 6:3 23:4
**synonymous**
159:19
**synthetic** 153:3
154:7,16,19
155:23 157:13
158:11,19
159:7,12
160:17 176:3,8
177:2,16
212:14 213:8
213:14 214:9
214:18
**system** 21:12,21
30:3 54:13,20
66:3 92:4,6
93:9,11,15
94:3 95:21
98:19 140:15
141:8,23 142:6
142:10,12
143:16 148:13
148:23 167:1
168:22 179:1
226:21 227:20
228:3,11,13,15
228:21,23,23
229:19 234:14
234:23
**systems** 29:21
52:1,14 53:23
144:10 148:2
150:7,12
238:12

—————
**T**
**T** 5:1,1 6:1
102:11 242:1,1
**T-O-W-L-E**

21:7
**tab** 59:13,14
70:17 71:18
72:1,14,19
73:1 90:1
91:10 99:23
100:22 102:4,7
102:11 103:10
103:12 106:21
106:22 107:12
107:18,20,21
108:4,12 112:4
112:9 120:9,10
120:11,17,18
120:19,22
137:10 225:5
**table** 88:12 99:5
99:6
**tabs** 90:22 121:3
**take** 6:19 33:21
34:19 43:16
55:3 86:17
126:3 136:17
173:17,20
210:18 221:10
222:16 228:12
230:8
**taken** 1:18 5:4
33:17 35:1
86:21 136:19
173:22 210:20
221:17 223:20
242:5
**takes** 36:4,5,8
43:10,13 127:4
135:5
**talk** 8:19 28:2
29:7,18 30:1
53:6,20,22
54:4 55:10,12
202:4 203:16
206:17 207:4
237:20
**talked** 28:2,3
32:20 95:12
113:19 121:7

137:13 140:1
203:11 205:2
209:20 215:1
232:5
**talking** 31:19
50:16 58:16
61:12 66:18
79:14 81:8
112:8 137:20
145:22 153:12
200:12 203:9
203:20 206:7
209:19 228:11
237:19
**talks** 212:9
**tasked** 157:3
**taste** 169:5,6
180:22
**tax** 116:4,16,17
117:13 118:3,6
**Taylor** 2:5 50:13
223:12 240:19
**team** 22:2 24:23
38:7 39:21,22
157:1,8,9,14
209:9
**teams** 122:10
135:9
**teased** 236:3
**tech** 24:23 25:6
**tell** 24:16 28:13
29:8 51:2
76:18 80:4
103:11 226:16
227:1 229:2
231:19 233:13
233:23 234:4
**telling** 231:15,17
**ten** 201:17
222:15
**tender** 43:23
107:20 108:12
**terminate**
126:17 132:12
132:14 175:10
**termination**

132:4
**terms** 14:15
16:12 19:18
29:5 30:2 38:8
44:6 49:16
68:17 75:9
103:17 129:4
129:21 143:15
143:21 157:11
164:4 171:14
180:1 183:2,9
183:15,17,20
184:2,15,23
185:5,23
188:11 189:15
189:22 191:16
191:23 195:21
196:2 209:20
237:3
**test** 169:11
**testified** 6:3 44:5
54:14,19
203:23 227:10
232:9 234:17
**testify** 6:23 8:2
8:10 35:10
50:22 51:1,18
53:5 54:7 75:8
198:4 199:3
220:4,9
**testifying** 7:11
8:14 25:15
75:11 109:19
109:22 231:10
231:11
**testimony** 23:4
80:15 88:17
128:10 172:7
209:1 220:12
220:18 221:7
222:1,4 223:2
235:6 242:10
**testing** 14:12
17:1 22:22
167:3 169:5,7
169:16,17,19

Sarah Redford

2/24/2021

Page 270

169:23 170:10
170:12 171:1
171:10
**tests** 170:5
**thank** 21:15
25:14 31:20
107:3 185:15
220:2
**Thanks** 74:17
223:12
**theoretically**
186:19
**thereto** 242:7
**thicker** 153:17
**thing** 14:13 99:3
208:14 224:1
**things** 6:11 11:5
22:4 29:5
53:12 167:22
168:19 178:8
206:20 207:3
232:4
**think** 8:11 12:1
24:15 29:16
34:2 36:18
38:6 43:22
44:1,13 50:14
50:19,20,23
52:18,19 53:9
54:3,5,13,15
54:18,23 55:7
56:20 65:3
70:9 71:11,12
75:5 78:10,11
78:11,13 80:15
83:6,10,17
88:17,18
117:20 136:16
151:16 172:7
185:7 190:16
193:22 194:1
203:22 208:7
218:19 219:17
219:21 220:19
222:18 223:4
224:2,8 228:2

235:6
**third** 61:1 64:10
127:9 128:15
128:19,22
166:11 167:1
167:10 168:21
169:11 170:16
171:9 178:13
180:6
**thought** 132:10
156:15
**thoughts** 222:17
223:18
**three** 85:3 158:2
**tied** 66:1 76:8,11
79:3,5 234:13
**time** 5:4,11 6:13
6:19,22 15:20
16:6 18:14
19:5,9 25:20
27:2,7 34:14
53:17 56:2
74:3 90:3 96:2
96:13 99:23
101:14 107:23
111:17 139:14
141:18 143:1
147:4,21
157:20 162:18
178:19 182:6
195:18,22
199:2 201:9
202:8,10,11,11
202:12 204:6
207:13 208:2,4
208:16 212:3
212:17,23
215:5 216:17
218:13,15
221:6 222:22
223:6 230:14
230:17 237:1
239:4
**timeframe** 9:5
140:12 236:20
**timeline** 14:12

25:19 26:8
31:15 202:4,17
235:10
**times** 25:8,9
27:10,16 73:6
205:7
**title** 10:13 24:10
31:16 62:16
224:6
**titled** 38:13
**today** 6:9,23
7:11 8:2,10,19
25:17 26:10
27:3,19,23
29:14 35:7,12
40:4 53:17
158:2 159:3
198:6,11,23
199:4,21 202:4
205:3 207:7
217:1 219:7
220:3,9,11
223:2,16
227:10 231:10
231:12,15
236:13
**today's** 133:15
218:17,21
**told** 29:6
**top** 18:23 115:7
141:10 151:13
160:5
**topic** 28:16
30:15 44:14
145:18 197:15
199:23 200:9
200:19,21
201:2 203:14
203:21 204:4,7
205:1,5 206:9
207:12 208:4
209:4,15 210:9
**topics** 8:2,9,15
35:11 36:21
40:1 45:8
50:10 54:7,8

207:7 209:11
209:23
**total** 78:18
119:21,22,23
218:19 219:4,6
222:18
**totals** 80:17
**Towle** 21:5
**track** 38:1,14,20
38:21 39:7
44:15,20 45:13
46:23 48:4
51:13,16 52:2
54:1 71:4 81:1
121:23 193:17
208:12 229:20
**tracked** 40:10
55:11 82:22
110:13 121:9
121:11 178:21
178:22 237:14
**tracking** 37:22
40:11 44:4,19
52:21 143:15
143:16 237:9
**tracks** 36:22
37:17 39:4,16
44:5,16 45:19
46:13 82:14,16
83:3 90:15
121:20
**training** 23:19
23:23 24:3,5
**transaction**
108:1
**transcribed**
242:7
**transcript**
242:10
**transcription**
242:8
**transitional**
148:9
**transport**
114:12
**travel** 54:22

**Travis** 2:4 6:7
34:21 43:19
50:19 55:3
223:4
**trial** 5:11 9:22
10:3,10 220:18
**tried** 29:4
**true** 65:10
230:19 234:20
235:16 242:9
**trust** 240:8
**truth** 231:15
**truthful** 133:1
239:7
**truthfully** 220:5
220:9
**try** 7:15 9:13
**trying** 17:9
33:14 36:21
38:21 39:3
53:16 61:17
62:6 70:1 78:8
78:17 85:6
88:3,5,23
120:23 137:16
138:3 139:7
140:16 143:10
156:5 163:8
191:6 196:20
200:17 202:6
206:20,22
208:2,20 214:7
214:13 215:23
218:1,14
227:16 233:5
239:5,6,8
**two** 26:4 51:8
59:23 60:8,8
63:21 66:8
67:3,16,18,20
68:5 70:4 72:5
78:22 81:7
82:7 90:21
91:23 92:4
93:5,6,19 98:9
100:22,23

Sarah Redford

2/24/2021

Page 271

101:3,7 114:18
137:6,8 138:5
150:4 178:8
198:3,15
201:15 225:16
226:5 228:5
**tying** 81:6
**type** 14:12 43:23
123:5 130:1,20
131:6 153:14
167:19 207:21
**types** 116:22
131:17 157:16
158:3
**typo** 173:13

**U**

**U** 5:1 114:21
**UBX** 30:3 32:20
178:23 182:1
231:1 238:16
**Uh-huh** 18:11
81:21 114:20
140:10
**ultimately** 36:15
128:3,20
165:10
**underlying**
197:16
**understand** 6:22
7:10,12 8:1,4
9:2 29:4 33:1
33:10 36:21
39:4 53:2 54:8
61:18 62:6
64:7 70:1 78:8
78:9,18 82:1
85:6 103:2
120:23 137:16
139:15 140:17
143:8,10 148:8
156:5 163:8
196:6,20
199:15 200:15
200:17 202:7
216:1 217:22

218:2,5 223:10
227:16 228:10
231:9,11,13,16
233:3,5 237:20
239:9 240:22
**understanding**
7:9 8:17 19:18
37:13 43:16
44:16 77:23
98:3 117:10,18
129:22 181:6
183:12 184:19
196:1 209:8,14
210:1 218:15
231:23 235:8
236:8,12
**understood** 7:8
9:1 139:22
**undoes** 227:9
**Unfortunately**
190:10
**unhappy** 177:14
179:12 181:8
181:10
**uniformly** 46:5
**unique** 63:16
66:8,9 75:12
76:3 240:13
**unit** 70:5 78:5
78:12 91:21
99:11 101:11
113:6 114:10
115:5,20,23
129:11 141:3
154:6
**United** 1:1 51:8
192:1
**units** 38:8 73:3
77:4 81:19
101:3,7 103:3
103:7,8 113:7
113:7,16,20
114:19 115:18
**University** 23:9
**unrelated** 30:14
**UPC** 36:10 37:9

58:10,11,13
59:17,19 60:10
62:3 67:15,19
67:20,21 68:2
68:4,7 69:8,10
71:21 75:20
84:5,22 85:1,5
85:11,13,17
86:1,13 87:11
87:15,16,17
88:13,19,20
89:23 90:4
92:1 94:5,8,11
94:14,16,17
104:10,14,20
105:3 143:16
143:19,21
**UPCs** 58:20,21
58:23 85:3,11
88:21 90:5,13
94:3,6 104:23
137:16
**update** 37:18
125:11 132:20
142:5 152:4,6
168:5
**updated** 95:11
147:23 148:1
173:7 183:11
211:17,21
212:6
**updates** 168:2
189:14,15
**updating** 145:23
211:14
**upgrade** 160:9
**upload** 132:2
188:4
**uploaded** 129:6
171:16
**uploading**
132:16
**US/PR** 89:16
**use** 21:10,17,20
37:23 86:19
92:21 94:23

96:9 104:21
108:7,23 183:2
183:10,15,18
184:2,15,23
185:5 186:8
188:6,8,9,11
188:18,20
189:15,22
191:16,23
194:19 195:21
196:2 210:4
212:5 217:2
**user** 186:9
**uses** 105:3
123:10,13
153:8
**Utilizes** 68:5
**utilizing** 14:22

**V**

**vague** 35:23
51:16
**valid** 180:20
**validating** 165:1
**validation**
155:18 169:20
**value** 103:8
114:3,5 153:1
163:5,7
**vanilla** 8:22,23
58:16,20,21
70:21 71:1,4,5
71:8,16 78:23
82:9 83:15,20
83:23 87:4,5,9
87:17,23 88:14
88:19 90:2,11
90:14,16,18
91:23 94:21,21
99:12 104:8,13
111:21 117:16
153:8,15
154:12
**various** 39:4
44:17,19
190:15

**vendor** 98:12
126:16 132:3,4
132:7,13,23
165:14,16,20
165:22 166:3
166:17 170:18
175:9 230:4
**venue** 180:2
**verbal** 6:17
**verbally** 11:2
**verify** 199:13
**version** 129:6
183:9 186:5
190:12,22
204:13,18
217:16
**versions** 185:20
190:16
**versus** 42:1 44:7
93:9 38:21
99:5 115:1
140:1 141:3
143:12 144:2
162:10 182:20
215:7,14,17
227:3 236:5
238:7
**vertically**
216:19
**video** 1:21 6:15
111:18
**view** 54:16
**views** 129:18
**Vinings** 2:6
**violate** 126:14
**violated** 131:22
132:2,13
**violates** 126:16
**violation** 175:9
**visibility** 167:10
**visible** 215:8
**visit** 107:5,22,23
**VP** 31:5
**vs** 1:7

**W**

Sarah Redford

2/24/2021

**wait** 6:12 20:5
206:21
**waived** 5:14,20
**WAL-MART**
1:9
**walk** 35:21 36:1
123:4 133:4,10
178:9
**Walmart** 1:8 7:1
7:7 8:14,20
9:16 10:3,4,13
11:12,16,22
15:9,15 17:9
18:1,3,7,14,22
19:5,19 20:9
20:14,20 21:23
22:8 23:19
24:8,11 25:16
28:10 33:19
35:5,19 36:22
37:16,17 38:14
38:17 39:4,6,7
39:15 41:9
43:9,10,13
44:23 45:13,19
46:2,5,13 48:4
48:11,12,18,21
48:23 49:5,11
49:17 50:8
51:14,17 58:13
58:22 59:3,6,8
59:10,16 60:11
60:15,22 61:2
61:3,5,7,10,20
62:10,19,23
63:2,9,12,12
63:15,16 64:4
64:11,14,18
65:17 66:4,23
67:5 68:2,4
69:4 70:20
71:4,7 72:7
74:11 80:11,12
80:22 81:9
82:2,14,16,22
83:2,6,9 85:10

85:11 88:5,9
89:1,7,16 90:2
90:15 91:4,18
92:2,14,15,17
92:21 93:8,18
93:18 94:23
95:5,7,15,17
96:11,21 97:16
98:7,23 99:14
99:19 101:11
101:15 102:19
103:3,5,7,9,17
104:1,21,23
105:2,6 106:5
106:5,6,16
107:11 108:2,8
108:13 109:8
109:19,19,23
110:5,6,10,15
111:7 112:1,14
112:17,20
113:10 114:2,4
114:9,22 115:5
115:9,10,12,13
116:8 118:6,9
118:18 119:9
119:13 121:6,9
121:17,19
122:4,11,19
123:6,10,16,19
123:22 124:3,8
124:11,14,16
125:16 126:2,3
126:17 127:7
127:18 128:2,4
129:19 130:2
130:12 131:5
131:12,21,23
132:8,10,16,22
132:22 133:12
134:6,9,12,18
134:23 135:1,3
135:5,11,17,22
136:2,14,21
137:3 138:11
138:12,18

140:6,13
141:12,21
142:16,19,22
143:23 144:8
147:19 148:11
148:16 150:4,6
150:9 151:21
152:8,11,13
153:8 154:16
155:1,2,3
156:7,9,16,23
158:19 159:11
160:21 161:1
161:21 162:22
163:5,9,11,13
163:16,21
164:2,3,7,9,13
164:19,21,21
165:10,12,13
165:15,16
168:15,18,20
169:15,22
170:16,23
172:3,19
174:22 175:2,4
175:11,20,21
176:6,10,14,20
177:3,10,19
178:6,7,9,21
179:2 180:5,8
180:21 181:15
181:17 182:2
182:13,21
183:20 185:5
185:14,16,18
185:19,22
187:9 188:12
188:13,14,20
189:2,7,14
193:10,16,19
194:7,15 195:6
195:9,12 197:8
199:22 205:4
208:5 209:9
212:3,17
213:16 214:7

214:13 215:3
215:13,18
216:14 217:3,5
218:3 226:16
227:1,17 228:5
229:2,17
231:19 232:13
237:8,13 238:4
**Walmart's**
12:14 47:8
74:2 94:3
122:7 125:20
126:8,19
129:14,16
132:17 133:4
133:16,17,23
141:8 142:6,10
143:11 148:13
155:5 158:4
175:16 184:2
184:15 189:21
190:3,18
193:12 196:22
209:6 212:23
217:15 228:11
228:13 230:13
234:22 235:3
**Walmart.com**
47:15 56:21
57:5 59:2,17
59:20 60:6,12
60:15 65:14
69:12 71:8,9
71:20 73:9,11
73:18,22 74:4
74:23 75:1,4
78:15,17 79:4
80:19 82:23
83:4 84:1,2
93:2 107:14
108:7 118:2
119:14 124:22
125:1,3 126:10
132:20 134:3,4
134:8 135:8
136:6,8 137:14

139:9 183:21
184:16,21
185:23 186:8,9
186:16,17
187:1,10,23
188:14 189:4,9
189:11,16,22
194:8,14,19
195:2,6,9,12
197:10 210:23
215:2,13 216:9
216:14 217:3
**Walmart.com's**
126:2 183:1,9
191:16 195:21
211:20
**Walmarts**
111:22
**want** 9:4,9 52:11
53:8,17 54:17
54:17 80:8,17
80:20 81:6
86:17 130:9
132:2 139:17
152:6 153:18
163:9 173:17
177:13 186:18
187:16 197:8
222:21 224:1
**wanted** 131:20
137:5
**wanting** 36:3
**wants** 129:20
182:3 223:5
**warnings**
209:17
**Washington**
23:9
**wasn't** 25:11
26:7 56:23
**waste** 53:17
**way** 14:23 90:17
121:6,9,20
136:3,13,15
145:18 206:16
225:23 226:16

Sarah Redford

2/24/2021

Page 273

226:19 227:1
228:4 231:18
233:12 242:14
**ways** 55:13
**we'll** 9:12,13
  53:6 105:7
  143:23 152:16
  173:20 174:1
  180:21,23
  181:6 182:23
  190:18 191:9
  207:3 223:18
**we're** 6:14 8:19
  9:10 10:20
  50:16 52:19
  55:8 59:22
  60:7 63:20
  78:10 91:22
  102:10 114:7
  139:23 143:15
  143:16 154:18
  158:14 172:11
  181:1,2 203:14
  206:17 223:2,3
  223:7,7 225:14
  233:16 240:19
**we've** 17:12,14
  41:12 85:13
  136:4 154:19
  173:16 223:1
**web-based**
  179:1
**website** 47:9
  71:6 125:13,14
  125:20 126:2,4
  126:8,19 129:3
  129:14,21
  131:8,14 132:6
  132:11,17
  133:4,16 134:1
  134:16 190:18
  210:8 211:3,9
  211:11,20
  212:17,18,23
  213:10 215:4
  229:7

**websites** 129:5
**week** 25:21,22
  59:16,19,23
  60:2,10 69:10
  69:14 70:4
  71:21 73:3,17
  73:20 80:18
  91:13,18 92:2
  93:8,18 99:13
  101:7,12 102:8
  102:17 112:1
  113:5,21
  115:18 116:1
  145:7 150:9
  205:17,18,19
  226:6,7 230:9
**week's** 236:4,5
**weekly** 137:17
  137:23
**weeks** 140:12
  201:22 207:23
**went** 34:2 40:21
  87:20
**weren't** 41:2
**white** 153:7
  174:7,8
**WIC** 46:13,18
**Wilson** 1:18 5:6
  242:21,21
**withdrawal**
  175:15
**withheld** 239:13
  239:15
**witness** 5:14
  9:23 17:12
  22:7 28:5,15
  29:10,16 30:14
  34:23 36:1
  37:23 38:17
  39:20 45:18
  46:8,15 48:3
  48:20 49:2,8
  49:16 50:21
  53:4,7,13,15
  56:23 60:19
  65:4,13 70:14

76:10 79:17
  80:16 86:19
  88:19 107:3
  111:16 128:12
  139:20 172:9
  173:19 174:15
  175:20 177:8
  184:8,12,19
  185:15 190:8
  193:1,8,15
  194:23 195:15
  196:6,11 197:6
  197:12 198:20
  199:7 206:13
  207:6 217:9,21
  221:21,23
  227:13 230:7
  235:8 236:18
  237:23 242:11
**WM** 55:20 57:3
  224:21
**woman** 33:18
  57:12 205:4,8
  207:15
**words** 52:8,19
  54:17
**work** 11:6,8,11
  14:2 15:5,7
  17:21 18:1,16
  18:19 21:19
  26:21 31:7,23
  49:14 122:15
  124:11 142:8
  165:13 168:18
  175:22 207:5
  238:12 239:3
**worked** 11:16
  11:18 15:18
  16:1,5 20:9
  24:7 53:1
  108:22 109:3
**working** 11:15
  12:8 23:19
  86:22 172:19
  190:14 232:2
**works** 42:8 46:4

46:17 47:12
  48:1 55:5
  189:1 237:22
  238:1
**worth** 102:17
  193:23 194:2
  236:4,5
**wouldn't** 74:1
  90:4 208:15
  239:1
**Wow** 15:19
**wrap** 174:19,23
**wrapping**
  210:19
**write** 125:4
  132:6 202:17
**wrong** 206:16
  235:12

_____

                X

**X** 79:22
**XREF** 105:22
  106:1 108:2,4

_____

                Y

**y'all** 9:7 86:17
  190:12 200:8
**yeah** 9:12 10:9
  10:10 11:4
  16:11 26:2,6
  26:20 29:16
  31:21 34:22
  51:11 52:18
  56:2 66:18
  67:21 70:1
  75:7,8,14
  78:16 85:9
  104:5 105:18
  112:12 113:6
  114:17 118:5
  121:18 125:8
  129:4 133:9
  136:12 137:11
  138:2 139:6,15
  149:5,8 151:13
  153:11,16,18

154:3,6,10
  173:19,20
  177:21 188:21
  194:3,16
  200:17 211:7,8
  224:5,13
  226:13 227:8
  233:9
**year** 15:20 51:6
**years** 90:22 98:9
  121:10,15,21
**Yep** 187:14
  225:13
**yesterday**
  211:10
**young** 29:21

_____

                Z

**Z** 79:22 225:7
**zero** 120:12
**zeros** 90:7
**zoom** 1:21
  111:13 112:7
  176:16 202:14
  202:15,15,16
  202:21,23
  203:1,4,6,8
  206:3,4
**zoomed-in**
  129:6

_____

                0

**000054** 224:17
**03** 174:1

_____

                1

**1** 3:12 7:14,18
  8:15 152:16
  197:14 231:20
  231:21
**1-800** 178:12
  179:3,15
  181:10
**1-877** 178:20
  179:11 182:7
**10** 3:21 144:12

Sarah Redford

2/24/2021

Page 274

144:16 151:20
151:22 197:15
197:22 201:18
201:19 203:15
219:4,6,17
224:2,17
**10,000** 193:4,23
194:2,10
**100** 2:10
**105** 3:16
**11** 3:22 36:21
43:22 51:5
52:15 54:3,4
54:19 152:16
152:18 205:1
206:9 207:13
**110** 3:17
**116** 3:18
**118** 3:19
**12** 3:23 36:21
43:22 44:14
50:20 51:2,8
51:10 52:16,20
53:5,11,12,15
53:18 54:5,10
54:19 97:23
174:2,5 208:9
**12.5** 220:1
**13** 4:1 8:15 75:7
75:8 183:1,3
**130** 3:20
**14** 4:2 8:7 43:21
45:8 50:10,22
53:18 54:5
75:6 190:19
191:1
**144** 3:21
**15** 4:3 8:7 43:21
45:8 50:11,22
51:22 52:7,15
52:17 53:18
54:5,16,23
75:6 191:9,12
**150** 207:7
**152** 3:22
**1554618403**

87:3
**1554824137**
84:10
**1555036872**
86:7
**16** 4:4 8:15
24:18 153:1,16
154:1,5 209:5
209:17 210:22
211:5 216:9,15
**16.96** 101:2,4,5
**16s** 145:7
**16th** 226:9
233:17
**174** 3:23
**18** 24:18 97:23
**183** 4:1
**1879** 80:11
138:5,16 139:8
**1894** 116:8
**1896** 118:9
**1897** 74:12
137:3,18,22
138:14,19,22
**191** 4:2,3
**195995** 104:3

_____
**2**
**2** 3:13 55:19,23
77:16 80:13
81:20 98:22
136:21 138:11
138:12,18
139:19 140:1
140:17 149:19
212:9
**2:19-CV-650-...**
1:7
**20** 191:19
**2003** 104:16
**2008** 24:9
**2010** 25:1
**2013** 13:14,15
13:22 14:3
104:17 105:3
**2014** 14:2

**2015** 57:21
59:23,23 64:4
64:14,17 65:9
65:23 66:22,23
67:1 68:22
69:1 89:20
150:9,10
237:15
**2016** 235:18
**2017** 64:20
65:16 68:13
69:5 82:20
83:16 84:1
97:20 139:16
184:10 194:21
195:6 226:9,11
233:17 235:18
237:10
**2018** 83:7
146:23 147:3
147:15 150:11
150:17,23
160:1,18
161:19,23
195:2,9 235:20
**2019** 57:21 59:5
83:10 89:20
98:5,7 230:11
231:20,21
235:20
**2020** 18:5 83:13
183:8,18,22
184:3 195:12
204:11,14,16
204:21 217:16
218:1
**2021** 1:19 83:13
236:21 237:9
237:15 241:4
**2048** 61:18
**211** 4:4
**224** 3:5
**227** 3:6
**23** 191:19
**24** 1:19 241:3
**25th** 59:23 150:9

**26.36** 114:19
**2666837** 104:7
104:14
**27** 77:17,19 78:2
78:2
**2nd** 57:21 59:4
89:20

_____
**3**
**3** 3:14 8:3 74:15
74:17,19 81:9
83:8 86:23
137:3,19 138:5
138:16 139:16
139:18
**3,502** 86:5
**3,507** 86:5
**30** 89:20
**30(b)(6)** 197:14
222:23 223:3
**30339** 2:6
**307** 110:15
**30th** 57:20
**344** 84:19
**345** 84:8 85:1,7
**35209** 2:11
**3621** 2:6
**37** 199:23
200:19,21
**38** 8:16

_____
**4**
**4** 3:15 89:8,10
183:8,18,21
184:3 204:11
204:14,16,21
217:16 218:1
225:1
**40** 11:18
**42.40** 120:13
**4320** 2:6
**4th** 183:12

_____
**5**
**5** 3:16 105:7,10
**5:18** 241:3

**54** 144:13
151:23 224:3
**55** 3:13 144:14
151:23 224:3,3
**552787615**
66:12
**565232231** 66:8
67:6 150:6
224:20 226:5
233:18
**5656232231**
66:10

_____
**6**
**6** 3:4,17 8:3
110:15,17
154:1,5
**600** 87:15
**601** 86:23 87:16
**634** 242:22
**683** 130:12
**68374440101**
104:14

_____
**7**
**7** 3:12,18 116:8
116:11
**702** 10:5
**729** 130:13
**74** 3:14
**79** 55:20 57:3
80:12 98:23
119:9,13
136:21 137:10
137:11,23
138:11,12,18
138:20 139:9
139:16 143:23
149:19 152:13
**7th** 2:10

_____
**8**
**8** 3:19 118:9,11
**80** 89:7 152:13
224:21 225:2
226:1 230:7

Sarah Redford                                    2/24/2021

Page 275

**81** 105:6
**83** 112:20
**848** 70:5
**89** 3:15

---
**9**

**9** 3:20 130:12,16
  152:13
**9:00** 1:20