EXPERT REPORT BY

Sean F. O'Keefe, Ph.D.

TABLE OF CONTENTS

| | | page |
|---|---|---|
| I. | INTRODUCTION | 3 |
| II. | QUALIFICATIONS | 4 |
| III. | MATERIALS REVIEWED | 5 |
| IV. | BACKGROUND ON VANILLA AND MALTODEXTRIN | 5 |
| VII. | RESERVATION OF RIGHTS | 9 |

**EXHIBIT LIST**

**Exhibit 1** - Curriculum Vitae of Sean O'Keefe, Ph.D.

**Exhibit 2** - List of materials considered

I.    **INTRODUCTION**

My name is Sean O'Keefe, Ph.D. I have been asked to provide my opinions on issues in connection to the litigation on behalf of Defendant, Walmart Inc.

Specifically, I have been asked by Defendant to provide my opinions concerning the complaint, specifically on whether or not the shakes contain unnatural vanilla flavors and synthetic sweeteners. This initial report is based on information that I have available to me and I reserve the right to continue my investigation and study, which may include a review of documents not yet produced as well as testimony from depositions and hearings that have not yet occurred or for which transcripts are not yet available. I further reserve the right to modify my opinions as my investigation continues and to supplement or edit my opinions as additional information becomes available to me. I have examined the Third Amended Complaint, conducted analytical analysis in my laboratory, and have come to the conclusions explained herein.

In the past 4 years, I have been retained as an expert in the following cases:

*Nutramax v. Zesty Paws*

*Hennessey Food Consulting v. Prinova Solutions*

*Kraft Food Brands v. TC Heartland*

*American River Nutrition v. Beijing Ginko Group*

*Goodman Food Products v. Sunrise Foods International*

*SunOpta Inc. v William Frenske and KamCo Group LLC*. State of Minnesota

A list of my publications appears in my curriculum vitae, which is included as Exhibit 1 of this report.

If asked to do so, I am prepared to testify on my opinions expressed herein, at deposition, and in court.

II.    **QUALIFICATIONS**

My qualifications and credentials are shown in my curriculum vitae and I am briefly summarizing my qualifications here.

I have a Bachelor of Science degree in Biology from Saint Francis Xavier University in Nova Scotia Canada in 1981.  I received a Master of Science in Food Science and Technology from Technical University of Nova Scotia and a Ph.D. in Food Technology from Iowa State University in 1988. Currently I am a professor in the Department of Food Science and Technology at Virginia Polytechnic Institute and State University (Virginia Tech), where I teach or have taught the courses Introduction to Food Science, Food Analysis, Food Chemistry, Flavor Chemistry, and Brewing Science.

I have worked with food companies that manufacture consumer products and have been involved with specifications and quality control of ingredients and processes. This includes decision making on what hazards are possible, what analyses are needed, logistics of supply chain, selection of ingredients, formulation, packaging, etc. I include examples of real life formulation, quality analysis and quality control problems in the classes that I teach.

I include modules on quality assurance, good manufacturing practices and hazards analysis and critical control points in courses that I teach or have taught (Introduction to Food Science, Concepts of Food Product Development, Food Analysis and Brewing Science) and I have conducted laboratory exercises with vanilla compounds in my flavor chemistry class (gas chromatography mass spectrometry, gas chromatography olfactometry, etc).

### III.    MATERIALS REVIEWED

In forming my opinions, I have reviewed and carefully considered each of the documents listed in Exhibit 2. These documents were obtained from the attorneys for Defendant, from my library, or from online sources as indicated.  In addition, I have drawn upon my extensive experience in the field of Food Science and Technology.

### IV.    BACKGROUND ON VANILLA FLAVORING AND MALTODEXTRINS

**Vanilla**

Vanilla is one of the most important flavorings worldwide.  It is produced from an orchid, which grows wild in Mexico and Central America although it is grown worldwide now and Madagascar is a major producer. Vanilla was known before the Spanish conquest and was one of the discoveries brought back to Spain by Hernando Cortes. The orchid flower is naturally pollinated when it grows in the Americas but must be hand pollinated elsewhere. Plants are perennial, but are most productive in producing pods between 3 and 12 years. Pods from the vanilla orchid have no taste; it is only after they are processed that the characteristic vanilla flavor is developed.  The steps are wilting, sweating, drying and conditioning.

The character impact compound of natural vanilla is the phenolic chemical vanillin. Because of the relatively simple structure, the chemical synthesis is fairly simple but vanillin lacks a chiral center. The concentration of vanillin in cured beans ranges from 0.5-2.5%.

**Analysis**

To examine the flavoring used in the Vanilla Parents Choice Pediatric shake, samples were purchased at a local Walmart, then the flavor compounds were extracted by treating 5 ml shake with 5 ml absolute ethanol with mixing then centrifugation. The top layer was removed, diluted with 5 ml distilled water, then flavor compounds extracted with 5 ml ethyl acetate. The ethyl acetate was transferred to a new tube and then solvent evaporated to 1 ml using a stream of nitrogen. Extracts were analyzed using a Shimadzu TQ8030 triple quad gas chromatograph mass spectrometer connected to a GC2010 Plus gas chromatograph. Column used was a 60m x 0.25 mm i.e., 0.25 micron film thickness Phenomenex ZB-Wax column. Helium was carrier gas used at 25 cm/sec. Column was 140-220C at 8 degrees per minute and held for 40 minutes, and a split ratio 1:100. Analysis was run in single quad mode and compounds identified by using mass spectrum library searching. Samples run included the extract from Vanilla shakes and a vanillin standard.

Representative chromatograms from a vanillin standard as well as the vanilla Pediatric Shake sample are shown below.



The main peak on the GCMS chromatogram in the Parents Choice sample was identified as vanillin (matching mass spectra as well as retention time and library match). My findings are consistent with the Parents Choice claims to be naturally flavored. Synthetic vanilla almost always contains ethyl vanillin, since it is stronger in aroma compared to vanillin itself. There was no ethyl vanillin observed in the Parents Choice shake. The company that the vanilla flavoring originates from was Wild Flavors, a well known flavor house now owned by ADM. They provide a Certificate of freedom from artificial Flavor(s). Their certificate states "*Pursuant of Section 101.22 (a) (3) od Title 21 of the Code of Federal Regulations (Food and Drugs), we the undersigned suppliers hereby certify that the material listed below having been designated as containing no artificial flavor, does not, to the best of our knowledge and belief, contain any artificial flavor, and that we have added no artificial flavor to it. All flavoring ingredients contained therein are derived from extraction, distillation, fermentation, heating or enzymolysis of tissue derived from plant and/or animal sources*". The findings of my analysis are consistent with that statement.

Vanillin is produced by natural processes using biotechnology including cell culture and biological transformations.

**Maltodextrin**

According to the Code of Federal Regulations (21CFR 184.1444(a)), Maltodextrin is a "…nonsweet nutritive saccharide polymer…".  Pomerantz (1985) describes maltodextrin types, their production and use. He states "Maltodextrin is a purified concentrated aqueous solution of saccharides or the dried product derived from that solution obtained from starch. It has a DE (dextrose equivalent) of less than 20. Pure dextrose would have a DE of 100. Maltodextrins are

produced in the same manner as corn syrups except that the conversion process is stopped at an early stage to keep the DE below 20. Both acid and enzymatic processes can be used.". They also point out that "..maltodextrins find increasing use in products that require soluble carbohydrate with relatively low sweetness".

The Dextrose Equivalent of the M500 is reportedly 11.2 and for M100 is 9-12. This agrees with the range reported by Pomerantz above. These maltodextrins are added to foods in a liquid shake product such as the Pediatric Shakes for body, mouthfeel and viscosity control. As well, they provide a nutritionally available carbohydrate without the sweetness of sucrose or dextrose.

GPC describes M100 thusly: "MALTRIN maltodextrins are bland, minimally sweet white carbohydrate powders produced from corn of U.S. origin. They are products with varying length polymer profiles that provide a wide range of viscosity and solubility characteristics".

The sweeteners in the Vanilla shake include sugar, monk fruit extract and stevia leaf extract. There would be no reason to add a maltodextrin as a sweetener.

The complaint alleges that all maltodextrins are not natural. This is not correct. Maltodextrins can be formed through natural processes. Maltodextrins are formed by enzymatic processes during the controlled hydrolysis of starch in brewing beer. In fact, the maltose-dextrin ratio is used to determine the fermentability of a mash. A high glycemic index is useful for a product designed to provide quick energy without being sweet.

I have advised students with product development class projects for over 25 years; normally 4-6 student project per year, and I have also advised product development competition teams in our department with national and international competitions.

Maltodextrins are used in some of the projects and always for body, viscosity in applications where sweetness is not wanted, never to sweeten a product.

## V.    OPINIONS

It is my opinion, based on my chemical analysis of the Vanilla shakes, that the shakes use natural vanilla flavoring, and there is no artificial vanilla flavoring. My analysis did not find any ethyl vanillin present in the Vanilla shakes, which would be the primary indicator of artificial vanilla flavor. My laboratory findings are consistent with the statement from Wild—the flavoring manufacturer. There is nothing in the analysis that makes me think otherwise.

It is my opinion that maltodextrin used in Parents Choice Pediatric Shakes is not added as a sweetener and has no distinguishable effect on sweetness. Additionally, since maltodextrin can be formed naturally by enzymatic processes, I disagree with the plaintiff's contention that the presence of maltodextrin means the products must contain ".. unnatural and synthetic ingredients, including sweeteners."

## VI.    CONCLUSIONS

The labeling of Parents Choice Pediatric Shakes Vanilla and Chocolate accurately represent the products.

## VII. RESERVATION OF RIGHTS

40.    I reserve the right to supplement or amend my opinions in response to opinions expressed by opposing experts, or in light of additional evidence, testimony, discovery, or other information that may be provided to me after the date of this report, including any order of the court. I also reserve the right to modify or supplement my opinion as a result of ongoing legal discovery, testimony at trial, or in response to opinions of opposing experts.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, executed on April 17, 2025, at Blacksburg, Virginia.

*Sean F. O'Keefe*

Sean F. O'Keefe, PhD

**EXHIBIT 1. CV of Sean F O'Keefe**

# Sean Francis O'Keefe

Professor
119 FST Building
360 Duck Pond Drive, Virginia Tech
Blacksburg VA 24061

Cell: (540)-520-3135
Fax: (540)-231-9293
email: okeefes@vt.edu

## EDUCATION

| | | | |
|---|---|---|---|
| Ph.D. | **Food Technology** | December, 1988 | Iowa State University, Ames, IA. Supervisor: Patricia A. Murphy. |
| M.S. | **Food Science** | August, 1984 | Technical University of Nova Scotia, Canada, Supervisor: Robert G. Ackman. |
| B.S. | **Biology** | May, 1981 | St. Francis Xavier University, Antigonish, N.S., Canada. |

## PROFESSIONAL

| | |
|---|---|
| **Professor** | Department of Food Science and Technology, Virginia Tech, 6/2008-. |
| **Associate Professor** | Department of Food Science and Technology, Virginia Tech, 8/1999-5/2008. |
| **Associate Professor** | Food Science and Human Nutrition Department, University of Florida, 7/1996-11/1999. |
| **Assistant Professor** | Food Science and Human Nutrition Department, University of Florida, 3/1991-6/1996. |
| **Visiting Asst. Prof.** | Food Science and Human Nutrition Department, University of Florida, 7/1990-2/1991. |
| **Lecturer** | Technical University of Nova Scotia, Organic for Chemical Engineers, 1990. |
| **Post Doctor** | Canadian Institute of Fisheries Technology, Halifax, N.S., Canada, 1/1989-5/1990. |
| **Post Doctor** | National Agricultural Research Institute (INRA), Dijon, France, 1988. |

## TEACHING

Food Analysis, Food Product Development, Brewing Science, Flavor Chemistry, Chemistry and Analysis of Lipids, Food Chemistry, Food Lipids and Flavor Chemistry, Introduction to Food Science, Organic Chemistry, Scientific Writing in English for Chinese Authors.

## OTHER TRAINING

Radiation Safety, Good Laboratory Practices, Rodent Handling and Surgery, CPR, Managerial Assessment of Proficiency.

## HONORS

Certificate of Teaching Excellence. College of Agriculture and Life Sciences, Virginia Tech. 2022, 2012.

Faculty Teaching Award.  Gamma Sigma Delta, Virginia Tech. 2008.

Bailey Award. RW Mozingo, SF O'Keefe, TH Sanders and KW Hendrix.  American Peanut Research and Education Society. 2004.

Junior Faculty Research Award. Sigma Xi, University of Florida.  1998.

Future Leader Award. International Life Science Institute.  1992.

## EXPERT WITNESS EXPERIENCE

**2024. Daly v Glanbia Performance Nutrition.**

I discussed case with plaintiff attorneys and submitted a report. This case involved origin of maltitol syrup.

**2024. Nutramax v Zesty Paw.**

I conducted analysis of samples for the defendants and submitted a report. This was a case involving wild salmon oil origin.

**2023. Golo LLC v Goli Nutrition Inc.**

I submitted a report for the defense and was deposed. This is a case involving apple cider vinegar containing gummy products and trade name infringement.

**2022. Echevarria et al v Proctor & Gamble.**

I helped the plaintiff with sample analysis and data interpretation and wrote a report. This case has not been filed but involved honey levels in OTC pharma products.

**2022-. Hennessey Food Consulting, LLC v Prinova Solutions, LLC.**

I am helping lawyers with the defense. This is a trade secrets case involving antioxidant/anti-browning formulations.  I submitted a report and was deposed. Case is ongoing.

**2022. Goodman Food Products v Sunrise Foods International**.

I helped lawyers with the defense and wrote an expert report. This was a liability lawsuit involving sunflower seeds and foreign objects.

**2021. Nestle USA Inc. v Motion Industries Inc and Gates Corporation.**

I helped lawyers with the defense in developing their case. This was a liability lawsuit involving material stability and foreign objects.

**2020. American River Nutrition v BGG Co**

I wrote an expert report, rebuttal report, and was deposed. My role was in general food chemistry, processing methods, tocotrienol compounds. I assisted the defendant BGG Co. This was a patent lawsuit involving annatto and tocotrienol processing.

**2018 Kraft Foods Group Brands v TC Heartland**
I wrote an expert report, a rebuttal report and was deposed. I provided courtroom testimony at the US District Court in Wilmington DE. I assisted the defendant with Hughes, Hubbard and Reed. My role was general food chemistry, pH, stability, and formulations. This was a patent lawsuit involving taste enhancers for water.

**2018 SunOpta Inc. v. William Frenske and KamCo Group LLC**
I wrote an expert report. I assisted the defendants with Johnson and Johnson Law. My role focused on trade secret factors in soybean processing that affect soymilk flavor. Court File No.: 27-CV-17-3960, the Honorable Frank J. Magill Jr. State of Minnesota. This was a trade secret lawsuit involving soybean processing and soymilk characteristics.

**2017 Aker BioMarine Antarctic AS v. Olympic Holding AS**
I wrote an expert report. I provided courtroom testimony for a technology tutorial at the International Trade Commission. I assisted the plaintiff with Venable LLC. I assisted with krill oil analysis for carotenoids (astaxanthin compounds). This was a patent lawsuit involving krill oil origin and processing.

**2010 Severn Peanut Co. Inc.; Meherrin Agriculture & Chemical Co.; Travelers Property Casualty Co. of America v. Industrial Fumigant Co.; Rollins Inc.**
I wrote an expert report and was deposed. I assisted the defendants with Poyner Spruill LLP. This was a liability lawsuit involving peanut storage.

## PATENT DISCLOSURES

Low energy krill oil-in-water nanoemulsions for the delivery of nutraceuticals and flavors. S F O'Keefe, T. Lin. VTIP 21-139. Provisional.

## PRODUCT DEVELOPMENT EXPERIENCE

I have been involved with product development for several companies (formulation, reformulation, costing, shelf-life testing, chemical and microbial quality, flavor quality and stability, consumer and sensory analysis) to produce products for retail sale.

## GRADUATE STUDENTS

Enid Adiegwu. Effect of white hibiscus calyces on consumer acceptability and characteristics of kombucha. MS 2025.

Tayor Peele. Flavor, fatty acids and sensory acceptability of wild and cultured catfish species.

Rachel Nimitz. Bioactive peptides from catfish speces. MS 2026.

Ms. Anarra Williams. Processing of protein-enriched nutritional beverages for consumer acceptance. MS. 2025.

Ms. Madhvi Singh. Fava bean processing for high protein food products and antinutritional compounds. Ph.D. 2026.

Mr. Billy Tu. Texture and flavor of vegan cheese. MS. 2025

Mr. Ryan Gray. Rheological and organic filler interactions in phenolic resin formulations. PhD 2023.

Ms. Cierra James. Fatty acids and aroma compounds in bluefin tuna. MS 2022.

Mr. Jasim Khan. Flavor chemistry of small-scale dry roasted peanuts. MS 2022.

Ms. Renata Carniero. Flavor of vegetable soybeans (Edamame) grown in Virginia. PhD 2021.

Ms. Oumoule Ndiaye.  Nutritional value and flavor of spent hibiscus calyces.  PhD 2021.

Mr. Stephano Chu.  Long chain n-3 PUFA and oleic acid modification strategies to enhance fillet quality in tilapia, *Oreochromis* species. PhD 2017.

Ms. Naerin Baek.  Characterization of hydrophobically modified titanium dioxide polylactic acid nanocomposite films for food packaging applications. PhD 2016.

Ms. Oumoule Ndiaye.  Strategies to stabilize hibiscus derived color in beverages.  MS 2016.

Ms. Renata Carniero.  Natural antioxidant-rich herbal tea:  production and consumer acceptability. MS 2016.

Ms. Liyun Ye. Characterization of A-type proanthocyanidins in peanut skins using MALDI-TOF MS. PhD 2015.

Ms. Aldegunda Matunda.  Pineapple vinegar to enhance shelf life of carrot and mango in Tanzania. MS 2015.

Mr. Ershad Sheibani.  Processing effects on chemical characteristics and flavors of oolong teas. PhD/MBA 2014.

Mr. Stephano Chu.  Identification of inhibitory compounds in medical mushrooms against *L. monocytogenes* and *Z. bailii*. MS 2013.

Ms. Naerin Baek.  Effect of natural antioxidants on lipid oxidation of menhaden oil. MS 2013.

Ms. Katherine Witrick.  Flavor analysis of lambic beer during aging. PhD  2012.

Ms. Emma Buck.  Parameters affecting bloom in chocolate confections made using peanut paste with modified fatty acid profiles.  PhD  2010.

Mr. Yumin Dai.  Anticancer compounds present in natural plant extracts.  MS 2010.

Mr. Paul Sarnoski. Characterization of antimicrobial and anti-diabetic compounds in peanut skins and grape pomace. PhD 2010.

Ms. Silvia Peralta. Inhibition of flavor changes and browning in peaches by using flavonoids.  MS 2010.

Ms. Luman Chen.  Sensory properties and flavor compounds in oysters from Chesapeake bay. MS 2011.

Ms. Liyun Ye.  Antioxidant activity of *Ampelopsis grossedentata* crude extract and its major component dihydromyricetin. MS 2011.

Mr. Kyle Reed.  Analysis of polyphenols in peanut skins using HPLC-MS[n].  PhD 2009.

Mr. Kevin Holland.  Chemical and biological effects of flavonoids in peanut roots.  PhD 2009.

Ms. Hyun Chung.  Characterization of antioxidant activities of Virgina grown soybeans.  PhD 2009.

Mr. Paul Sarnoski.  Instrumental evaluation of crab quality.  MS 2007.

Ms. Laura Macherey.  Rapid analysis of triglycerides in egg white using reagent strip chemistry.  MS 2007.

Ms. Jodi Powell.  Mechanism of flavor fade in peanuts.  PhD 2004.

Ms. Donna Greene.  Use of poultry collagen coating and antioxidants as flavor protection for cat foods made with rendered poultry fat.  MS 2003.

Ms. Alexandra Oliveira.   Quality evaluation in Gulf of Mexico sturgeon *(Acipenser oxyrinchus desotoi)* using the electronic nose.   PhD 1999.

Ms.  Annelisse Aigster. Improvements in high oleic dairy products.  MS 1998.

Mr. Kyle Reed.  Flavor fade in high oleic peanuts.  MS  1998.

Ms. Beatrice Mugendi.  Flavor composition and stability of high oleic peanut lines.  MS  1996.

Mr. Shawn Sprankle.  Quality of foods fried with high oleic peanut oil.  MS  2000.

Mr. Koushik Saha.  Mid oleic peanut flavor stability.  MS  2000.

Mr. George Baker.  Optimization of storage of roasted peanuts.  PhD 2002.

Ms. Victoria Blanco.  Effect of processing and storage conditions on phenolic composition in Cabernet Sauvignon and Chambourcin wines.  MS  1995.

Ms. Min-Ping Lin.  Development and testing of high oleic dairy products.  MS  1995.

Ms. Jennifer Braddock.  Stability of volatile flavors and aromas of peanuts with high and normal oleic acid content.  MS  1994.

Ms. I-Chen Chen.  Identification of species and origin (wild vs cultured) of Gulf of Mexico sturgeon.  MS  1993.

Mr. Ismail Dania.  Flavor profile of horchata.  MS  1993.


## PUBLICATIONS

**ORCID:** 0000-0002-2491-7900

### *Book Chapters*

O'Keefe SF and Ambihaipalan P.   2020. Basic lipid science. In *Bailey's Industrial Oil and Fat Products*. 7th Edition.

Sarnoski P and O'Keefe SF.  2017.  Lipid nomenclature and classification, Chapter 1 in *Food Lipids: Chemistry, Nutrition and Biotechnology. 4th Edition*, C. Akoh Ed., American Oil Chemists' Society, Champaign, IL.

O'Keefe SF, and Pike OA.  2017.  Fat Characterization.  Chapter 23 in "Food Analysis, 5th ed., S.S. Nielsen, Ed.  Springer. New York, NY 2017.

Neilson, AP and O'Keefe SF.  2017.  Statistics for Food Analysis.  In Food Analysis Laboratory Manual. Editors: Neilsen SS . 3rd. Springer, New York, NY 2017.

Neilson, AP and O'Keefe SF.  2017.  Dilutions and concentrations.  In Food Analysis Laboratory Manual. Editors: Neilsen SS . 3rd. Springer, New York, NY 2017.

Sarnoski P, Ye L, and O'Keefe SF.  2012.  Fish and Shellfish.  In *Food Chemistry:  Principles and Applications*, 3rd ed., Hui Ed., Science Technology System.

O'Keefe SF, and Pike OA.  2010.  Fat Characterization.  Chapter 14 in "Food Analysis, 4th ed., S.S. Nielsen, Ed.  pp 239-260.

O'Keefe SF.  2008.  Lipid nomenclature and classification, Chapter 1 in *Lipid Chemistry 3r$^d$ Edition*, C. Akoh and D. Min Eds., American Oil Chemists' Society, Champaign, IL. Pages 3-37.

O'Keefe SF.  2007.  Fish and shellfish.  Chapter 25 in *Food Chemistry:  Principles and Applications, 2nd Ed.*.  Y.H. Hui, Ed. Science Technology System, West Sacramento, CA.  pp 399-420.

O'Keefe SF.  2004.  Beer Making.  Chapter 11 In *Food Processing Principles and Applications*.  J. Scott Smith and Y. H. Hui, Eds.  Blackwell Publishing, Ames IA.  pp 225-238.

O'Keefe SF. 2002.  Beer Making.  Chapter 15 In *Food Chemistry Workbook* - I.  J. Scott Smith and G. L. Christen, Eds.  Science Technology System, West Sacramento, CA.  pp 153-167.

O'Keefe SF.  2002.  Lipid nomenclature and classification, Chapter 1 in *Lipid Chemistry 2nd Edition*, C. Akoh and D. Min Eds., American Oil Chemists Society, Champaign, IL pp. 1-40.

O'Keefe SF. 2000. Fish and shellfish.  Chapter 24 in *Food Chemistry:  Principles and Applications*. G.L. Christen and J.S. Smith, Eds. Science Technology System, West Sacramento, CA.  pp 399-420.

O'Keefe SF.  2000.  A survey of oils and fats with a special emphasis on olive oil.  In *The Cambridge World History of Food and Nutrition*, Volume 1, K. F. Kiple and C. K. Ornelas-Kiple, Eds. Cambridge University Press.

Auw JM, Blanco V, Sims CA, and O'Keefe SF.  1998.  Effect of processing on phenolics of wines.  In *Advances in Experimental Medicine and Biology*, Vol. 434.  Eds. F. Shahidi, C-T. Ho, and N. van Chuyen.  Plenum Press, New York.  pp 327-340.

O'Keefe SF.  1998.  Lipid nomenclature and classification.  Chapter 1 in *Lipid Chemistry*, C. Akoh and D. Min Eds., American Oil Chemists Society, Champaign, IL pp. 1-36.

Chapman FA, Lucas SL, and O'Keefe SF.  1997.  Effect of sodium-potassium phosphate (Carnal 2110) on acceptability and color of hot smoked White Sturgeon *(Acipenser transmontanus)*.  In *Flavor and Lipid Chemistry of Seafoods*, F. Shahidi and K. Cadwaller, Eds., American Chemical Society Symposium Series 674.  pp. 166-174.

Mugendi JB, Braddock JC, and O'Keefe SF.  1997.  Flavor quality and stability of high oleic peanuts. Chapter 12 in *Chemistry of Novel Foods*.  Eds. O. Mills, H. Okai, A.M. Spanier and M. Tamura.  Allured Publishing, Carol Stream IL.  pp 153-166.

Balaban MO, O'Keefe S, and Polak JT.  1996.  Supercritical fluid extraction of algae.  Chapter 12 In *Supercritical Fluids*, Eds. G. List and J. King.  American Oil Chemists' Society, Champaign, IL. pp247-267.

Schmidt R, Marshall M, and O'Keefe SF.  1995.  Methods for total fat analysis.  In *Analyzing Food for Nutrition Labeling and Hazardous Contaminants*, I.J. Jeon and W.G. Ikins, Eds., Marcel Dekker Inc., pp29-56.

*Journal Articles*

To KV, Comer CC, O'Keefe SF, Lahne J. 2024. A taste of cell cultured meat: a scoping review. *Frontiers in Nutrition* 11.

Lin T, O'Keefe S, Duncan S, Fernandez-Fraguas C. 2023. Dry beans (*Phaseolus vulgaris* L.) modulate the kinetics of lipid digestion *in vitro*: Impact of the dry bean matrix and processing. *Food Res Internat.* 171(1): 113245.  https://doi.org/10.1016/j.foodres.2023.113245

Ndiaye O, Hedrick VE, Neill CL, Carneiro RCV, Huang H, Fernandez-Fraguas C, Guiro AT, O'Keefe SF. 2023. Consumer responses and willingness-to-pay for hibiscus products: A preliminary study. *Frontiers in Sustainable Food Systems.* 7. DOI=10.3389/fsufs.2023.1039203.

Waldron C, Eifert J, O'Keefe S, Williams W, Le T. 2023. Delmopinol hydrochloride inhibits *Campylobacter jejuni* on skinless poultry meat, stainless steel and high density polyethylene contact surfaces*.  Letters in Applied Microbiology*. 76(4), ovad042, https://doi.org/10.1093/lambio/ovad042

Carneiro, RCV, James, C, Aung, T, O'Keefe, SF. 2022. Challenges for flavoring fish products from cellular agriculture. *Current Opinion in Food Science*. Jul 20:100902.

Carneiro, RCV, Drape, TA, Neill, CL, Zhang, B, O'Keefe, SF, Duncan SE. 2022. Assessing consumer preferences and intentions to buy edamame produced in the US. *Frontiers in Sustainable Food Systems.* 5:736247. doi: 10.3389/fsufs.2021.736247.

Duncan SE, Zhang B, Neill CL, Carneiro RCV, Drape TA, O'Keefe SF. 2022. Assessing consumer preferences and intentions to buy edamame produced in the US. *Frontiers in Sustainable Food Systems.*

Su X, Hurley K, Xu Z, Rutto L, O'Keefe S, Scoggins H, Yin Y. 2022. Performance of alternative drying techniques on hop (*Humulus lupulus* L.) aroma quality: An HS-SPME-GC-MS-O and chemometrics combined approach. *Food Chemistry* 381, 132289. https://doi.org/10.1016/j.foodchem.2022.132289

Baek N, Kim Y, Duncan S, Leitch K, O'Keefe SF. 2021. (-)-Epigallocatechin gallate stability in ready-to-drink (RTD) green tea infusions in TiO₂ and oleic-acid-modified TiO₂ polylactic acid film packaging stored under fluorescent light during refrigerated storage at 4 °C. *Foods.* 10: 723. doi.org/10.3390/foods10040723.

Carneiro RCV, Ye L, Baek N, Teixeira GHA, O'Keefe SF. 2021. Vine tea (*Ampelopsis grossedentata*): A review of chemical composition, functional properties, and potential food applications. *Journal of Functional Foods* 76, 104317.

Carneiro RCV, Wang C, Yu J, O'Keefe SF, Duncan SE, Gallagher CD, Burlingame GA, Dietrich AM. 2021. Check-if-apply approach for consumers and utilities to communicate about drinking water aesthetics quality. *Science of the Total Environment.* 753: 141776.

Carneiro RCV, Yin Y, Duncan SE, O'Keefe SF. 2021. Edamame flavor characteristics driving consumer acceptability in the United States: a review. *ACS Food Science & Technology.* 1(10): 1748-1756.

Carneiro R, Duncan S, O'Keefe S, Yu D, Huang H, Yin Y, Neill C, Zhang B, Kuhar T, Rideout S, Reiter M, Ross J, Chen P, Gillen A. 2011. Utilizing consumer perception of edamame to guide new variety development. *Frontiers in Sustainable Food Systems.* 4:556580. https://doi.org/10.3389/fsufs.2020.556580

Chu HSS, Boyer R, Williams R, O'Keefe SF. 2021. Preliminary evaluation of inhibitory activity of medical mushroom extracts against pathogenic bacteria and spoilage yeasts. *LWT Food Science and Technology.* 145(2021): 111200.

Chu HSS, O'Keefe SF, Kuhn, DD. 2021. Evaluation of lipid quality and fatty acid composition of tilapia, *Oreochromis* spp., fillets available in US supermarkets. *ACS Food Science & Technology*, In Press.

Clark EA, Duncan SE, Hamilton LM, Bell MA, Lahne J, Gallagher DL, O'Keefe SF. 2021. Characterizing consumer emotional response to milk packaging guides packaging material selection. *Food Quality and Preference.* 87: 103984.

Farzad R, Kuhn DD, Smith SA, O'Keefe SF, Hines IS, Bushman TJ, Galagarza OA, Stevens AM. 2021. Effects of selenium-enriched probiotic on the growth performance, innate immune response, oxidative enzyme activity and microbiome of rainbow trout. *Aquaculture.* 531: 735980

He Y, Kuhn DD, O'Keefe SF, Ogejo JA, Fraguas CF, Wang H, Huang H. 2021. Protein production from brewer's spent grain via wet fractionation: process optimization and techno-economic analysis. *Food and Bioproducts Processing.* 126: 234-244.

Jin Q, O'Keefe SF, Stewart AC, Neilson AP, Kim YT, Huang H. 2021. Techno-economic analysis of a grape pomace biorefinery: Production of seed oil, polyphenols, and biochar. *Food and Bioproducts Processing*. 127: 139-151.

Lin T, O'Keefe S, Fernandez-Fraguas C. 2021. A fast and simple ion-pair high performance liquid chromatography method for analysis of primary bile salts in *in vitro* digested bean samples. *MethodsX*. 8:101389. https://doi.org/10.1016/j.mex.2021.101389

Peralta S, Carneiro R, Marcy J, O'Keefe S. 2021. Improving color preservation of diced peaches in flexible retortable pouches. *Journal of Food Process and Preservation*. 2021;00:e16069. https://doi.org/10.1111/jfpp.16069

Carneiro RCV, Wang H, Duncan SE, O'Keefe SF. 2020. Flavor compounds in vine tea (*Ampelopsis grossedentata*) infusions. *Food Science & Nutrition*. 2020;00:1–7. https://doi.org/10.1002/fsn3.1754.

Carneiro RCV, Duncan SE, O'Keefe SF, Yin Y, Neill CL, Zhang B. 2020. Sensory and consumer studies in plant breeding: A guidance for edamame development in the US. *Frontiers in Sustainable Food Systems*. 4: 124.

Carneiro RCV, Yu D, Huang H, O'Keefe S, Duncan S. 2020. Edamame processing: What do I need to know? VA Cooperative Extension. 4 pages.

Clark EA, Duncan SE, Hamilton LM, Bell MA, Lahne J, Gallagher DL, O'Keefe SF. 2020. Characterizing consumer emotional response to milk packaging guides packaging material selection. *Food Quality Preference* https://doi.org/10.1016/j.foodqual.2020.103984

Clark EA, Kessinger JN, Duncan SE, Bell MA, Lahne J, Gallagher DL. 2020. The facial action coding system for characterization of human affective responses to consumer product-based stimuli: A systematic review. *Frontiers in Psychology* 11: 920-941.

Ferguson CS, Kuhn DD, Murphy BR, O'Keefe SF, Phelps QE, Smith SA. 2020. Characterizing biometrics and nutrient profiles of fillet and offal components to better harvest intensive carp in the US. *Journal of Food Security* 8(2): 52-65.

He Y, Galagarza OA, Wang H, Taylor ZW, Ferguson CS, Ogejo JA, O'Keefe SF, Fernandez Fraguas C, Yu D, Poe NE, Wiersema BD, Kuhn DD, Huang H. 2020. Protein-rich product recovered from brewer's grain can partially replace fishmeal in diets of Pacific white shrimp, *Litopenaeus vannamei*. *Aquacultre Research* 51(8): 3284-3296.

Jin Q, Wang Z, Feng Y, Kim YT, Stewart AC, O'Keefe SF, Neilson AP, Huang H. 2020. Grape pomace and its secondary waste management: Biochar production for a broad range of lead (Pb) removal from water. *Environmental Research* 186: 109442.

Lin T, O'Keefe S, Duncan S, Fernandez-Fraguas C. 2020. Retention of primary bile salts by dry beans (*Phaseolus vulgaris* L.) by dry beans during *in vitro* digestion: Role of bean components and effect of food processing. *Food Research International* 137, 109337.

Lin T, OKeefe S, Duncan S, Fernandez-Fraguas C. 2020. Manipulation of the dry bean (*Phaseolus vulgaris* L.) matrix by hydrothermal and high-pressure treatments: Impact on *in vitro* bile salt-binding ability. *Food Chem*. 310: 125699.

Poudel D, Swilley-Sanchez, O'keefe S, Matson J, Long T, Fernadez-Fraguas C. 2020.  Novel electospun pullulan fibers incorporating hydroxypropyl-β-cyclodextrin: morphology and relation with rheological properties. Polymers. 12: 2558; doi:10.3390/polym12112558.

Wang A, Duncan SE, Whalley NW, O'Keefe SF. 2020. Interaction effects of LED color temperatures and light-protective additive packaging on photo-oxidation in milk displayed in retail dairy case. *Food Chem.* 323: 126699.

Witrick K, Pitts ER, O'Keefe SF. 2020. Analysis of lambic beer volatiles during aging using gas chromatography-mass spectrometry (GCMS) and gas chromatography-olfactometry (GCO). *Beverages* 6: 31-44.

Yu D, Sun Y, Wang W, O'Keefe SF, Neilson AP, Feng H, Wang Z, Huang H. 2020.  Recovery of protein hydrolysates from brewer's spent grain using enzyme and ultrasonication. *Int J Food Sci Technol 55*: 357-368.

Farzad R, Kuhn DD, Smith SA, O'Keefe SF, Ralston NVC, Nelson AP, Gatlin DM. 2019. Trace minerals in tilapia fillets: Status in the United States marketplace and selenium supplementation strategy for improving consumer's health. *Plos one*, 14(6) e0217043.

Griffin LE, Fausnact DW, Tuzo JL, Addington AK, Racine KC, Zhang H, Hughes MD, England KM, Bruno RS, O'Keefe SF, Neilson AP, Stewart AC. 2019. Flavanol supplementation protects against obesity-associated increases in systematic interkeukin-6 levels without inhibiting body mass gain in mice fed a high fat diet. *Nutr Res* 66: 32-47.

He Y, Kuhn DD, Ogejo JA, O'Keefe SF, Fernandez Fraguas C, Wiersema B, Jun Q, Yu D, Huang H. 2019. Wet fractionation process to produce high protein and high fiber products from brewer's spend grain. *Food and Bioproducts Processing* 117, 266-274.

Jin Q, O'Hair J, Stewart AC, O'Keefe SF, Neilson AP, Kim YT, McGuire M, Lee A, Wilder G, Huang H. 2019. Compositional characterization of different white and red grape pomaces in Virginia and the potential valorization of the major components. *Foods*. 8: 667-682.

Lee AH, Neilson AP, O'Keefe SF, Ogejo JA, Huang H, Ponder M. Chu SHH, Jin Q, Pilot G, Stewart A. 2019. A laboratory-scale model cocoa fermentation using dried, unfermented beans and artificial pulp can simulate the microbial and chemical changes of on-farm cocoa fermentation. *Eur Food Res Technol* 245(2): 511-519.

Lin TT, O'Keefe SF, Duncan SE, Fernandez-Fraguas C. 2019. Manipulation of the dry bean (*Phaseolus vulgaris* L.) matrix by hydrothermal and high-pressure treatments: Impact on *in vitro* bile salt binding ability. *Food Chemistry* doi: https://doi.org/10.1016/j.foodchem.2019.125699

Mohammad EZ, O'Keefe SF, Kim YT. 2019. Lignin-based biopolymeric active packaging systems for oil products. *J Food Sci* 84(6): 1420-1426.

Teixeira GHA, O'Keefe SF. 2019. Mycosporine-like amino acids protect natamycin against photooxidation in milk exposed to fluorescent or light-emitting diode light. *J Dairy Sci* 102(6): 4972-4977.

Teixeira GHA, Morelli L, Ma S, Stewart A, O'Keefe SF. 2019. Photoprotective effect of mycosporine-like amino acids on natamycin, saffron carotenoids, and epigallocatechin gallate in acidified beverages exposed to different light sources. *Int J Food Sci Technol* 54: 440-450.

Wang A, Dadmun CH, Hand RM, O'Keefe SF, Philips J, Anders KA, Duncan SE. 2018. Efficacy of light-protective additive packaging in protecting milk freshness in a retail dairy case with LED lighting at different intensities. *Food Res Internat* 114: 1-9

You X, O'Keefe SF. 2018.  Binding of volatile aroma compounds to can linings with different polymeric characteristics. *Food Science & Nutrition* https://doi.org/10.1002/fsn3.526.

Zadeh EM, O'Keefe SF, Kim, YT, Cho JH. 2018. Evaluation of enzymatically modified soy protein isolate film forming solution and film at different manufacturing conditions. *J Food Sci* 83(4): 946-955.

Zadeh EM, O'Keefe SF, Kim YT. 2018. Utilization of lignin in biopolymeric packaging films. *ACS Omega* 3(7): 7388-7398.

Boudreau IV TF, Peck GM, O'Keefe SF. Stewart AC. 2017.  The interactive effect of fungicide residues and yeast assimilable nitrogen on fermentation kinetics and hydrogen sulfide production during cider fermentation. *J Sci Food Agric* 97: 693-704.

Bowser SM, Moore WT, McMillan RP, Dorenkott MR, Goodrich KM, Ye L, O'Keefe SF, Hulver MW, Neilson AP. 2017. High molecular weight cocoa procyanidins possess enhanced insulin enhancing and insulin mimetic activities in human primary skeletal muscle cells compared to smaller procyanidins. *J Nutr Biochem* 39: 48-58.

Levy J, Boyer RR, Neilson AP, O'Keefe SF, Chu HSS, Williams RC, Dorenkott MR, Goodrich KM. 2017.  Evaluation of peanut skin and grape seed extracts to inhibit growth of foodborne pathogens. *Food Science & Nutrition* 00:1-9 https://doi.org/10.1002/fsn3.503

Rowley IV TJ, Bitner BF, Ray JD, Lathen DR, Smithson AT, Dallon BW, Plowman CJ, Bikman BT, Hansem JM, Dorenkott MR, Goodrich KM, Ye L, O'Keefe SF, Neilson AP, Tessem JS. 2017. Monomeric cocoa catechins enhance β-cell function by increasing mitochondrial respiration.  *J Nutritional Biochem* 49: 30-41.

Ryan CM, Khoo W, Stewart AC, O'Keefe SF, Lambert JD, Neilson AP. 2017. Flavonol concentrations do not predict dipeptidyl peptidyl-IV inhibitory activities of four cocoas with different processing histories. *Food Funct* 8: 746-756.

Walsh AM, Duncan SE, Bell MA, O'Keefe SF, Gallagher DL. 2017. Breakfast meals and emotions: implicit and explicit assessment of the visual experience. *J Sensory Studies* 32:e12265. https://doi.org/10.1111/joss.12265

Walsh AM, Duncan SE, Bell MA, O'Keefe SF, Gallagher DL. 2017.  Integrating implicit and explicit emotional assessment of food quality and safety concerns. *Food Quality Preference* 56A: 212-224.

Witrick KT, Duncan SE, Hurley KE, O'Keefe SF. 2017. Acid and volatiles of commercially-available lambic beers. *Beverages*. 5, 51; doi:10.3390/beverages3040051.

Neilson AP, O'Keefe SF, Bolling BW. 2016.  High-molecular-weight proanthocyanidins in foods: Overcoming analytical challenges in pursuit of novel dietary bioactive components. *Ann Rev Food Sci Tech* 7: 43-64.

Ryan CM, Khoo W, Ye L, Lambert JD, O'Keefe SF, Neilson AP.  2016.  Loss of native flavanols during fermentation and roasting does not reduce digestive enzyme-inhibiting bioactivities of cocoa. *J Agric Food Chem* 64: 3616-3625.

Sheibani E, Duncan SE, Kuhn DD, Dietrich AM, O'Keefe SF.  2016.  SDE and PME analysis of flavor compounds in Jin Xuan oolong tea. *J Food Sci* 81:  C348-C358.

Stewart AC, Matunda A, Hurley EK, Sandbrook A, O'Keefe SF. 2016.  Pre-fermentation supplementation of mango must with ammonium and primary amino nitrogen influences mango wine chemistry. *African J Food Sci Technol* 7(7): 166-171.

Ye LY, Neilson A, Sarnoski P, Ray WK, Duncan SE, Boyer R, O'Keefe SF.  2016.  Comparison of A-type proanthocyanidins in cranberry and peanut skin extracts using matrix-assisted laser

desorption ionization-time of flight mass spectrometry. *J. Mol Genet Med* 10: 209: doi: 10.4172/1747-0862.1000209.

Wu J, Jahncke ML, Eifert JD, O'Keefe SF, Welbaum GE. 2016.  Pomegranate peel (*Punica granatum* L) extract and Chinese gall (*Galla chinensis*) extract inhibit *Vibrio parahaemolyticus* and *Listeria monocytogenes* on cooked shrimp and raw tuna. *Food Control* 59: 695-699.

Sarnoski P, Johnson J, Billingsley V, O'Keefe S. 2015. Effect of Solvent on Aflatoxin *Content in Extracts of Virginia Type Peanut Skins.* Journal of Food and Health Science 1(2):75-83.

Baek N, Nielson AP, Eigel WMN, O'Keefe SF. 2015. Antioxidant properties of a dihydromyricetin-rich extract from vine tea (*Ampelopsis grossedentata*) in menhaden oil. *Research and Reviews: Journal of Botanical Sciences*. 4(3): 53-63.

Sheibani E, Duncan SE, Kuhn DD, Dietrich AM, Newkirk JJ, O'Keefe SF.  2015. Changes in flavor volatile composition of oolong tea after panning during tea processing.  *Food Science and Nutrition.* Published Online November 1, 2015. DOI: 10.1002/fsn3.307.

O'Keefe SF, Bianchi L, Sharman J. 2015.  Soybean nutrition. *SM Journal of Nutrition and Metabolism.*  1(2): 1006.

Leitch KA, Duncan SE, O'Keefe S, Rudd R, Gallagher DL.  2015.  Characterizing consumer emotional response to sweeteners using an emotion terminology questionnaire and facial expression analysis.  *Food Res Internat* 76: 283-292.

Bianchi LM, Duncan SE, Webster JB, Neilson AP, and O'Keefe SF.  2015.  Contribution of chlorophyll to photogradation of soybean oil at specific visible wavelengths of light.  *J Food Sci* 80: C252-C261.

Bianchi LM, Duncan SE, Webster JB, Johnson DS, Chang HH, Marcy JE, O'Keefe SF.  2015.  Protecting soymilk flavor and nutrients from photo degradation. *Food Sci & Nutrition*, doi: 10.1002/fsn3.222.

Bitzer ZT, Glisan SL, Dorenkott MR, Goodrich KM, Ye L, O'Keefe SF, Lambert JD, Neilson AP.  2015.  Cocoa procyanidins with different degrees of polymerization posses distinct activities in models of chronic inflammation.  *J Nutr Biochem* doi: 10.1016/j.jnutbio.2015.02.007.

Thompson-Witrick KA, Rouseff RL, Cadawallader KR, Duncan SE, Eigel WN, Tanko J, O'Keefe SF.  2015.  Comparison of two extraction techniques, solid-phase microextraction versus continuous liquid-liquid extraction/solvent-assisted flavor evaporation, for the analysis of flavor compounds in gueuze lambic beer. *J Food Sci.* 80: C571-C576.

Johnson DS, Duncan SE, Bianchi LM, Chang HH, Eigel WN, O'Keefe SF.  2015.  Packaging modifications for protecting flavor of extended shelf-life milk from light. *J Dairy Sci.* 98: 2205-2214.

Ye L, Wang H, Duncan SE, Eigel W, O'Keefe SF.  2015.  Antioxidant properties of vine tea (*Ampelopsis grossedentata*) extract and its major component dihydromyricetin in soybean oil and cooked ground beef. *Food Chem.* 172: 416-422.

Dorenkott MR, Griffin LE, Goodrich KM, Thompson-Witrick KA, Fundaro G, Ye L, Stevens JR, Ali M, O'Keefe SF, Hulver MW, Neilson AP.  2014. Oligomeric cocoa procyanidins possess enhanced bioactivity compared to monomeric and polymeric procyanidins for preventing the development of obesity, insulin resistance, and impaired glucose tolerance during high-fat feeding. *J. Agric. Food Chem.* 62(10): 2216-2227.

21

Duckson M., R. Boyer, J. Eifert, J. Marcy, S. O'Keefe, G. Welbaum. 2013. Allyl isothiocyanate reduces foodborne pathogens on the surface of whole cantaloupe. *J. Food Prot.* 76(A):169.

Waldron C., J. Eifert, R. Williams, S. O'Keefe. 2013. Efficacy of Delmopinol against *Campylobacter jejuni* on chicken, stainless steel and high density polyethylene. *J. Food Prot.* 76(A):174.

Mann GR, Duncan SE, Knowlton KF, Dietrich AD, O'Keefe SF. 2013. Effects of mineral content of bovine drinking water: Does iron content affect milk quality? *J. Dairy Sci*. 96:7478-7489.

Sarnoski PJ, Johnson JV, Reed KA, Tanko JM, O'Keefe SF. 2012. Separation and characterization of proanthocyanins in Virginia-type peanut skins by LC-MS[n]. *Food Chem.* 131(3): 927-939.

Rognlien M, Duncan SE, O'Keefe SF, Eigel WN. 2012. Consumer perception and sensory effects of oxidation in savory-flavored yoghurt enriched with n-3 lipids. *J. Dairy Sci.* 95: 1690-1698.

Huff K, Boyer RR, Denbow C, O'Keefe SF, Williams R. 2012. Effect of storage temperature on survival and growth of foodborne pathogens on whole, damaged, or internally inoculated Jalapenos (*Capsicum annum* var. *annum*). *J. Food Protection* 75(2): 382-388.

Sarnoski PJ, Boyer RR, and O'Keefe SF. 2012. Application of proanthocyanidins from peanut skins as a natural yeast inhibitory agent. *J. Food Sci.* 77(4): M242-M249.

Moore RL, Duncan SE, Rasor AS, Eigel WN, O'Keefe SF. 2012. Oxidative stability of an extended shelf-life dairy-based beverage system designed to contribute to heart health. *J. Dairy Sci.* 95(11): 6242-6251.

Kline MA, Duncan SE, Bianchi LM, Eigel WN, O'Keefe SF. 2011. Light wavelength effects on a lutein-fortified model colloidal beverage. *J. Agric Food Chem.* 59(3): 7203-7210.

Macherey LN, Conforti FD, Eigel III W, O'Keefe SF. 2011. Use of *Mucor miehei* lipase to improve functional properties of yolk-contaminated egg whites. *J. Food Sci.* 46(4): C651-C655.

Holland KW, Balota M, Eigel III WN, Mallikarjunan P, Tanko JM, Zhou K, O'Keefe SF. 2011. ORAChromatography and total phenolic contents of peanut root extracts. *J.Food Sci.* 76(3): C380-C384.

Holland KW, O'Keefe SF. 2010. Recent applications of peanut phytoalexins. *Recent Patents on Food Nutrition and Agriculture.* 2(3):221-232.

Sanpiero C, Boyer C, Eigel WN, Holland KW, McKinney JS, O'Keefe SF, Smith R, Marcy JE. 2010. Enhancement of plant essential oil's aqueous solubility and stability using alpha and beta cyclodextrin. *J. Agric. Food Chem.* 58(24): 12950-12956.

Hong, J.H., Duncan, S.E., Dietrich, A.M., and O'Keefe, S.F. 2010. Evaluation of the operationally defined soluble, insoluble, and complexing copper consumed through drinking water in human saliva. *Eur. Food Res. Techno*l. 231: 977-984.

Koontz, J.L., Moffitt, R.D., Marcy, J.E., O'Keefe, S.F., Duncan, S.E., and Long, T.E. 2010. Controlled release of α-tocopherol, quercetin, and their cyclodextrin inclusion complexes from linear low-density polyethylene (LLDPE) films into a coconut oil model food system. *Food Additives and Contamination*, 27: 1598-1607.

Sarnoski, P.J., O'Keefe, S.F., Jahncke, M.L., Mallikarjunan, K., and Flick, G. 2010. Analysis of crab meat volatiles as possible spoilage indicators for blue crab (*Callinectes sapidus*) meat by gas chromatography-mass spectrometry. *Food Chem.* 122(3): 930-935.

Koontz, J.L., Marcy, J.E., O'Keefe, S.F., Duncan, S.E., Long, T.E., and Moffitt, R.D. 2010. Polymer processing and characterization of LLDPE films loaded with α-tocopherol, quercetin, and their cyclodextrin inclusion complexes. *J. App. Polymer Sci*. 117:2299-2309.

Truong, V.T., Boyer, R.R., McKinney, J.M., O'Keefe, S.F., and Williams, R.C. 2010. Effect of α-cyclodextrin-cinnamic acid inclusion complexes on populations of *Escherchia coli* O157:H7 and *Salmonella enterica* in fruit juices. *J. Food Prot.* 73:92-96.

Ballard, T., Mallikarjunan, P.K., Zhou, K., and O'Keefe, S.F. 2010. Microwave assisted extraction of phenolic antioxidant compounds from peanut skins. *Food Chem*. 120: 1185-1192.

Webster, J.B., Duncan, S.E., Marcy, J.E., and O'Keefe, S.F. 2009. Controlling light oxidation flavor in milk by blocking riboflavin excitation wavelength by interference. *J. Food Sci.* 74:S390-S398.

Ballard, T., Mallikarjunan, P.K., Zhou, K., and O'Keefe, S.F. 2009. Optimizing the extraction of phenolic antioxidants from peanut skins using response surface methodology. *J. Agric. Food Chem.* 57: 3064-3072.

Hong, J.H., Duncan, S.E., Dietrich, A.M., O'Keefe, S.F., Eigel, W.N., Mallikarjunan, K. 2009. Interaction of copper and human salivary proteins. *J. Agric. Food Chem.* 57: 6967-6975.

Lakins DG, Alvarado CZ, Luna AM, O'Keefe SF, Boyce JB, Thompson LD, Brashears MT, Brooks JC, Brashears MM. 2009. Comparison of quality attributes of shell eggs subject to directional microwave technology. *Poultry Sci.* 88(6): 1257-1265.

Koontz, J.L., Marcy, J.E., O'Keefe, S.F., and Duncan, S.E. 2009. Cyclodextrin inclusion complex formation and solid-state characterization of the natural antioxidants α-tocopherol and quercetin. *J. Agric. Food Chem.* 57: 1162-1171.

Hong, J.H., Duncan, S.E., O'Keefe, S.F., and Dietrich, A.M. 2009. Ultrafiltration as a tool to study binding of copper to salivary proteins. *Food Chem.* 113: 180-184.

Rankin, J. W.; Andreae, M. C.; Chen, C.-Y. Oliver; and O'Keefe, S. F. 2008. Effect of raisin consumption on oxidative stress and inflammation in obesity. *Diabetes, Obesity and Metabolism*, 10: 1086-1096.

Tanner AE, Saker KE, Ju Y, Lee JW, O'Keefe S, Robertson J. 2008. Cell proliferation of feline and human breast cancer cell types is inhibited by pomegranate. J *Anim Physiol Anim Nutr* 92: 221-222.

Medina-Bolivar, F., Condori, J., Rimando, A.M., Hubstenberger, J., Shelton, K., O'Keefe, S.F., Bennett, S., and Dolan, M.C. 2007. Production and secretion of resveratrol in hairy root cultures of peanut. *Phytochemistry* 68(14):1992-2003.

Zhou, K., Hao, J., Griffey, C., Chung, H., O'Keefe, S.F., Chen, J., and Hogan, S. 2007. Antioxidant properties of fusarium head blight-resistant and -susceptible soft red winter wheat grains grown in Virginia. *J. Agric. Food Chem.* 55(9), 3729-3736.

Van Aardt, M., Duncan, S., Marcy, J., Long, T., O'Keefe, S. and Nielsen-Sims, S. 2007. Release of antioxidants from biodegradable films into dry milk products and food simulating liquids. *Int. J. Food Sci. Nutr.* 42: 1327-1337.

Alvarado, C.Z., Richards, M.P., O'Keefe, S.F., and Wang, H. 2007. The effect of blood removal on oxidation and shelf life of broiler breast meat. *Poultry Sci.* 86: 156-161.

Pathange, L. P., Mallikarjuran, P., Marini, R. P., O'Keefe, S., and Vaughan. 2006. Non-destructive evaluation of apple maturity using an electronic nose system - A statistical approach. *Journal of Food Engineering* 77: 1018-1023.

Hong, J.H., Duncan, S.E., Dietrich, A.M. and O'Keefe, S.F.  2006.  Effect of copper on the volatility of aroma compounds in a model mouth system.  *J. Agric. Food Chem*. 54(24):9168-9175.

Oliveira, A.C.M., Balaban, M.O. and O'Keefe, S.F.  2006. Composition and consumer attribute analysis of smoked fillets of Gulf Sturgeon (*Ancipenser oxyrinchus desotoi*) fed different commercial diets. *J. Aquat. Food Prod. Tech.*  15(3): 33-48

Gonzalez, S., Flick, G.L., O'Keefe, S.F., Duncan, S.E., McLean, E., and Craig, S.R.  2006.  Chemical, physical, and sensorial differences in farmed Southern flounder (*Paralichthys lethostigma*) fed commercial or crab meal-supplimented diets.  *J. Aquat. Food Prod. Technol.* 15(3):69-79.

Gonzalez, S., Flick, G.J., O'Keefe, S.F., Duncan, S.E., McLean, E., and Craig, S.R.  2006. Composition of farmed and wild yellow perch.  *J. Food Comp. Anal*. 19: 720-726.

Powell, J., Duncan, S.E., Williams, R.C., Mallikarjunan, K., Eigel, W.N., and O'Keefe, S.F.  2006. Flavor fade in peanuts during short term storage.  *J. Food Sci.*  71(3):S265-S269.

O'Keefe, S.F., and Wang, H.  2006.  Effects of peanut skin extract on quality and storage stability of beef products.  *Meat Science*.  73(2): 278-286.

Oliveira, A.C.M., O'Keefe S.F. and Balaban M.O. 2005.  Fillet yields and proximate composition of cultured Gulf of Mexico sturgeon (*Ancipenser oxyrynchus desotoi*).  *J. Aquat. Food. Prod. Tech.*  14(1)5-16.

Collins, M.V., Flick, G.J., Smith, S.A., Fayer, R., Croonenberghs, R., O'Keefe, S.F., and Lindsay, D.S.  2005.  The effect of high-pressure processing on infectivity of *Cryptosporidium parvum* oocysts recovered from experimentally exposed eastern oysters (*Craaassostrea virginica). J. Eukaryot. Microbiol*. 52(6)500-504.

Fike, J.H., Saker, K.E., O'Keefe, S.F., Marriott, N.G., Ward, D.L., Fontenot, J.P., and Veit, H.P.  2005.  Effects of Tasco (a seaweed extract) and heat stress on N metabolism and meat fatty acids in wether lambs fed hays containing endophyte-infected fescue.  *Small Ruminant Res.*  60:237-245.

Van Aardt, M.; Duncan, S. E.; Marcy, J. E.; Long, T. E.; O'Keefe, S. F.; Nielsen-Sims, S. R.  2005. Aroma analysis of light-exposed milk stored with and without natural and synthetic antioxidants.  *J. Dairy Sci.*  88(3):  881-890.

Van Aardt, M.; Duncan, S. E.; Marcy, J. E.; Long, T. E.; O'Keefe, S. F.; Nielsen-Sims, S. R.  2005. Effect of antioxidant (α-tocopherol and ascorbic acid) fortification on light-induced flavor of milk.  *J. Dairy Sci.*  88(3):  872-880.

Mozingo, R.W., O'Keefe, S.F., Sanders, T.H., and Hendrix, K.W. 2004. Improving shelf life of roasted and salted inshell peanuts using high oleic fatty acid chemistry. *Peanut Sci*. 31:40-45

Oliveira, A.C.M., O'Keefe S.F., Balaban M.O., Sims, C. and Portier, K. 2004.  Influence of Commercial Diets on Quality Aspects of Cultured Gulf of Mexico Surgeon (*Ancipenser oxyrinchus desotoi*). *J. Food Sci.* 69 (7):S232-238.

Oliveira, A.C.M., O'Keefe S.F., Balaban M.O. 2004. Video Analysis to Monitor Rigor Mortis in Cultured Gulf of Mexico Sturgeon (*Ancipenser oxyrynchus desotoi). J. Food Sci*. 69 (8): E392-397.

24

van Aardt, M., Duncan, S.E., Long, T.E., O'Keefe, S.F., Marcy, J.E., and Sims, S.R. 2004. Effects of antioxidants on oxidative stability of edible oils and fats: Thermogravimetric analysis. *J. Agric. Food Chem.* 52:587-591.

Gonzales, S., Duncan, S.E., O'Keefe, S.F., Sumner, S.S., and Herbein, J.H. 2003. Oxidation and textural characteristics of butter and ice cream with modified fatty acid properties. *J. Dairy Sci.* 86:70-77.

Suloff, E.C., Marcy, J.E., Blakistone, B.A., Duncan, S.E. Long, T.E. and O'Keefe, S.F. 2003. Sorption behavior of selected aldehyde scavenging agents in poly(ethylene terephthalate) blends. *J. Food Sci.* 68(6):2028-2033.

Baker, GL, Cornell, J, Gorbet, DW, O'Keefe, SF, Sims, CA and Talcott, ST. 2003. Determination of pyrazine and flavor changes in peanut genotypes during roasting. *J. Food Sci.* 68:394-400.

Baker, G.L, Gorbet, D.G., Sanders, T.H., Sims, C.A., and O'Keefe, S.F. 2002. Storage water activity effects on oxidation and sensory properties of high-oleic peanuts. *J. Food Sci.* 67:1600-1603.

Reed, K.A., Sims, C.A., Gorbet, D.W. and O'Keefe, S.F. 2002. Storage water activity affects flavor fade in high and normal oleic peanuts. *Food Res. Internat.* 35:769-774.

Musingo, MN, Sims, CA, Bates, RP, O'Keefe, SF and Lamikanra, O. 2001. Changes in ellagic acid and other phenols in muscadine grape (*Vitus rotundifolia*) juices and wines during storage. *Am. J. Enol. Vitic.* 52(2):109-114.

Aigster, A., Sims, C.A., Staples, C.R., Schmidt, R., and O'Keefe, S.F. 2000. Composition and sensory properties of cheeses made from milk having normal and high oleic fatty acid compositions. *J. Food Sc.* 65 (5) 920-924.

Levey, D.J., Bissell, H.A., and O'Keefe, S.F. 2000. Conversion of nitrogen to protein and amino acids in wild fruit. *J. Chem. Ecol.* 26(7):1749-1763.

Sumainah, G.M., Sims, C.A., Bates, R.P., and O'Keefe, S.F. 2000. Flavor and oxidative stability of peanut-sesame-soy blends. *J. Food Sci.* 65(5):901-905.

Reed, K.A., Gorbet, D.W. and O'Keefe, S.F. 2000. Oxidation of chocolate coated high and normal oleic peanuts. *J. Food Lipids* 7: 31-38.

Antoine, F.R., Marshall, M.R., Sims, C.A., and O'Keefe, S.F. 2000. Phosphate pretreatment and smoke adsorption of cold smoked mullet. *J. Aquat. Food Prod. Technol.* 9(2):69-81.

Silva, F.M., Sims, C.A., Balaban, M.O., Silva, C.L.M., and O'Keefe, S.F. 2000. Flavor and aroma changes in thermally processed cupuacu *(Theobroma grandiflorum)* pulp. *J. Sci. Food Chem.* 80:783-787.

Branger, E., Sims, C.A., Schmidt, R. and O'Keefe, S.F. 1999. Sensory characteristics of cottage cheese whey and grapefruit juice blends and changes during processing. *J. Food Sci.* 64:180-184.

O'Keefe SF, and Steward FA. 1999. Food stability: a mineral's chemical form dictates how actively it promotes oxidation. *Petfood Industry* May/June. p46-50.

Golaszewski, R., Sims, C.A., O'Keefe, S.F., Braddock, R.J. and Littell, R.C. 1998. Sensory attributes and volatile components of stored strawberry juice. *J. Food Sci.* 63:734-738.

Miles, R.D., O'Keefe, S.F., Henry, P.R., Ammerman, C.B. and Luo, X.G. 1998. The effect of supplementation with copper sulfate or tribasic copper chloride on broiler performance, copper bioavailability, and dietary prooxidant activity. *Poultry Science.* 77:416-425.

Mugendi, J.B., Sims, C.A., Gorbet, D.W., and O'Keefe, S.F.  1998.  Flavor stability of high oleic peanuts stored at low humidity.  *J. Amer. Oil Chem. Soc.* 75:21-25.

O'Byrne, D.J., O'Keefe, S.F., and Shireman, R.B.  1998.  Low-fat monounsaturated-rich diets reduce susceptibility of low density lipoproteins to peroxidation *ex vivo*.  *Lipids* 33:149-157.

Jakkula, L.R., O'Keefe, S.F., Knauft, D.A. and Boote, K.J.  1997.  Chemical characterization of a shriveled seed trait in peanut.  *Crop Sci.* 37:1560-1567.

Kim, J.M., Lee, Y.S., O'Keefe, S.F. and Wei, C.I.  1997.  Effect of chlorine dioxide treatment on lipid oxidation and fatty acid compositions in salmon and red grouper fillets.  *J. Amer. Oil Chem. Soc*. 74:539-542.

Auw, J.M., Blanco, V., Sims, C.A. and O'Keefe, S.F.  1996.  Effect of processing on the phenolics and color of Cabernet sauvignon, Chambourcin and Noble wines and juices.  *Am. J. Enol. Vita.* 47: 279-286.

Chen, I-C., Chapman, F.A., Wei, C.I., and O'Keefe, S.F.  1996.  Preliminary studies on SDS-PAGE and isoelectric focusing identification of sturgeon sources of caviar. *J. Food Sci.* 61:533-535, 539.

Lin, M-P., Staples, C., Sims, C.A. and O'Keefe, S.F.  1996.  Modification of fatty acids in milk by feeding calcium-protected high oleic sunflower oil.  *J. Food Sci.* 61:24-27.

Lin, M-P., Sims, C.A., Staples, C.R. and O'Keefe, S.F.  1996.  Flavor quality and texture of modified fatty acid high monoene low saturate butter.  *Food Res. Internat.* 29:367-372.

Mosquera, L.A., Sims, C.A., Bates, R.P., and O'Keefe, S.F.  1996.  Flavor and stability of Horchata de Chufas.  *J. Food Sci.* 61:856-861.

Vega, P.J., Balaban, M.O., Sims, C.A., O'Keefe, S.F., and Cornell, J.  1996.  Supercritical carbon dioxide extraction efficiency for carotenes from carrots by RSM.  *J. Food Sci.* 6:757-759,765.

Braddock, J.C., Sims, C.A., and O'Keefe, S.F.  1995.  Flavor and oxidative stability of roasted high oleic peanuts.  *J. Food Sci*. 60:489-493.

Chen, I-C., Wei, C.I., Chapman, F.A., Portier, K. and O'Keefe, S.F.  1995.  Differentiation of cultured and wild Gulf of Mexico sturgeon *(Acipenser oxyrinchus desotoi)* based on fatty acid composition.  *J. Food Sci.* 60:631-635.

O'Keefe, S.F., Proudfoot, F.G., and Ackman, R.G.  1995.  Lipid oxidation in meats of omega-3 fatty acid-enriched broiler chickens.  *Food Res. Internat.* 28:417-424.

Sims, C.A., Eastridge, J.S., O'Keefe, S.F., and Bates, R.P.  1995.  Stability of non-pasteurized, refrigerated muscadine grape juice.  *J. Food Sci.* 60:506-508.

O'Keefe, S., Gaskins-Wright, S., and Wiley, V. and Chen, I-C.  1994.  Levels of *trans* geometrical isomers of essential fatty acids in some unhydrogenated U.S. vegetable oils.  *J. Food Lipids*. 1:165-176.

O'Keefe, S.F., Gaskins, S., and Wiley, V.  1994.  Levels of *trans* geometrical isomers of essential fatty acids in liquid infant formulas.  *Food Res. Internat.* 27:7-13.

Danet-Desnoyers, G., Johnson, J.W., O'Keefe, S.F. and Thatcher, W.W.  1993.  Characterization of a bovine endometrial prostaglandin synthesis inhibitor (EPSI).  *Biol. Reprod.* 48:115.

O'Keefe, S., Wiley, V., and Knauft, D.  1993.  Comparison of oxidative stability of high- and normal-oleic peanut oils. *J. Amer. Oil Chem. Soc.* 70:489-492.

O'Keefe, S.F., Wright, D., and Wiley, V.  1993.  Effect of temperature on linolenic acid loss and 18:3 *cct*  formation in soybean oil.  *J. Amer. Oil Chem. Soc.* 70:915-917.

Sirgurgsladottir, S., Ackman, R.G., and O'Keefe, S.F. 1993. Selective deposition of ☐☐tocopherol in lipids of farmed blue mussels (*Myletis edulis*). *J. Food Lipids.* 1:97-109.

O'Keefe, S.F., Resurreccion, A.P., Wilson, L.A., and Murphy, P.A. 1991. Temperature effect on binding of volatile flavor compounds to soy protein in aqueous model systems. *J. Food Sci.* 56:802-806.

O'Keefe, S.F., Wilson, L.A. Resurreccion, A.P., and Murphy, P.A. 1991. Determination of the binding of hexanal to soy glycinin and ☐eta☐conglycinin in an aqueous model system using a headspace technique. *J. Agric. Food Chem.* 39:1022-1028.

O'Keefe, S.F., Lagarde, M., Grandgirard, A., and *Sebedio*, J.-L. 1990. *Trans* omega-3 eicosapentaenoic and docosahexaenoic acid isomers exhibit different inhibitory effects on arachidonic acid metabolism in human platelets compared to respective *cis* fatty acids. *J. Lipid Res.* 31:1241-1246.

Grandgirard, A., Piconneaux, A., Sebedio, J.-L., O'Keefe, S.F., Semon, E., and LeQuere, J.-L. 1989. Occurrence of geometrical isomers of eicosapentaenoic acids in liver lipids of rats fed heated linseed oil. *Lipids* 24:799-804.

O'Keefe, S.F., and Murphy, P.A. 1988. Rapid determination of vitamin D in fortified skim milk. *J. Chromatogr.* 445:305-309.

O'Keefe, S.F., and Ackman, R.G. 1987. Vitamins A, $D_3$, and E in Nova Scotian cod liver oils. *Proc. N.S. Inst. Sci.* 37:1-7.

**EXHIBIT 2. List of Materials Considered**

**Documents received from attorneys**
Wild Certificate of Freedom from Artificial Flavor(s) NAT VANILLA FL WONF #FAOY961
Wild Certificate of Analysis NAT VANILLA FL WONF FAOY961 Man Date 3/19/2020
Wild Certificate of Analysis NAT VANILLA FL WONF FAOY961 Man Date 1/20/2020
Wild Ingredient Statement Percent Breakdown FAOY961 NAT VANILLA FL WONF
Wild Nutritional Information Bulletin FAOY961 NAT VANILLA FL WONF
Wild Product Specification FAOY961 NAT VANILLA FL WONF
GLC (Grain Processing Corporation) Certificate of Analysis MALTIN QD M500 MALTODEXTRIN
GPC Technical Information Maltrin 100
Tracegrains Nutrition GPC Maltrin M100
Class Action Third Amended Complaint

**Books and other materials**

Berger, RG. 1995. Aroma Biotechnology. Springer Verlag, Berlin.

Code of Federal Regulations. Title 21

Hallagan JB and Drake J. 2018. Labeling vanilla flavorings and vanilla-flavored foods in the U.S. Perfumer & Flavorist 43: 34-54.

Heath, HB and Reneccius, G. 1986. Flavor Chemistry and Technology. AVI, New York.

Ho CT and Manley CH. 1993. Flavor Measurement. Marcel Dekker.

Pomeranz Y. 1985. Functional Properties of Food Components. Academic Press.

Reineccius, G.  1994. Sourcebook of Flavors 2nd Edition. Chapman & Hall, New York.

Taylor AJ and Linforth RST. 2010. Food Flavor Technology. Blackwell.