# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART INC. f/k/a WAL-MART STORES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 02:22-cv-00709-SMD<br>)<br>) **UNOPPOSED**<br>)<br>)<br>) |

## JOINT MOTION TO STAY

Defendant, Walmart Inc., and Plaintiff Tammy Devane (the "Parties") jointly inform the Court that they have reached a settlement in principle. The Parties are in the process of negotiating the settlement agreement, and request that the Court stay all pending deadlines to allow the Parties to finalize the settlement.

WHEREFORE, the Parties jointly request that the Court stay all pending deadlines.

                                        Respectfully Submitted,

                                        *s/ Cole R. Gresham*
                                        Cole R. Gresham (ASB-8993-L47G)
                                        STARNES DAVIS FLORIE LLP
                                        100 Brookwood Place, Seventh Floor
                                        Birmingham, Alabama  35209
                                        (205) 868-6000 Phone
                                        (205) 868-6099 Facsimile
                                        cgresham@starneslaw.com

/s/ Taylor C. Bartlett
Taylor C. Bartlett (ASB-2365-A51B)
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Phone: 205.326.3336
taylor@hgdlawfirm.com

Travis E. Lynch (ASB-7232-M20F)
Heninger Garrison Davis, LLC
3621 Vinings Slope, Suite 4320
Atlanta, GA 30339
T: (404) 996-0867
F: (205) 547-5515
tlynch@hgdlawfirm.com

*One of the Attorneys for Plaintiff*

3074620.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will send notification of such filing to the following:

W. Lewis Garrison, Jr.
Taylor C. Bartlett
Heninger Garrison Davis, LLC
2224 First Ave North
Birmingham, AL 35203
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

J. Stuart McAtee
Alexander Shunnarah
Personal Injury Attorneys
3626 Clairmont Ave South
Birmingham, AL 35222
smcatee@asilpc.com

Taylor A. Pruett
Schreiber Law Firm, P.C.
2129 First Ave North
Birmingham, AL 35203
taylor@schreiber.law

                                      *s/ Cole R. Gresham*
                                      Cole R. Gresham