IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY DEVANE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:22-CV-709-ECM-SMD |
| WALMART INC., | ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Stay (Doc. 172) and the Court's Order staying all deadlines and hearings in this case (Doc. 173), it is ORDERED that the mediation conference set for September 4, 2025, is CANCELED.

Done this 13th day of August, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE