IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:22-cv-709-ECM ) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | ) ) ) |
| Defendant. | ) |

**O R D E R**

On August 5, 2025, this Court granted the parties' joint motion to stay pending finalization of a settlement agreement (doc. 172). (Doc. 173). To date, the parties have not informed the Court regarding the status of settlement negotiations. Accordingly, it is

ORDERED that **on or before November 1, 2025**, the parties shall file a joint report informing the Court of the status of the settlement negotiations and the expected timeline for finalization.

This case and all pertinent deadlines remain stayed pursuant to this Court's order. (Doc. 173).

DONE this 18th day of September, 2025.

                                        /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  CHIEF UNITED STATES DISTRICT JUDGE