IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 2:22-cv-709-ECM ) |
| WALMART INC. f/k/a WAL-MART STORES, INC., | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

Now pending before the Court is the Plaintiff's October 4, 2024 motion for class certification (doc.153) and the Defendant's July 16, 2025 motion for summary judgment (doc. 170). On August 5, 2025, the Court granted the parties' joint motion to stay (doc. 172) pending finalization of a settlement agreement. (Doc. 173). Because all deadlines are stayed, neither pending motion is ripe for ruling. Pursuant to the Court's inherent authority to manage its docket, both motions are due to be denied. Accordingly, and for good cause, it is

ORDERED that the Plaintiff's motion for class certification (doc.153) is DENIED without prejudice. It is further

ORDERED that the Defendant's motion for summary judgment (doc. 170) is DENIED without prejudice.

DONE this 23rd day of September, 2025.

                                        /s/ Emily C. Marks
                              EMILY C. MARKS
                              CHIEF UNITED STATES DISTRICT JUDGE