# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No. 02:22-cv-00709-SMD<br>) |
| WALMART INC. f/k/a<br>WAL-MART STORES, INC., | )<br>)<br>) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, Plaintiff, Tammy Devane, and Defendant Walmart Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted by Plaintiff, are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED:    October 16, 2025

                                          Respectfully Submitted,

                                          */s/ W. Lewis Garrison, Jr.*
                                          W. Lewis Garrison, Jr.
                                          Heninger Garrison Davis, LLC
                                          2224 First Avenue North
                                          Birmingham, Alabama 35203

Phone: 205.326.3336
lewis@hgdlawfirm.com

*One of the Attorneys for Plaintiff*

*s/ Cole R. Gresham*
Cole R. Gresham (ASB-8993-L47G)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35209
(205) 868-6000 Phone
(205) 868-6099 Facsimile
cgresham@starneslaw.com

*Attorney for  Walmart Inc.*