IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY DEVANE, on behalf of herself and all others similarly situated,  )<br>)<br>) | |
| Plaintiff,  )<br>) | |
| v.  ) | CIVIL CASE NO. 2:22-cv-709-ECM |
| )<br>WALMART INC. f/k/a  )<br>WAL-MART STORES, INC.,  )<br>) | |
| Defendant.  ) | |

**O R D E R**

Upon consideration of the parties' stipulation of dismissal (doc. 177), which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is

ORDERED that the stay previously entered in this case is LIFTED to the extent that this action has been DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. It is further

ORDERED that all pending motions are DENIED as moot, and all deadlines are terminated.

The Clerk of the Court is DIRECTED to close this case.

DONE this 16th day of October, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE